```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

             Settlement Conference Calendar
          Honorable Janet Bond Arterton, U.S.D.J.
```
**915 Lafayette Boulevard**
**Bridgeport, Connecticut**

**Report to Clerk's Office for Room Assignment**
**Clerk's Office - Fourth Floor**


**JANUARY 21, 2004 AT 10:00 A.M.**

```
                       Before:
         Honorable Gene Winter, Special Master
         Honorable Maurice Klee, Special Master
```


Please see attached instructions.  Failure to comply with these instructions may be grounds for a violation of the Special Masters Program Guidelines.


CASE NO.    3:03cv222(JBA) REILING v FISHER-PRICE
_____

```
            Bradford S. Babbitt
            Michael J. Kolosky
            Robinson & Cole
            280 Trumbull St.
            Hartford, CT 06103-3597

            Russell D. Dize
            Jessica Lee Elliott
            Edmund J. Ferdinand, III
            Grimes & Battersby
            488 Main Avenue
            3rd Floor
            Norwalk, CT 06851-1008

            Robert J. Lane, Jr.
            Jodyann Galvin
            Hodgson Russ
            One M & T Plaza
            Suite 2000
            Buffalo, NY 14240
```

SPECIAL MASTERS:

Gene S. Winter
St. Onge, Steward, Johnson & Reens
986 Bedford St.
Stamford, Ct 06905-5619

Maurice M. Klee
1951 Burr St.
Fairfield, CT 06430

                                      BY ORDER OF THE COURT
                                      KEVIN F. ROWE, CLERK

## Instructions for Settlement Conference

Pursuant to D. Conn. L. Civ. R. 53, this matter was referred to Special Masters at the United States District Court, 915 Lafayette Boulevard, Bridgeport, Connecticut (see clerk's office, 4th floor, for room assignment).

Seven days prior to the parties' conference, counsel shall submit to the Special Masters their Confidential Settlement Conference Memorandum in accordance with D. Conn. L. Civ. R. 53(e).

Counsel are directed to have their clients and/or persons with settlement authority accompany them to this settlement conference (see D. Conn. L. Civ. R. 53(c)).

Confidential Settlement Conference Memoranda shall be submitted directly to the Special Masters, with Notice of Service of Settlement Conference Memorandum filed with the Clerk of the Court.

Any agreed-upon rescheduling of the conference shall be arranged between counsel and the Special Masters.  If this matter is rescheduled, the moving party shall confirm such a new date and time, in writing, to the Hon. Janet Bond Arterton, 141 Church Street, Room 118, New Haven, Connecticut 06510, with copies to the Special Masters and all counsel of record.  If this matter settles prior to the parties' conference, counsel shall notify the Special Masters immediately.

>ORDER OF THE COURT,
>KEVIN F. ROWE
>Betty J. Torday, Courtroom Deputy
>**betty_torday@ctd.uscourts.gov**
>(203) 773-2706