UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ORIGINAL

| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br><br> January 10, 2004 |
|---|---|

## NOTICE OF SERVICE OF SETTLEMENT CONFERENCE MEMORANDUM

The undersigned hereby certifies that, pursuant to the Order of the Court relative to the Settlement Conference scheduled for January 21, 2004 at 10:00 A.M. in the above-captioned action, Plaintiffs' Confidential Settlement Conference Memorandum was served upon Special Masters Gene S. Winter and Maurice M. Klee, on the 10th day of January, 2004, via Federal Express, Priority Overnight Delivery, postage prepaid, to:

Gene S. Winter, Esq.
St. Onge, Steward, Johnston & Reens
986 Bedford Street
Stamford, CT 06905-5619

Maurice M. Klee, Esq.
1951 Burr Street
Fairfield, CT 06430

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 07386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Jessica L. Elliott (Bar No. 24871)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300
Attorneys for the Plaintiffs