FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.<br><br>Plaintiffs,<br>V.<br><br>FISHER-PRICE, INC.<br><br>Defendant. | CIVIL NO. 3:03 CV 222 (JBA)<br><br><br>JANUARY 14, 2004 |
|---|---|

## NOTICE OF SERVICE OF
## DEFENDANT'S CONFIDENTIAL *EX PARTE* SETTLEMENT MEMORANDUM

The defendant, Fisher-Price, Inc., hereby gives notice of filing of its Confidential *Ex Parte* Settlement Memorandum with Special Masters Gene S. Winter and Maurice M. Klee in connection with the January 21, 2004 settlement conference, as set forth in the attached certification of service executed by Susan L. Pratts.

DEFENDANT,
FISHER-PRICE, INC.

By _____
Bradford S. Babbitt – (ct13938)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: bbabbitt@rc.com

HART1-1107734-1

## **CERTIFICATE OF SERVICE**

I, Susan L. Pratts, certify that on January 13, 2004, I caused a copy of Defendant Fisher-Price, Inc's Settlement Conference Statement, dated, January 13, 2003, to be served via Federal Express, on the following:

>Gene S. Winter, Esq.
>St. Onge, Steward, Johnson & Reens
>986 Bedford Street
>Stamford, CT 06905-5619

>and

>Maurice M. Klee, Esq.
>1951 Burr Street
>Fairfield, CT 06824

_____
SUSAN L. PRATTS

BFLODOCS 869108v1  ($MLW011.DOC)

## CERTIFICATION

This is to certify that a copy of the foregoing Notice of Service of Confidential *Ex Parte* Settlement Conference Memorandum was sent via first class mail, postage prepaid, on the 14th day of January, 2004, to:

Gregory J. Battersby (Bar No. 07386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

and

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
tel. no: (716) 856-4000
fax no.: (716) 849-0349

_____
Bradford S. Babbitt

- 2 -