UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REILING           :

v.                :   NO. 3:03cv222 (JBA)

DESIGN INNOVATIONS :

FILED

## SUPPLEMENTAL SCHEDULING ORDER

Pursuant to the colloquy with counsel at the status conference held 2/2/04, the following supplemental schedule is ordered:

1. Plaintiff's Motion to Amend will be filed by 2/6/04; defendant's response will be filed by 2/18/04.

2. The parties' Joint Motion regarding Amended Scheduling Order will be filed by 2/24/04.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: **February 03, 2004**