UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**ORIGINAL**

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

Plaintiffs,

- against –

FISHER-PRICE, INC.,

Defendant.

Index No.: 3:03 CV 222 (JBA)

February 6, 2004

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT UNDER RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), respectfully move the Court for Leave to File a Second Amended Complaint under Rule 15 of the Federal Rules of Civil Procedure.

Subsequent to the filing of the First Amended Complaint, Plaintiffs discovered that Fisher-Price had used their novel product concept on several additional action figure lines and in connection with certain accessories and line extensions. These new action figures are actually closer to Plaintiffs' second and third revised concept submissions that Fisher-Price considered and rejected following the expiration of the parties' Option Agreement. Plaintiffs seek leave to file a Second Amended Complaint in order to amplify the factual bases for the claims presented in the First Amended Complaint. Specifically, the proposed amendments ensure that the newly-discovered Rescue Heroes action figures, accessories and toy line extensions that are covered by

Plaintiffs' novel concept are joined in this lawsuit so that the entire case or controversy between the parties is adjudicated in a single proceeding.

This is Plaintiffs' first motion seeking lave to file a Second Amended Complaint under Rule 15. At the February 2, 2004 Status Conference, Defendant refused to consent to the filing of the instant motion.

Dated: Norwalk, Connecticut
February 6, 2004

                                      Respectfully submitted,

                                      GRIMES & BATTERSBY, LLP

                                      By: _____
                                      Gregory J. Battersby (Bar No.7386)
                                      Edmund J. Ferdinand, III (Bar No. 21287)
                                      Russell D. Dize (Bar No. 23064)
                                      Jessica L. Elliott (Bar No. 24871)
                                      488 Main Avenue, Third Floor
                                      Norwalk, Connecticut 06851-1008
                                      (p) (203) 849-8300
                                      (f) (203) 849-9300

                                      Attorneys for Plaintiffs Victor G. Reiling
                                      Associates and Design Innovation, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing motion and all supporting factual declarations and exhibits been served upon Defendant Fisher Price, Inc., on this 6th day of February 2004, via U.S. Mail, First Class, postage prepaid, to:

> Bradford S. Babbitt, Esq.
> Michael J. Kolosky, Esq.
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
>
> Robert J. Lane, Jr., Esq.
> Jodyann Galvin, Esq.
> HODGSON RUSS LLP
> One M&T Plaza, Suite 2000
> Buffalo, New York 14203-2391

Jessica L. Elliott