UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Victor G. Reiling & Assoc and
Design Innovation, Inc.
v.
Fisher-Price, Inc.

FILED

CASE NO: 3:03 CV 222 JBA

PRELIMINARY or FINAL

SETTLEMENT CONFERENCE REPORT OF SPECIAL MASTERS

****NOTE: ALL INFORMATION MUST BE LEGIBLY WRITTEN!****

1. DATE OF CONFERENCE(S): 21 Jan 04

2. TRIAL ATTORNEYS PRESENT:
   PLAINTIFF: Greg Battersby and Russell D. Dize
   DEFENDANT: Robert J. Lane

3. PARTIES PRESENT: Plaintiffs' and Defendants' principals

4. CASE SETTLED:    YES___   NO _X_
5. FOLLOW UP CONFERENCE TO BE SCHEDULED:   YES___   NO _X_   Settlement Masters are available for second conference.
6. FINAL SETTLEMENT CONFERENCE REPORT TO BE FILED BY: No report needed
7. COMMENTS:

SPECIAL MASTER SIGNATURE                    SPECIAL MASTER SIGNATURE

THE SPECIAL MASTERS ARE TO COMPLETE AND FILE THIS REPORT WITH
THE CLERK'S OFFICE, IMMEDIATELY FOLLOWING THE CONFERENCE

A SECOND OR FINAL REPORT MAY BE FILED AS NEEDED

Rev. 06/01/98