UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : | |
| Plaintiffs, | : | Civil No. 303CV222 (JBA) |
| v. | : | |
| FISHER-PRICE, INC., | : | |
| Defendant. | : | FEBRUARY 12, 2004 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Fisher-Price, Inc. ("Fisher-Price") respectfully moves for an extension of two (2) days in which to submit its opposition to the motion for leave to file a second amended complaint filed by plaintiffs Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. In support of this unopposed motion, Fisher-Price avers as follows:

1. During the Court's status conference on February 2, 2004, the Court ordered the plaintiffs to file their motion for leave to file a second amended complaint, along with the proposed amended complaint, on February 6, 2004. At the same time, the Court ordered Fisher-Price to file any opposition to the motion for leave to amend on or before February 18, 2004.

2. The plaintiffs filed their motion for leave to amend on February 6. Fisher-Price respectfully requests an additional two (2) days in which to file its opposition.

3. Additional time is required because the annual Toy Fair in New York City commences on February 15, 2004 and runs several days. Many Fisher-Price personnel, including persons with whom counsel need to consult about the proposed Second Amended

1

Complaint, attend this event and be largely inaccessible to assist in preparing an opposition to the motion.

4. In addition, the holiday on Monday, February 16 and the unexpectedly broad scope of the proposed amended complaint make necessary a small extension to the time allotted for responding to the motion for leave to file a second amended complaint.

5. It is not expected that this extension of time will necessitate altering any of the other deadlines that the Court has set in this case.

6. Robert J. Lane, Jr., lead counsel for Fisher-Price in this case, consulted with Russell Dize and Jed Ferdinand, counsel for the plaintiffs, who stated that they consented to the requested extension of time.

Therefore, Fisher-Price respectfully requests that it be permitted an additional two (2) days, until Friday, February 20, 2004, in which to respond to the plaintiffs motion for leave to file a second amended complaint.

DEFENDANT FISHER-PRICE, INC.

By_____
Bradford S. Babbitt (ct13938)
Email: bbabbitt@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
tel. no.: (860) 275-8200
fax no.: (860) 275-8299

and

Robert J. Lane, Jr. (ct24598)
e-mail: rlane@hodgsonruss.com
Jodyann Galvin (ct24599)
e-mail: jgalvin@hodgsonruss.com
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
tel. no: (716) 856-4000
fax no.: (716) 849-0349

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Unopposed Motion For Extension of Time was mailed, first class postage prepaid, to the attorneys of record recited below on this 12th day of February, 2004.

Gregory J. Battersby (Bar No. 07386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

Bradford S. Babbitt

BFLODOCS 825344v1 (H_%801!.DOC)

3