**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

VICTOR G. REILING ASSOCIATES and          :
DESIGN INNOVATION, INC.,                  :
                                          :
       Plaintiffs,                    :     Civil No. 3:03 CV 222 (JBA)
v.                                        :
                                          :
FISHER-PRICE, INC.,                       :
                                          :
       Defendant.                     :     FEBRUARY 20, 2004

## MOTION TO STRIKE

Defendant Fisher-Price, Inc. ("Fisher-Price") respectfully moves pursuant to Federal Rule of Civil Procedure 12(f) and Federal Rule of Evidence 408 to strike certain portions of the plaintiffs' proposed Second Amended Complaint, in the alternative to denying the plaintiffs leave to file their proposed amended complaint. The plaintiffs have included in paragraphs 40 and 57 of their proposed pleading statements made in compromise negotiations among the parties. Those statements are inadmissible under Federal Rule of Evidence 408. These statements are, therefore, immaterial and impertinent and they should be stricken.

In support of this motion, Fisher-Price submits a Declaration of Stan Clutton dated February 18, 2004 and relies on legal argument and authority found at pages 33 to 37 of Fisher-Price's Memorandum In Opposition To Plaintiffs' Motion To Amend And In Support Of Its Motion To Strike, dated February 20, 2004 and submitted herewith.

**DEFENDANT FISHER-PRICE, INC.**

By

Bradford S. Babbitt (ct13938)
Email: bbabbitt@rc.com
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
tel. no.: (860) 275-8200
fax no.: (860) 275-8299

and

Robert J. Lane, Jr. (ct24598)
e-mail: rlane@hodgsonruss.com
Jodyann Galvin (ct24599)
e-mail: jgalvin@hodgsonruss.com
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
tel. no: (716) 856-4000
fax no.: (716) 849-0349

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion To Strike was

transmitted by facsimile and mailed, first class postage prepaid, to the attorneys of record recited

below on this 20th day of February, 2004.


Gregory J. Battersby (Bar No. 07386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

Bradford S. Babbitt