UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

   Plaintiffs,

v.              : Civil No. 303CV222 (JBA)

FISHER-PRICE, INC.,

   Defendant.         : FEBRUARY 18, 2004

### DECLARATION IN OPPOSITION TO PLAINTIFFS' MOTION TO AMEND

CHRISTOPHER PARDI, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following is true and correct:

1. I am Marketing Director, Boys' Team, at Fisher-Price, Inc. ("Fisher-Price"). I make this declaration in opposition to plaintiffs' motion to amend their First Amended Complaint. I make this declaration on the basis of personal knowledge and a review of the records of Fisher-Price. I have worked on Fisher-Price's Rescue Heroes, which are at issue in this lawsuit, since fall 1997.

**The Original
Rescue Heroes Figures**

2. In the late 1990s, Fisher-Price's internal designers developed a line of action figures that were eventually marketed under the Rescue Heroes trademark. These figures were first sold in December 1997. Catalog pages showing the original Rescue Heroes figures are attached as **Exhibit A**.

3. The Rescue Heroes figures were approximately 6 1/2 inches tall and made out of molded plastic. Their construction was much heavier than most action figures, and the figures were broad and had large feet so they would remain standing when positioned up by a child.

4. The individual characters for the Rescue Heroes were given "rescue" related identities, like a firefighter, police officer, and mountain ranger. Each of the Rescue Heroes figures wore a backpack which was made out of molded plastic and related to the figure's character and rescue theme. For example, the fireman's backpack looked like a fire extinguisher and water tank with gauges, and the paramedic's backpack converted into a stretcher. The initial release of the Rescue Heroes line also included vehicles.

5. In the fall of 1998, Fisher-Price introduced videos of the Rescue Heroes' adventures and missions which were either packaged with figures as a "giveaway" or were sold separately at retail. *See* **Exhibit A (FP 1595)**. The videos were, for the most part, episodes of the Rescue Heroes television program which aired on both CBS and Warner Brothers Networks. Thirty-two videos have been available for sale or have been packaged with Rescue Heroes figures or giveaways.

6. A Command Center playset was introduced in 1999. Catalog pages from Fisher-Price's 1999 catalog are attached as **Exhibit B (FP 1600).** In fall 1999, Fisher-Price introduced computer games featuring the Rescue Heroes.

**Fisher-Price Consistently Introduces New Basic And <u>Premium Rescue Heroes Figures</u>**

7.      Since the first sale of Rescue Heroes in December 1997, Fisher-Price has introduced many variations on Rescue Heroes figures in team-related groupings. The new figures maintain the essential elements of Rescue Heroes figures — the chunky styling, rescue themes, and backpacks — while constantly updating the Rescue Heroes line. Introduction of new Rescue Heroes figures is necessary to generate continued interest of trade and consumers.

8.      Fisher-Price organizes its Rescue Heroes figures into two general categories – "premium" and "basic."

9.      Basic Rescue Heroes figures have no speech and generally have no sound effects. Basic Rescue Heroes figures have been introduced in many different variations and "teams" since December 1997. For example, in 2000, Fisher-Price introduced the "Night Squad" Rescue Heroes figures. These figures are equipped for operations in the dark. In 2001, Fisher-Price introduced the Extreme Rescue Heroes who took on daring rescues with special, clear tools. In 2003, Fisher-Price introduced the "Wild Life Team," and each team member comes with an animal companion. In 2003, Fisher-Price introduced the "Optic Force," and each member of that team is equipped with particular optical-related accessories (such as a microscope, telescope, periscope, etc.). On average, Fisher-Price releases between two and six different variations or groupings of basic Rescue Heroes figures a year.

### Voice Tech Rescue Heroes

10. Premium Rescue Heroes, on the other hand, are marketed under the name "Voice Tech," and the Voice Tech figures have speech and sound effects.[1] Voice Tech figures were first introduced in February 2000. Catalog pages depicting the Voice Tech Rescue Heroes figures are attached as **Exhibit C (FP 1611)**. A Voice Tech Rescue Heroes figure is attached as **Exhibit D**.

11. New variations in the Voice Tech figures have been introduced annually since then. The annual changes have incorporated reconfiguration of the figures' backpacks.

12. Voice Tech figures sell at retail for approximately $9.99 and up, which is approximately $2.00 more expensive than the basic figures. The price difference exists because the electronics necessary to generate speech and sound effects add to the expense of producing the figures.

### The Voice Tech Vehicles

13. In addition to the Rescue Heroes figures, Fisher-Price also introduced the Voice Tech Jet and the Voice Tech Fire Truck. The Voice Tech Jet was available for public sale in July 2000. The Voice Tech Fire Truck was available for public sale in August 2000. *See* **Exhibit C (FP 1609-10)**. The Jet and the Fire Truck, along with all other Rescue Heroes vehicles, are compatible not only with Voice Tech figures, but with all basic figures. A number

---

[1] There has been one other grouping of premium figures — the Power Max figures. These Rescue Heroes have power tools associated with their characters. They are not at issue in this lawsuit or in the proposed amendment.

of other vehicles have been available from 1998 through the present. All Rescue Heroes figures fit into and are compatible with all vehicles. Therefore, vehicles, including the Voice Tech vehicles, are not an exclusive accessory to any particular grouping or team of Rescue Heroes figures, but rather, complement the entire Rescue Heroes line.

