

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and  : 
DESIGN INNOVATION, INC.,          :

                   Plaintiffs,    :        Civil No. 303CV222 (JBA)

        v.                        :

FISHER-PRICE, INC.,               :

                   Defendant.     :        FEBRUARY 12, 2004

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant Fisher-Price, Inc. ("Fisher-Price") respectfully moves for an extension of two (2) days in which to submit its opposition to the motion for leave to file a second amended complaint filed by plaintiffs Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. In support of this unopposed motion, Fisher-Price avers as follows:

1.      During the Court's status conference on February 2, 2004, the Court ordered the plaintiffs to file their motion for leave to file a second amended complaint, along with the proposed amended complaint, on February 6, 2004. At the same time, the Court ordered Fisher-Price to file any opposition to the motion for leave to amend on or before February 18, 2004.

2.      The plaintiffs filed their motion for leave to amend on February 6. Fisher-Price respectfully requests an additional two (2) days in which to file its opposition.

3.      Additional time is required because the annual Toy Fair in New York City commences on February 15, 2004 and runs several days. Many Fisher-Price personnel, including persons with whom counsel need to consult about the proposed Second Amended

1

*(left margin, rotated text)*

2/20/04: Motion GRANTED, absent objection, to and including 2/20/04.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

/Janet Bond Arterton, U.S.

FILED Feb 24 3 52 PM '04 U.S. DISTRICT COURT NEW HAVEN, CONN