UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br><br> March 3, 2004 |

## JOINT MOTION FOR AMENDMENT OF THE SCHEDULING ORDER

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc ("DI") (collectively, "Plaintiffs"), and Defendant Fisher-Price, Inc ("Fisher-Price"), pursuant to Rule 26 of the Federal Rules of Civil Procedure, respectfully move the Court for an order amending the Scheduling Order and, more particularly, granting a limited extension of time for the completion of the depositions of Fisher-Price witness Stan Clutton and Fisher-Price's expert witness Howard Bollinger, and for the filing of dispositive motions. In support of the motion, the parties respectfully show unto the Court as follows:

Plaintiffs' Motion for Leave to File a Second Amended Complaint

1. Pursuant to the Scheduling Order dated May 9, 2003, discovery is to be completed by March 3, 2004, and dispositive motions are to be filed by April 5, 2004.

2. On February 6, 2004, Plaintiffs filed a Motion for Leave to File a Second Amended Complaint ("Motion to Amend"). On February 20, 2004, Defendant filed a Memorandum in Opposition to Plaintiffs' Motion to Amend. Plaintiffs' Reply Brief is due on

March 5, 2004. The Second Amended Complaint seeks to add several additional Fisher-Price products to this action.

3.   In the event that Plaintiffs' Motion to Amend is granted, the parties anticipate that additional discovery will be required related to the additional products Plaintiffs seek to add to the Second Amended Complaint, as outlined in the parties' briefs in support of and in opposition to the motion. The parties understand that, as discussed at the February 2 Status Conference before the Court, the Court may need to issue a new scheduling order if the Court grants Plaintiffs' Motion to Amend in whole or in part. This joint motion does not address any new scheduling order which may be necessitated if Plaintiffs' Motion to Amend is granted. Rather, this joint motion addresses only a limited extension of the current Scheduling Order.

Motions to Compel

4.   Plaintiffs intend to file a motion to compel on March 3, 2004, seeking the production of documents related to concept submissions made to Fisher-Price by outside toy inventors that resulted in commercialized products from 1996 through 2000. Fisher-Price intends to move to compel the production of documents by Design Innovation related to Design Innovation's work on the Rescue Heroes line of toys from 1997 through present.

Discovery Not Completed Because of Plaintiffs' Motions

5.   Plaintiffs had noticed the depositions of two defense witnesses prior to the close of discovery: Defendant's expert witness, Howard Bollinger, for February 26, 2004, and its Senior Vice President of Inventor Relations, Stan Clutton, for March 2, 2004. However, the parties recognized that these depositions would be impacted by both Plaintiffs' Motion to Amend and Plaintiffs' and Fisher-Price's contemplated motions to compel. Indeed, in the event the Court grants these motions, additional document discovery will be required pursuant to

outstanding discovery requests. Plaintiffs will seek to question Messrs. Bollinger and Clutton regarding any new documents produced by Fisher-Price. Given this fact, the parties were concerned that these two depositions would need to be conducted twice – once prior to the March 3, 2004 close of discovery and again should either of Plaintiffs' motions be granted. Accordingly, the parties agreed to adjourn these depositions until such time as the Court has ruled on Plaintiffs' motions. Pursuant to the parties' agreement, Plaintiffs will be permitted to conduct the aforementioned depositions before dispositive motions are filed.

6. Accordingly, the parties hereby agree to and request amendment of the Scheduling Order as follows:

(a) That Plaintiffs' right to depose Messrs. Bollinger and Clutton is preserved notwithstanding the expiration of the current discovery schedule;

(b) That should the Court grant Plaintiffs' Motion to Amend, in whole or in part, the depositions of Messrs. Clutton and Bollinger be held in the ordinary course of a new scheduling order;

(c) That should the Court deny Plaintiffs' Motion to Amend, the time for the depositions of Messrs. Clutton and Bollinger be extended until one month after the Court resolves both Plaintiffs' Motion to Amend and motion to compel (and until one month after Defendant produces all additional documents ordered by the Court, if any, pursuant to Plaintiffs' motion to compel), and the deadline for the filing of dispositive motions accordingly be extended until one month after the time both depositions are completed;

(d) For such other and further relief as the Court deems just and proper.

Dated: March 3, 2004

Respectfully Submitted,

| | |
|---|---|
| GRIMES & BATTERSBY, LLP | HODGSON RUSS LLP |
| *Russell D Dize* | *Jodyann Galvin /RDD (with permission)* |
| Gregory J. Battersby (Bar No. 07386) | Robert J. Lane, Jr. (Bar No. ct24598) |
| Edmund J. Ferdinand, III (Bar No. 21287) | Jodyann Galvin (Bar No. ct24599) |
| Russell D. Dize (Bar No. 23064) | One M&T Plaza, Suite 2000 |
| 488 Main Avenue | Buffalo, New York 14203-2391 |
| Norwalk, CT 06851-1008 | (716) 856-4000 |
| (203) 849-8300 | |
| | and |
| Attorneys for Plaintiffs Victor G. Reiling Associates and Design Innovation, Inc. | ROBINSON & COLE LLP |
| | Bradford S. Babbitt (Bar No. ct13938) |
| | 280 Trumbull Street |
| | Hartford, CT 06103-3597 |
| | (860) 275-8200 |
| | |
| | Attorneys for Defendant Fisher-Price, Inc. |