UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br>       Plaintiffs, <br><br>v. <br><br>FISHER-PRICE, INC., <br><br>       Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Civil No. 303CV222(JBA) <br><br><br> March 3, 2004 |

## FISHER-PRICE, INC.'S MOTION TO COMPEL

Fisher-Price, Inc., ("Fisher-Price") respectfully moves to compel the disclosure of documents from plaintiff Design Innovation, Inc. ("Design Innovation"). Fisher-Price has requested the production of documents related to Design Innovation's work on the Rescue Heroes line of toys from January 1997 through the present. Design Innovation has refused to produce responsive documents. Because these documents are directly relevant to plaintiffs' claims and Fisher-Price's defenses, this Court should compel Design Innovation to product all responsive documents.

In support of this motion, Fisher-Price respectfully submits the accompanying Memorandum of Law and the Declaration of Robert J. Lane, Jr.

DEFENDANT
FISHER-PRICE, INC.


By_____
       Bradford S. Babbitt (ct13938)
       email:  bbabbitt@rc.com
       Michael J. Kolosky (ct22686)
       email:  mkolosky@rc.com
       **ROBINSON & COLE LLP**
       280 Trumbull Street
       Hartford, CT 06103-3597
       tel. no.: (860) 275-8200
       fax no.: (860) 275-8299

and

       Robert J. Lane, Jr.
       e-mail:  rlane@hodgsonruss.com
       Federal Bar No.:  ct24598
       Jodyann Galvin
       e-mail:  jgalvin@hodgsonruss.com
       Federal Bar No.:  ct24599
       HODGSON RUSS LLP
       One M&T Plaza, Suite 2000
       Buffalo, New York  14203-2391
       tel. no: (716) 856-4000
       fax no.: (716) 849-0349

       *Attorneys for Fisher-Price, Inc.*

# CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion To Compel was mailed, first class postage prepaid, to the attorneys of record recited below on this 3rd day of March, 2004.

Gregory J. Battersby (Bar No. 07386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

_____
Bradford S. Babbitt