UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REILING, ET AL            :

v.                        :   NO. 3:03cv222 (JBA)

FISHER-PRICE, INC.        :

FILED MAR 9  8 46 AM '04
U.S DISTRICT COURT
NEW HAVEN, CONN

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS** for the following purpose(s):

- Settlement Conference.
  (Orefmisc.cnf)

✔ - Supervising discovery and resolving discovery disputes. *Including doc. #48, Motion to Compel; doc. #50, Motion to Compel.*
  (Orefmisc.dscv)

- Ruling on:
  (Orefm.)

- Referred for:
  (Orefcs.)

IT IS SO ORDERED.

/s/ Janet Bond Arterton
Janet Bond Arterton
United States District Judge

Dated at New Haven, Connecticut: **March 08, 2004**