UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

REILING                          :

v.                               :   NO. 3:03cv222 (JBA)

DESIGN INNOVATIONS               :

### ENDORSEMENT ORDER [DOC. #47]

Joint Motion to Amend Scheduling Order [doc. #47] GRANTED, as follows:

1. For the purpose of conducting depositions, discovery is extended to and including 30 days following the Court's ruling on pending motion for leave for file second amended complaint.

2. Dispositive motions will be filed 30 days following the close of discovery. The parties are reminded of the Court's pre-filing conference requirement.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: March 08, 2004