UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br> **DECLARATION OF <u>VICTOR G. REILING</u>** |

  I, VICTOR G. REILING, pursuant to the requirements of 28 U.S.C. §1746, declare that the following is true and correct under the penalties of perjury:

  1. I am the principal of Victor G. Reiling Associates ("Reiling"), a plaintiff in the above-captioned action. I have personal knowledge of all facts stated herein. I make this declaration based upon personal knowledge and a review of documents relevant to this proceeding. I submit this declaration in support of Plaintiffs' Objection to the Court's Ruling on Plaintiffs' Motion to Compel.

  2. I have worked in the toy industry for more than three decades. From 1970 through 1974, I was a designer and later a design group manager with Fisher-Price. From 1974 through 1977, I was the Director of Research & Development for two divisions of Milton Bradley, another major toy company now owned by Hasbro, Inc. Since 1977, I have been an independent toy developer, creating concepts that are offered to various toy manufacturers. My company does not manufacture and market toys, but rather works with toy manufacturers to develop new toys based on our product concepts. When a toy manufacturer adopts one of our

product concepts, in accordance with the long-established custom and practice in the toy industry, we are remunerated by being paid a royalty based on the sales of toys incorporating the concept. Including toys created while at Fisher-Price, I have created more than twelve toys and games that have sold over one million units.

3. Fisher-Price is a wholly-owned subsidiary of Mattel, Inc., one of the largest toy companies in the world (if not the largest). According to Mattel's 2003 Annual Report, the company has more than 25,000 employees. Mattel's gross sales for 2003 were $5.379 billion, $3.203 billion of which were U.S. sales. Fisher-Price itself had U.S. sales in 2003 that exceeded $1.265 billion. True and correct copies of relevant pages printed from Mattel's 2003 Annual Report are attached hereto as Exhibit A.

4. Based on my longstanding relationship with Fisher-Price, I know that they routinely seek concept submissions from private toy developers in an effort to create and manufacture new toy lines as well as expand existing product lines. Indeed, I have previously submitted at least 10 toy concepts to Fisher-Price, and several were optioned by them. I am also aware that Fisher-Price employs certain individuals who are responsible for interfacing with independent toy inventors nationwide, including conducting nationwide "sweeps" of new toy concepts.

5. The Toy Industry Association recently reported on its website (http://www.toy-tia.org) that 2003 sales of toy products in the U.S. were $20.7 billion, not including video games. A true and correct copy of the relevant page printed from the Toy Industry Association's website is attached hereto as Exhibit B.

6. Based upon sales figures provided in Mattel's Annual Report, its gross domestic toy and game sales in 2003 constituted more than 15% of the U.S. Toy Industry's total sales.

(*See* Exhibits A and B). Upon information and belief, the only other toy company that approaches this level of sales is Hasbro. According to Hasbro's Annual Report, its U.S. toy and game sales in 2003 were over $1.9 billion, more than 9% of the total U.S. market. True and correct copies of relevant pages from Hasbro's 2003 Annual Report are attached hereto as Exhibit C. Increasingly, the toy industry has become dominated by two companies, Mattel/Fisher-Price and Hasbro. There is a wide gap in sales between these companies and the next tier of toy companies.

7.    The Toy Industry Association's statistics report that the size of the U.S. infant and pre-school market was $2.6 billion in 2003. This is the market in which the Rescue Heroes products at issue in this case are sold. I note that packaging for the Voice Tech Video Mission Rescue Heroes line of toys indicates that the product is for ages three and up (*i.e.*, the pre-school market). Fisher-Price is, by far, the most recognized name in the pre-school market. Upon information and belief, virtually all of the company's sales are in this market. Assuming this is correct, Fisher-Price's gross domestic sales of $1.265 billion in 2003 constituted approximately 48% of the pre-school market.

8.    Co-plaintiff Design Innovation and I have asserted claims in this case under an implied-in-fact contract. As I understand it, whether such a contract was formed depends on specific factors, including industry custom. Because Fisher-Price accounts for nearly half of all sales in the pre-school market each year, its practices and procedures comprise a large portion of toy industry custom and practice. Fisher-Price's custom and practice is, to a large extent, industry custom and practice, especially with respect to the pre-school market.

