## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : : | |
| Plaintiffs, | : : | Civil No. 303 CV 222 (JBA) |
| v. | : : | |
| FISHER-PRICE, INC., | : : | |
| Defendant. | : : | June 1, 2004 |

## FISHER-PRICE'S CROSS-MOTION TO STRIKE

Defendant Fisher-Price, Inc. ("Fisher-Price") respectfully cross-moves for an Order striking the Declaration of Victor G. Reiling, dated May 13, 2004 (the "Reiling declaration") offered in support of the Objection to Ruling on Plaintiffs' Motion to Compel (the "Objection") filed by plaintiffs, as well as those portions of plaintiffs' Objection which rely upon the Reiling declaration.

The basis for Fisher-Price's cross-motion is that the submission of the Reiling declaration is patently improper and contrary to the standard of review applicable to plaintiffs' Objection. Plaintiffs are precluded from introducing new evidence in connection with the District Court's review of Magistrate Margolis's April 27, 2004 Ruling. As a result, the Reiling declaration and those portions of plaintiffs' Objection which rely upon it must be stricken.

This cross-motion is governed by Federal Rule of Civil Procedure 12(f) and 28 U.S.C. § 636(b)(1)(A).

In support of its cross-motion to strike, Fisher-Price relies on its Memorandum of Law in Support of Cross-Motion to Strike and in Opposition to Plaintiffs' Objection, dated June 1, 2004, submitted herewith.

Dated: June 1, 2004

                                        **DEFENDANT, FISHER-PRICE, INC.**


                                        By: _____
                                              Bradford S. Babbitt
                                              Federal Bar No.:  ct13938
                                              email:  bbabbitt@rc.com
                                              ROBINSON & COLE LLP
                                              280 Trumbull Street
                                              Hartford, CT 06103-3597
                                              tel. no. (860) 275-8200
                                              fax no. (860) 275-8299

                                        and


                                        Robert J. Lane, Jr.
                                        Federal Bar No. ct24598
                                        email: rlane@hodgsonruss.com
                                        Jodyann Galvin
                                        Federal Bar No. ct24599
                                        email: jgalvin@hodgsonruss.com
                                        HODGSON RUSS LLP
                                        One M&T Plaza, Suite 2000
                                        Buffalo, New York  14203-2391
                                        tel. no. (716) 856-4000
                                        fax no. (716) 849-0349

BFLODOCS 930353v1  (JXV501!.DOC)