UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

- against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

June 22, 2004

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN OPPOSITION TO OBJECTION TO RULING ON PLAINTIFFS' MOTION TO COMPEL

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), upon the accompanying Memorandum of Law and all prior pleadings and proceedings herein, respectfully move the Court for an order, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, striking portions of Defendant's Memorandum in Opposition to Objection to Ruling on Plaintiffs' Motion to Compel, dated June 1, 2004.

Defendant has filed a Cross-Motion to Strike the Declaration of Victor G. Reiling in Support of Plaintiffs' Objection to the Magistrate Judge's ruling. In its memorandum of law in support, Defendant briefly discusses its Cross-Motion to Strike and then impermissibly uses the remainder of its lengthy brief to argue the merits of Plaintiffs' Objection. Plaintiff seeks an Order striking all portions of Defendant's Memorandum dated June 1, 2004 that argue the merits of Plaintiffs' Objection, and for such other and further relief as the Court deems just and proper.

**ORAL ARGUMENT NOT REQUESTED**

Dated: Norwalk, Connecticut
June 22, 2004

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Jessica L. Elliott (Bar No. 24871)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

Attorneys for Plaintiffs Victor G. Reiling
Associates and Design Innovation, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MEMORANDUM IN OPPOSITION TO OBJECTION TO RULING ON PLAINTIFFS' MOTION TO COMPEL has been served upon defendant Fisher-Price, Inc., on this 22nd day of June 2004, via U.S. Mail, First Class, postage prepaid, to:

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

_____
Russell D. Dize