UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : <br> : Index No.: 3:03 CV 222 (JBA) <br> : |
| Plaintiffs, | : **SUPPLEMENTAL 26(f)** |
| v. | : **PLANNING REPORT** <br> : |
| FISHER-PRICE, INC., | : <br> : October 15, 2004 |
| Defendant. | : |

Pursuant to the Order of the Court dated September 30, 2004, the parties hereby submit their Supplemental 26(f) Planning Report reflecting proposed amendments to the original scheduling order, as follows:

Plaintiffs Propose:

1. All discovery will be completed (not propounded) by 3/1/05.

   Fact discovery will be completed by 1/14/05.

   The parties' expert reports will be served by 1/21/05 and rebuttal expert reports will be served by 2/4/05. Expert depositions will be completed by 3/1/05.

   At this time, Plaintiffs contemplate submitting an expert report on damages covering all products in the Amended Complaint, as well as a supplemental report from James Kipling covering new products in the Amended Complaint.

2. Dispositive motions will be filed by 4/1/05, and this matter will be trial ready 9/1/05. The parties' Joint Trial Memorandum will be filed 30 days after the ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 5/1/05 and this matter will be deemed trial ready immediately thereafter.

Defendant Proposes:

1. All discovery will be completed (not propounded) by 4/22/05.

Fact discovery will be completed by 3/1/05.

Defendant disagrees with plaintiffs' proposed schedule for further expert disclosure which calls for simultaneous disclosure followed by rebuttal. The parties have already made expert disclosures pursuant to the prior scheduling order; as is the standard practice in the District, plaintiffs made their disclosure first, followed by defendant. There have been no developments which justify plaintiffs' request for simultaneous disclosure or which warrant a departure from this, nor has defendant agreed to simultaneous disclosure. Nor have there been any developments which warrant disclosure of additional experts as contemplated by plaintiffs' proposal; therefore, any additional expert reports should be limited to the scope of the amendment permitted by the Court, to wit, the additional products added to plaintiffs' complaint.

Plaintiffs' expert report on the products that were the subject of the Court's order permitting amendment of the complaint will be served by 3/8/05. Defendant's expert report on the products that were the subject of the Court's order permitting amendment of the complaint will be served by 4/8/05. Expert depositions will be completed by 4/22/05.

2. Dispositive motions will be filed by 5/17/05, and this matter will be trial ready 9/1/05. The parties' Joint Trial Memorandum will be filed 30 days after the ruling on dispositive motions.

3. If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 6/17/05 and this matter will be deemed trial ready immediately thereafter.

As officers of the court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

Dated: October 15, 2004

GRIMES & BATTERSBY, LLP

_____
Gregory J. Battersby (Bar No. ct07386)
Edmund J. Ferdinand, III (Bar No. ct21287)
Russell D. Dize (Bar No. ct23064)
488 Main Avenue
Norwalk, CT 06851-1008
(203) 849-8300

Attorneys for Plaintiffs Victor G. Reiling
Associates and Design Innovation, Inc.

HODGSON RUSS LLP

_____ (with permission)
Robert J. Lane, Jr. (Bar No. ct24598)
Jodyann Galvin (Bar No. ct24599)
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
(716) 856-4000

and

ROBINSON & COLE LLP
Bradford S. Babbitt (Bar No. ct13938)
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200

Attorneys for Defendant Fisher-Price, Inc.