UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Victor G. Reiling Associates** <br> **and Design Innovation, Inc.** : <br> : <br> **v.** :     **No. 3:03cv222 (JBA)** <br> : <br> **Fisher-Price, Inc.** : | |

### Endorsement Order [Doc. # 82]

Plaintiffs' Objection to the Magistrate Judge's Ruling on Plaintiffs' Motion to Compel [Doc. # 82] is overruled, for the reasons set forth on the record of February 14, 2005.

                      IT IS SO ORDERED.

                          /s/

                      Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February 14, 2005.**