**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**REILING**                            :

**v.**                                 :   NO. 3:03cv222 (JBA)

**DESIGN INNOVATIONS**                 :

### SCHEDULING ORDER/ENDORSEMENT ORDER [DOC. #82]

Pursuant to the colloquy with counsel on the record 2/14/05 the following schedule is ordered:

1. Motion for summary judgment will be filed 5/2/05; opposition will be filed 5/23/05; any reply will be filed by 6/6/05.

2. The parties' Joint Trial Memorandum will be filed 21 days after ruling on motion for summary judgment.

3. The parties will advise Magistrate Judge Margolis when referral for settlement would be most productive.

4. Plaintiff's Objection to Magistrate Judge Margolis' Ruling [doc. #82] is OVERRULED for the reasons set out on the record.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: February     , 2005**