# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

            Plaintiffs,

v.

FISHER-PRICE, INC.,

            Defendant.

**APPEARANCE**

CASE NUMBER: 3:03 CV 222 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

    VICTOR G. REILING ASSOCIATES and
    DESIGN INNOVATION, INC.,
    Plaintiffs

---

**April 21, 2005**
Date

**07323**
Connecticut Federal Bar Number

**(203) 849-8300**
Telephone Number

**(203) 849-9300**
Fax Number

**maclean@gandb.com**
E-mail address

*(signature)*
Signature

**Richard E. MacLean**
Print Clearly or Type Name

**Grimes & Battersby, LLP, 488 Main Ave.**
Address

**Norwalk, CT  06851**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Bradford S. Babbitt, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

Robert J. Lane, Jr., Esq.
Hodgson Russ, LLP
One M&T Plaza, Suite 2000
Buffalo, NY  14203-2391

*(signature)*
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001