UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : | |
| : | |
| Plaintiffs, : | Civil No. 303CV222 (JBA) |
| v. : | |
| : | |
| FISHER-PRICE, INC., : | |
| : | |
| Defendant. : | APRIL 19, 2005 |

**DEFENDANT FISHER-PRICE, INC.'S
MOTION FOR PERMISSION TO FILE
<u>OVERLENGTH BRIEF</u>**

Pursuant to D.Conn. L. Civ. R. 7(a)(2), defendant Fisher-Price, Inc. hereby requests permission to file an overlength memorandum of law in support of its Motion for Summary Judgment and in reply to the plaintiffs' anticipated opposition to Fisher-Price's motion. Specifically, Fisher-Price seeks permission to file a summary judgment memorandum totaling fifty-five pages and a reply brief of twenty-five pages. The plaintiffs have declined to take a position with regard to this motion.

Fisher-Price submits that good cause exists to allow submission of an overlength memorandum of law, which will be filed and served on May 2, 2005, and a reply brief, which will be filed in accordance with the rules of civil procedure and this Court's scheduling order. Additional pages are required and appropriate in this matter due to the large volume of information to be presented to the Court. (*See* Jodyann Galvin Declaration In Support of Fisher-Price, Inc.'s Motion To File Overlength Brief, April 18,

2005, (attached hereto as Exhibit 1), ¶ 3.) This matter involves two plaintiffs with a total of four principals. (*Id.*) Plaintiffs have alleged five causes of action relating to eighteen products sold by Fisher-Price between 2000 and 2005. While the original complaint concerned only a single product, the plaintiffs subsequently added seventeen more products to their claims. Plaintiffs assert that these products make unauthorized use of a concept that they presented to Fisher-Price in three separate submissions between late 1998 and late 2000. (*Id.*) Thus, Fisher-Price's articulation of the claims and its demonstration of their invalidity will take numerous pages.

Further, the amount of discovery taken by the parties indicates the volume of information that must be addressed in Fisher-Price's motion. The parties have taken twenty-six depositions of eighteen witnesses (because of plaintiffs' amendment, eight witnesses were deposed twice). Fisher-Price has produced 15,307 pages of documents, and plaintiffs have produced 1132 pages. (*Id.*)

Fisher-Price believes that this action will be entirely resolved by its motion for summary judgment. At the very least, the issues remaining for trial will be substantially narrowed as a result of the motion. As a result, efficiency in resolving the issues in this action would be best served by a full and complete presentation of the issues on this summary judgment motion. (*Id.*)

Before filing this motion, counsel for Fisher-Price inquired of counsel for the plaintiffs' regarding their position on this motion. Counsel for the plaintiffs has declined to take a position on the motion. (*Id.*)

Wherefore, Fisher-Price respectfully requests that this motion be granted and that it be permitted to file a memorandum of fifty-five pages and a reply brief of twenty-five pages.

DEFENDANT
FISHER-PRICE, INC.

By /s/ Bradford S. Babbitt
Bradford S. Babbitt (ct13938)
Email: bbabbitt@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

and

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
tel. no: (716) 856-4000
fax no.: (716) 849-0349

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion For Permission To File Overlength Brief was mailed, first-class postage prepaid, to the attorneys of record recited below on this 19th day of April, 2005.

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

Bradford S. Babbitt

# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

v.                                                  Civil No.: 3:03 CV 222 (JBA)

FISHER-PRICE, INC.,

                Defendant.

**DECLARATION IN SUPPORT OF**
**FISHER-PRICE, INC.'S MOTION**
**TO FILE OVERLENGTH BRIEF**

        JODYANN GALVIN, under penalty of perjury and pursuant to 28 U.S.C. §1746, declares the following to be true and correct:

        1.     I am an attorney with Hodgson Russ LLP, attorneys for defendant Fisher-Price, Inc. ("Fisher-Price"). I make this declaration in support of the motion by Fisher-Price for permission to file a memorandum exceeding the forty-page limitation of D. Conn. L. Civ. R. 7(a)(2) because of the complexity of the case and the multiple issues presented on Fisher-Price's motion for summary judgment. Fisher-Price's motion for summary judgment will be filed and served on May 2, 2005 in accordance with the Court's Scheduling Order.

        2.     Fisher-Price requests permission to file a memorandum of law of fifty-five pages in length. Fisher-Price also requests the Court's permission to file a twenty-five page reply memorandum.

3. The basis for Fisher-Price's request is the large volume of information to be presented to the Court. It involves two plaintiffs with a total of four principals. Plaintiffs have alleged five causes of actions relating to eighteen products sold by Fisher-Price between 2000 and 2005. The original complaint concerned only a single product. By motion to amend dated February 6, 2004, plaintiffs added seventeen new products to their claims. Plaintiffs claim that these products use their concept as presented to Fisher-Price in three separate submissions between late 1998 and late 2000.

4. The amount of discovery taken by the parties indicates how much information must be presented in Fisher-Price's motion. The parties have taken twenty-six depositions of eighteen witnesses (because of plaintiffs' amendment, eight witnesses were deposed twice). Fisher-Price has produced 15,307 pages of documents, and plaintiffs have produced 1132 pages.

5. Fisher-Price believes that this action will be entirely resolved by its motion for summary judgment. At the very least, the issues remaining for trial will be substantially narrowed by this motion. As a result, Fisher-Price believes that efficiency in resolving the issues in this action would be best served by a full and complete presentation of the issues on this summary judgment motion.

6. Prior to making this motion, Fisher-Price asked for plaintiffs' consent to an increase of the page limitation, and plaintiffs declined to take a position on this motion.

7.      Fisher-Price therefore respectfully requests that the Court grant permission for its memorandum of law to be fifty-five pages and its reply memorandum to be twenty-five pages exceeding the page limitations set forth in this Court's Local Rules.

Dated:      April 18, 2005

_____
Jodyann Galvin

03279/0136 BFLODOCS 1224271v1