UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

      Plaintiffs,

- against -

FISHER-PRICE, INC.,

      Defendant.

Index No : 3:03 CV 222 (JBA)

April 20, 2005

## PLAINTIFFS' RESPONSE TO DEFENDANT FISHER-PRICE, INC.'S MOTION FOR PERMISSION TO FILE OVERLENGTH BRIEF

  Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), respectfully respond to Defendant Fisher-Price, Inc.'s Motion for Permission to File Overlength Brief. Notwithstanding Defendant's allegations regarding the complexity of this case, Plaintiffs continue to believe that this is a relatively simple case and that there is no need to expand the Court's page limitations. When counsel for Defendant sought Plaintiffs' consent to this motion, Plaintiffs did not take a position regarding consent, but rather indicated their belief that all briefing can and should fall within the Court's page limitation.

  In the event that the Court decides to grant Defendant's motion, Plaintiffs respectfully request that they be allowed an equal number of additional pages for their memorandum of law opposing summary judgment.

Dated: Norwalk, Connecticut
April 20, 2005

        Respectfully Submitted,

        GRIMES & BATTERSBY, LLP

By: _____
        Gregory J. Battersby (Bar No. 7386)
        Edmund J. Ferdinand, III (Bar No. 21287)
        Russell D. Dize (Bar No. 23064)
        488 Main Avenue, Third Floor
        Norwalk, Connecticut 06851-1008
        (p) (203) 849-8300
        (f) (203) 849-9300

        Attorneys for Plaintiffs Victor G. Reiling
        Associates and Design Innovation, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiffs' Response to Defendant Fisher-Price, Inc.'s Motion for Permission to File Overlength Brief has been served upon defendant Fisher-Price, Inc., on this 20th day of April, 2005, via Federal Express, priority overnight delivery, to:

> Bradford S. Babbitt, Esq.
> Michael J. Kolosky, Esq.
> ROBINSON & COLE LLP
> 280 Trumbull Street
> Hartford, CT 06103-3597
>
> Robert J. Lane, Jr., Esq.
> Jodyann Galvin, Esq.
> HODGSON RUSS LLP
> One M&T Plaza, Suite 2000
> Buffalo, New York 14203-2391

_____
Russell D. Dize