UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : : : | |
| Plaintiffs, | : : | Civil No. 303 CV 222 (JBA) |
| v. | : : | |
| FISHER-PRICE, INC. | : : | |
| Defendant. | : : : | MAY 2, 2005 |

### FISHER-PRICE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(b), the defendant Fisher-Price, Inc. respectfully moves for summary judgment on all claims asserted against it in the above-captioned action. As demonstrated in the accompanying Memorandum In Support Of Fisher-Price's Motion For Summary Judgment and the accompanying Rule 56(a)1 Statement submitted pursuant to Local Civil Rule 56(a)1, there are no material facts as to which any genuine issue exists and Fisher-Price, Inc. is entitled to judgment as a matter of law. Therefore, the motion should be granted.

Fisher-Price relies in support of this motion on the following documents filed herewith:

1. Memorandum In Support of Fisher-Price's Motion For Summary Judgment, dated May 2, 2005.

2. Local Rule 56(a)1 Statement, dated May 2, 2005.

3. Declaration of Robert J. Lane, Jr., dated April 30, 2005 (with exhibits).

4. Declaration of Howard Bollinger, dated April 28, 2005 (with exhibits).

5. Declaration of Stan Clutton, dated April 27, 2005 (with exhibits).

*ORAL ARGUMENT REQUESTED*

- 2 -

6.  Declaration of Tyler Berkheiser, dated April 27, 2005 (with exhibits).

7.  Declaration of James Bauman, dated April 27, 2005 (with exhibit).

Fisher-Price respectfully requests that oral argument be granted on its motion, as the opportunity to present argument and refer to the actual action figures and related products would permit both parties to more concretely and clearly present the issues in dispute, many of which depend on the mechanical design aspects of the products at issue.

FISHER-PRICE, INC.

By _____
Bradford S. Babbitt
e-mail: babbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
e-mail: mkolosky@rc.com
Federal Bar No.: ct22686
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

and

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
**HODGSON RUSS LLP**
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
Telephone: (716) 856-4000

- 3 -

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion For Summary Judgment was mailed, by overnight carrier, delivery fees pre-paid, to the attorneys of record recited below on this 2nd day of May, 2005.

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

Bradford S. Babbitt