UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC., | :<br>:<br>: | |
| Plaintiffs, | :<br>: | Civil No. 303CV222(JBA) |
| v. | :<br>: | April 27, 2005 |
| FISHER-PRICE, INC. | :<br>: | |
| Defendant. | :<br>: | |

**DECLARATION IN SUPPORT OF**
**FISHER-PRICE'S MOTION FOR SUMMARY JUDGMENT**

TYLER BERKHEISER, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares the following is true and correct:

1. I am the Manager of Design, Boys Team for Fisher-Price, Inc. ("Fisher-Price"), defendant in this action. I make this declaration in support of Fisher-Price's motion for summary judgment on the basis of personal knowledge and records maintained by Fisher-Price.

2. I have been an employee of Fisher-Price since 1992. Since approximately 1995, I have worked as a designer on the Boys Team. In my current position as Manager of Design, Boys Team, which I have held since mid-2000, I supervise four Boys Team designers. Designers at Fisher-Price are responsible for developing new products and bringing them to physical form, *i.e.,* modeling, detailing, color, and form.

**The Creation and Background of**
**the Rescue Heroes Line of Toys**

      3.     In the mid-to-late 1990's, designers at Fisher-Price, including Ken Morton, Peter Pook, and myself developed a line of action figures with rescue-related identities. One of the goals in developing this line of action figures was to create toys which were attractive both to preschoolers and to their parents. These action figures were designed to have chunky feet and hands so they would stand up reliably, could hold tools, and could be easily manipulated by a preschooler. These figures fell under the purview of the Fisher-Price Boys Team and (which is charged with developing products for preschool boys ages 3 to 6) were eventually marketed and sold under the name "Rescue Heroes."

      4.     Rescue Heroes figures are approximately seven inches tall and made out of molded plastic. From their introduction they were distinguished from other action figures in that: (1) their construction was much heavier; (2) each of the figures come with a backpack which was shaped to relate to the figure's character (e.g., the firefighter's backpack looked like oxygen tanks and a water cannon, the paramedic's backpack carried medical equipment, etc.); and (3) they were targeted to pre-school boys (thus, the figures had large feet so they would stand up reliably, they had no small parts that would be easily lost, etc.).

      5.     Each Rescue Heroes character has a specific rescue-related identity. For example, Billy Blazes is a firefighter, Jake Justice is a police officer, Gil Gripper is a scuba diver, etc. The Rescue Heroes figures are connected by a common storyline. Their leader is Warren Waters who is located at a command center in outer space. He identifies natural disasters and accidents and remotely coordinates a response by a team of Rescue Heroes. Each character contributes to the response by using his or her special skill. For example, water-related

rescue missions involve Gil Gripper, the scuba diver, and Ariel Flyer, a pilot, plays a central role when the rescue mission requires air support. Teamwork was a major focus of the Rescue Heroes storyline, and their design reflected this. For example, each Rescue Hero wears a headset with a microphone so he or she can communicate with other Rescue Heroes when responding to a disaster.

6. Rescue Heroes figures were first sold to the public in December 1997.

7. The first Rescue Heroes were known as "basic" figures. They did not have any speech or sound effect capability. The basic figures have continued since the inception of the Rescue Heroes, and many different sub-lines have been introduced over the last six years. Each year, Fisher-Price has released between two and six sub-lines of basic figures to refresh the Rescue Heroes product line.

8. The sub-lines of basic figures are organized into teams. The members of the "Night Squad," for example, are outfitted for missions in the dark. The "Wildlife Team" members each have an animal companion. There are a number of additional sub-lines or teams of basic Rescue Heroes figures.

9. When the Rescue Heroes line was launched, it included an animated video depicting the Rescue Heroes in action on a rescue mission. The video was a companion to the Rescue Heroes figures and served as an example of how the characters would act in pretend rescue scenarios during play by a child. That first video led to a television series. In each episode, the Rescue Heroes were notified of rescue missions or disasters, usually by Warren Waters through a pager-like notification. The Rescue Heroes were then given instructions as to

how to respond and the location or coordinates of the rescue site through their headsets. On occasion, the Rescue Heroes would gather at a command center to receive information about the rescue mission over large video monitors. Teamwork and communication was a focus of the Rescue Heroes television series.

10. Shortly after the introduction of the basic Rescue Heroes figures and in conjunction with the television series, the Boys Team designers began pursuing the goal of bringing the Rescue Heroes figures "to life" by having the figures communicate and interact. For example, the designers proposed using infrared technology to have the figures communicate with and respond to one another about a common rescue mission, but this proved too expensive.

11. The Boys Team's goal of communication among the figures resulted in the first "premium" line of Rescue Heroes figures.[1] These figures are marketed under the name "Voice Tech." The first Voice Tech figures were introduced in early 2000. They have speech and sound effects generated by a computer chip in the figure's backpack. When the child pressed a button, the figure would speak, saying something related to the rescue mission associated with that figure or a generic phrase.

