UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : : : | |
| Plaintiffs, | : : | Civil No. 303CV222(JBA) |
| v. | : : | April 27, 2005 |
| FISHER-PRICE, INC. | : : | |
| Defendant. | : : | |

**DECLARATION IN SUPPORT OF**
**FISHER-PRICE'S MOTION FOR SUMMARY JUDGMENT**

JAMES BAUMAN, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, declares that the following is true and correct:

1. I am a Staff Designer at Fisher-Price, Inc. ("Fisher-Price"), defendant in this matter. I make this declaration in support of Fisher-Price's motion for summary judgment on the basis of personal knowledge. I have worked on the Boys Team at Fisher-Price for approximately five and one-half years.

2. In early 2000, Tyler Berkheiser, my supervisor, assigned me the task of designing a Rescue Heroes aircraft carrier playset. This playset ultimately became the Aquatic Rescue Command Center ("ARCC"), which has platforms and staging areas for Rescue Heroes figures. The ARCC features a screen showing Warren Waters, the Rescue Heroes leader, giving mission assignments and information about disasters and accidents to the Rescue Heroes. The screen incorporates a submission by Carterbench, an independent inventor. Carterbench

contributed the technology which synchronized the movement of the lenticular lens assembly to sound so that the Warren Waters character would appear to be speaking.

3. I also was the primary designer of the Voice Tech Video Mission figures which incorporated a lenticular lens assembly on the backpack of the Rescue Heroes figure. Jeff Neaves and Carterbench also participated in the design of the backpack of the Voice Tech Video Mission figures.

4. I also contributed to the design of the Voice Tech Mission Select Rescue Heroes figures. Brian Trzeciak was the primary designer on Voice Tech Mission Select figures.

5. I was the primary designer on the Mountain Action Command Center (the "MACC"). The MACC is a large playset for Rescue Heroes figures.

6. I was aware of the Secret Wars action figures from the mid-1980s and was familiar with them as a child. Each of the Secret Wars figures comes with a shield to be held by the action figure in its hand. The shield contains a lenticular lens with images showing the action figure in action. The figures came with interchangeable pieces of lenticular artwork that could be placed in the shield to show different adventures. A photograph of a Secret Wars figure is attached as Exhibit A.

Dated: April 27, 2005

                                                              S/James Bauman
                                                              JAMES BAUMAN