**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **REILING** | : |
| **v.** | : NO. 3:03cv222 (JBA) |
| **DESIGN INNOVATIONS** | : |

### ENDORSEMENT ORDER [DOC. #91]

Motion for Permission to File Overlength Brief [doc. #91] is GRANTED, over objection.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: May 16, 2005**