UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

  - against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

May 23, 2005

## PLAINTIFFS' MOTION ON CONSENT FOR PERMISSION TO FILE OVERLENGTH BRIEF

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), hereby respectfully request permission to file an overlength opposition brief to Defendant Fisher-Price's Motion for Summary Judgment. Specifically, Plaintiffs seek permission to file an opposition brief totaling fifty-five (55) pages which is equal to the length of Defendant Fisher-Price's memorandum of law in support of its Motion for Summary Judgment.

In an Order dated May 16, 2005, this Court granted Defendant's Motion for Permission to File Overlength Brief relative to Defendant's Motion for Summary Judgment. In Plaintiffs' response to Defendant's motion dated April 20, 2005, Plaintiffs respectfully requested an equal number of additional pages for Plaintiffs' opposition brief in the event the Court granted Defendant's motion.

Plaintiffs' opposition brief is due Monday, May 23, 2005. To the extent that this Court's Order did not specifically address Plaintiffs' request for additional pages, Plaintiffs respectfully request that Plaintiffs' page limitation for its opposition brief be extended to fifty-five (55) pages, an amount equal to Defendants' page limitation.

This is Plaintiffs' first request with respect to this motion. Before filing this motion, counsel for Plaintiffs inquired of counsel for Defendant regarding their position relative to this motion and counsel for Defendant thereby consented.

WHEREFORE, Plaintiffs respectfully request that this motion be granted and that it be permitted to file an opposition of fifty-five (55) pages.

Dated: Norwalk, Connecticut

May 23, 2005

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

Attorneys for Plaintiffs Victor G. Reiling Associates and Design Innovation, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiffs' Motion on Consent for Permission to File Overlength Brief has been served upon defendant Fisher-Price, Inc., on this 23rd day of May, 2005, via Federal Express, priority overnight delivery, to:

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

_____
Russell D. Dize