EXHIBIT P

Page 1

1                UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

2

3    - - - - - - - - - - - - - - x                    COPY

                                 |

4    VICTOR G. REILING ASSOCIATES,
     AND DESIGN INNOVATION, INC.,          |    Case Number

5              Plaintiffs,                       303-CV-222(JBA)

     VS.                                   |

6

     FISHER-PRICE, INC.,                   |

7              Defendant.

                                           |

8    - - - - - - - - - - - - - - x

9

10

11

                   DEPOSITION OF:   Bruce J. Benedetto

12                 DATE:  November 18, 2003

                   HELD AT:   Robinson & Cole

13                            280 Trumbull Street

                              Hartford, Connecticut

14

15

16

17

18

19

20

21

22

           Reporter:   Robin L. Balletto, RPR, LSR # 230

23              BRANDON SMITH REPORTING SERVICE

                        (860) 549-1850

24                   44 Capitol Avenue

              Hartford, Connecticut  06106

25

d4eb8e4c-2df6-4a2e-b780-88f522fe290b

Reiling Associates vs Fisher Price

Bruce J. Benedetto

Page 118

```
1        Q    I have marked as Exhibit 218 a Mission Select

2   Rescue Hero.  Have you seen that type of Rescue Hero

3   before?

4        A    Yes.

5        Q    Do you contend that the Mission Select Rescue

6   Heroes appropriate the first or second submission made

7   by Victor Reiling and Design Innovation to Fisher-Price?

8        A    Yes.

9        Q    In what respect?

10       A    It is a backpack, there is several images, and

11  those images are to enhance the fantasy of role play.

12       Q    Now, the backpack itself, you don't claim that

13  that was a unique or novel feature of your submissions,

14  do you?

15       A    The backpack itself, no.

16       Q    So it is the images that can be viewed through

17  the top of the backpack?

18       A    That would be considered a viewer, sure.

19       Q    What is the function of those images on

20  Exhibit 218, if you know?

21       A    The function of them is to add additional play

22  value.

23       Q    How?

24       A    By showing an image of a specific adventure.

25       Q    You know that these are called Mission Select
```

d4eb8e4c-2df6-4a2e-b780-88

Reiling Associates vs Fisher Price

11/18/2003

Bruce J. Benedetto

Page 119

1    figures, correct, have you heard that term?

2        A    Yes.

3        Q    Do you know what is being selected?

4        A    Missions.

5        Q    And do you know how they're being selected?

6        A    Through the use of images and sound.

7        Q    Isn't it true that each of what you have

8    referred to as images is just an icon to identify the

9    voice that will go with or that will come out of the

10   figure?

11       A    Yes, somewhat.  I mean --

12       Q    I mean, if you select the fire, the figure

13   will talk about fire, right?

14       A    Right.

15       Q    And if you select the earthquake, the figure

16   will talk about an earthquake?

17       A    Yes.

18       Q    So aren't these just icons for identifying

19   what the figure is going to talk about?

20       A    I suppose you could say that.

21       Q    And were the images on any of the Design

22   Innovation or Victor Reiling selections used to identify

23   what the Rescue Hero figure was going to talk about?

24       A    Say that again.

25       Q    Yes.  Were the images in the Victor

EXHIBIT Q

External Design

## Report — External Design

**Log Number:** 982857

**Documents:** 1

[Upload Image]

**Product Name:** REEL ACTION

**Product Designer:** REILING VICTOR G. & ASSOC

**Product Description:** BATTERY OPERATED FILM STRIP UNITS FOR EACH RESCUE HERO AND DEDICATED TV AND ADVENTURE PHOTOG/REPORTER CAN BE EXPANDED TO INCLUDE TV PROJECTION TENEK (HAND HELD CAMERA HAS SHUTTER OPERATED BY CHILD AND LOOK IN VIEWER) (RIH RESCUE HERO AND DRAWING)

**Date of Submission:** 11/19/1998

**Final Review:** 1/3/1999

**Status:** Rejected

**Disposition Date:** 2/12/1999

**Format:** Received inhouse

**In House Date:** 11/19/1998

**Responsibility:** Ken P. Morton

**Category:** No Category

**Review Date Comments:** DISCLOSURE 10/29/98

**Sex:** Both

**Cross Reference:**

**Toy Type:** Imagination
Photographic
Play
Play Environment

**Internal Contact:**

11-10-98

**Comments:**

**Status:** East Aurora Disney    Sesame Street

Back    Print



10/20/98



EXHIBIT
#87
3/18/05

FP 0001





Image Size:   50%

External Design

Page 1 of 1

**External Design**

| Log Number: | 991240 | Documents: *None* | |
|---|---|---|---|

[Upload Image]

