# EXHIBIT P

# VICTOR G. REILING ASSOCIATES

### 119 NORTH MAIN STREET · P.O. BOX 677
### KENT, CONNECTICUT 06757-0677

#### PHONE/FAX (860) 927-1927

REEL ACTION FILMS - intended for FISHER PRICE "RESCUE HEROS"

A backpack TV/Movie monitor and a separat TV/Movie camera
are the equipment for recording and viewing countless RESCUE
HERO Adventures! The film clips give the child a great start
on fantasy adventures.   The two units are connected at a
pivot and fit any RESCUE HERO.

The concept includes a backpack with film/video monitor
which is battery operated and has preferably, at least a 30
second filmstrip (as per prototype) and an attached,
articulated movie/TV camera. The camera has a viewscreen
that is activated when the trigger (similar to FP Fireman)
is squeezed. The screen goes from a flat, closed position
to at least a 45 degree open position so that a child might
look into the back of the screen and see scenes ahead thru a
fisheye lens. Also activated is a faux red camera "on"
light. When the trigger is released, the viewscreen closes.

The filmstrip in the backpack can be removed and another
inserted in its place.

Film subjects would be available for each Rescue Hero and
would provide action clips of obstacles and dangers each
might face, animated clips of Rescue Heros in action and the
like.

There may be call for a globetrotting, Pulitzer winning,
action reporter character that is shown in the accompanying
sketch. We call the guy FILMORE SCHOTZ - tho it is a great
chance to introduce a female! This character can be the one
who shot all the film and video to make the action
filmstrips. Creation of such a character then suggests that
there be a mobile communication and command vehicle that
arrives quickly at disaster sites. The same film clips could
be rear projected for a large screen look at the action.

# EXHIBIT Q





DESIGN INNOVATION, INC.
20 Tower Lane
Avon, CT 06001
Tel: 860-409-7494
Fax: 860-409-7497

# EXHIBIT R



# EXHIBIT S

FP 0065!



# EXHIBIT T





May, 2001

## CONFIDENTIAL

## The Fisher-Price Wish List

Currently we are in the process of completing the 2002 Fisher-Price Brands line, but several areas still are in need of product concepts. Speed in responding is essential.

## 2002 Opportunities!

➤ Feature TV Plush — Sesame Street and Barney are still open. Year after year Sesame Street Plush produces some of the highest volume product in the industry, Barney is in that same league.

➤ Learning Toys — We still have openings for learning toys, unique products in Learning Sensations, Smartronics or Character Brands are needed.

➤ Preschool Toys — Great role-play, vehicle or other toys targeted at the two to four age groups. This is an area of need and focus for 2002.

➤ Sparkling Symphony — We need product to add to this very successful infant category.

➤ ALERT! Action Figure Experts — Fisher-Price's Rescue Heroes keep growing in volume and sales and there are still opportunities for 2002. What concepts can bring these characters to life, add excitement, and add play value to this line? A strong product here is likely to live much longer and deliver more dollars than the "typical" action figure line.

COPY cat !

> Creative Activities - Fisher-Price is the leader in this area with Magna Doodle, Pixter and a line of other strong products. What else can be done here? Does anyone have a Lite Brite for this century?

> Barney – The category is still looking for two soft plush or fabric activity toys for babies. One at a $14.99 price point and another at a $19.99 price point.

Very truly yours,

*Stan*

Stan Clutton

p
Enc.

P.S. – HASBRO TELLS ME GO, GO, GO IS AT LAWYERS READY TO BE SENT.

2

*RUSSEL — PLEASE NOTE LINES MARKED BY ARROWS*



**Brands**

### Fisher-Price Brands Fall 2003 Wish List
<u>CONFIDENTIAL</u>

 February, 2002

Dear Inventors,

 We continue to look to you, the inventing community, to bring us breakthrough, exciting product. We value the creativity and ingenuity that you bring to our brands. Following is a list of our specific needs. We hope this will serve as a roadmap to direct you and help you bring us the best innovations in the industry. Do not hesitate to bring us those ideas that are so innovative, we don't think to ask for.

Below are the hot priorities and areas of interest for fall 2003.

