# EXHIBIT B





### PRO PASS SOCCERBALL
NO. 10440

High styled performance ball designed for practice outfit and competition play.

- Regulation size 4 ball, for kids 8 and over.
- Grip-tech's no-slip surface gives superior kicking and passing performance.
- The spring-core center gives a resilient feel, with extra cushioning for "heading" and "body slam" plays.
- High styled in black with neon accents.

PK. 6
WT. MEAS.
CUBE 2.27 CU. FT.









### PRO GRIP BASKETBALL
NO. 10430

Kids will rule the court with this sensational black and orange b-ball.

- Regulation youth size and weight, perfect for kids 8 and up.
- Grip-tech's grabbable surface helps kids palm the ball.
- Textured ridges in the fingers, for better grab and spin.
- Tough Peb-foam construction, with dynamic bounce and performance.

PK. 6
WT. MEAS.
CUBE 3.47 CU. FT.







## PRO NERF®



PRO NERF®

## PRO CRUSH VOLLEYBALL

*NO. 00470*

This dynamite ball's styling and performance will sweep the beach!

- Regulation size and weight. Perfect for kids of all ages (even adults!)
- Extra thick grip-tech padding is patterned to give spikes and slams extra power, and is resilient, so arm slams and pounding serves won't sting.
- Durable and water proof for court and beach play

*PK. 6*
*WT. 10LBS.*
*CUBE 2.57 CU.FT.*

## PRO THROW FOOTBALL

*NO. 00337*

Sensational features and a knock out look make this the "Gotta Have" football for 1992!

- 3/4 size and weight is perfect for aspiring quarterbacks 7 and up.
- Grip-Tech surface clings to the receiver's hands, making catches extra easy. Its finger grab pattern assures long bomb passes will really spin.
- The spring-core center is soft enough to be forgiving, but firm enough for real football action.

*PK. 6*
*WT. 8 LBS.*
*CUBE 1.40 CU.FT.*

# NERF



In 1991 the Turbo Screamer set footballs on fire. Now for 1992, the Turbo Screamer sound makes 2 more items sizzling hot.

### NERF® TURBO SCREAMER™ DISK
No. 08378

This disk has turbo performance you can see and hear. Three turbo screamer whistles make a wild sound as it flies. Its unique "finger groove" design and turbo twist styling makes the Disc easy to catch and throw. Comes in assorted colors with hot graphic accents. Ages 7 and up.
PK. 12
WT. 6 LBS.
CUBE 2.05 CU. FT.





### NERF® TURBO SCREAMER BOOMERANG
No. 08380

NERF's new Boomerang is the whistling fun you can't throw away! Its three whistles scream as the boomerang sweeps out far then comes back to your hand. And the turbo styling always gives a sure grip surface. Comes in assorted colors with bright accented screamers. Ages 7 and up.
PK. 12
WT. 6 LBS.
CUBE 2.29 CU. FT.















### NERF® TURBO SPORT BALL
NO. 00280

This play ball's turbo twist styling adds fun to all kinds of ball games and play. It's easy to catch, a blast to kick, and fun to bounce.
A distinctive box calls out the turbo features.
Ages 3 and up.
PK. 12
WT. 10 LBS.
CUBE: 3.24 CU. FT.

### NERF® TURBO FOOTBALL
NO. 00215

You don't throw it – you launch it! This unique aerodynamically designed ball throws farther, better and longer than a standard football. And the special fluting means a great grip and terrific spirals. Ages 5 and up.
PK. 12
WT. 8.2 LBS.
CUBE: 1.95 CU. FT.

### NERF® TURBO SCREAMER™ FOOTBALL
NO. 00213

Unleash the power, make it scream! This state-of-the-art football gives super performance, plus sound! Its unique fluted design makes it split the air while the sound mechanism makes it scream as it soars! Better spirals, longer passes, plus super-sonic sound.
Ages 7 and up.
PK. 12
WT. 8.08 LBS.
CUBE: 1.95 CU. FT.




# NERF

## SLINGSHOT
NO. 60170
This high powered slingshot delivers plenty of safe, soft NERF brand fun. Load the three foam balls in the clip, snap the elastic hammer and pow, pow, pow! These balls really fly!
Ages 5 and up.
PK. 12
WT 6.5 LBS.
CUBE 4.21 CU FT.

## NERF® MASTER BLASTER
NO. 60180
This supercharged blaster delivers a non-stop barrage of 8 balls! In rapid-fire, clear a room. Every push and pull fires a ball. It's the ultimate in blast-a-action!
Ages 5 and up.
PK. 6
WT 9 LBS.
CUBE 3.40 CU FT.



### NERF® BOW 'N' ARROW™ REFILL PACK
NO. 60856
New for 1992, this essential 2 arrow refill pack now includes a quiver clip that fits on to the BOW 'N' ARROW Game. Now kids can store all their arrows for extra fire power. New hot orange color!
PK. 12
WT. 9.5 LBS.
CUBE 1.6 CU. FT.



### NERF® BOW 'N' ARROW™ GAME
NO. 60853
The excitement and challenge of the real thing. This high-tech bow has the power to launch foam "arrows" up to 35 feet in the air for target-shooting, distance challenges, or a rough-and-ready game of chase-and-tag. Ages 6 and up.
PK. 6  WT. 10 LBS.  CUBE 3.6 CU. FT.





