# EXHIBIT C



## ALVIN THE AARDVARK™
### THERE HE GOES, GOBBLING UP "ANTS" LIKE ANY AARDVARK WOULD!

ALVIN goes "boing-boing" as he rolls along. Squeeze the bulb on the end of the handle and ALVIN's tongue shoots out 8 inches to capture one of the 2 soft "ants" that come with him. (He can also pick up other things, like socks.) Squeeze the bulb again, and he'll throw the ant off his tongue. Tongue squeaks when it shoots out. ALVIN is made of sturdy plastic for energetic preschoolers; the ants are soft stuffed felt. Ages 3 and up.



Patent Pending



NO. 97700
PKD. 6, WT. 12½ LBS
CUBE: 3.1 CU. FT.

# EXHIBIT D



    

# THE STARS OF TODAY, THE LEGENDS OF TOMORROW

• *MOST SUCCESSFUL NEW LINE OF 1988* •

  

• *Over 475 players* • *Every figure brand new* • *New dynamic action poses*

• *Hundreds of new players added* • *Every player's collector card new*

And STARTING LINEUP kicks off the new season with fabulous gift pack offerings and the BASEBALL GREATS™ edition that are sure to be a hit for 1989. The World Champion of toys...STARTING LINEUP.

75



## ALL-STAR ASSORTMENTS

### NATIONAL LEAGUE ALL STAR ASSORTMENT NO. 84260

Thirteen of the greatest players in the National League, in all new uniforms and poses. Also, includes brand new 1989 collector cards. Only a select few make this lineup of All Stars.
PKD. 24   WT. 6¼ LBS   CUBE: 1.12 CU FT.

## NATIONAL LEAGUE


Dale Murphy


Darryl Strawberry


Dwight Gooden

Ozzie Smith


Eric Davis


Mike Scott

Andre Dawson


Ryne Sandberg

Will Clark


Bobby Bonilla

Tim Raines

Vince Coleman

Kirk Gibson

## INDIVIDUAL TEAM ASSORTMENTS

### EAST

 PHILADELPHIA PHILLIES No. 84010
Mike Schmidt
Von Hayes
Juan Samuel
Steve Bedrosian
Mike Maddux
Phil Bradley

  PITTSBURGH PIRATES No. 84030
Barry Bonds
Andy Van Slyke
Bobby Bonilla
Sid Bream
Doug Drabek
Jose Lind
Bob Walk

  CHICAGO CUBS No. 84050
Ryne Sandberg
Andre Dawson
Rick Sutcliffe
Rafael Palmeiro
Mark Grace
Shawon Dunston
Greg Maddux
Damon Berryhill

 NEW YORK METS No. 84080
Darryl Strawberry
Keith Hernandez
Gary Carter
Dwight Gooden
Len Dykstra
Kevin Elster
Kevin McReynolds
Randy Myers
David Cone
Gregg Jefferies

 ST. LOUIS CARDINALS No. 84100
Ozzie Smith
Vince Coleman
Tom Brunansky
Willie McGee
Todd Worrell
Tony Peña
Terry Pendleton
Bob Horner
Pedro Guerrero

### WEST

CINCINNATI REDS No. 84020
Eric Davis
Pat Tabler
John Franco
Danny Jackson
Barry Larkin
Jeff Treadway
Chris Sabo
Rob Dibble



 ATLANTA BRAVES No. 84040
Dale Murphy
Ozzie Virgil
Gerald Perry
Ron Gant
Albert Hall
Bruce Sutter
Bob Horner

 HOUSTON ASTROS No. 84070
Kevin Bass
Glenn Davis
Billy Hatcher
Kevin Bass
Ozzie Smith
Billy Doran
Gerald Young

 S.F. GIANTS No. 84090
Will Clark
Candy Maldonado
Brett Butler
Kevin Mitchell
Jose Uribe
Bobby Thompson
Mike Aldrete

 LOS ANGELES DODGERS No. 84100
Fernando Valenzuela
Steve Sax
Mike Marshall
Orel Hershiser
Alfredo Griffin
Kirk Gibson
Mike Scioscia

 SAN DIEGO PADRES No. 84110
Tony Gwynn
Benito Santiago
John Kruk
Roberto Alomar
Marvell Wynne
Mark Davis

*Each figure comes with his Collector's Card.*

### NATIONAL LEAGUE TEAM ASSORTMENTS

The home-team advantage continues with the *STARTING LINEUP* National League Team Assortment. Every U.S. franchise is represented by at least 6 of its top players including an average of 4 new players per team. Sure to hit a home run in every home market.
PKD. 24   WT. 6¼ LBS   CUBE: 1.12 CU FT.

