UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and : 
DESIGN INNOVATION, INC., :
 :
           Plaintiffs, :
 : Civil No. 303 CV 222 (JBA)
v. :
 :
FISHER-PRICE, INC. :
 :
           Defendant. : JUNE 6, 2005
 :

### FISHER-PRICE'S MOTION TO STRIKE

Defendant Fisher-Price, Inc. respectfully moves to strike certain portions of the declaration of James Kipling, dated May 23, 2005 (Docket No. 108) and the declaration of Victor G. Reiling, dated May 20, 2005 (Docket No. 107). The plaintiffs filed both declarations in opposition to Fisher-Price's motion for summary judgment. Portions of the Kipling declaration should be stricken, however, because: (1) Mr. Kipling is not qualified to give opinions or to testify about any design-related matter (including toy design, use, novelty, concreteness or prior art), market research in the toy industry, or play patters of children; (2) he gives opinions regarding novelty that are contrary to law; and (3) he attempts to give legal testimony stating ultimate legal conclusions that are outside the province of expert testimony. Fisher-Price further moves to strike those paragraphs in the declaration of Victor G. Reiling in which he bases his testimony on experience and specialized knowledge. To the extent that Mr. Reiling's assertions are based on his "decades of experience" in the toy industry and the "custom

*ORAL ARGUMENT REQUESTED*

- 2 -

and practice" in the industry, that testimony constitutes impermissible and undisclosed expert testimony. Therefore, the motion to strike should be granted.

Fisher-Price relies in support of this motion on the following documents filed herewith:

1. Memorandum In Support of Fisher-Price's Motion To Strike The Declarations Of James Kipling And Victor Reiling, dated June 4, 2005.

2. Declaration of Jodyann Galvin In Support Of Fisher-Price, Inc.'s Motion To Strike.

FISHER-PRICE, INC.

By /s/ Bradford S. Babbitt
Bradford S. Babbitt
e-mail: babbitt@rc.com
Federal Bar No.: ct13938
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

and

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
**HODGSON RUSS LLP**
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
Telephone: (716) 856-4000

- 3 -

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion To Strike was mailed, first-class postage prepaid, to the attorneys of record recited below on this 6th day of June, 2005.

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

_____
Bradford S. Babbitt