# EXHIBIT B

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF CONNECTICUT

 3

 4   VICTOR G. REILING AND      :  INDEX NO. 303CV222

 5   ASSOCIATES AND DESIGN      :

 6   INNOVATIONS, INC.          :

 7        Plaintiffs,           :

 8   v.                         :   **ORIGINAL**

 9   FISHER-PRICE, INC.         :

10        Defendant.            :

11   ----------------------------------------------------

12        Deposition of **JAMES KIPLING**, taken on

13   Thursday, February 10, 2005, at the offices of

14   Frost, Brown, Todd, 201 East Fifth Street, 2200 PNC

15   Center, Cincinnati, Ohio, before Susan M. Barhorst,

16   Notary Public.

17

18

19

20

21

22              GIGLIO REPORTING SERVICES
                  3 CYPRESS GARDEN
23              CINCINNATI, OHIO 45220
                    513-861-2200
24
```

```
 1        Q.    Have you ever been employed as a toy
 2   designer?
 3        A.    No.
 4        Q.    Have you ever designed a toy?
 5        A.    I've contributed to the design of
 6   toys.
 7        Q.    Which toys?
 8        A.    I can't remember, but in 25 years with
 9   Kenner and Hasbro, I was a part of a lot of design
10   meetings, product review meetings, and from time to
11   time, suggested things that the people present who
12   were in charge of design liked.  And, in some
13   cases, used them in the products.
14        Q.    Were you ever listed internally at
15   Kenner or Hasbro as a designer for a particular
16   toy?
17        A.    No.
18        Q.    Have you ever had formal training or
19   courses in design?
20        A.    I'm an engineer by undergraduate
21   degree.
22        Q.    Have you ever had any formal training
23   or courses in toy design?
24        A.    Just 25 years of experience.
```

```
 1        Q.    And I take it from that answer, then,
 2   that there are no specific design courses that you
 3   can name for me; is that right?
 4        A.    Correct.
 5        Q.    Have you ever worked or been employed
 6   as a child psychologist?
 7        A.    No.
 8        Q.    Have you ever worked or been employed
 9   in an area where your duties included the study or
10   analysis of child play patterns?
11        A.    Insofar as I was part of the process
12   of doing child research in conjunction with certain
13   products and certain advertising in order to
14   determine children's perceptions and responses to
15   products and product designs and packaging and
16   those issues, yes.
17        Q.    Describe for me your part in the
18   process of child research.
19        A.    I attempted to perceive what the --
20   the child would understand as the capabilities of
21   the products and compare those to the
22   representations of those capabilities in our
23   product presentation, and also tried to perceive
24   the play aspects of a child's use of those products
```

```
 1        Q.    Did you oversee those people?
 2        A.    No.  I worked with them.
 3        Q.    To render advice on advertising type
 4   issues?
 5        A.    Yes, as well as over issues, the
 6   advisability of certain play patterns that would,
 7   at times, suggest themselves might be part of the
 8   use of a particular product that may or may not be
 9   advisable.  Suggestions for how to redesign the
10   product so that such play patterns could be avoided
11   while still maintaining the perceived value of the
12   product.
13        Q.    Would you consider yourself qualified
14   today to be employed at a toy company as a toy
15   designer?
16        A.    No.
17        Q.    Would you consider yourself qualified
18   today to be employed at a toy company as a person
19   who researched and analyzed child play patterns?
20        A.    I -- I think probably I could -- just
21   to backtrack, I could probably render service to a
22   toy company on a part-time basis on both of those
23   issues.  I don't think that my contribution could
24   be full time, but I think that I have the ability
```

```
 1        Q.    Do you have any -- strike that.
 2              Do you have a degree in market
 3   research?
 4        A.    Me?
 5        Q.    Yes.
 6        A.    No, I haven't.
 7        Q.    Do you have any courses that you took
 8   in market research?
 9        A.    Yes, in statistical analysis.
10        Q.    And when was that?
11        A.    I took a number of graduate level
12   courses in the school of business at the University
13   of Cincinnati after I finished my law degree.
14        Q.    And the market research course that
15   you remember taking dealt with statistical
16   analysis?
17        A.    Yes.
18        Q.    Did you take any courses dealing with
19   the substantive techniques of market research?
20        A.    I don't believe so.
21        Q.    Now, do you know Howard Bollinger?
22        A.    Yes.
23        Q.    Do you consider him to be an expert in
24   toy design?
```

```
 1          A.   Yes.
 2          Q.   And was it part of his job at Kenner
 3   to oversee the research and analysis of child play
 4   patterns?
 5          A.   Not to my recollection.
 6          Q.   Was there a department at Kenner that
 7   performed that function?
 8          A.   I think what you're referring to would
 9   be an overlap in the areas of market research and
10   marketing.  And like myself, Howard had a large
11   number of years that gave him exposure to those
12   areas.  So I'm sure that his capability in that
13   field is comparable, if not greater than my own.
14          Q.   Did Kenner have a play lab?
15          A.   Kenner did the kind of research that's
16   done in a play lab at various schools around the
17   city.
18          Q.   What department was responsible for
19   that?
20          A.   Market research.
21          Q.   How about Hasbro, did they have a play
22   lab?
23          A.   Yeah, they had one internally.
24          Q.   And what department was that part of?
```