# EXHIBIT C

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF CONNECTICUT

 3

 4   VICTOR G. REILING AND        : INDEX NO. 303CV222

 5   ASSOCIATES AND DESIGN        :

 6   INNOVATIONS, INC.            :

 7         Plaintiffs,            :

 8   v.                           :         ORIGINAL

 9   FISHER-PRICE, INC.           :

10         Defendant.             :

11   _____

12        Deposition of JAMES KIPLING, taken on

13   Thursday, February 10, 2005, at the offices of

14   Frost, Brown, Todd, 201 East Fifth Street, 2200 PNC

15   Center, Cincinnati, Ohio, before Susan M. Barhorst,

16   Notary Public.

17

18

19

20

21

22              GIGLIO REPORTING SERVICES
                  3 CYPRESS GARDEN
23              CINCINNATI, OHIO 45220
                     513-861-2200
24
```

```
 1   least --
 2        Q.    Let me back up.  I'm not asking you
 3   about the patent.
 4        A.    Okay.
 5        Q.    Just so we -- we're going to talk
 6   about the patent, but that's not what I'm asking
 7   you about now.
 8              You said that you looked at the
 9   product information relating to the projector
10   figures that was attached to Mr. Bollinger's
11   report, correct?
12        A.    Right, right.
13        Q.    Didn't that product information make
14   absolutely clear that with all of the projector
15   figures, the image disks that were provided with
16   the figure showed images of the figures themselves
17   in action?
18        A.    Can I -- can I see the --
19        Q.    Sure, if you have it.
20              MR. DIZE:  You're looking for
21   Bollinger's expert report or --
22              MR. LANE:  He apparently is looking
23   for it.  I'm not.
24              MR. DIZE:  It was attached to it.
```

1       THE WITNESS:  Don't be cranky.
2       MR. LANE:  Well, Mr. Kipling is
3  testifying about his recollection of the materials
4  attached to Mr. Bollinger's report.
5       MR. DIZE:  Was the --
6     A.   Here.  Yes, here.  It says Spiderman
7  projectors with built-in -- Spiderman projectors
8  built-in projector with pictures from the Spiderman
9  TV show.  Total of nine different adventure wheels,
10 three with each figure, all with original TV
11 animations.  Put in the action disk, aim against
12 the wall and watch the action.
13    Q.   Okay.  Now my question is, based on
14 your review of the projector marketing materials
15 attached to Mr. Bollinger's report and on Exhibit
16 254 and Exhibit 254A, isn't it fair to say that the
17 X-Men projector figures as marketed to the public
18 included disks showing images relating to each
19 particular action figure that the disks were sold
20 with?
21    A.   It appears to be the case.
22    Q.   Yeah.  I mean, did you -- before
23 writing your report, did you do anything to check
24 into whether or not that was the case?

```
 1   patent?
 2         A.    Yes.
 3         Q.    And it would disclose to the public
 4   both ideas, wouldn't it, this patent, Exhibit 255?
 5         A.    Well, you're jumping ahead if you're
 6   going to say that that discloses what the
 7   Plaintiffs' concept is.
 8         Q.    Are you listening to my question,
 9   Mr. Kipling?
10         A.    Yes.
11         Q.    Okay.  Didn't Exhibit 255 disclose to
12   the public the idea of an action figure including a
13   disk showing film images of the action figure
14   having an adventure?
15         A.    Yes.
16               MR. DIZE:  Exhibit -- I'm sorry.
17   Exhibit 255 was?
18               MR. LANE:  The image projective toy
19   patent.
20               MR. DIZE:  Oh, I'm sorry, that.
21               MR. LANE:  Yes.
22         Q.    Now, if I took the mechanism out of
23   Wolverine's chest -- and I'm referring to Exhibit
24   254A -- and put it in the backpack of Exhibit 213,
```