# EXHIBIT F

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3   - - - - - - - - - - - - - - - - x
                                     |
 4   VICTOR G. REILING ASSOCIATES    |
     AND DESIGN INNOVATION, INC.,    |   Case Number
 5            Plaintiffs,            |   303-CV-222(JBA)
     VS.                             |
 6                                   |
     FISHER-PRICE, INC.,             |
 7            Defendant.             |    ORIGINAL
                                     |
 8   - - - - - - - - - - - - - - - - x
 9
10
11
              DEPOSITION OF:  Bruce P. Popek
12            DATE: November 19, 2003
              HELD AT:  Robinson & Cole
13                      280 Trumbull Street
                        Hartford, Connecticut
14
15
16
17
18
19
20
21
22
         Reporter:  Robin L. Balletto, RPR, LSR # 230
23            BRANDON SMITH REPORTING SERVICE
                     (860) 549-1850
24                 44 Capitol Avenue
              Hartford, Connecticut  06106
25
```

Page 22

```
 1      Q    What was the first project that you remember?
 2      A    It was called -- Mr. Reiling introduced us to
 3   some people at Hasbro who were purchasing his concept,
 4   and the concept needed development and refinement, and
 5   he recommended us.  That is how we got his first
 6   project, I believe, my best recollection.
 7      Q    What was the general category of that project?
 8      A    Vehicle concepts.
 9      Q    When you work with Mr. Reiling, is there a
10   particular business arrangement that you normally have
11   with him?
12      A    We're usually partners, Design Innovation and
13   Mr. Reiling are partners.
14      Q    So he doesn't pay you on an hourly basis?
15      A    No, we don't get paid on an hourly basis.  He
16   may have on one or two projects, but none that I can
17   remember.
18      Q    So normally if you work with Mr. Reiling on a
19   project, Design Innovation and Victor Reiling Associates
20   are partners on the project?
21      A    They're partners in speculative project
22   products.
23      Q    Did you ever work with Mr. Reiling on a
24   project other than a speculative project?
25      A    No.
```