# EXHIBIT G

Reiling Associates vs Fisher Price

11/18/2003                                                                Bruce J. Benedetto

Page 1

1                    UNITED STATES DISTRICT COURT
                         DISTRICT OF CONNECTICUT
2
3    - - - - - - - - - - - - - - - x       COPY
                                    |
4    VICTOR G. REILING ASSOCIATES,
     AND DESIGN INNOVATION, INC.,   |   Case Number
5              Plaintiffs,              303-CV-222(JBA)
     VS.                            |
6
     FISHER-PRICE, INC.,             |
7              Defendant.
                                     |
8    - - - - - - - - - - - - - - - x
9
10
11
                     DEPOSITION OF:   Bruce J. Benedetto
12                   DATE: November 18, 2003
                     HELD AT:  Robinson & Cole
13                             280 Trumbull Street
                               Hartford, Connecticut
14
15
16
17
18
19
20
21
22
           Reporter:  Robin L. Balletto, RPR, LSR # 230
23             BRANDON SMITH REPORTING SERVICE
                       (860) 549-1850
24                   44 Capitol Avenue
               Hartford, Connecticut  06106
25

Brandon Smith Reporting Service

d4eb8e4c-2df6-4a2e-b780-88f522fe290b

Page 27

```
 1   some sketches, we might do some models, he might do some
 2   models, we might do some supply electronics or graphic
 3   work.
 4       Q    So there is an attempt to split the effort and
 5   expense 50/50?
 6       A    Yes.
 7       Q    Does Design Innovation keep records of the
 8   effort and expense that it puts into projects with
 9   Mr. Reiling?
10       A    No, not really.
11       Q    Do you know whether Mr. Reiling keeps such
12   records?
13       A    I don't know.
14       Q    When Design Innovation and Mr. Reiling create
15   a concept, are they joint owners of the concept to your
16   understanding?
17       A    Yes.
18       Q    And that is on a 50/50 basis?
19       A    Yes.
20       Q    Has Design Innovation and Mr. Reiling ever
21   jointly created a concept that actually generated
22   royalties?
23       A    Yes.
24       Q    Which one is that, or ones?
25       A    There is a Play-Doh product right now that is
```