# EXHIBIT F

```
                                                    Page 1

 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3    - - - - - - - - - - - - - - - - - x
                                        |
 4    VICTOR G. REILING ASSOCIATES
      AND DESIGN INNOVATION, INC.,      |   Case Number
 5            Plaintiffs,                   303-CV-222(JBA)
      VS.                               |
 6
      FISHER-PRICE, INC.,               |
 7            Defendant.
                                        |           ORIGINAL
 8    - - - - - - - - - - - - - - - - - x
 9
10
11
                 DEPOSITION OF:   Bruce P. Popek
12               DATE:   November 19, 2003
                 HELD AT:   Robinson & Cole
13                          280 Trumbull Street
                            Hartford, Connecticut
14
15
16
17
18
19
20
21
22
           Reporter:  Robin L. Balletto, RPR, LSR # 230
23              BRANDON SMITH REPORTING SERVICE
                         (860) 549-1850
24                     44 Capitol Avenue
                 Hartford, Connecticut  06106
25
```

Reiling Associates vs Fisher Price

11/19/2003                                                                          Bruce Popek

Page 22

```
 1      Q    What was the first project that you remember?
 2      A    It was called -- Mr. Reiling introduced us to
 3  some people at Hasbro who were purchasing his concept,
 4  and the concept needed development and refinement, and
 5  he recommended us.  That is how we got his first
 6  project, I believe, my best recollection.
 7      Q    What was the general category of that project?
 8      A    Vehicle concepts.
 9      Q    When you work with Mr. Reiling, is there a
10  particular business arrangement that you normally have
11  with him?
12      A    We're usually partners, Design Innovation and
13  Mr. Reiling are partners.
14      Q    So he doesn't pay you on an hourly basis?
15      A    No, we don't get paid on an hourly basis.  He
16  may have on one or two projects, but none that I can
17  remember.
18      Q    So normally if you work with Mr. Reiling on a
19  project, Design Innovation and Victor Reiling Associates
20  are partners on the project?
21      A    They're partners in speculative project
22  products.
23      Q    Did you ever work with Mr. Reiling on a
24  project other than a speculative project?
25      A    No.
```

Brandon Smith Reporting Service

7e44b5d4-64b4-40b4-8a46-7c666ad3207a