# EXHIBIT G

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2
 3    - - - - - - - - - - - - - - - -x          COPY
                                      |
 4    VICTOR G. REILING ASSOCIATES,
      AND DESIGN INNOVATION, INC.,    |   Case Number
 5             Plaintiffs,                303-CV-222(JBA)
      VS.                             |
 6
      FISHER-PRICE, INC.,             |
 7             Defendant.
                                      |
 8    - - - - - - - - - - - - - - - -x
 9
10
11
                  DEPOSITION OF:   Bruce J. Benedetto
12                DATE:  November 18, 2003
                  HELD AT:  Robinson & Cole
13                          280 Trumbull Street
                            Hartford, Connecticut
14
15
16
17
18
19
20
21
22
          Reporter:  Robin L. Balletto, RPR, LSR # 230
23              BRANDON SMITH REPORTING SERVICE
                      (860) 549-1850
24                  44 Capitol Avenue
              Hartford, Connecticut   06106
25
```

Reiling Associates vs Fisher Price

11/18/2003                                                                 Bruce J. Benedetto

Page 27

```
 1   some sketches, we might do some models, he might do some
 2   models, we might do some supply electronics or graphic
 3   work.
 4        Q    So there is an attempt to split the effort and
 5   expense 50/50?
 6        A    Yes.
 7        Q    Does Design Innovation keep records of the
 8   effort and expense that it puts into projects with
 9   Mr. Reiling?
10        A    No, not really.
11        Q    Do you know whether Mr. Reiling keeps such
12   records?
13        A    I don't know.
14        Q    When Design Innovation and Mr. Reiling create
15   a concept, are they joint owners of the concept to your
16   understanding?
17        A    Yes.
18        Q    And that is on a 50/50 basis?
19        A    Yes.
20        Q    Has Design Innovation and Mr. Reiling ever
21   jointly created a concept that actually generated
22   royalties?
23        A    Yes.
24        Q    Which one is that, or ones?
25        A    There is a Play-Doh product right now that is
```