# EXHIBIT A

Memo for Peter POOK - FISHER PRICE

Dear Peter,

I am sending these drawings and Design Innovation is sending the original prototype from our prior submission so that we may revisit the REEL HEROES/ACTION HEROES concept.

I also include a one page write-up of some of the play features(please read)as well as copies of your (FP's) correspondence.

Based on your final response, we have redirected the concept to include a clear disc, about 2" in diameter, which has 6 or so images, each the size if a standard VIEWMASTER frame.

When dropped into a simple "digital camera" the pictures can be advanced and then viewed with one eye using VIEWMASTER optics.

This disc can aleviate the costs of film strips that were of prior concern.

Each ACTION HERO could come with a disc relating to it's theme activities. A simple camera can be sold seperately as well as our Action Hero FILMORE SCHOTZ.

Our guy Filmore is pretty well described in the attached write-up, but now his back-pack is a lighted "computer viewing screen" for any disc dropped in – and a as a projector of any disc image -to create play scenarios on walls, etc. He would hand carry (see left hand) the simple Digital Camera and his TV camera would still be to give the user a feel that they are watching TV being filmed (yes, the discs could also interact here).

We think this approach is an exciting addition to the RESCUE HEROES line.

Please give a call when you have the prototype and drawings together.

With best regards,



12/7/00                              CONFIDENTIAL              VGR 0022

FROM : REILING ASSOCIATES    PHONE NO. : 8609271927    Jul. 25 2002 04:59PM P2





CONFIDENTIAL

VGR 0024



2" DIA
"CD" DISC.

ADVANCE

DIGITAL

MINI
"DIGITAL
CAMERA"

CONFIDENTIAL

VGR 0025