**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : : : Plaintiffs : : v. : : FISHER-PRICE, INC. : : Defendant. : : | Civil No. 303CV222(JBA) June 2, 2005 |

**DECLARATION IN SUPPORT OF**
**FISHER-PRICE'S MOTION FOR SUMMARY JUDGMENT**

ZACHARY OAT, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declares that the following is true and correct:

1. I have been retained by defendant Fisher-Price, Inc. ("Fisher-Price") to provide my independent expert opinion on certain issues in this case. My qualifications and background are summarized below:

a. I am the Editor of "ToyFare" magazine, a guide to action figures and collectible toys, and I have worked for the magazine since 1999. I graduated from Wesleyan University with a degree in Art and after that I worked as a toy product manager at GFN, Inc. for three months before joining the ToyFare staff. ToyFare is a well-known and respected toy

- 2 -

industry publication and is generally regarded as reliable and authoritative with respect to action figures and collectible toys.

      b.    In addition, I am a toy collector, and have been collecting for twenty years. My collection is comprised primarily of boy-targeted action figures and associated products — including vehicles and playsets — but it also includes other items.

      c.    I consider myself to be an expert in the identification of toys — specifically action figures and their associated products — as well as their sources, including their manufacturers and the years they were brought to market. I am also an expert in the aspects of action figures that are important to collectors, such as rarity, secondary market value, specific features, and historical commercial success.

2.    Set forth below is a description of toy products that I understand Fisher-Price has relied upon as prior art in this action. Each of these products was commercially successful (at least in terms of volume of sales and publicity; I do not know whether the sales of these products was profitable). Each of these products are well- and commonly-known in the toy industry; anyone employed in the toy industry with a general knowledge of action figures and associated products would be familiar with each of them.

3.    **Toy Biz Projector figures**. In 1994, Toy Biz introduced a line of superhero (*e.g.,* Spiderman, Wolverine, etc.) action figures known as "Projectors." Photos of a Wolverine Projector figure and its packaging are attached as Exhibit A. This product was sold by Toy Biz, a toy company that specializes in toys based on characters licensed from Marvel

- 3 -

Comics, for at least three years on a nationwide basis (1994 through 1996). In the mid-1990s, Projector figures were generally available in toy stores. Today, these figures are generally (although not always) available on E-Bay. Knowledge of the Projector figures among action figure collectors is common and widespread.

4. The original Projector figures were successful enough that Toy Biz introduced an additional line of these figures in 1995. The 1995 Projector figures were larger (approximately 8.5 inches in comparison to the 7.5 inch size of the original figures) and included the "new feature" of "action phrases" (*i.e.,* the images of the characters included comic book-like balloons with dialogue). Photos showing an example of the 1995 line of Projector figures, together with its packaging, are attached as Exhibit B.

5. **Secret Wars Figures**. "Secret Wars" was a line of action figures sold by Mattel beginning in 1984. The action figures were a crossover product derived from a highly-publicized comic book storyline which encompassed all Marvel comic books and their characters in 1984. The Secret Wars comic books ran for an entire year, and each of the 12 issues sold nearly 750,000 copies. The Secret Wars action figure line (which was the only Marvel action figure line available at that time) included both superheros and villains, each of which came with a shield that the action figure held in its hand. The shield contained a lenticular lens with images showing the action figure in action. Photos of a Secret Wars figure with packaging are attached as Exhibit C.

- 4 -

6. Both the Secret Wars line of action figures and the comic books were heavily advertised by Mattel in the mid-1980s. A copy of a Mattel advertisement placed in *Playthings* magazine is attached as Exhibit D. Mattel continued selling these action figures on a worldwide basis until at least 1986. These figures were generally available in toy stores in the mid-1980s. Today, they are generally (but not always) available on E-Bay. Knowledge of these figures among action figure collectors is common and widespread. Anyone involved in the design, manufacture, or collection of action figures is nearly certain to be aware of the Mattel Secret Wars action figure line from the 1980s.

7. **Fortress of Solitude Playset**. The Fortress of Solitude was a 1976 playset sold to the public by Mego Corporation for use with superhero (Superman, Batman, Wonder Woman, etc.) action figures. The playset included multiple pieces of artwork showing the characters in action, engaged in adventures. Photos of the Fortress of Solitude playset, showing the artwork, are attached as Exhibit E. This playset was sold through toy stores on a nationwide basis in the 1970s.

8. Mego Corporation no longer exists; it went out of business in 1983. However, Mego is considered an icon of the toy industry and its products are extraordinarily well-known among collectors and anyone else knowledgeable with respect to action figures. There are a large number of websites devoted to Mego products and the history of those products. The one that I reference most frequently is: www.megomuseum.com. The Fortress of Solitude is featured on this website, as well as other Mego and action figure websites.

- 5 -

9.     The Fortress of Solitude is common knowledge among those familiar with action figures. The current price for the Fortress of Solitude, in a box, is approximately $300.00. This price was a function of the fact that this playset is extremely well-known and is in high demand among collectors.

10.     **The Hall of Justice Playset**. This is a 1976 Mego playset intended for use with Batman, Superman, Aquaman, etc. action figures. It includes artwork showing Super Girl fighting a meteor storm, Green Lantern and Green Arrow fighting invading aliens, Wonder Woman fighting a dragon, and Superman responding to a collapsing bridge. It also includes a feature that allows the action figure to be "translocated" to the scene of a disaster or crime, by placing the selected action figure within a screen showing the image of the particular disaster or crime. Photos showing the Hall of Justice playset and its artwork and translocation chamber are attached as Exhibit F. This playset was sold through toy stores on a nationwide basis in the 1970s.

11.     As with the Fortress of Solitude, the Hall of Justice playset is extremely well-known and common knowledge among those familiar with action figures. It is featured on the Megomuseum website and many other websites relating to action figures and Mego products. I also helped Fisher-Price find a sample of this product. Approximately six months ago, I assisted counsel in locating and purchasing one. Because it is extremely well-known and in high demand, Fisher-Price was required to pay $350.00 to obtain a sample.

- 6 -

12. **The Mobile Bat Lab**.  In 1976, Mego sold a vehicle for use with Batman and Robin action figures.  This vehicle included a flip-up "sun roof" containing an image of Batman fighting the Joker.  A photo of the Mobile Bat Lab is attached as Exhibit G.  Like other Mego products, this one is featured on websites devoted to Mego products, including www.megomuseum.com.  Any collector of action figures, or at least D.C. Comics action figures, would likely be familiar with the Mobile Bat Lab.

Date:  June 2, 2005



          s/Zachary Oat
          Zachary Oat

03279/0136 BFLODOCS 1258626v1