UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

- against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

June 20, 2005

## MOTION BY PLAINTIFFS FOR LEAVE TO FILE A SUR-REPLY BRIEF IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), respectfully request leave to file a short sur-reply brief in opposition to defendant's Motion for Summary Judgment. The reasons for filing the sur-reply brief are: (1) to address a new argument raised by defendant Fisher-Price, Inc. ("Fisher-Price") for the first time in its reply brief; (2) to correct inaccurate statements of deposition testimony proffered by Fisher-Price in support of its new argument; and (3) to address a case submitted to the Court by Fisher-Price after its reply brief was filed.

Specifically, Fisher-Price has alleged for the first time in its reply brief that Reiling acted as an agent for DI, and that Reiling and DI were a partnership. In an attempt to prove such a relationship, Fisher-Price has cited certain deposition testimony of DI's principal out of context, and has cited such testimony even though there is subsequent testimony in the same deposition that directly controverts Fisher-Price's allegations regarding agency. Because neither allegations of agency nor partnership were raised in Fisher-Price's moving papers, Plaintiffs have not had an opportunity to respond. In addition, Fisher-Price has submitted a case to the Court which was

not cited in either its moving brief or its reply brief, even though the case was available to Fisher-Price when its briefs were filed.

For the foregoing reasons, Plaintiffs respectfully request leave to file a short sur-reply brief directed only the above-referenced issues. A copy of Plaintiffs' proposed sur-reply brief is filed herewith for the Court's review

Dated: Norwalk, Connecticut
June 20, 2005

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

Attorneys for Plaintiffs Victor G. Reiling Associates and Design Innovation, Inc.