**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**REILING**                              :

**v.**                                   :   **NO. 3:03cv222 (JBA)**

**DESIGN INNOVATIONS**                   :


**ENDORSEMENT ORDER [DOC. #123]**

Motion for Leave to File a Sur-Reply [doc. #123] is GRANTED. The Clerk is directed to docket plaintiff's Sur-Reply Brief in Opposition to Defendant's Motion for Summary Judgment.


IT IS SO ORDERED.


_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: June 29, 2005**