## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and     :
DESIGN INNOVATION, INC.,     :
    :
         Plaintiffs     :
    :
         :       Civil No. 303CV222(JBA)
     v.     :
         :       July 11, 2005
FISHER-PRICE, INC.     :
    :
         Defendant.     :
    :

### REPLY DECLARATION IN FURTHER SUPPORT
### OF FISHER-PRICE'S MOTION TO STRIKE

JODYANN GALVIN, pursuant to 28 U.S.C. § 1746 and under penalty of

perjury, declares that the following is true and correct:

1.       I am attorney with the firm of Hodgson Russ LLP, attorneys for

defendant Fisher-Price, Inc. ("Fisher-Price") together with Robinson & Cole LLP.  I

make this reply declaration in further support of Fisher-Price's motion to strike portions

of the declaration of James Kipling, dated May 23, 2005, and the declaration of Victor G.

Reiling, dated May 20, 2005.  The purpose of this declaration is to place before the Court

relevant deposition testimony that is cited in Fisher-Price's reply memorandum of law.

2.       Relevant pages from the deposition of Paul Snyder on March 9,

2005 are attached as Exhibit A.

3.       Relevant pages from the deposition of Tyler Berkheiser on

November 13, 2003 are attached as Exhibit B.

4.     Relevant pages from the deposition of James Bauman on March

16, 2005 are attached as Exhibit C.

Dated:  July 11, 2005

Jodyann Galvin

03279/0136 BFLODOCS 1290285v1

# EXHIBIT A

JAMES BAUMAN

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                         Plaintiffs,

     -vs-

FISHER-PRICE, INC.,

                         Defendant.

------------------------------------------------------

                    Examination Before Trial of

JAMES BAUMAN, taken pursuant to the Federal Rules of Civil

Procedure, in the law offices of HODGSON RUSS LLP, One

M & T Plaza, Suite 2000, Buffalo, New York, taken on March

16, 2005, commencing at 2:00 P.M., before MARY ANN MORETTA,

Notary Public.

### Sue Ann Simonin Court Reporting

421 Franklin Street
Buffalo, New York 14202
(716) 882-8059
Fax (716) 882-8099


NATIONAL COURT REPORTERS
NCRA
ASSOCIATION

8337 Ziblut Court
Niagara Falls, New York 14304
(716) 297-8059
Fax (716) 297-8710

6

1       the reporter will prepare a typed transcript of

2       everything that was said.  You'll have an

3       opportunity to read it and correct any errors.

4       However, it's important that you do your best to

5       give accurate, honest answers during the

6       deposition today.

7            Will you agree to do so?

8    A.  Yes.

9    Q.  Miss Galvin may, from time to time, make

10       objections to questions that I ask.  Of course,

11       there is no judge here today.  The objections are

12       for the record to be ruled on later, if

13       necessary.  So if your attorney objects, you

14       should nevertheless answer the question unless

15       she specifically instructs you not to answer it.

16   A.  Okay.

17   Q.  Have you ever been deposed before?

18   A.  No.

19   Q.  Have you ever been a witness in a court

20       proceeding other than a deposition?

21   A.  No.

22   Q.  Can you take me through your educational

23       background starting after high school and

7

1      continuing on to the present.

2   A.  Yes.  I attended the University of Cincinnati for

3       five years and received a Bachelor's of Science

4       in industrial design.  And I attended from

5       September of '92 through June of '97.

6   Q.  Okay.  And after that?

7   A.  Then I haven't -- I haven't attended another

8       college since.  That was the extent of my career.

9   Q.  Okay.  And was industrial design your major, I

10      take it?

11  A.  Yes.

12  Q.  Any other education where you may not have

13      received a degree in classes you took, that kind

14      of thing?

15  A.  No.  We did an internship through college.  That

16      was part of our five-year program, but that

17      directly related to our degree.  We received

18      credits for taking the internships.  And that

19      happened after the second year of college, we

20      started going on internships every three months.

21      Go to school for three months and then do an

22      internship for three months and go to school for

23      three months for the remaining three years of the

8

1      program.

2   Q.  Okay.  Any -- I assume not based on your previous

3       answer, but any training as an engineer of any

4       kind?

5   A.  No.

6   Q.  How many years experience do you have in the toy

7       industry?

8   A.  My first job was with Fisher-Price.  And I

9       started in September of '97.  Worked at

10      Fisher-Price until April of 2001.  Left

11      Fisher-Price and went to V-Tech in Chicago and

12      worked for V-Tech October of 2001.  And then I

13      returned to Fisher-Price in October of 2001.  And

14      I've been at Fisher-Price ever since to the

15      present day.

16  Q.  When you first began at Fisher-Price, what was

17      your title or job?

18  A.  Associate designer.

19  Q.  And was that your position the whole time you

20      were there or at the first stint until April of

21      2001?

