*fee paid*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC., | : | |
| Plaintiffs, | : | |
|  | : | Civil No. 303 CV 222 (JBA) |
| v. | : | |
| FISHER-PRICE, INC. | : | |
| Defendant. | : | AUGUST 2, 2005 |
|  | : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), the undersigned counsel hereby moves for the admission *pro hac vice* of William E. Wallace, III to represent defendant, Fisher-Price Inc., in this action. Mr. Wallace is counsel with the firm of Milbank, Tweed, Hadley & McCloy, LLP, 1825 Eye Street Street, NW, Washington, DC 20006. His phone number is 202-835-7511, his fax number is 202-263-7511, and his email is wwallace@milbank.com.

As demonstrated in the affidavit of William E. Wallace, dated July 29, 2005, Mr. Wallace is a member in good standing of the bars of the State of Florida and the District of Columbia and is admitted to practice in the United States Court of Appeals for the District of Columbia Circuit, Third Circuit, Seventh Circuit, Eighth Circuit, Ninth Circuit, Eleventh Circuit, Federal Circuit and the United States District Court of Federal Claims. He is also admitted to practice in the United States Supreme Court. Mr. Wallace has never been denied admission or disciplined by this Court or any other court.

Mr. Wallace's Affidavit for Admission *Pro Hac Vice* is attached hereto as Exhibit A.

DEFENDANT,
FISHER-PRICE, INC.

By _____

Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing Motion *For Pro Hac Vice*

was sent by U.S. mail and facsimile to the attorneys of record recited below on this 2nd day of

August 2005.

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
Phone: 203-849-8300
Fax: 203-849-9300

Bradford S. Babbitt

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and          :
DESIGN INNOVATION, INC.                    :
                                           :
          Plaintiff,                       :          Civil No. 303CV222
V.                                         :
                                           :
FISHER-PRICE, INC.                         :
                                           :
          Defendant.                       :          JULY 29th, 2005

## AFFIDAVIT OF WILLIAM E. WALLACE III
## IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HAC VICE*

DISTRICT OF COLUMBIA : ss.

          WILLIAM E. WALLACE III, being duly sworn, hereby deposes and says:


          1.    I make this affidavit in support of a motion for my admission *pro hac vice*

to represent the defendant in this action.


          2.    I am a member of the firm of Milbank, Tweed, Hadley & McCloy, LLP,

1825 Eye Street, N.W., Washington, D.C. 20006.  My telephone number is (202) 835-7511, my

facsimile number is (202) 263-7511, and my email address is wwallace@milbank.com.


          3.    I graduated from the University of Miami Law School in 1978.  I was

admitted to practice in the State of Florida and the District of Columbia in 1979.


          4.    I was admitted to practice in the U.S. District Court for the Southern

District of Florida in 1979, the District of Columbia in 1979, and the District of Maryland in

1990.  I was admitted to practice in the U.S. Court of Appeals for the District of Columbia

Circuit in 1980, the Third Circuit in 1982, the Seventh Circuit in 1991, the Eighth Circuit 1995,

the Ninth Circuit in 1986, the Eleventh Circuit in 1987, the Federal Circuit in 1986 and the

United States Court of Federal Claims in 2003. I was admitted to practice in the U.S. Supreme

Court in 1984.

        5.      I am a member in good standing in every Bar to which I have been

admitted.

        6.      I have never been denied admission to the bar of any court, nor have I ever

been disbarred, censured or subject to any disciplinary proceedings by any court.

        7.      I have been involved in the analysis and investigation of this case, and I

am familiar with the pleadings in this action.

        8.      I have fully reviewed and am familiar with the Rules of the U.S. District

Court for the District of Connecticut.

        WHEREFORE, I respectfully request that I be granted permission to appear *pro*

*hac vice* in this case.

_____
William E. Wallace III

Sworn to before me this

**29th** day of July, 2005.

*Clara E. Helbringer*
**Clara E. Helbringer**
**Notary Public for the District of Columbia**
**My Commission Expires September 30, 2008**

-2-