UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING, ET AL.
    Plaintiffs

v.

FISHER-PRICE
    Defendant.

**APPEARANCE**

CASE NUMBER: 3:03-CV-222 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Defendant, Fisher-Price

| | |
|---|---|
| August 5, 2005 | *[signature]* |
| **Date** | **Signature** |
| PHV 0480 | William E. Wallace III |
| **Connecticut Federal Bar Number** | **Print Clearly or Type Name** |
| 202-835-7511 | 1825 Eye Street, NW, Suite 1100 |
| **Telephone Number** | **Address** |
| 202-835-7586 | Washington, DC 20005 |
| **Fax Number** | |
| wwallace@milbank.com | |
| **E-mail address** | |

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing Appearance was mailed on this date to the following:

Gregory J. Battersby, Esq.
Edmund J. Ferdinand, III, Esq.
Russell D. Dize, Esq.
488 Main Avenue, Third Floor
Norwalk, CT 06851-1008

*[signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24