# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

Victor G. Reiling Associates and
Design Innovation, Inc.

v                          **APPEARANCE**

Fisher-Price, Inc.

CASE NUMBER:   3:03 CV 222 (JBA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

FISHER-PRICE, INC., Defendant.

November 4, 2005
_____
*Date*

ct  01187
_____
*Bar Number*

*Signature*

Jacqueline D. Bucar
_____
*Print Name*

Tyler Cooper & Alcorn, LLP
_____
*Firm Name*

205 Church Street, P.O. Box 1936
_____
*Address*

New Haven, Connecticut        06509-0906
_____
*City*              *State*        *Zip Code*

(203) 784-8200
_____
*Phone Number*

I hereby certify that copies have been mailed/handed to counsel of
record as listed below, this date – **this 4th day of November, 2005.**

| | | |
|---|---|---|
| Gregory J. Battersby, Esq. | Bradford S. Babbitt, Esq. | Robert J. Lane, Jr., Esq. |
| Edmund J. Ferdinand, III, Esq. | Michael J. Kolosky, Esq. | Jodyann Galvin, Esq. |
| Russell D. Dize, Esq. | ROBINSON & COLE, LLP | HODGSON RUSS, LLP |
| Susan Schlesinger, Esq. | 280 Trumbull Street | One M&T Plaza, Suite 2000 |
| GRIMES & BATTERSBY, LLP | Hartford, CT  06103-3597 | Buffalo, NY  14203-2391 |
| 488 Main Street, Third Floor | | |
| Norwalk, CT  06851-1008 | | |

_____
*Signature*