UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and | ) | CASE NUMBER: |
| DESIGN INNOVATIONS, INC. | ) | 3:03 CV 00222 (JBA) |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FISHER-PRICE, INC., | ) | |
| Defendants. | ) | DECEMBER 2, 2005 |

## APPEARANCE

Please enter my appearance as counsel for plaintiffs VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC. in the above-captioned matter.

By:_____/s/_____
Jay H. Sandak (ct06703)
SANDAK HENNESSEY & GRECO LLP
707 Summer Street
Stamford, CT 06901
(203) 425-4200 (telephone)
(203) 325-8608 (facsimile)
jsandak@shglaw.com

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first class mail on December 2, 2005 to the following counsel:

Edmund J. Ferdinand, III, Esq.
Russell D. Dize, Esq.
Susan Schlesinger, Esq.
GRIMES & BATTERSBY, LLP
488 Main Avenue, Third Floor
Norwalk, CT  06851-1008

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, NY  14203-2391

                                                            _____/s/_____
                                                            Jay H. Sandak