**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **REILING** | : |
| **v.** | : **NO. 3:03cv222 (JBA)** |
| **DESIGN INNOVATIONS** | : |

### FINAL SCHEDULING ORDER

Pursuant to the colloquy with counsel on the record 12/15/05, the following final schedule shall enter:

1. The parties' Voir Dire and Requests to Charge shall be e-filed by 12/27/05.  The parties' voir dire shall also be provided to chambers in WordPerfect and/or Word format to: aimee_tooker@ctd.uscourts.gov on 12/27/05.

2. The remainder of the parties' Joint Trial Memorandum shall be filed on 1/3/06.

3. Pre-trial conferences will be held 1/4/06 at 2:00 p.m., and 1/5/06, 10:00 a.m. - 1:00 p.m. in Chambers Room 118.

4. Jury selection will be held 1/4/06 at 9:00 a.m., Courtroom Two.

5. Jury trial will commence 1/17/06, 9:00 a.m. - 2:30 p.m., Courtroom Two, to and including 2/8/06 (excluding 1/20/06 and 2/1/06).

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: December 16, 2005**