UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.,** <br><br> Plaintiffs, <br><br> - against - <br><br> **FISHER-PRICE, INC.,** <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br><br> December 27, 2005 |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Plaintiff, Design Innovation, Inc. ("Design Innovation"), respectfully submits the following proposed voir dire questions for the Court's consideration.

1. Have you or any member of your family ever been employed in any business involved in the design, manufacture or sales of toys?

2. Have you or any member of your family ever been employed as a designer, inventor or product creator?

3. Have you or any member of your family ever worked in any position where you were paid on the basis of royalties for products sold?

4. Have you or any member of your family ever worked in a position where you were responsible for hiring designers, inventors or product creators?

5. Have you or any member of your family ever worked in a position where you were responsible for paying anyone for services based on royalties?

6. Have you or any member of your family ever worked in a business where you were paid on the basis of a percentage of profits instead of a salary?

7. Are you familiar with a group of toys made by defendant Fisher Price known as the "Rescue Heroes"?

8. If you are familiar with "Rescue Heroes" toys, have you or any members of your family ever purchased any of these toys?

9.  Have you or any member of your family ever been involved in a dispute about intellectual property such as a patent, trademark, copyright or business concept?

10. Do you have any strong personal opinions on the concept of punitive damages that would preclude you from awarding such damages if the Court told you they could be awarded?

11. Do you have any financial interest, such as stock ownership, in defendant Fisher Price's parent company, Mattel Inc?

12. Do you have any financial interest in any other toy company that competes with Mattel Inc., and its subsidiary Fisher Price?

13. Have you or any member of your family ever worked as a claims adjustor for an insurance company?

14. Have you or any member of your family ever been involved in a dispute concerning misappropriation of ideas or unfair competition?

Dated: December 27, 2005

Respectfully Submitted,

SANDAK HENNESSEY & GRECO, LLP

By: _/s/ Peter M. Nolin_
Jay H. Sandak, Esq. (Bar No. 6703)
Peter M. Nolin, Esq. (Bar No. 6223)
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
GRIMES & BATTERSBY, LLP
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

Attorneys for Plaintiff Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2005, a copy of the foregoing Proposed Voir Dire Questions was filed via the Court's electronic filing system. By operation of the Court's electronic filing system, notice of this filing will be sent by e-mail to counsel of record, listed below, who may access this filing through the Court's system:

Jacqueline Bucar Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006



Edmund J. Ferdinand, III