# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and :
DESIGN INNOVATION, INC.,            :
                                    :        3:03 CV 0222 (JBA)
            Plaintiffs,        :
                                    :
  - against -                      :
                                    :
FISHER-PRICE, INC.,                 :
                                    :
            Defendant.        :
                                    :        DECEMBER 27, 2005

## APPEARANCE

TO THE CLERK:

Please enter the appearance of the undersigned on behalf of the Defendant, Fisher-Price,

Inc.

_____
Robert W. Allen (CT 04188)
E-mail: rallen@tylercooper.com
TYLER COOPER & ALCORN, LLP
205 Church Street, P.O. Box 1936
New Haven, Connecticut 06509-0906
Phone: (203) 784-8200
Fax:     (203) 777-1181

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. Mail, postage prepaid,

to the following counsel and pro se parties of record on this 27th day of December, 2005:

Gregory J. Battersby, Esquire
Edmund J. Ferdinand, III, Esquire
Russel D. Dize, Esquire
Jessica Lee Elliott, Esquire
GRIMES & BATTERSBY, LLP
488 Main Street, Third Floor
Norwalk, Connecticut  06851-1008


Richard E. MacLean, Esquire
PAUL & BAYER
436 Danbury Road
Wilton, Connecticut  06897

Peter M. Nolin, Esquire
Jay H. Sandak, Esquire
SANDAK HENNESSEY & GRECO
707 Summer Street
Stanford, Connecticut  06901-1026


_____
Robert W. Allen (CT 00187)