UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> FISHER-PRICE, INC. : <br> : <br> Defendant. : <br> : | Civil No. 303CV222(JBA) <br><br> December 28, 2005 |

## FISHER-PRICE INC.'S MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 59(a) and 60(b) and Local Rule 7(c), the defendant Fisher-Price, Inc. respectfully moves for reconsideration of the Court's Ruling and Order of December 14, 2005 to the extent that it declined to dismiss Design Innovation's common law claims for misappropriation of idea and unfair competition.  In particular, Fisher-Price contends that Court's finding that Victor Reiling submitted the Reel Heroes concept to Fisher-Price pursuant to the 1994 Policy & Agreement, which expressly provided that the submission was non-confidential, bars Design Innovation from establishing a necessary element of its misappropriation claim — that the submission was made on a confidential basis.  This Court's findings of law and fact in the Ruling thus require dismissal of the remaining misappropriation and unfair competition claims as a matter of law.

Fisher-Price relies on the accompanying Memorandum in Support of its Motion for Reconsideration, dated December 28, 2005, and on the motion papers previously filed by the parties with respect to Fisher Price's summary judgment motion, as cited in its supporting memorandum.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion, as the opportunity to present argument would permit Fisher-Price to highlight for the Court the limited portion of the Court's previous ruling as to which Fisher-Price seeks clarification and which compel dismissal of the remaining claims.

Dated: December 28, 2005

| | |
|---|---|
| **HODGSON RUSS LLP** | **TYLER COOPER & ALCORN, LLP** |
| | Jacqueline D. Bucar, Esq. |
| By    s/Robert J. Lane, Jr.         | e-mail:  jbucar@tylercooper.com |
|           Robert J. Lane, Jr. | Federal Bar No.: ct01187 |
| e-mail:  rlane@hodgsonruss.com | 205 Church Street |
| Federal Bar No.: ct24598 | P.O. Box 1936 |
| Jodyann Galvin | New Haven, CT 06509-0906 |
| e-mail:  jgalvin@hodgsonruss.com | Telephone:  (203) 784-8269 |
| Federal Bar No.: ct24599 | |
| One M&T Plaza, Suite 2000 | |
| Buffalo, NY 14203-2391 | |
| Telephone: (716) 856-4000 | |
| | |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | **ROBINSON & COLE LLP** |
| William E. Wallace, III | Bradford S. Babbitt |
| email:  wwallace@milbank.com | e-mail:  bbabbitt@rc.com |
| Federal Bar No. PHV0480 | Federal Bar No.: ct13938 |
| International Square Building | Michael J. Kolosky |
| 1825 Eye Street, N.W., Suite 1100 | email:  mkolosky@rc.com |
| Washington, D.C. 20006 | Federal Bar No.: ct22686 |
| Telephone:  (202) 835-7500 | 280 Trumbull Street |
| | Hartford, CT 06103-3597 |
| | Telephone:  (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Motion for Reconsideration and Memorandum in Support of Fisher-Price's Motion for Reconsideration was sent via telecopy and mailed to the attorneys of record recited below on this 28th day of December 2005:

        Gregory J. Battersby, Esq. (Bar No. 07386)
        Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
        Russell D. Dize, Esq. (Bar No. 23064)
        Grimes & Battersby LLP
        488 Main Avenue, Third Floor
        Norwalk, CT 06851-1008
        Telephone: (203) 849-8300
        Facsimile:  (203) 849-9300

        Peter M. Nolin, Esq. (Bar No. 06223)
        Jay H. Sandak (Bar No. 06703)
        Sandak Hennessey & Greco LLP
        707 Summer Street
        Stamford, CT 06901
        Telephone: (203) 425-4200
        Facsimile:  (203) 325-8608

                                              _____
                                                    Jacqueline D. Bucar

003279/00136 BFLODOCS 1424708v1