**Mission Command Rescue Heroes Were Introduced In February 2001**

14.     In February 2001, Fisher-Price first introduced Voice Tech Mission Command Rescue Heroes figures. The Voice Tech Mission Command figures came with a talking mission card that carried a computer chip which stored the speech of the commander, Warren Waters. When the card was inserted into the figure's backpack, and a button was pressed, Warren Waters would say something related to the specific rescue mission. Each figure's card was unique to that figure, and it showed the general type of rescue mission with which that figure was most often associated. All of the speech stored on the mission card was mission-specific. There was also speech stored within each figure, and the figure would "respond" to Warren Waters. Of the speech stored in each figure, a portion was specific to the figure's mission, and a portion was generic. The mission cards could be interchanged to any Voice Tech Mission Command figure. Thus, the mission could be "transferred" among figures, by moving the card from figure to figure. Attached as **Exhibit E** are pages from Fisher-Price's 2001 catalog showing the Mission Command figures (**FP 1618**). A Voice Tech Mission Command Rescue Heroes figure is attached as **Exhibit F**.

**The Aquatic Rescue
Command Center Was
Introduced In February 2001**

15. In February 2001, the Aquatic Rescue Command Center was introduced. The Aquatic Rescue Command Center ("ARCC") provided a platform on which Rescue Heroes figures could be placed and played with, along with a staging area for rescue missions. The ARCC also incorporated a screen on which the commander of the Rescue Heroes appeared to give specific instructions for rescue missions. The image of the commander, Warren Waters, was given the appearance of movement by lenticular lens technology developed by Carterbench, an independent outside inventor. In addition to the lenticular lens technology, the ARCC also incorporated the mission card technology in order that the Voice Tech Mission Command figures and talking mission cards could be used to their maximum potential with the ARCC. Catalog pages from the 2001 catalog showing the ARCC are included in **Exhibit E (FP 1620-21)**. The ARCC was also included in the 2002 and 2003 catalogs.

**Voice Tech Video Mission
Rescue Heroes Figures
Were Introduced In February 2002**

16. The Voice Tech Video Mission Rescue Heroes figures were introduced in February 2002 at Toy Fair. Catalog pages from the 2002 Fisher-Price catalog are attached as **Exhibit G (FP 1629)**. A Voice Tech Video Mission Rescue Heroes figure is attached as **Exhibit H**.

17. The Voice Tech Video Mission Rescue Heroes figures had backpacks on which an image related to the character was displayed. The image was given the appearance of motion by use of a lenticular lens which was activated when the child depressed a plunger.

Sound effects accompanied the simulated motion. The figures also incorporated speech, which was activated by a button.

**Mission Select Figures Were
Introduced In February 2003**

18.   The Mission Select Rescue Heroes figures were introduced in February 2003. The Mission Select Rescue Heroes figures represented a further improvement in the interactivity of speech among the figures. Each figure comes with a dial on the figure's backpack, allowing the child to "select" among six icons representing the content of the figure's speech. Thus, the child could set dials on the back of the fireman, construction worker, and policeman to the "fire" icon, and the three figures would then appear to be having a conversation about fire. The selection feature improved the interactivity of the Rescue Heroes figures over the Voice Tech Mission Command figures, where the card had to be moved from figure to figure to share the mission. Attached as **Exhibit I** are pages from Fisher-Price's 2003 catalog showing the Mission Select figures **(FP 1646)** and a copy of the Mission Select figure packaging. A Mission Select Rescue Heroes figure is attached as **Exhibit J**.

19.   Also shown in the 2003 catalog, which was out in February 2003, are the Mission Select Fire Truck and Mission Select Police Cruiser. *See* **Exhibit I (FP 1646)**. The Mountain Action Command Center was also pictured in the 2003 catalog. *See* **Exhibit I (FP 1646)**. The Mission Select vehicles and the Mountain Action Command Center incorporate the selector dial. Nevertheless, these vehicles and playsets are not for exclusive use with the Mission Select Rescue Heroes figures, rather, they may be used and are designed to be compatible with all Rescue Heroes figures.

- 7 -

**Optic Force Rescue Heroes Figures Were Introduced in October 2003**

20. In October 2003, Fisher-Price's Optic Force Rescue Heroes figures were made available for public sale. Included in the Optic Force grouping is a character named "Telly Photo," the figure against whom plaintiffs are now making a claim.

21. Fisher-Price has previously sold a camera person, along with a news crew and a news truck, with an earlier line of action figures. A child could look through the camera to view his actual surroundings, i.e., what the camera was "filming." Specifically, in 1978 Fisher-Price included a camera crew in its Adventure People line of toys. The camera in the Adventure People line shares the exact features of the Telly Photo characters' camera. Catalog pages from the 1978 Fisher-Price catalog showing the Adventure People news crew are attached as **Exhibit K**.

Dated: February 18, 2004

*Christopher M Pardi*
Christopher Pardi