9.    When co-plaintiff Design Innovation and I submitted our concept to Fisher-Price, we expected to be paid if the company used our submission. Pursuant to long-standing industry

3

custom (*i.e.*, the way Fisher-Price and other companies had dealt with us and others in the past), we expected to be paid regardless of changes that were made to the submission from the time it was submitted to the time it was ultimately manufactured and sold. This is the way the toy industry has operated for years.

10. The documents that we have requested from Fisher-Price are needed to demonstrate that this was indeed the custom and practice in the industry at the time the submission was made. We have requested documents submitted by toy inventors over a five year period for concepts that were ultimately commercialized by Fisher-Price, and for each such submission, documents that show the final product that was commercialized. These documents will allow us to demonstrate the parties' expectations at the time the submission was made – namely, that Design Innovation and I would be paid a royalty if the concept was used, regardless of changes made to the submission by Fisher-Price.

I declare that the foregoing is true and correct under the penalty of perjury.

_____
Victor G. Reiling

Dated: Kent, Connecticut
May 13, 2004

2003 Annual Report




adverse effect on Mattel's results of operations and financial condition, depending on the product affected by the recall and the extent of the recall efforts required. A product recall could also negatively affect Mattel's reputation and the sales of other Mattel products.

Mattel's advertising is subject to the Federal Trade Commission Act, The Children's Television Act of 1990, the rules and regulations promulgated by the Federal Trade Commission and the Federal Communications Commission as well as laws of certain countries that regulate advertising and advertising to children. In addition, Mattel's websites that are directed to children are subject to the Children's Online Privacy Protection Act of 1998. Mattel is subject to various other federal, state and local laws and regulations applicable to its business. Mattel believes that it is in substantial compliance with these laws and regulations.

Mattel's operations are from time to time the subject of investigations, conferences, discussions and negotiations with various federal, state and local environmental agencies with respect to the discharge or cleanup of hazardous waste and compliance by those operations with environmental laws and regulations. See Item 8 "Financial Statements and Supplementary Data—Note 9 to the Consolidated Financial Statements—Environmental."

### Employees

The total number of persons employed by Mattel and its subsidiaries at any one time varies because of the seasonal nature of its manufacturing operations. At year end 2003, Mattel's total number of employees, including its international operations, was approximately 25,000.

### Executive Officers of the Registrant

The current executive officers of Mattel, all of which are appointed annually by the board of directors and serve at the pleasure of the board, are as follows:

| Name | Age | Position | Executive Officer Since |
|---|---|---|---|
| Robert A. Eckert | 49 | Chairman of the Board of Directors and Chief Executive Officer | 2000 |
| Matthew C. Bousquette | 45 | President, Mattel Brands | 1999 |
| Ellen L. Brothers | 48 | President, American Girl and Executive Vice President | 2003 |
| Thomas A. Debrowski | 53 | Executive Vice President, Worldwide Operations | 2000 |
| Joseph F. Eckroth, Jr | 45 | Chief Information Officer | 2000 |
| Kevin M. Farr | 46 | Chief Financial Officer | 1996 |
| Neil B. Friedman | 56 | President, Fisher-Price Brands | 1999 |
| Alan Kaye | 50 | Senior Vice President, Human Resources | 2000 |
| Douglas E. Kerner | 46 | Senior Vice President and Corporate Controller | 2001 |
| Robert Normile | 44 | Senior Vice President, General Counsel and Secretary | 1999 |
| William Stavro | 64 | Senior Vice President and Treasurer | 1993 |
| Bryan Stockton | 50 | Executive Vice President, International | 2000 |

Mr. Eckert has been Chairman of the Board of Directors and Chief Executive Officer since May 2000. He was formerly President and Chief Executive Officer of Kraft Foods, Inc., the largest packaged food company in North America, from October 1997 until May 2000. From 1995 to 1997, Mr. Eckert was Group Vice President of Kraft Foods, Inc. From 1993 to 1995, Mr. Eckert was President of the Oscar Mayer foods division of Kraft Foods, Inc. Mr. Eckert worked for Kraft Foods, Inc. for 23 years prior to joining Mattel.