12. Voice Tech figures were the first step in establishing interactivity among the Rescue Heroes figures. The Voice Tech figures, however, talked about different rescue missions and their "responses" to one another were inconsistent. For example, Billy Blazes

---

[1] The reason that the Voice Tech line is referred to as Fisher-Price's "premium" line of Rescue Heroes is because the electronics necessary to generate sound effects and speech add to the expense of producing the figures. Thus, Voice Tech figures typically sell for approximately $10, while the basic Rescue Heroes figures sell for approximately $7. "Power Max" and "Robotz" are other premium Rescue Heroes lines, but plaintiffs have made no claim against them.

would say something about responding to a fire, and Jake Justice would say something about responding to a flood. The Boys Team continued to brainstorm on how to accomplish communication among the Rescue Heroes figures.

13. Variations (or "sub-lines") of Voice Tech have been introduced each year after 2000 to 2003. The new sub-lines changed the configuration of the figures' backpacks and were primarily intended to meet the initial goal of the Boys Team of establishing interactivity between the figures. Thus, the more recent Rescue Heroes figures with voice talk to each other or, at least, speak about the same rescue mission.

14. The accused Rescue Heroes figures at issue in this case represent the continuing effort of the Boys Team to achieve increased communication and interactivity between the figures. The specific Rescue Heroes figures and other products at issue in this case are described below.

**Voice Tech Mission Command Rescue Heroes**

15. I was the designer of Voice Tech Mission Command Rescue Heroes, which are the earliest Rescue Heroes figures against which plaintiffs have made a claim. Fisher-Price introduced these premium Rescue Heroes figures in early 2001, one year after the Voice Tech figures (which had speech activated by a button). The Mission Command figures contained a computer chip which stored a number of generic and mission specific speech segments. They also came with a card that carried a computer chip which controlled which speech phrases the figure would say. The card could be inserted into the figure's backpack, and, when a button was pressed, the figure would say something related to a specific rescue mission or a generic.

16.     Each figure's card related was unique to that figure, and the speech controlled by the card related to the decal on the card.  For example, the Billy Blazes figure came with a card with a decal showing a burning building, and the Jack Hammer construction worker came with a card showing a road cracking from an earthquake.  The decals were age-appropriate pictures so preschoolers could understand what the subject matter of the speech would be when activated.  The mission cards could be switched to any Mission Command figure.  Thus, although the earthquake card was sold only with the construction worker figure, it could be placed in the fireman's backpack.  If it was, a portion of the fireman's speech would be about earthquakes and the remainder would be generic.  This allowed the child, by moving the card from figure to figure, or by collecting numerous cards, to have them all talk about the same "mission."  Pages from Fisher-Price's 2001 catalog showing these figures are attached as Exhibit A.  A sample of a Mission Command figure has been submitted as Exhibit B.

17.     Mission Command improved the interactivity from the original 2000 Voice Tech line.  In the original Voice Tech line, the fireman always spoke principally about fires; the construction worker always spoke principally about earthquakes, etc.  Therefore, the "conversations" between the figures were disjointed.  Mission Command thus brought Rescue Heroes closer to the Boys Team goal of having the figures verbally communicate with each other, instead of simply talking.

**Aquatic Rescue Command Center**

18.     The Aquatic Rescue Command Center ("ARCC") is a large aircraft carrier playset with platforms and staging areas for Rescue Heroes figures.  James Bauman, a designer on the Boys Team, designed the ARCC.  In early 2000, though design work was proceeding, the

ARCC lacked a main feature. During the design phase, Carterbench, an independent outside inventor, submitted to Fisher-Price its patented technology for a lenticular lens assembly[2] which is synchronized with sound so that a two-dimensional picture of a character appears to be talking. The Boys Team was excited about the technology when it saw Carterbench's breadboard model displaying the technology. A photograph of the Carterbench submission, which depicted Jack Nicholson "delivering" lines from a movie, is attached as Exhibit C. The Boys Team determined the Carterbench submission would be an ideal feature for the ARCC. It was therefore incorporated into the ARCC.

        19.    The ARCC features the Rescue Heroes leader, Warren Waters, assigning missions and appearing to actually speak through the motion of a lenticular lens. The ARCC also has interchangeable talking mission cards which have lenticular images relating to the core rescue missions. It was introduced in late 2001. Pages from Fisher-Price's catalog showing the ARCC are attached as Exhibit D.