**Product Name:** ACTION HEROES.

**Product Designer:** REILING VICTOR G. & ASSOC

**Product Description:** BATTERY OPERATED FILM STRIP UNITS FOR EACH RESCUE HERO AND DEDICATED TV AND ADVENTURE PHOTOG/REPORTER CAN BE EXPANDED TO INCLUDE TV PROJECTION TENEK (HAND HELD CAMERA HAS SHUTTER OPERATED BY CHILD AND LOOK IN VIEWER) (RIH RESCUE HERO AND DRAWING)

| | | | |
|---|---|---|---|
| **Date of Submission:** | 6/2/1999 | **Final Review:** | 1/3/1999 |
| **Status:** | Rejected | **Disposition Date:** | 7/26/1999 |
| **Format:** | Received Inhouse | **In House Date:** | 11/19/1998 |
| **Responsibility:** | Ken P. Morton | **Category:** | No Category |
| **Review Date Comments:** | DISCLOSURE 10/29/98 | | |
| **Sex:** | Both | **Cross Reference:** | |
| **Toy Type:** | Imagination Optical Photographic Play Play Environment | **Internal Contact:** | |

**Comments:**

**Status:**

East Aurora Disney          Sesame Street

[Back]        [Print]



External Design

| External Design | |
|---|---|

**Log Number:** 991240

**Documents:** *None*

Upload
Image

**Product Name:** ACTION HEROES.

**Product Designer:** REILING VICTOR G. & ASSOC

**Product Description:** BATTERY OPERATED FILM STRIP UNITS FOR EACH RESCUE HERO AND DEDICATED TV AND ADVENTURE PHOTOG/REPORTER CAN BE EXPANDED TO INCLUDE TV PROJECTION TENEK (HAND HELD CAMERA HAS SHUTTER OPERATED BY CHILD AND LOOK IN VIEWER) (RIH RESCUE HERO AND DRAWING)

| | | | |
|---|---|---|---|
| **Date of Submission:** | 6/2/1999 | **Final Review:** | 1/3/1999 |
| **Status:** | Rejected | **Disposition Date:** | 7/26/1999 |
| **Format:** | Received inhouse | **In House Date:** | 11/19/1998 |
| **Responsibility:** | Ken P. Morton | **Category:** | No Category |
| **Review Date Comments:** | DISCLOSURE 10/29/98 | | |
| **Sex:** | Both | **Cross Reference:** | |
| **Toy Type:** | Imagination Optical Photographic Play Play Environment | **Internal Contact:** | |

**Comments:**

**Status:**

East Aurora Disney          Sesame Street

—          —          —

Back     |     Print

External Design

Page 1 of 1



**RG10** **External Design**

**Log Number:** 991240

**Documents:** None

Upload Image

**Product Name:** ACTION HEROES.

**Product Designer:** REILING VICTOR G. & ASSOC

**Product Description:** BATTERY OPERATED FILM STRIP UNITS FOR EACH RESCUE HERO AND DEDICATED TV AND ADVENTURE PHOTOG/REPORTER CAN BE EXPANDED TO INCLUDE TV PROJECTION TENEK (HAND HELD CAMERA HAS SHUTTER OPERATED BY CHILD AND LOOK IN VIEWER) (RIH RESCUE HERO AND DRAWING)

**Date of Submission:** 6/2/1999

**Final Review:** 1/3/1999

**Status:** Rejected

**Disposition Date:** 7/26/1999

**Format:** Received Inhouse

**In House Date:** 11/19/1998

**Responsibility:** Ken P. Morton

**Category:** No Category

**Review Date Comments:** DISCLOSURE 10/29/98

**Sex:** Both

**Cross Reference:**

**Toy Type:** Imagination
Optical
Photographic
Play
Play Environment

**Internal Contact:**

**Comments:**

**Status:**

East Aurora Disney        Sesame Street

Back | Print

3/3/2003

FP 0003

External Design

Page 1 of 1

---

**Renee** External Design

**Log Number:** 20002930

**Documents:** 1

Upload Image

**Product Name:** ACTION HEROES

**Product Designer:** REILING VICTOR G. & ASSOC

**Product Description:** BATTERY OPERATED FILM STRIP UNITS FOR EACH RESCUE HERO AND DEDICATED TV AND ADVENTURE PHOTOG/REPORTER CAN BE EXPANDED TO INCLUDE TV PROJECTION TENEK (HAND HELD CAMERA HAS SHUTTER OPERATED BY CHILD AND LOOK IN VIEWER)

| | | | |
|---|---|---|---|
| **Date of Submission:** | 12/10/2000 | **Final Review:** | 1/24/2001 |
| **Status:** | Rejected | **Disposition Date:** | 1/5/2001 |
| **Format:** | Received Inhouse | **In House Date:** | 12/10/2000 |
| **Responsibility:** | Peter D. Pook | **Category:** | Rescue Heroes |