If have any questions, please call:

| | |
|---|---|
| Stan Clutton | (212) 620-8327 |
| Steve Toth | (716) 687-3774 |
| Pat Grabianowski | (716) 687-3682 |
| Don Hutchison | (212) 620-8231 |

## FISHER-PRICE Core

 <u>TOP "3" PRIORITIES</u>

 One key priority continues to be the <u>development of the infant product line</u> with new incremental growth possibilities, not only in the toy aisle, but also in the Juvenile department infant toy section. Submissions for both segments should be developmentally appropriate and FUN!

The <u>Learning Category</u> is another key priority. This represents incremental growth for the organization and we continue to look for new technology that supports our "Learning Sensations" line and strong items to strengthen and expand our Baby Smartronics line. Again we want core learning curriculum wrapped up in a FUN format.

 <u>Rescue Heroes</u> continues to be another top priority. We are looking for ways to bring these characters to life, and expand the play.

<u>To support our top priorities for fall 2003:</u>
<u>Infant</u>
- <u>New physical formats</u> that address the ergonomics and developmental needs of babies within their first year of life. For example: Activity Gym and Activity Table I.e. (A frames and four-legged tables) were new physical formats that answered the needs of the developing infant stages.

- New opportunities – whole new product line premises, grounded in a benefit or trend relevant to parents.
- Support of innovation within ongoing mini lines with concepts that focus on distinct development milestones – with particular emphasis on Playzone.

## Learning
- Innovative technologies that allow for fun, handheld interactive play with the ELA segment, to extend our "Learning Sensations" and Baby Smartronics line.

## Rescue Heroes

- Take rescue play to the next level by making them do things they never have done.

## Other Key Core Category requests for fall 2003:
## Infant Aisle Toys
- Looking for additional play patterns and concepts for Learning Patterns line.

## Preschool
- BASICS WITH A TWIST.
  - Actions, fun and playfulness for as young as 18 months up and up to 3 years old.  Preschool segment to tap into toddler developmental milestones.
- VEHICLES, VEHICLES, VEHICLES from 18 months up to 5 years old.
  - Vehicles with sounds, actions and character.
  - Break through idea with extensions.
  - Electronic or feature driven.
- MUSIC AND RHYTHM (But extraordinary)
  - Not musical instruments as we know them.
  - No learning curves and must be easy to communicate.
- ROLE PLAY OF A DIFFERENT COLOR
  - Proprietary play with a difference.
  - Electronics is a plus.
  - Play that emulates today's world, bringing it to life.
- PHYSICAL PLAY
  - Products that turn an abundance of energy into fun.

## Boy's Toys (3 – 5 year olds) Pre-Cool
- VEHICLES, VEHICLES, VEHICLES
  - Hip and cool is hard to do – bring it to a younger level.
  - Action, performance, sound and control. (Think aggressive like the "Claw" or the "Animal").
- RC EVERYTHING
  - Control and cool.
  - Single item or line.

## Girls
- New dollhouse feature, format or technology that could be TV promoted. New features for the furniture as well.
- New kitchen feature that is "fresh" and "exciting."
- Girl's role-play pushed to the limit.
- Girl's role-play dress up and/or vanity with special feature.

2

## FISHER-PRICE Character Brands

### Sesame Street
- Looking for a $19.99 Elmo's World plastic item. The last 15 minutes of every Sesame Street Show focuses on Elmo's World.
- Lead promotional plush.

### Blues Clues
- Focusing efforts on "Q & A Clue-Based Play" Electronic Learning Aids (ELA's) and currently looking for a lead $19.99-$29.99 item.

### Pooh
- An innovative gym - infant lead item - at a $19.99-$24.99 price point, for Pooh Babies, that brings a new character forward format to very young gym play. To be sold in toy aisle.
- Lead fall feature plush item for Pooh or Tigger with new mechanism or technology.

### Disney
- Plush and plastic toys for World of Disney "vault properties," including Dumbo, Bambi, Thumper, etc. Lead TV plush that features multiple characters.
- Line of Disney Princesses (Cinderella, Arielle, etc., as toddlers). Products at varying price points.
- Lion King innovative product at varying price points.

### Barney
- New Segment focusing on toys that develop social skills – manners, sharing, etc., combined with fun and imaginative play. Varying price points with a lead item @ $24.99 - $30.00.