### NERF® MISSILE LAUNCHER
NO. 60410
This high powered launcher gives kids ground based control! Stop on the detonator and blast a missile 40 – 50 feet! The barrel can be aimed to fire high (at remote targets!) or low for super charged air torpedo action. A must for every NERF brand action aficionado!
Ages 6 and up.
PK. 6
WT. 9 LBS.
CUBE 2.48 CU. FT.
















# NERF

### NERF® BLAST-A-BALL™ GAME
NO. 00235
For dodge 'em, tag or targets, indoors and out, players pop in three unique 1 3/4" NERF® balls, pull back the plungers, aim, and blast the balls up to 30 feet in the air with an awesome POP!
Ages 5 and up, 2 players.
PK. 6   WT. 7.6 LBS.   CUBE 2.7 CU. FT.

### NERF® BLAST-A-MATIC® GAME
NO. 00233
Target-shooting is fun indoors and out with this high-speed launcher that fires three safe, soft foam balls. Load, pull back, and BLAST! Three times the fun! New hot colors!
Ages 5 and up, 1 player
PK. 6   WT. 7.6 LBS.   CUBE 2.7 CU. FT.

### NERF® BALLISTIC BALL REFILL PACK
NO. 00234
Three spare balls in an easy-to-pack package. Great for use with the Master Blaster, Blast-A-Matic, Blast-A-Ball, and Slingshot too.
PK. 24   WT. 2.5 LBS.   CUBE .3 CU. FT.

### NERF® SOCCER BALL
No. 09487

Count on the NERF Soccer Ball to win every time, with safe, soft fun. It's easy to kick, pass and head. New rich colors for '92. New features an eye-catching wrap package - stands on the shelf or file in a bin. Ages 5 and up.
PK. 12    WT. 9.9 LBS.    CUBE 3.4 CU. FT.



### NERF® BALL TWO BALL PACK
No. 09287

The world's first official indoor ball, in a special two-pack for double the fun! Two 4" balls in a reclosable polybag with header card, for extra visibility. Its bright colors for '92 for plenty of safe, soft, indoor-outdoor fun. Ages 3 and up.
PK. 12    WT. 2.3 LBS.    CUBE 1.4 CU. FT.



### NERF® NERFOOP GAME
No. 09097

All-new for 1992, Nerfoop has a new, longer, super performance ball. This NERF classic provides even more fast action play before before. Also new for '92 are a big colorful mini-mini net, and bright, sizzling graphics.
PK. 12    WT. 9.5 LBS.    CUBE 2.4 CU. FT.



### NERF® FOOTBALL
No. 09188

One of the best-selling footballs in the country. It has a full standard size, so it's easier to pass and catch. In new NFL colors for '92. New features an eye-catching wrap package that stands on the shelf or fits in bins. Ages 5 and up.
PK. 12    WT. 7.9 LBS.    CUBE 2.2 CU. FT.




  





### NERF® GRANDSLAM 24" TEE SET
NO. 08320

This NERF tee ball set is super for baseball stars in training. The tripod base provides stability on uneven ground. The ball cup is made of durable foam and the brightly colored ball is easy to find in the grass. Play ball! Ages 4 and up.

PK. 6   WT. 3 LBS.   CUBE 2.49 CU. FT.





### NERF® 24" GRANDSLAM BAT SET
NO. 08359

Kids get their first hits with a NERF 24" Grandslam Bat Set. A larger sized bat barrel and high visibility ball translates to a fast action baseball game. A must for every young athlete!

PK. 6   WT. 8 LBS.   CUBE 1.94 CU. FT.



### NERF® LIGHTNING STRIKE 27" BAT SET
NO. 08370

Hit a home run with a new NERF baseball set. This set is made of durable foam that's tough for kids who want to hit like a baseball star. The bat has a larger, more durable barrel that's authentic looking and powerful. Kids are always a winner with the Lightning Strike 27" Baseball Set.

PK. 12   WT. 8 LBS.   CUBE 2.05 CU. FT.








### NERF™ GOLF CLUB SET




Young kids can learn to swing like the pros with NERF Golf Clubs. A deep cutting driver sends the ball flying. Follow up the shot with the putter — sink the ball in the hole. Driver comes with 2 foam balls and tees. Putter comes with 2 foam balls and a portable hole to sink putts at home. Each sold separately.

Ages 6 and up.
PK. 12
UPC. F4.FA.
CI BK 0.4 CL FT.

### NERF™ PRO HOOP™ BASKETBALL GAME





Slam-dunkin' excitement for all sizes, ages and skill levels! Slide the adjustable hoop up and down the steep for different shooting challenges. Folding break-away rim means added safety. Features the 4" NERF foam ball and a double-sided backboard with NERF exciting graphics on one side and a traditional backboard design on the other!

Ages 4 and up.
1 or more players.
PK. 6
WT. F1 LBS.
CI BK 2.8 CL FT.




# PRO NERF

## PRO NERF

Pro Nerf is an all new line of team sporting goods that really mean business.

Outdoor edge equipment for kids who take sports seriously. Sizzling, sophisticated designs break through technologies helps kids play like the pros.
- GRIP-TECH surface lets hands grab the ball with a sure positive feel.
- Ridged surfaces enhance performance.
- Rugged POLY-FOAM rebounds the abuse of real sports play. It's thru durable and made to last. So tough it's even water proof.
- SPRING-CORE centers give each ball the performance and response kids demand from real sports equipment.

Pro Nerf is cutting sporting goods into the real equipment that it is now.