The Major League Club insignias depicted are trademarks which are the exclusive property of the respective Major League Clubs and may not be reproduced without their written consent.

Official Licensee - Major League Baseball and Major League Baseball Players Association
©MLBPA

 

## AMERICAN LEAGUE ALL-STAR ASSORTMENT  NO. 84270

The American League All-Star Assortment is made up of the top 14 players from around the league. The number one players in the hearts of baseball fans, with new uniforms, exciting new action poses, and new 1989 collector cards.
All-Star excitement is everywhere.
PKD. 24   WT. 6¾ LBS.   CUBE: 1.12 CU. FT.

# AMERICAN LEAGUE

     

Dave Winfield | Roger Clemens | Wally Joyner | Rickey Henderson | Wade Boggs | Don Mattingly | Mark McGwire

Jose Canseco | Paul Molitor | Frank Viola | Kirby Puckett | Mike Greenwell | Alan Trammell | George Bell

## INDIVIDUAL TEAM ASSORTMENTS

### EAST

 

**BOSTON RED SOX No. 84150**
Wade Boggs
Roger Clemens
Jim Rice
Ellis Burks
Mike Greenwell
Lee Smith
Spike Owen
Marty Barrett

 

**CLEVELAND INDIANS No. 84240**
Joe Carter
Brett Butler
Cory Snyder
Julio Franco
Brook Jacoby
John Farrell
Doug Jones

 

**BALTIMORE ORIOLES No. 84230**
Eddie Murray
Cal Ripken
Larry Sheets
Pete Stanicek
Brady Anderson

  

**DETROIT TIGERS No. 84230**
Jack Morris
Alan Trammell
Matt Nokes
Chet Lemon
Lou Whitaker
Tom Brookens
Mike Henneman
Dale Sveum



**MILWAUKEE BREWERS No. 84220**
Robin Yount
Rob Deer
Paul Molitor
Ted Higuera
B.J. Surhoff
Dan Plesac
Glenn Braggs



**NEW YORK YANKEES No. 84200**
Rickey Henderson
Don Mattingly
Dave Winfield
Dave Righetti
Mike Pagliarulo
Don Slaught
Al Leiter

### WEST



**CALIFORNIA ANGELS No. 84270**
Wally Joyner
Mike Witt
Devon White
Johnny Ray
Chili Davis
Jack Howell
Dick Schofield

 

**CHICAGO WHITE SOX No. 84145**
Harold Baines
Ozzie Guillen
Greg Walker
Ivan Calderon
Dan Pasqua
Melido Perez
Bobby Thigpen

**OAKLAND A'S No. 84110**
Jose Canseco   Terry Steinbach
Mark McGwire   Carney Lansford
Dave Henderson   Dennis Eckersley
Dave Stewart   Walt Weiss
Bob Welch



**SEATTLE MARINERS No. 84120**
Jim Presley
Alvin Davis
Mickey Brantley
Harold Reynolds
Rey Quinones



**TEXAS RANGERS No. 84190**
Pete Incaviglia
Ruben Sierra
Scott Fletcher
Steve Buechele
Jeff Russell



**MINNESOTA TWINS No. 84130**
Kirby Puckett
Kent Hrbek
Gary Gaetti
Jeff Reardon
Dan Gladden
Frank Viola
Tim Laudner



**KANSAS CITY ROYALS No. 84150**
George Brett
Bret Saberhagen
Bo Jackson
Kevin Seitzer
Bud Black
Mark Gubicza

*Each figure comes with his Collector's Card.*

## AMERICAN LEAGUE TEAM ASSORTMENTS

The home team advantage also continues with the American League team assortments. At least five players from each U.S. team. An average of 4 new players per team to let kids keep their collections up to date with all the rising new local heroes. A pennant winner in every home market.
PKD. 24   WT. 6¾ LBS.   CUBE: 1.12 CU. FT.





### NFL ALL-STAR ASSORTMENT



#### NATIONAL FOOTBALL LEAGUE ALL STAR ASSORTMENT NO. 84580

It's crunch time for the National Football League all stars. This superstar assortment scores big in every U.S. city with the top 15 players from around the league. The biggest names in pro football with new uniforms, exciting new action poses, and with new collector cards. Catch the game's biggest stars in 1989's biggest line.
PKD. 24    WT. 7 LBS.    CUBE: 1.47 CU. FT.