22  A.  No.  I was promoted twice.  Once to -- from

23      associate, promoted to staff designer, from staff

# EXHIBIT B

```
1              IN THE UNITED STATES DISTRICT COURT OF
             THE EASTERN DISTRICT OF CONNECTICUT
2                         CIVIL DIVISION

3    VICTOR G. REILING ASSOCIATES   :  NO. 3:03 CV 222
     And DESIGN INNOVATION, INC.    :
4                  Plaintiffs       :
                                    :
5              vs.                  :
                                    :
6    FISHER-PRICE, INC.,            :
                   Defendant        :
7

8                 DEPOSITION OF PAUL SNYDER

9                      Taken in the offices of Slifer,

10   Voice and Shade, 3055 College Heights Boulevard,

11   Allentown, Pennsylvania, on Wednesday, March 9,

12   2005, commencing at 9:10 a.m., before Suzanne L. E.

13   Toto, Registered Professional Reporter.

14   APPEARANCES:

15              GRIMES & BATTERSBY, LLP
                BY:  RUSSELL D. DIZE, ESQ.
16              488 Main Avenue
                Norwalk, CT  06851-1008
17              -- For The Plaintiffs

18

19

20

21                    *  *  *
                SLIFER, VOICE & SHADE
22               A Veritext Company
             3055-57 College Heights Boulevard
23                   Second Floor
                 Allentown, PA  18104
24                 (610) 434-8588

25
```



PAUL SNYDER

9

1    on the dog's eye.

2    Q.          I'm not sure I understand.

3    A.          He said we copied the spot on the dog's

4    eye.

5    Q.          The way the product looked?

6    A.          Yes.

7    Q.          Do you remember the name of that case?

8    A.          Actually, I was trying to think of that

9    coming over this morning, and I can't remember his

10   name.

11   Q.          Do you remember where it was venued?

12   A.          That was in New York City, I believe.

13   Q.          Okay.  Could you take me through your

14   educational background through high school and

15   continuing on through the present?

16   A.          I have a Bachelor of Science in

17   Industrial Design from Philadelphia College of Art,

18   which is now the University of the Arts.  I have a

19   Master of Arts, an MA, from Cornell University.

20   Q.          Any other degrees --

21   A.          No.

22   Q.          -- that you received?  Any other

23   education?

24   A.          No.

25   Q.          Have you ever received any training as

PAUL SNYDER

10

1   an engineer?

2   A.          No.

3   Q.          And other than the degrees you

4   mentioned, any other training and design?

5   A.          No.  I have taken seminars, but they

6   really haven't been in design.

7   Q.          The Master of Arts at Cornell, was that

8   in design?

9   A.          That was environmental analysis, which

10  was an underlining design course.

11  Q.          How many years experience do you have in

12  the toy industry?

13  A.          About 35.

14  Q.          First, other than Fisher Price, do you

15  have any toy industry experience?

16  A.          Prior to Fisher Price?

17  Q.          Yes.

18  A.          No.  I started at Fisher Price after

19  school.

20  Q.          When did you start at Fisher Price?

21  A.          I started in August of 1970.

22  Q.          And how many years did you work for

23  Fisher Price?

24  A.          I worked for two years, and then went to

25  AMSCO Toys for six months and then returned to --

PAUL SNYDER

11

```
1    actually, five months at AMSCO and then returned to
2    Fisher Price in, I believe, it was January of '72 --
3    excuse me, January of '73.  And I had retired from
4    there June 30th, 1999.
5    Q.          Other than Fisher Price until you
6    retired in June of '99, the only other company you
7    worked for was Amsco Toys?
8    A.          That's correct.
9    Q.          What did you do for them?
10   A.          I was manager of product design or
11   supervisor of product design.
12   Q.          And what were the nature of your
13   responsibilities?
14   A.          I developed products for the
15   marketplace.
16   Q.          Can you take me through the various jobs
17   you held at Fisher Price from when you started until
18   the time you retired?
19   A.          I started out as, I believe it was
20   called, a junior designer.  And in the design
21   levels, basically, it's thinking of concepts, doing
22   prototypes, being part of the testing of the
23   concepts.  And all this is pretty much the same in
24   all of the design levels with the exception of it's
25   just more experience.  After I was a junior designer
```

PAUL SNYDER

1   for two years, I believe I came back as a product

2   designer.

3                    Then from a product designer, I

4   became a manager; and I managed a small design

5   group.  And after that, I became director of product

6   design and managed a number of groups, design

7   groups.  Then I was promoted to director of

8   international product development, and I was

9   responsible for all concepts, both new and adapted

10  concepts, from the Fisher Price line for the rest of

11  the world.