The tables below present information about revenues, income and assets by segment. Segment revenues do not include sales adjustments such as trade discounts and other allowances. Such adjustments are, however, included in the determination of segment income from operations. Segment income from operations represents operating income from continuing operations, while consolidated income from operations represents income from continuing operations before income taxes as reported in the consolidated statements of operations. The corporate and other category includes costs not allocated to individual segments, including charges related to the financial realignment plan, incentive compensation and corporate headquarters functions managed on a worldwide basis. Segment assets are comprised of accounts receivable and inventories, net of applicable reserves and allowances

|  | For the Year | | |
|---|---|---|---|
|  | 2003 | 2002 | 2001 |
|  | (In thousands) | | |
| **Revenues** | | | |
| Domestic: | | | |
| Mattel Brands US | $1,594,144 | $1,790,006 | $1,817,272 |
| Fisher-Price Brands US | 1,265,224 | 1,282,221 | 1,234,169 |
| American Girl Brands | 344,446 | 350,178 | 340,843 |
| Total Domestic | 3,203,814 | 3,422,405 | 3,392,284 |
| International | 2,175,709 | 1,890,939 | 1,680,291 |
| Gross sales | 5,379,523 | 5,313,344 | 5,072,575 |
| Sales adjustments | (419,423) | (428,004) | (384,651) |
| Net sales from continuing operations | $4,960,100 | $4,885,340 | $4,687,924 |
| **Segment Income** | | | |
| Domestic: | | | |
| Mattel Brands US | $ 388,666 | $ 445,982 | $ 403,933 |
| Fisher-Price Brands US | 180,133 | 187,009 | 157,030 |
| American Girl Brands | 61,968 | 58,106 | 49,907 |
| Total Domestic | 630,767 | 691,097 | 610,870 |
| International | 364,963 | 304,989 | 198,242 |
|  | 995,730 | 996,086 | 809,112 |
| Goodwill amortization | — | — | 46,121 |
| Corporate and other expense (a) | 210,020 | 262,545 | 183,671 |
| Operating income | 785,710 | 733,541 | 579,320 |
| Interest expense | 80,577 | 113,897 | 155,132 |
| Interest (income) | (18,966) | (17,724) | (15,481) |
| Other non-operating (income) expense, net | (16,755) | 15,871 | 9,659 |
| Income from continuing operations before income taxes | $ 740,854 | $ 621,497 | $ 430,010 |

(a) *Corporate and other expense is higher in 2002 compared to 2003 and 2001, largely due to higher incentive compensation expense and a $25.4 million charge in 2002 resulting from the settlement of shareholder litigation related to the 1999 acquisition of Learning Company.*

83

Toy Industry Association, Inc.

Advanced Search    Members Login

Toy Net | Toy Industry Association | TIA Trade Shows & Events | Toy Industry Foundation | Parents
| Press Releases | Statistics | Industry Statements | Toy Book: TIA Fact File | Publications/Resources | Betcha Didn't
| Classic Toys | Hot Toy List | FAQs |

Home · Library · Statistics · State of the Industry

## 2003 vs. 2002 STATE OF THE INDUSTRY

Sales Reflect Total U.S. Industry
(Listed alphabetically)

| SUPERCATEGORY | ANNUAL 2002 | ANNUAL 2003 | % C |
|---|---|---|---|
| Action Figures & Accessories | $1.4B | $1.2B | |
| Arts & Crafts | $2.3B | $2.4B | |
| Building Sets | $766M | $625M | |
| Dolls | $2.7B | $2.8B | |
| Games/Puzzles | $2.2B | $2.4B | |
| Infant/Preschool | $2.9B | $2.6B | |
| Learning & Exploration | $473M | $477M | |
| Outdoor & Sports Toys | $2.5B | $2.4B | |
| Plush | $1.5B | $1.4B | |
| Vehicles | $2.2B | $2.0B | |
| All Other Toys | $2.4B | $2.5B | |
| **TOTAL TRADITIONAL TOY INDUSTRY** | **$21.3B** | **$20.7B** | |
| Video Games | $10.3B | $10.0B | |

NOTE: There may be variances due to rounding.

**DATA COMPILED BY:** The NPD Group / NPD Funworld® / Consumer Pa
900 West Shore Road
Port Washington, NY 11050
(516) 625-0700

**IN CONJUNCTION WITH:** Toy Industry Association, Inc.

Site Map | Privacy | About TIA | Contact Us | ©2004 Toy Industry Association, Inc.