**Voice Tech Video Mission**

        20.    The Voice Tech Video Mission figures are premium Voice Tech Rescue Heroes which incorporate the speech of each character related to a disaster. They were introduced in 2002. Each figure's backpack includes a picture on the backpack related to the Rescue Heroes character (*e.g.*, Billy Blazes' backpack has a picture of a burning building and Matt Medic's backpack has a picture of an x-ray). The picture appears to move through use of a

---

[2] A lenticular lens assembly comprises a card with two separate images printed on it, with a polarized lens overlaying the card. When the lens is moved, first one image and then the second is displayed, creating the illusion of motion.

lenticular lens activated when a plunger is depressed and a backwind motor is triggered. Jim Bauman designed the Voice Tech Video Mission backpacks with the assistance of Jeff Neaves, a Fisher-Price engineer, and Carterbench. Carterbench was paid a royalty on the Voice Tech Video Mission figures. Pages from Fisher-Price's catalog showing the Voice Tech Video Mission figures are attached as Exhibit E. A sample of a Voice Tech Video Mission figure has been submitted as Exhibit F.

**Voice Tech Mission Select Rescue Heroes**

21.     Fisher-Price introduced the Mission Select figures in early 2003. They represented a further stride toward reaching the Boys Team's goal of more realistic speech interactivity among the figures. Former Fisher-Price design Brian Trzeciak designed the Mission Select figures, assisted by James Bauman. Each figure came with a dial on the figure's backpack. The dial allowed the child to *"select"* among the six scenarios that form the core of the Rescue Heroes storyline (fire, earthquake, flood, avalanche, volcanic eruption, tornado). Thus, the child could set the dial on the backpack of the fireman, construction worker, and policeman to "fire," and all three would then talk about fire (or say something generic, not inconsistent with fire). This was intended as an improvement over previous Voice Tech figures where the figures would either talk about different disasters or where a card had to be moved from figure to figure for them to stay on one topic. Pages from Fisher-Price's 2003 catalog showing the Mission Select figures are attached as Exhibit G. A sample of a Mission Select figure has been submitted as Exhibit H.

**Mountain Action Command Center**

22. The Mountain Action Command Center ("MACC") is a large playset for Rescue Heroes figures. The playset features still pictures of several Rescue Heroes character, including Warren Waters, on a large screen. When a child presses a button, the characters depicted on the screen communicate about a rescue mission selected on the mission select dial. When each character speaks, his picture lights up. A Rescue Heroes figure can be also be tethered to the playset by a backpack connector. The MACC (and the characters depicted on it) "recognizes" that Rescue Heroes figure, and that figure is included in the "conversation" about the rescue mission. The MACC was designed by James Bauman. A photo and pages from Fisher-Price's catalog showing the MACC is attached as Exhibit I.

**Voice Tech Vehicles**

23. The Rescue Heroes line of toys has included vehicles scaled to fit Rescue Heroes from the line's inception. In summer 2000, Fisher-Price introduced the Voice Tech Jet and Voice Tech Firetruck. These figures included contacts in the seats of the vehicles into which a Voice Tech figure could slide. When the chip in the Voice Tech figure met with the contacts in the vehicles, speech was activated. I designed the Voice Tech Jet with John Koerner. I designed the Voice Tech Firetruck. The Voice Tech Police Cruiser was designed by Devin Roberts, a Fisher-Price designer, and was first sold in 2003. These vehicles, along with all other Rescue Heroes vehicles, are compatible with all Rescue Heroes figures (including basic and premium figures), not only the figures at issue in this case. These vehicles complement the entire Rescue

Heroes line. Pages from Fisher-Price's catalog showing the Voice Tech Firetruck, Jet and Police Cruiser are attached as Exhibit J.

**Mission Select Firetruck and Police Cruiser**

24. The Mission Select Firetruck and Police Cruiser were designed by Devin Roberts. In his design, Roberts took the existing Voice Tech Firetruck and Voice Tech Police Cruiser and added the Mission Select dial. When a figure with speech capability is inserted in the vehicle, it will talk about the scenario specified on the vehicle's dial. The Mission Select Firetruck and Police Cruiser are compatible with all Rescue Heroes figures (including basic and premium figures). Catalog pages depicting the Mission Select Firetruck and Police Cruiser are attached as Exhibit K.

**Optic Force Rescue Heroes**

25. Fisher-Price introduced this sub-line of basic figures in October 2003. They are not part of the "Voice Tech" line and have no sound or speech capability. Each "Optic Force" figure comes with some type of optical tool or accessory, such as a microscope, periscope, camera, etc. Maureen Biologist has a microscope; Jake Justice has a telescope; Matt Medic has an x-ray machine; Rock Miner has periscope; and Telly Photo has a view-through camera. Catalog pages depicting the Optic Force figures are attached as Exhibit L.