**Review Date Comments:**

| | | | |
|---|---|---|---|
| **Sex:** | Both | **Cross Reference:** | 991240 |
| **Toy Type:** | Imagination Optical Photographic Play Play Environment | **Internal Contact:** | |

**Comments:** RIH 1 model from Design Innovation

**Status:**

East Aurora Disney    Sesame Street

---

Back    |    Print



EXHIBIT
A 90
3/18/05

3/3/2003

FP 0004





Image Size:  50%   100%   150%   200%

# EXHIBIT R

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                                        Plaintiffs,

                                                            No.:  3:03 CV 222 (JBA)

    - against -

FISHER-PRICE, INC.,

                                        Defendant.

## FISHER-PRICE'S RESPONSES AND OBJECTIONS TO
## PLAINTIFFS' SECOND SET OF INTERROGATORIES

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Fisher-

Price, Inc. ("Fisher-Price"), by its attorneys Hodgson Russ, LLP and Robinson & Cole LLP,

hereby responds and objects to Plaintiffs' Second Set of Interrogatories.  Fisher-Price reserves

the right to supplement these responses should additional information come to its attention

through discovery or otherwise.

### Objection to Definitions

A.      Fisher-Price objects to definition 3 as overbroad and as imposing a burden beyond

that required under the Federal Rules of Civil Procedure and the Local Rules of the District of

Connecticut and as rendering any interrogatory using these terms improperly vague and lacking

in specificity.  Accordingly, Fisher-Price will interpret "you" or "your" as referring to Fisher-

Price.

B.:    Fisher-Price objects to definitions 5 and 6 because no entities other than Victor G.
Reiling Associates and Design Innovation have been identified. Therefore, all requests relating
to "Reiling," "Design Innovation" and/or "DI" are responded to only as to those entities.

### Responses

1.    Identify all corporations and inventors with whom Fisher-Price has
terminated their business relationship as a result of said corporations or inventors filing a lawsuit
against Fisher-Price.

**RESPONSE:** Fisher-Price objects to this interrogatory as seeking irrelevant
information not likely to lead to the discovery of admissible evidence and as overbroad.

2.    Identify whose handwriting appears on document #FP0913, produced by
Fisher-Price in this case.

**RESPONSE:** The handwriting on FP 0913 is that of Patricia Grabianowski.

3.    Identify all employees of Fisher-Price who both considered any of
Plaintiffs' submissions and also worked on any of the RESCUE HEROES lines of toys.

**RESPONSE:** Fisher-Price objects to this interrogatory as vague, overbroad, and
as seeking irrelevant information not likely to lead to the discovery of admissible evidence to the
extent it seeks information on "any of the Rescue Heroes lines of toys." Fisher-Price also objects
to this interrogatory because the words "submissions," "considered" and "worked on" are vague
and have not been defined by plaintiffs. Subject to and without waiving these objections, Fisher-
Price states that the following persons saw plaintiffs' prototype of the November 1998

- 2 -

submission, and later worked on the Voice Tech Video Mission Rescue Heroes figures project: Tyler Berkheiser and Christopher Pardi.

   4. Identify all employees of Fisher-Price who considered any of Plaintiffs' submissions.

   **RESPONSE:** Fisher-Price objects to this interrogatory because the words "submissions" and "considered" are vague and have not been defined by plaintiffs. Subject to and without waiving this objection, Fisher-Price identifies the following persons as having viewed the portion of plaintiffs' submission, made in late November 1998, consisting of a prototype: Paul Snyder, Ken Morton, Christopher Pardi, Tyler Berkheiser, and Henry Schmidt. Fisher-Price is not aware of any employee who considered plaintiffs' May 1999 or December 2000 submission.