### Dora the Explorer
- Dora is currently perceived by the trade as a girl's property. Though we intend to extend this line into pre-school for 2003, for 2003 Dora will be sold either in the girl's aisle or in a designated Nickelodeon aisle. Dora is currently looking for a TV demonstrable lead item, which could be either a Plush follow-up to Dancing Dora, or a plastic item @ a $24.99 price point.

Thank you for your continued support of Fisher-Price Brands.

Pag
Wish List 2 2002.doc

3



# Brands

### Fisher-Price 2003 Wish List
### Confidential

Dear Inventors,

We have begun development of our 2003 product lines. The following wish list details the areas of interest for all of Fisher-Price's product lines as defined by our Marketing and R&D teams.

We value the creativity and ingenuity that you bring to our brands, and hope that this will serve as a roadmap to direct you.

If have any questions, please give us a call.

| | |
|---|---|
| Stan Clutton | (212) 620-8327 |
| Steve Toth | (716) 687-3774 |
| Pat Grabianowski | (716) 687-3682 |
| Don Hutchison | (212) 620-8231 |

## FISHER-PRICE Character Brands

### Sesame Street
- Elmo's World – Non-plush products that fits in with the Elmo's World theme.
- Music Works - TV driver for fall ($29.99 retail).
- Electronic Learning  - In particular, foreign language concepts
- Feature Plush.

### Blues Clues
- Feature TV preschool toy for spring.
- Electronic Learning aid or toy – TV driver.
- Rhythm & Blue Clues - A new mini-line of musical items that do not look it, but teach music to children.
- Feature Plush.

### Pooh
- Developmental toys for infants featuring Pooh Babies.
- New technology that can be used across several preschool toys, creating a new segment.
- Feature Plush for spring and fall.

### Disney
- Big News - In Disney, we are broadening our plastic and plush lines to include the "vault properties" classics such as Dumbo, Jungle King, Peter Pan, etc.
- Product that incorporates multiple characters, and the magic of Disney.
- Building the world of the Princesses as toddlers. (Snow White, Belle, Arielle, Cinderella, etc); include play sets and role-play.
- For Mickey - Continue to expand our Smile and Play line, as well as Mickey Vehicles.



EXHIBIT
5-7

- Take our "vault" strategy from the Disney Toys (above) into our Electronic Learning Aids as well.
- Learning plush, especially in Winnie the Pooh.

## Barney
- New and innovative way to introduce music or musical instruments into our line that does not conflict with our other licenses or Fisher-Price Core.
- Development of an age appropriate Barney laptop with an innovative technology. A successful past item.
- Spring and fall feature Plush.
- Simple toddler Barney Building mini line (i.e. Fisher-Price Core's Bee Bop Building).
- Outdoor low priced items.

## Dora the Explorer
- Our newest line, Nickelodeon's hit preschool series.
- Feature Plush.
- Plastic products.

## See and Say
- Bring new technology and manipulative play to the line, while still maintaining the round look and recognizability of the See and Say icon.
- Low priced spring items as well as TV advertisable products.

# FISHER-PRICE Core

## Infant Toys
- High priority for infant toys that incorporate aspects of current developmental trends for baby.
- Toys that offer baby an element of surprise (not a jack in the box).
- Key lines - Baby PlayZone, Sparkling Symphony, and Baby Smartronics. Price Points up to $30 retail. (Bright Expressions and Bee Bop Building are less important).
- New toy concepts (usually attachable to a crib, stroller, etc) to be merchandised in the Juvenile Department. Of particular interest are toys using new technologies that can be applied to an umbrella line statement for toys and juvenile products.
- Looking for new light effects or visual displays.
- Developmental concepts for up to 24 months, that can be babyized.

## Juvenile Products: Baby Gear ("Better for Baby")
- High chairs  - Need simple innovative feature for an opening price point high chair.
- Strollers – Innovative concepts with "better for baby" positioning.
- Baby monitors – Innovative technology monitor or video monitor to solve parental or baby needs.
- Play yards - Innovative concepts with "better for baby" positioning
- Entertainers, swings, bouncers, rockers, bassinets - 2003 is in good shape but innovative ideas are always welcome.
- New concepts that can establish a whole new area to help Mom and Baby like the first monitor or first exersaucer did in the past.