### NFC INDIVIDUAL TEAM ASSORTMENTS

#### NATIONAL FOOTBALL LEAGUE TEAM FIGURES ASSORTMENTS

Dramatic poses and authentic detailing bring these stars to life. Every figure has a new uniform and pose to help expand your collections. And each includes the all new 1989 collector card. An average of 3 new players per team so kids can get the hottest new local stars. Once again, the home field advantage pays off.
PKD. 24    WT. 7 LBS.    CUBE: 1.47 CU. FT.









# STARTING LINEUP
## NBA ALL STAR ASSORTMENT



### NATIONAL BASKETBALL ASSOCIATION ALL STAR ASSORTMENT NO. 84830

The top players from around the league make the 1989 NBA ALL STAR ASSORTMENT the slam-dunk hit of the year. The top 14 players in dramatic poses and brand new uniforms create an assortment of national statues. Each player also has a new 1989 collector card. Score big with STARTING LINEUP NBA All-Stars.
PKD. 24   WT. 6 LBS.   CUBE: 0.95 CU. FT.



### NATIONAL BASKETBALL ASSOCIATION TEAM ASSORTMENTS

At least four of the top players from each team have made the NBA Team Assortment. Every market will be flooded with the top players from their home team to create a collectors frenzy unlike any other. New uniforms, new poses, and new collector cards make this team assortment the hometown favorite everywhere.
PKD. 12   WT. 3 LBS.   CUBE: 0.49 CU. FT.







# STARTING LINEUP BASEBALL GREATS

## YESTERDAY'S STARS ARE TODAY'S HEROES

### NATIONAL LEAGUE ASSORTMENT

- Stan Musial/Bob Gibson
- Willie Mays/Willie McCovey
- Johnny Bench/Pete Rose
- Ernie Banks/Billy Williams
- Roberto Clemente/Willie Stargell
- Don Drysdale/Reggie Jackson

### AMERICAN LEAGUE ASSORTMENT

- Babe Ruth/Lou Gehrig
- Eddie Mathews/Hank Aaron

LOOK FOR NEW BASEBALL GREATS IN SPRING



Copyrights of player figures are the property of entities identified on each.   Insignias and logos are the properties of organizations identified on the preceding pages.

**STARTING LINEUP® BASEBALL GREATS™**
**NATIONAL LEAGUE ASST. NO. 91720**
**AMERICAN LEAGUE ASST. NO. 91710**

STARTING LINEUP brings you 16 of the greatest baseball players of all time... Rose, Mays, Ruth and more. Lifelike sculptings, authentic uniforms, and dramatic poses bring these players to life in a great new gift two-pack. Each has a special collectors card that is reminiscent of days gone by. STARTING LINEUP BASEBALL GREATS a whole new era of collecting.
PKD. 12   WT. 5 LBS.   CUBE: 0.95 CU FT



82

  

## CAPTURE THE DRAMATIC MOMENTS IN SPORTS

 **BASEBALL ASSORTMENT**

 
Ryne Sandberg vs. Vince Coleman

 
George Brett vs. Wally Joyner



Gary Carter vs. Eric Davis

Alan Trammell vs. Jose Canseco

Wade Boggs vs. Rickey Henderson

Steve Sax vs. Darryl Strawberry

**RYNE SANDBERG VS. VINCE COLEMAN**

 **FOOTBALL ASSORTMENT**

John Elway vs. Brian Bosworth

Mike Quick vs. Wilber Marshall

Dan Marino vs. Andre Tippett

Chris Doleman vs. Jim McMahon

Lawrence Taylor vs. Ken O'Brien

Howie Long vs. Herschel Walker

**JOHN ELWAY VS. BRIAN BOSWORTH**

 **BASKETBALL ASSORTMENT**

Larry Bird vs. Magic Johnson

Patrick Ewing vs. Kevin McHale

Michael Jordan vs. Isiah Thomas

Dominique Wilkins vs. Charles Barkley



**LARRY BIRD VS. MAGIC JOHNSON**

Insignias and logos are the properties of organizations identified on the preceding pages.

### STARTING LINEUP ONE-ON-ONE™ COLLECTIBLE FIGURES

**BASEBALL ASST. NO. 90290**
**FOOTBALL ASST. NO. 95270**
**BASKETBALL ASST. NO. 97520**

The conflict between two great athletes is captured in STARTING LINEUP ONE-ON-ONE. Dramatic poses and "too close to call" plays create a gripping moment of intense action. National superstars from each sport bring these plays to life. Great players, great action... STARTING LINEUP.

PKD. 12  WT. 7 LBS.  CUBE: 1.24 CU. FT.