12                   In between there, I had a stint as

13  manager of R & D Services -- excuse me, manager of

14  research for product design.  I also was somewhere

15  in there -- I can't remember all the dates, but I

16  was also director of R & D Services, which included

17  kind of everything that wasn't design oriented,

18  which means it could have been I was responsible for

19  research, I was responsible for costing, I was

20  responsible for a lot of different areas.

21                   I was then promoted to vice

22  president of product design, responsible for all of

23  the preschool line and the crib and playpen line and

24  juvenile products.  And then I was -- my last job

25  was vice president of R & D Services -- well,

PAUL SNYDER

13

1    inventor relations and R & D Services.

2    Q.        I'm just going to ask you a couple of

3    follow-ups regarding these jobs.  So I believe you

4    testified that when you started as a junior

5    designer, your responsibilities were relating to

6    thinking of concepts, working on prototypes and

7    testing, is that correct?

8    A.        That's correct.

9    Q.        When you came back as product designer,

10   then manager of small design -- manager of a small

11   design group and manager of product design, were

12   those the same type of responsibilities that you

13   had?

14   A.        Yes.

15   Q.        Any other responsibilities that you had

16   during that time?

17   A.        Well, while I was vice president of R &

18   D Services and inventor relations, every once in a

19   while, they would take me out of those groups and

20   when someone would either quit or be moved from

21   another group, I would take that over until they

22   would find someone to take over that group.

23   Q.        You said when you were vice president of

24   R & D Services and inventor relations, that was your

25   last job?

# EXHIBIT C

ORIGINAL

Jack W. Hunt
Founder
1923-1998

Kevin R. Hunt
C.S.R., R.P.R.
President

Timothy M. Hunt
C.L.V.S.
Vice-President

Daniel C. Hunt
M.C.N.E., C.I.O.
Vice-President
Computer-Systems



TYLER BERKHEISER



THE RECORD NEVER FORGETS

Specialists in:
*Court Reporting*
*Litigation Support*
*Videotaping*
*Video Teleconferencing*
*Photocopying*
*Records on Appeal*
*Computerization*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

Plaintiffs,

- vs -        Index No.
              3:03 CV222(JBA)
FISHER-PRICE, INC.,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -


Examination before trial of TYLER

BERKHEISER, taken pursuant to Notice, in the law

offices of JAECKLE, FLEISCHMANN & MUGEL, LLP, 800

Fleet Bank Building, Twelve Fountain Plaza, Buffalo,

New York, on November 13, 2003, commencing at 10:01

a.m., before JOAN M. METZGER-HUBBELL, CRR, RMR, RPR,

CSR, Notary Public.



*JACK W. HUNT & ASSOCIATES, INC.*

SUITE 1420 • LIBERTY BUILDING, 424 MAIN STREET • BUFFALO, NEW YORK 14202-3664 • (716) 853-5600

Berkheiser - Dize - 11/13/03

6

| 10:05:03 | 1 | A. In Hamburg, New York. |
| 10:05:06 | 2 | Q. Okay. Have you ever been convicted of a |
| 10:05:09 | 3 | crime other than a minor traffic violation? |
| 10:05:13 | 4 | A. No. |
| 10:05:13 | 5 | Q. Have you ever pled guilty to a crime |
| 10:05:14 | 6 | other than a minor traffic violation? |
| 10:05:17 | 7 | A. No. |
| 10:05:17 | 8 | Q. Have you ever been deposed? |
| 10:05:19 | 9 | A. No. |
| 10:05:20 | 10 | Q. Have you ever been a witness in a court |
| 10:05:22 | 11 | proceeding other than a deposition? |
| 10:05:22 | 12 | A. No. |
| 10:05:26 | 13 | Q. Okay. Can you briefly run me through |
| 10:05:28 | 14 | your educational background from high school on up? |
| 10:05:31 | 15 | A. I graduated from high school in |
| 10:05:34 | 16 | Pittsburgh, Pennsylvania, and went to |
| 10:05:39 | 17 | Carnegie-Mellon in Pittsburgh, spent four years |
| 10:05:42 | 18 | there, and graduated with a BFA in fine arts. |
| 10:05:47 | 19 | Q. Okay. And when did you attend |
| 10:05:51 | 20 | Carnegie-Mellon? |
| 10:05:52 | 21 | A. From '88 through '92. |
| 10:05:54 | 22 | Q. Okay. Any education after that? |
| 10:05:58 | 23 | A. No. |