Making The World Smile

To Our Shareholders,

Three years ago we set a new strategic direction for the Company. One in which we would change the culture at Hasbro to focus on growing our incredible portfolio of core brands and developing new and innovative products. In addition, we wanted to reduce our reliance on entertainment properties, improve operating margins and strengthen our balance sheet.

## We are happy to report that three years later, we are delivering against all of these objectives!

In 2003, revenues increased 65%, excluding the impact of foreign exchange. We re-energized our business by leveraging our rich collection of core brand drivers, which as a category were up 23% worldwide and include brands like PLAYSKOOL and TRANSFORMERS. One core brand worth calling out was MONOPOLY, which was up 18% in 2003, an impressive number for a brand that is nearly 70 years old. Innovative products like BEYBLADE and VIDEONOW also contributed significantly to our solid growth.

Improving our operating margin to 10% or better by 2003 was a major objective as well, and we surpassed that goal, delivering an operating margin of 11%. We are particularly pleased that we achieved this goal during a year in which we also took a number of charges relating to actions to improve future profitability. These charges included severance payments related to the cessation of toy manufacturing operations at our Valencia, Spain facility and charges for exiting leases and severance for the employees of the remaining Wizards of the Coast retail stores.

In the last three years, we have made tremendous strides in strengthening our balance sheet and have reduced our short and long-term debt, net of cash, by over $1.0 Billion. In addition, we have improved our debt to total cap ratio to 34%. We are pleased that this progress has been recognized by both Fitch Ratings and Moody's, who have upgraded our long-term unsecured debt ratings to investment grade.

This success was driven by all three of our major segments.

### Games

Revenues up 8.8%

Games is a solid, profitable business for Hasbro. Consumers have always enjoyed the fun and educational opportunities that games provide, and the way they bring people together. This segment had a strong year, registering an 8.8% increase in revenues. They posted $804.5 million in revenues for the year and an operating profit that increased by 40.8% to $175.5 million. Driving this success were core brands, such as MONOPOLY, TRIVIAL PURSUIT and MAGIC: THE GATHERING trading card games, as well as new innovative products, such as TWISTER MOVES, BULLS-EYE BALL and ELEFUN.

### U.S. Toys

**Revenues up 6.2%**

The U.S. Toys business also made substantial improvements in both revenue and operating profit. This year, the segment grew revenues 6.2% to $1.1 billion for the year and operating profit increased 21.6% to $92.0 million. We had strong performance from many toy core brand drivers, such as TRANSFORMERS, which was up 87%, and PLAYSKOOL, which grew 25% in 2003. In addition, we had a number of new introductions that performed well, such as VIDEONOW, and continued strong sales from BEYBLADE and FURREAL FRIENDS.

### International

**Revenues up 22%**

The International segment is an area we targeted to improve in 2003 and we did. Revenues increased 22% to $1.2 billion for the year. Excluding the positive impact of foreign exchange of $127.9 million, revenues increased 8.8% for the year to $1.1 billion. Operating profit increased significantly to $91.5 million, compared with $5.2 million last year. This growth shows the progress we are making in improving our global business. The segment experienced strength in board games and many of our core product lines, including TRANSFORMERS, MAGIC: THE GATHERING trading card games, and PLAYSKOOL. BEYBLADE was also a significant contributor to the segment's performance.

Our success in 2003 was a direct result of delivering on our strategy. In this annual report you will learn about five brands – TRANSFORMERS, MY LITTLE PONY, MAGIC: THE GATHERING, FURREAL FRIENDS and MONOPOLY – that illustrate how this strategy is working. Each of the highlighted brands provides a snapshot of how we are growing our toys and games business globally with new, innovative products based on consumer insights; compelling storylines; strategic licensing agreements; and strong, integrated marketing campaigns.

We made substantial improvement in our corporate governance efforts in 2003 as well. We split the roles of Chairman and CEO and amended our articles of incorporation to eliminate classification of our Board of Directors through a shareholder vote. In addition since 2001, we have added eight new independent members to our Board, supplementing our expertise in key areas. This year we were delighted to welcome Jack M. Greenberg, former Chairman and Chief Executive Officer of McDonald's Corporation, and Jack M. Connors, Jr., Chairman of the full-service marketing communications company, Hill, Holliday, Connors, Cosmopulos, Inc., to our Board of Directors. Both are very highly respected business leaders. You can be sure that we remain committed to building shareholder value, while conducting ourselves with integrity with all of our constituents.