26. The Optic Force Rescue Heroes are based on a submission in the fall of 2001 named "Team Optics" from BangZoom, an independent inventor. The Team Optics submission included a figure with a "camera." The camera contained a film loop (intended to show a Rescue Heroes adventure or emergency) which was advanced frame-by-frame with a push button. A copy of documents relating to BangZoom's concept submission which contains a

description of their cameraman figure is attached as Exhibit M. These documents are from Fisher-Price's files.

27. I assigned the project of further developing Team Optics to then-Fisher-Price designer Brian Manzolli. Manzolli hired Design Innovation to work on models of the backpacks for the Optic Force figures. To my knowledge, Design Innovation never informed Manzolli they believed the Optic Force improperly used the Reel Heroes concept or any other concept it claimed to own.

28. I have been informed by Fisher-Price's counsel that the claims against the Optic Force focus on the Rescue Heroes Telly Photo figure. The camera on the Telly Photo character allows the child to see his actual surroundings by looking into the camera and seeing out through a lens and mirrors. The camera uses the identical mechanism as an earlier camera in Fisher-Price's Adventure People line from the 1970s. I specifically instructed Manzolli to use this mechanism on the cameraman Rescue Heroes figure. The aesthetics of the photographer figure were derived from an actual person—Scott May, who is a television cameraman and the brother-in-law of Fisher-Price employee Brian Murty. A sample of the Optic Force Telly Photo cameraman figure has been submitted as Exhibit N. A photograph depicting the person on whom the Telly Photo character is based in attached as Exhibit O. A photo showing the Fisher-Price Adventure People camera from the 1970s is attached as Exhibit P.

**Review of the Film Reel Prototype**

29. In 1998, I was a Senior Product Designer, Boys Team at Fisher-Price. Ken Morton was then the Manager of Design, Boys Team and was my supervisor. As a Senior

Product Designer, it was not part of my regular job responsibility to review submissions from outside inventors, though I was shown inventor submissions from time to time.

30. On one such occasion, Morton asked me to look at a submission from an inventor. The submission included a film loop powered by a small motor inside of a white casing shaped like a Rescue Heroes backpack. The backpack was placed onto an existing Rescue Heroes figure. On the backpack was a button that would activate the film loop inside the backpack. The film loop was viewed by placing one eye up to the apparatus to look through a small lens into the inside of the casing. The film loop depicted a cartoon. Morton also showed me a drawing of a cameraman.

31. The submission was not of interest to me. It was not unique as it incorporated the same style of film loop which had been utilized in a Fisher-Price product called the "Cartoon Viewer" which was produced by Fisher-Price in 1985. A page from a Fisher-Price catalog depicting the Cartoon Viewer is attached as Exhibit Q. Additionally, the submission did not offer a good play pattern for with action figures because it was too passive, or what designers describe as a "watch me" toy.

32. I recommended to Morton that we reject the submission.

33. I did not see anything else submitted by plaintiffs and, to my knowledge, neither did any other member of the Boys Team.

**Knowledge of Prior Art**

34.     In performing my duties as a designer, I often consider competitive and historical products made by both Fisher-Price and other companies. I had a keen interest in action figures as a child, and action figures have always been of special interest to me.

35.     I was asked by Fisher-Price's counsel about my knowledge of certain prior art products relevant to this case. Some (but not all) of the prior art products I was aware of prior to October 1998 are described below.

36.     Long before the review of the prototype described in paragraph 30 above, I was aware of Toy Biz "Projectors" action figures. The Projectors figures are action figures based on Marvel Comics superhero characters (Spiderman, Wolverine, Cyclops, The Thing, etc.) that were sold with Viewmaster-style film disks. The disks are inserted into a projector device located in the figure's chest. When activated, the device projects images from the disk through a lens in its chest onto a nearby surface. Each of the images shows the particular superhero in action, on an adventure, or performing a mission. Prior to my review of the submission at issue in this case, I actually had a "Thing" Projector action figure in my work area at Fisher-Price. Because I keep a number of historical toys in my work area and I have limited space, I dismantled the Thing action figure and kept only the portion of interest to me — the torso containing the projector mechanism. A photo of the torso of the Thing figure which was located in my work area is attached as Exhibit R. A photo of a complete Thing action figure is attached as Exhibit S.

37. Prior to reviewing the prototype at issue in this case, I was also aware of a Hall of Justice play set for action figures from the 1970s. The Hall of Justice included artwork showing superhero action figures in action, on an adventure, etc. and featured a "Translocation Chamber" which allowed the child to put the action figure directly into the action scene. Photos showing the Hall of Justice playset are attached as Exhibit T.

38. Since I have been employed at Fisher-Price, it has maintained an archive of toy catalogs from many other manufacturers. Included in this archive are Mego catalogs which depict the Fortress of Solitude playset and Mobile Bat Lab.

Dated: April 27, 2005

S/Tyler Berkheiser  
Tyler Berkheiser

03279/0136 BFLODOCS 1232415v1