   5. Identify the inventors of the RESCUE HEROES lines of toys that contain video missions.

   **RESPONSE:** Fisher-Price objects to this request as overbroad, vague and as seeking irrelevant information which is not likely to lead to the discovery of admissible evidence. Subject to and without waiving these objections, Fisher-Price limits its response to Voice Tech Video Mission Rescue Heroes figures and states that Fisher-Price, in conjunction with Carterbench Product Development/Virtual Video (UK) Limited, was the inventor of the Voice Tech Video Mission Rescue Heroes figures.

   6. If you claim that Plaintiffs' concept was not novel to Fisher-Price or to the toy industry as a whole at the time Plaintiffs' submissions were made, identify who had utilized

- 3 -

the concept before Plaintiffs' submissions to Fisher-Price and the names of the products that utilized the concept.

**RESPONSE:** Fisher-Price objects to this interrogatory as duplicative of Interrogatory No. 4 in Plaintiffs' First Set of Interrogatories, and Fisher-Price hereby incorporates its objections and response to that interrogatory here. Fisher-Price further objects to this interrogatory as vague because plaintiffs have not defined their "concept." Documents responsive to this interrogatory have been produced, and Fisher-Price will produce additional documents at the offices of its counsel at a mutually convenient time. Fisher-Price cannot represent that all responsive documents have been produced because plaintiffs have not provided any definitive definition of their "concept."

Dated: January 27, 2004

**HODGSON RUSS LLP**
*Attorneys for Defendant Fisher-Price, Inc.*

By: _____
      Robert J. Lane, Jr.
      Jodyann Galvin
One M&T Plaza, Suite 2000
Buffalo, NY 14203
Telephone: (716) 856-4000
Facsimile: (716) 849-0349

and

**ROBINSON & COLE LLP**
Bradford S. Babbitt
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8209
Facsimile: (860) 275-8299

- 4 -

## VERIFICATION

STATE OF NEW YORK        )
                            : ss.
COUNTY OF ~~NEW YORK~~   )
          BRONX

        Stan Clutton, being duly sworn, deposes and says that I am Senior Vice President

of Inventor Relations at Fisher-Price, Inc., defendant in this matter, and I have read the foregoing

responses to plaintiff's Second Set of Interrogatories and know the contents are true, except as to

any matters alleged upon information and belief, and as to those matters, I believe them to be

true.

                                                    _____
                                                   Stan Clutton

Sworn to before me
this 29th day of January, 2003

_____
   Notary Public

                          JACQUELINE COTTIERS
                  Notary Public - State of New York
                     No. 01CO6042167
                   Qualified in Bronx County
            My Commission Expires May 15, 2006

# EXHIBIT S

Page 1

1                    UNITED STATES DISTRICT COURT
                        DISTRICT OF CONNECTICUT

2

3      - - - - - - - - - - - - - - - - - x
                                         |
4      VICTOR G. REILING ASSOCIATES
       AND DESIGN INNOVATION, INC.,      |    Case Number
5                Plaintiffs,             |    303-CV-222(JBA)
       VS.                               |
6
       FISHER-PRICE, INC.,               |
7                Defendant.
                                         |
8      - - - - - - - - - - - - - - - - - x        COPY
9

10

11

                      DEPOSITION OF:   Bruce P. Popek
12                    DATE:  November 19, 2003
                      HELD AT:   Robinson & Cole
13                               280 Trumbull Street
                                 Hartford, Connecticut

14

15

16

17

18

19

20

21

22

               Reporter:   Robin L. Balletto, RPR, LSR # 230
23                  BRANDON SMITH REPORTING SERVICE
                           (860) 549-1850
24                        44 Capitol Avenue
                    Hartford, Connecticut  06106
25

7e44b5d4-64b4-40b4-8a46-7c666ad3207a

Reiling Associates vs Fisher Price

11/19/2003                                                              Bruce Popek

Page 22

1       Q    What was the first project that you remember?

2       A    It was called -- Mr. Reiling introduced us to

3    some people at Hasbro who were purchasing his concept,

4    and the concept needed development and refinement, and

5    he recommended us.  That is how we got his first

6    project, I believe, my best recollection.

7       Q    What was the general category of that project?

8       A    Vehicle concepts.

9       Q    When you work with Mr. Reiling, is there a

10   particular business arrangement that you normally have

11   with him?

12      A    We're usually partners, Design Innovation and

13   Mr. Reiling are partners.

14      Q    So he doesn't pay you on an hourly basis?

15      A    No, we don't get paid on an hourly basis.  He

16   may have on one or two projects, but none that I can

17   remember.