2

## Preschool
- Vehicles all types and sizes.
- Role Play - Bring excitement and news to this category to combat low priced generic store brands.
- Developmental toys that are based on physical or developmental stages of children aged 18 to 36 months.

## Learning
- Focus on skills for "kinder-ready" position -- including social, cognitive and physical skus.
- Toys with a unique approach that make other cognitive skills as important to mom as those listed above, including:
    - Comparisons, analogies, sorting.
    - Discriminating color, shape, weight and spatial relationships
    - Teaching matching, patterns and memory.

## Girls
- Doll House -- Need for innovative play features that can enhance dollhouse play.
- Role Play toys.

## Boys (Including Rescue Heroes)
- All types of vehicles including simple and/or action R/C.
- A new twist - unique ideas that bring Rescue Heroes to life.

## Seasonal
- Sports Items with a demonstrable "grow with me feature," age range target 4-6.
- Wheeled Items, like our switchboard, but new age range target 5-7, preferred retail price target below $30.00.
- "Wheeled goods" that offer children, ages 2 through 7, a fun method of learning how to roll, ride, spin, or hop in a manner that is safer than the competitive alternatives. Prime feature(s) that help a younger age child to master an older age product.

## Ride-Ons/Power Wheels
- We are #1 in ride-ons, looking for innovative new pedal concepts.

## Creative Activity
- Non-mess, creative drawing or activity item (example Lite-Brite) target age range 3-6, target retail price below $20.00.

pag



**Fisher-Price**

March 1, 1994

Mr. Victor Reiling
VICTOR G. REILING ASSOCIATES*
197 SHARON ROAD - P.O. BOX 1600
LAKEVILLE, NY  06039

Dear Vic:

As I mentioned in my letter prior to Toy Fair,
Fisher-Price still has openings in its 1995 Product Line
for unique concepts.  To be even more specific, however,
we are looking for a lead item for our Preschool line.
Ideally, the concept should be within the traditional
Preschool category, eg. role play, basic floor play
activity, etc. and price point of course is very
important, but price/value is even more important.

Secondly, for 1995, now that you've seen our Electronic
Learning Toys at Toy Fair, you can see that we're
seriously pursuing this category.  Here again, we'd like
to see some novel concepts that take this category beyond
its current parameters.  Fun, exciting, educationally
oriented products that draw the child to them because of
the features they embrace are the type of ideas we'd like
to see.

I may be seeing you over the next 3 or 4 weeks, but I
would encourage you to send us anything you think might
fit our Preschool Lead or ELT needs as soon as you can.

On a more general nature, enclosed is our Wish List for
the 1996 line.  As you're designing to this brief, bear in
mind that anything developed for 1996 could, in fact,
still be moved to the 1995 line.

If you have any questions at all please don't hesitate to
call me at (716) 687-3480.

My best regards,

Paul

Paul D. Snyder
Vice President, R&D Services and
Inventor Relations

cc:  T.A. Mason



EXHIBIT
58
3-9-05  SCT



**Fisher-Price**

February 28, 1994

Dear Inventor:

Following is a Wish List identifying areas of interest for 1996.  However, there are still openings for <u>any</u> innovative item that can add excitement to our <u>1995</u> line.

- **New Toy or Business Opportunity** – innovative concepts or lines in areas within the traditional toy business where Fisher-Price does not currently compete.

- **Trucks** – To break through competitive clutter, a line of trucks that have a distinct point of difference, preschool chunky realism and include classic play features.

- **Electronic Learning Toys, ELT's** – innovative ways of approaching this area of Preschool and Crib that add value to and are significantly different than what's currently in the marketplace.

- **Kidtronics** – innovative electronic entertainment concepts.

- **Ride-Ons** – Spring or 4th quarter concepts with an innovative action/performance for 2-6 year olds.

- **Crib & Playpen** – product or line of items that embraces a new positioning, an innovative feature, or exploits a development stage in a new and newsworthy way.

- **Preschool Spring Lead** – either water, bubbles, or non-water/bubble oriented products which continue in the tradition of the Fire Hydrant, Roller Skates, Bubble Lawnmower.