  



# STARTING LINEUP RECORD BREAKERS

## AUDIO HIGHLIGHTS & SUPER STAR FIGURE

                        

"BRING THE GREATEST SPORTS SUPERSTARS TO LIFE"

## TEAM LINEUP

### COLLECT ALL YOUR FAVORITE TEAM STARTING PLAYERS!



- NEW YORK YANKEES NO. 91650
- BOSTON RED SOX NO. 91680
- OAKLAND A'S NO. 91690
- NEW YORK METS NO. 91640
- ST. LOUIS CARDINALS NO. 91700
- CHICAGO CUBS NO. 91660
- DETROIT TIGERS NO. 91670

      

### STARTING LINEUP® RECORD BREAKERS™
BASEBALL ASSORTMENT NO. 90300
FOOTBALL ASSORTMENT NO. 95280
BASKETBALL ASSORTMENT NO. 97530

Bring home the stars with the *STARTING LINEUP RECORD BREAKERS* series of audio highlights and superstar figures. Each tape contains a player biography, helpful hints from the actual ballplayer, and real game highlights from his record breaking performance. A specially decorated figure and unique collector card are also included to make this a sure hit with fans. Basketball and football collections are available as well. Set new sales records with *STARTING LINEUP RECORD BREAKERS*.
PKD. 12   WT 4 LBS.   CUBE 0.71 CU FT.

### STARTING LINEUP® TEAM LINEUP™
The ultimate collectors' item for the fan that wants to collect his entire home team. A casual team photograph pose that brings to life all 9 starters for the top teams in Baseball.
PKD. 4   WT 8 LBS.   CUBE: 1.19 CU. FT.

 

84





### NATIONAL FOOTBALL LEAGUE HELMET ASSORTMENT NO. 95470

Catch the intricate detailing of every team logo with the *STARTING LINEUP* Helmet Collection. Perfect for collecting as each pack contains the entire AFC or NFC conference. Ages 4 and up
PKD. 12   WT 7 LBS   CUBE: 1.09 CU. FT.

### STARTING LINEUP® CARD INDEX NO. 91300

Turn directly to the great players' cards with the *STARTING LINEUP* Card Index. Move the lever and press the release to swing open the index to the player you want. The card collector has a specialized system for holding and indexing his favorite cards. A great system for protecting and displaying your favorite hero players.
PKD. 12   WT. 6 LBS   CUBE 0.47 CU. FT.

Images and logos are the properties of organizations identified on the preceding pages.

85

# STARTING LINEUP WALL DISPLAY



# COLLECTORS STAND



**BASEBALL WALL DISPLAY NO. 90310**
**FOOTBALL WALL DISPLAY NO. 95490**
**BASKETBALL WALL DISPLAY NO. 97540**

Now you can put your STARTING LINEUP figures "under glass" with the Wall Display Case. Each sport is represented with the league logo etched on the front and room for at least 8 figures inside.
Ages 4 and up.
PKD. 6   WT. 5 LBS   CUBE: 2.34 CU FT

**BASEBALL COLLECTORS STAND NO. 84850**
**FOOTBALL COLLECTORS STAND NO. 84290**
**BASKETBALL COLLECTORS STAND NO. 90110**

Fans can show off an array of figures with the Collectors Stand. All three sports have their special version that captures the look of the game. The Display holds 5 cards and even more figures. Ages 4 and up.
PKD. 12   WT. 18 LBS   CUBE: 3.00 CU. FT



12 foot plan-o-gram

For order information, see your Kenner representative.

**No. 69061** 30" Pegboard Wire Merchandiser with Interchangeable Graphic Panel.
**No. 69062** 36" Pegboard Wire Merchandiser with Interchangeable Graphic Panel.
**No. 69063** 48" Pegboard Wire Merchandiser with Interchangeable Graphic Panel.

Sturdy wire rack enables retailer to easily merchandise STARTING LINEUP category. Rack has pre-positioned 12" peg hooks and slips easily into store fixture. Graphic panel slides into plastic extrusion to highlight category. Packed 1 per carton.

*12 Foot Plan-o-gram contains:*
7 cases Starting Lineup Baseball Product
5 cases Starting Lineup Football Product
5 cases Starting Lineup Basketball Product
1 case 91720    1 case 90300    1 case 97530
1 case 91710    1 case 95280
2 cases Starting Lineup Baseball One-on-One
2 cases Starting Lineup Football One-on-One
2 cases Starting Lineup Basketball One-on-One
1 case Team Lineup
1 case 84850
1 case 84290
1 case 90110