*Berkheiser - Dize - 11/13/03*

7

| | | |
|---|---|---|
| ):05:58 | 1 | Q.   Okay.  Any other degrees that you have? |
| ):06:06 | 2 | A.   No. |
| ):06:07 | 3 | Q.   Any special training that you have that |
| ):06:09 | 4 | relates to your job? |
| ):06:14 | 5 | A.   I don't understand, I guess, special |
| ):06:15 | 6 | training.  Could you explain? |
| ):06:18 | 7 | Q.   Yes.  Classes and seminars and things |
| ):06:20 | 8 | you've done beyond -- |
| ):06:21 | 9 | A.   Beyond computer classes, no. |
| ::06:23 | 10 | Q.   Okay.  Never any training as an |
| ::06:25 | 11 | engineer? |
| :06:26 | 12 | A.   No. |
| :06:26 | 13 | Q.   And never -- any training in -- what was |
| :06:30 | 14 | your major, I guess?  You had a Bachelor of fine |
| :06:34 | 15 | arts.  What was your major? |
| :06:36 | 16 | A.   Industrial design. |
| :06:37 | 17 | Q.   Industrial design.  Any other training |
| :06:38 | 18 | in design other than your Bachelor of fine arts? |
| :06:41 | 19 | A.   No.  Its focus was industrial design. |
| :06:44 | 20 | Q.   Okay.  You're currently employed by |
| :06:48 | 21 | Fisher-Price? |
| :06:50 | 22 | A.   Yes. |
| :06:50 | 23 | Q.   And you work for them here in East |

Berkheiser - Dize - 11/13/03

8

10:06:53    1  Aurora?

10:06:54    2          A.    Yes.

10:06:54    3          Q.    Okay.  What is your current job title?

10:06:59    4          A.    Product -- manager of the boys' team.

10:07:06    5          Q.    Okay.  How long have you been in that

10:07:09    6  position?

10:07:11    7          A.    Since 2000, I think January.

10:07:18    8          Q.    Okay.  And what did you do before that?

10:07:25    9  What was your position before that?

.0:07:27   10          A.    Design project manager.

.0:07:32   11          Q.    And when did you do that?

0:07:35   12          A.    I don't recall exactly, but before then,

0:07:37   13  probably about a year I was a design project manager

0:07:40   14  before they made me manager.

0:07:42   15          Q.    Okay.  And before that?

0:07:43   16          A.    I was a senior designer.

3:07:47   17          Q.    And how long were you in that position?

):07:50   18          A.    I don't recall exactly.

):07:51   19          Q.    A year, more?

!:07:52   20          A.    More than a year.

':07:53   21          Q.    More than a year.  Okay.  And before

:07:55   22  that?

:07:56   23          A.    A product designer.

Berkheiser - Dize - 11/13/03

9

10:08:02  1          Q.    And, again, how long were you in that
10:08:04  2   position?

10:08:04  3          A.    More than a year.

10:08:08  4          Q.    Before that?

10:08:10  5          A.    A staff designer.

10:08:14  6          Q.    Okay.  Any positions before that?

10:08:18  7          A.    Associate designer.

10:08:22  8          Q.    Okay.  Any more?

10:08:24  9          A.    That's it.

10:08:25  10         Q.    Okay.  How long have you been with the
10:08:26  11  company altogether?

10:08:27  12         A.    Since 1992.  My start date was July
10:08:36  13  13th.

.0:08:43  14         Q.    Okay.  In your current position as
.0:08:44  15  manager of the boys' team, what are your
.0:08:46  16  responsibilities and duties?

0:08:49  17         A.    To direct my designers, to help bring
0:08:56  18  boys' focused products to market.

0:08:59  19         Q.    Okay.  And what are -- how would you --
.0:09:03  20  what constitutes a boys' product?

0:09:07  21         A.    Something that boys would play with
0:09:08  22  primarily.

0:09:09  23         Q.    Is there an age?

Berkheiser - Dize - 11/13/03

10

10:09:12  1          A.    Primarily 3 to 7.

10:09:15  2          Q.    Okay.  And so you manage -- did you say

10:09:20  3  you manage a group of people?  How many people?

10:09:25  4          A.    Currently, five designers underneath me,

10:09:28  5  five or six.  I just got one -- I have one who just

10:09:33  6  got hired who's not here yet.  I lose track of my

10:09:37  7  specific number.

10:09:38  8          Q.    Okay.  And what is the function of your

10:09:40  9  department essentially?

10:09:42  10         A.    To do drawings and make models of

10:09:47  11  products, potential products that can be costed and

10:09:52  12  then turned over to engineering for the final

.0:09:55  13  production.

0:09:56  14         Q.    Okay.  Is there a director of the boys'

0:10:02  15  team above you?

0:10:03  16         A.    Yes.  Dave Ciganko is my director.

):10:08  17         Q.    Okay.  In your previous position as

):10:21  18  design project manager, what were your

!:10:22  19  responsibilities in that position?

:10:24  20         A.    To -- to work on and direct the work on

:10:36  21  Rescue Heroes primarily.

:10:39  22         Q.    Okay.  And that was -- let's see, you

:10:46  23  said you've been in your current position since

JACK W. HUNT & ASSOCIATES, INC.
1420 Liberty Building
Buffalo, New York  14202  -  (716) 853-5600