18      Q    So normally if you work with Mr. Reiling on a

19   project, Design Innovation and Victor Reiling Associates

20   are partners on the project?

21      A    They're partners in speculative project

22   products.

23      Q    Did you ever work with Mr. Reiling on a

24   project other than a speculative project?

25      A    No.

7e44b5d4-64b4-40b4-8a46

Reiling Associates vs Fisher Price

11/19/2003                                                        Bruce Popek

Page 23

```
1      Q    And is it always on a 50/50 partnership basis?

2      A    No.

3      Q    So it varies from project to project?

4      A    It can.  There may be other partners involved.

5      Q    If it is just you and Mr. Reiling, is it

6   always on a 50/50 basis?

7      A    I believe so.

8      Q    So the times that it is not on a 50/50 basis

9   is because there is a third or a third and a fourth

10  party involved?

11     A    Correct.

12     Q    Is your arrangement with Mr. Reiling reduced

13  to writing?

14     A    No, it is not.

15     Q    And I take it that it is neither reduced to

16  writing on an overall basis or on a project-by-project

17  basis?

18     A    That's correct.

19     Q    Is that true with respect to the Reel Heroes

20  concept as well.  There is no writing between Design

21  Innovation and Mr. Reiling?

22     A    That's correct.  I believe -- the first time

23  it would really be in writing would be on the advances.

24     Q    The document from Fisher-Price?

25     A    Yes.
```

EXHIBIT T

Reiling vs Fisher-Price

Douglas Melville



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - )
                          )
VICTOR G. REILING ASSOCIATES    ) INDEX NO.
and DESIGN INNOVATION, INC.     ) 3:03CV222 (JBA)
            PLAINTIFFS          )
                                )
VS.                             )
                                )
FISHER-PRICE, INC.              )
            DEFENDANT           )
                                )
- - - - - - - - - - - - - )


            DEPOSITION OF:  DOUGLAS MELVILLE
            ON:  JANUARY 22, 2004
            HELD AT:  ROBINSON & COLE, LLP
                      280 TRUMBULL STREET
                      HARTFORD, CONNECTICUT


    Reporter:  IRENE J. PARRISH, RMR, LSR #85

        BRANDON SMITH REPORTING SERVICE, LLC

            44 Capitol Avenue

            Hartford, CT  06106

            Tel:  (860) 549-1850

            Fax:  (860) 549-1537

59d34bb8-099e-4433-ba8b-8debf227d2f7

Reiling vs Fisher-Price

Douglas Melville

Page 33

```
 1        Do you see that?

 2    A   Yes.

 3    Q   And there's some language in the typewritten

 4        description that indicates that the concept

 5        includes 3-D cartoons and 3-D film, but

 6        somebody struck out "3-D." Do you see that?

 7    A   Yes.

 8    Q   And then a bunch of people initialed that

 9        change, and you're one of the people who

10        initialed that change?

11    A   Yes.

12    Q   Do you remember how that came about?

13    A   No, I don't.

14    Q   Is it fair to say though that you at least read

15        this description of the concept before you

16        signed Exhibit 210?

17    A   Yes.

18    Q   Okay. Because you initialed these changes,

19        right?

20    A   Yes.

21    Q   You don't remember who initiated the change, do

22        you?

23    A   No, I do not.

24    Q   Or the striking of the "3-D"?

25    A   No.
```

Brandon Smith Reporting

59d34bb8-099e-4433-ba8b-8debf227d2f7

Reiling vs Fisher-Price

Douglas Melville

Page 34

```
 1    Q    Okay.  Did you review this description of the

 2         concept on Exhibit 8 and make sure it was

 3         accurate and complete before you signed it?

 4    A    I don't recall.

 5    Q    Do you remember discussing this document with

 6         Mr. Reiling at all?

 7    A    No, I don't.

 8    Q    Do you remember discussing Exhibit 210 with

 9         Mr. Popek or Mr. Benedetto at all?

10    A    No, I don't.

11    Q    Did you have an understanding of what the

12         purpose of Exhibit 210 was at the time that you

13         signed it?

14    A    Yes.

15    Q    And what was your understanding?

16    A    That it was an option agreement on the concept.

17    Q    Did you understand that the effect of this

18         document was to give Fisher-Price a period of

19         time to review the concept on an exclusive

20         basis?

21    A    Yes.

22    Q    And in return, Fisher-Price would have to pay a

23         fee to Design Innovation and Victor Reiling?

24    A    Yes.

25    Q    Did you also understand when you signed
```