- **Preschool Play ($12.99 Price List, $19.99 Retail)** – unique feature to role play for children ages 3-5.

- **Preschool $9.99 Retail ($6.50 Price List)** – with the same type of excitement our Crazy Combo and Tumbling Racers offer.

- **Games** – Electronic, talking action, travel, & family oriented games for children 5 and under.  Submissions with a great name and innovative actions are of high priority.

- **Outdoor Sports** – new ways to approach traditional sports or outdoor activities.



EXHIBIT
56
3-9-05    SCT

Wish List
Page 2

- <u>Preschool Appropriate Dolls</u> - an item or line of nurturing dolls for children ages 2-5.

- <u>Plush/Softgoods</u> - with or without sound, but whatever is offered should have a true difference from products in the marketplace.

- <u>Fun With Food</u> - "magic" demonstrable features incorporated in appliances.

If you have any questions about these product areas, or any questions at all, please don't hesitate to call me at (716) 687-3480.

My best regards,

Paul D. Snyder
Vice President, R&D Services and
Inventor Relations

PDS/cje

EXHIBIT U

*Doub + Betts²*

P-8

## Fisher-Price

| | |
|---|---|
| Date | 12/8/98 |

Number of pages including cover sheet   1

TO:      Vic Reiling Associates
ATTN:    Vic Reiling

Cc:      P. Snyder

Fax:     860 927 1927

REMARKS:      Urgent      For your review      Reply ASAP      Please Comment

FROM:    Pat Grabianowski
         FISHER-PRICE, INC.
         636 Girard Avenue
         East Aurora, NY 14052

Phone     716-687-3480
Fax Phone  716-687-3930

*Just a quick note. Paul has shown genuine excitement level for that product. We are holding for further evaluation. Because of travel plans, etc. he has not as yet had an opportunity to present Magic Motion and will do so when he returns probably sometime the week of 12/14.*

*If this does not meet with your approval please let me know.*

*Thank you.*

        Pat

DI010

# EXHIBIT V



February 16, 1999

Mr. Victor G. Reiling.
Victor G. Reiling Associates
119 North Mail Street
P.O. Box 677
Kent, CT 06757-0677
TEL: (860) 927-1927

Mr. Doug Melville
Design Innovation
20 Tower Lane
Avon, CT 06001
TEL: (860) 409-7494
FAX: (860) 709-7497

RE: Option Agreement for "Reel/Real Heroes" Concept

Dear Mr. Reiling and Mr. Melville:

This Option Agreement will confirm the understanding between Victor G. Reiling Associates, hereinafter referred to as ("REILING") and Design Innovation, hereinafter referred to as ("DESIGN"), hereinafter jointly referred to as ("INVENTORS"), and FISHER-PRICE, INC. relative to the Reel/Real Heroes concept as is more completely described in the attached Exhibit A (hereinafter the "CONCEPT").

1.  INVENTORS represent that they own all rights in and to the CONCEPT and have the sole right to grant the option and exclusive license as set forth herein.

2.  INVENTORS hereby grant to FISHER-PRICE, INC. the exclusive option (hereinafter the "OPTION") to obtain from INVENTORS the exclusive, worldwide rights to make, have made, use, advertise and/or sell products incorporating the CONCEPT (hereinafter "LICENSED PRODUCTS") or at FISHER-PRICE, INC.'s sole choice, an assignment of all rights including all intellectual property rights in the CONCEPT. This OPTION shall begin on February 1, 1999 and shall expire on May 1, 1999 (hereinafter the "OPTION TERM").

3.  In consideration of the option granted, FISHER-PRICE, INC. agrees to pay to INVENTORS two thousand five hundred U.S. dollars (U.S.$2,500), said payment shall be allocated one thousand two hundred fifty U.S. dollars (U.S. $1,250) to REILING and one thousand two hundred fifty U.S. dollars (U.S. $1,250) to DESIGN

(hereinafter "OPTION PAYMENTS"), per thirty (30) day period (hereinafter "OPTION PERIOD") during the OPTION TERM as non-refundable advances against any future royalties generated by the sale of the LICENSED PRODUCTS. The OPTION PAYMENTS are due at the beginning of each OPTION PERIOD. If FISHER-PRICE, INC. cancels this Option Agreement prior to the end of any OPTION PERIOD during the OPTION TERM, full payment for that OPTION PERIOD will be made, if not paid already, and future OPTION PAYMENTS will be cancelled and all rights in the CONCEPT shall belong solely to INVENTORS.

4.  If FISHER-PRICE, INC. should choose not to exercise the OPTION on or before the end of the OPTION TERM, neither party shall have any additional obligations to each other, except the above mentioned OPTION PAYMENTS which may be due at the time of termination of this Option Agreement, and the return to INVENTORS of all prototypes developed by INVENTORS.

5.  During the OPTION TERM, INVENTORS agree not to show or discuss the CONCEPT or any similar idea, product or concept with any other prospective licensee or agent thereof or any other party unless approved in writing by FISHER-PRICE, INC. beforehand.

6.  If FISHER-PRICE, INC. should choose to exercise this OPTION, such decision shall be communicated to INVENTORS either orally or in writing by FISHER-PRICE, INC. signing and forwarding to INVENTORS the form attached hereto as Exhibit B. Upon such exercise, all three parties agree to negotiate, in good faith, an agreement which shall include the following material items:

    a.  Term - Perpetual as long as FISHER-PRICE, INC. actively pursues development and sale of any LICENSED PRODUCTS, including a twelve (12) month sell-off period after the product is dropped or should FISHER-PRICE, INC. choose to terminate the LICENSE AGREEMENT.

    b.  Rights - Exclusive and worldwide to FISHER-PRICE, INC. to make, have made, use, sell, package, distribute, and advertise the LICENSED PRODUCTS and to exercise full

-2-

s

privileges under all intellectual property rights pertaining to or arising therefrom.

c.  Royalty - Three percent (3%) for the product in the Real Heroes line and five percent (5%) if used without incorporating any existing FISHER-PRICE product or product line, of FISHER-PRICE, INC.'s gross wholesale selling price (hereinafter "SELLING PRICE") in a given country where the sale occurs. The SELLING PRICE is defined as the gross invoice amount for the sale of all LICENSED PRODUCTS by FISHER-PRICE, INC. to non-related entities, less the deduction of all discounts and allowances of whatever nature allowed customers including but not limited to: cash or trade discounts and allowances, credits for returned, lost or damaged goods, royalties paid to a third party for character or related endorsement, retail advertising allowances, markdown allowances, and any other costs to FISHER-PRICE, INC. or deductions allowed to its customers, which shall not exceed a certain percentage, which shall be negotiated in good faith by both parties.

d.  Advance - Advance will be sales forecast units first year times projected selling price times three percent divided by four and less any Option money paid.

e.  Warranty of Title and Noninfringement - This warranty is fully provided to FISHER-PRICE, INC. by INVENTORS.

f.  Exploitation and Commercial Market - There is no duty by FISHER-PRICE, INC. to exploit and no representation by FISHER-PRICE, INC. as to the dollar value of market.

7.  If, upon exercise of the option, FISHER-PRICE, INC. elects to obtain title by assignment of the CONCEPT, FISHER-PRICE, INC. shall be deemed the owner thereof upon payment to INVENTORS of the additional sum, to be negotiated, together with the further periodic payment, to be negotiated, of FISHER-PRICE, INC.'s SELLING PRICE as said term is defined in paragraph 6.c. herein. In the event FISHER-PRICE, INC. so elects, INVENTORS shall

-3-

execute any and all documents and provide any information requested by FISHER-PRICE, INC. for the purpose of obtaining patent, copyright, trademark or other intellectual property protection for FISHER-PRICE, INC. thereon.

8. INVENTORS understand that FISHER-PRICE, INC.'s ability to successfully market the LICENSED PRODUCTS requires that any information regarding FISHER-PRICE, INC.'s products or plans for marketing products must be regarded as a secret of FISHER-PRICE, INC. Accordingly, INVENTORS agree to treat in strictest confidence, in a manner adequate to protect trade secret rights, any information relating to the LICENSED PRODUCTS and the existence of this Option Agreement itself, unless the information is made public by FISHER-PRICE, INC.

9. Each party represents that the individual signing this Option Agreement on that party's behalf has been duly authorized to undertake the obligations and to bind the corporation or partnership to carry out the terms hereof.

10. This Option Agreement shall be constructed in accordance with the laws of the State of New York, except for its Conflict of Laws doctrine, and both parties agree that personal jurisdiction will be proper only in New York State and venue will be proper only in the courts located in Erie County, New York.

Please sign all three copies of this Option Agreement and return one signed copy to my attention. Upon receipt of your executed copy of this Option Agreement, the first OPTION PAYMENT will be forwarded to you. If you have any questions, please contact me at 716-687-3295.

Sincerely,

FISHER-PRICE. INC.

By: _____

Elizabeth M. Tommaney

Title: _____ Senior Attorney _____

AGREED:

VICTOR G. REILING ASSOCIATES          DESIGN INNOVATION

BY: _____          BY: _____

PRINT NAME: Victor G. Reiling          PRINT NAME: DOUGLAS F. MELVILLE JR

DATE: 2/17/99                          DATE: 2-18-99

~~FEDERAL I.D. # 294 84 9375~~          06-1226521
or                                     FEDERAL I.D. # ~~06-1226655~~
✓ SOCIAL SECURITY NUMBER                   or
(if not incorporated) _____       SOCIAL SECURITY NUMBER
                                       (if not incorporated) _____

<u>EXHIBIT A</u>

CONCEPT:      Reel/Real Heroes

INVENTORS:    Victor G. Reiling Associates and Design Innovation

DESCRIPTION:    Submitted concept extends 3-D cartoons to action figures
play pattern. The concept is a battery operated 3-D film reel that is activated
when the child pushes a button on the backpack of the action figure. The
child may then look through the viewer on the backpack to see the 3-D film.
The concept may include a hand held "camera" with shutter that is operated
by the child. The concept may be incorporated into the assorted Fisher-Price
Rescue Heroes action figures. The unique aspect of the concept is the
combination of existing action figures with 3-D film for play pattern



## EXHIBIT B

TO:       Victor G. Reiling Associates and Design Innovation

FROM:     Fisher-Price, Inc.

SUBJECT   OPTION AGREEMENT, dated February ____ , 1999, REGARDING
          Reel/Real Heroes CONCEPT

> This document is written notice of Fisher-Price, Inc.'s
> decision to exercise the Option Agreement identified
> above.
>
> FISHER-PRICE, INC.
>
> _____
> (Authorized signature)
>
> _____
> (Title)
>
> _____
> (Date)

# EXHIBIT W



P-13

March 23, 1999

Mr. Vic Reiling
VICTOR G. REILING ASSOCIATES
119 North Main Street
P.O. Box 677
Kent, CT 06757-0677
Tel:    (860) 927-1927
Fax:    Same

Mr. Douglas F. Melville, Jr.
DESIGN INNOVATION
20 Tower Lane

Avon, CT 06001
Tel:    (860) 409-7494
Fax:    (860) 709-7497

RE:    "Reel/Real Heroes" Concept

Dear Vic and Doug,

We are returning the "Reel/Real Heroes" prototype and drawings. Unfortunately, after very careful consideration and evaluation, from design, costing, engineering and marketing perspectives, we are returning it for the following reasons which boil down to cost.

1.   The film was too expensive. It was felt that the cost for the 30 second 15 foot reel was way out of proportion to the ultimate payoff.

2.   There is no repeat play value. Unless film was sold in multiple packs it is a one-trick pony. And multiple packs would be even further out of our price range — which brings us back to point one.

We appreciate your patience while we evaluated the concept and thank you for thinking of us. If you have any questions you can call me at (716) 687-3983 or call Paul Snyder at (716) 687-3480.

Thank you.

My best regards,

FISHER-PRICE, INC.

Henry Schmidt
Product Design Preschool Team

n-P
Enc.

Cc:    P. Grabianowski — Inventor Relations w/o Enc.
       P. Snyder — VP R&D Services and Inventor Relations w/o Enc.
       K. Morton — Product Design Preschool Team w/o Enc.
       T. Zinter — VP Preschool Design Team w/o Enc.