UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC., | : <br> : <br> : | |
| Plaintiffs | : <br> : | Civil No. 303CV222(JBA) |
| v. | : <br> : | December 29, 2005 |
| FISHER-PRICE, INC. | : <br> : | |
| Defendant. | : <br> : | |

**JOINT MOTION FOR OPENING STATEMENTS**

    Design Innovation, Inc. and Fisher-Price, Inc. jointly request that this Court grant permission to each party to make an opening statement of 40 minutes at the opening of the case on January 17, 2006. This request is made pursuant to the Trial Procedures and Requirements for the Honorable Janet Bond Arterton (rev. 12/03), Section C.2. The parties agree that opening statements will be useful for the jury.

December 29, 2005

| | |
|---|---|
| **HODGSON RUSS LLP** | **TYLER COOPER & ALCORN, LLP** |
| | Jacqueline D. Bucar |
| By    s/Robert J. Lane, Jr. | e-mail: jbucar@tylercooper.com |
|       Robert J. Lane, Jr. | Federal Bar No.: ct01187 |
| e-mail: rlane@hodgsonruss.com | 205 Church Street |
| Federal Bar No.: ct24598 | P.O. Box 1936 |
| Jodyann Galvin | New Haven, CT 06509-0906 |
| e-mail: jgalvin@hodgsonruss.com | Telephone: (203) 784-8269 |
| Federal Bar No.: ct24599 | |
| One M&T Plaza, Suite 2000 | |
| Buffalo, NY 14203-2391 | |
| Telephone: (716) 856-4000 | |
| | |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | **ROBINSON & COLE LLP** |
| William E. Wallace, III | Bradford S. Babbitt |
| email: wwallace@milbank.com | e-mail: bbabbitt@rc.com |
| Federal Bar No. PHV0480 | Federal Bar No.: ct13938 |
| International Square Building | Michael J. Kolosky |
| 1825 Eye Street, N.W., Suite 1100 | email: mkolosky@rc.com |
| Washington, D.C. 20006 | Federal Bar No.: ct22686 |
| Telephone: (202) 835-7500 | 280 Trumbull Street |
| | Hartford, CT 06103-3597 |
| | Telephone: (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

| | |
|---|---|
| **GRIMES & BATTERSBY, LLP** | **SANDAK HENNESSEY & GRECO, LLP** |
| | Jay H. Sandak |
| By  s/Edmund J. Ferdinand, III | e-mail: jsandak@shglaw.com |
|       Edmund J. Ferdinand, III | Federal Bar No.: ct06703 |
| e-mail: ferdinand@gandb.com | e-mail: pnolin@shglaw.com |
| Federal Bar No.: ct21287 | Federal Bar No. ct06223 |
| Gregory J. Battersby | 707 Summer Street |
| e-mail: gjbattersby@gandb.com | Stamford, CT 06901-1026 |
| Federal Bar No.: ct7386 | Telephone: (203) 425-4200 |
| Russell D. Dize | |
| e-mail: dize@gandb.com | |
| Federal Bar No.: ct23064 | |
| Susan Schlesinger | |
| Federal Bar No.: ct26625 | |
| 488 Main Avenue, Third Floor | |
| Norwalk, CT 06851-1008 | |
| Telephone: (203) 849-8300 | |

*Attorneys for Design Innovation, Inc.*

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing Joint Motion for Opening Statements was sent via telecopy and mailed to the attorneys of record recited below on this 30th day of December 2005:

> Gregory J. Battersby, Esq. (Bar No. 07386)
> Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
> Russell D. Dize, Esq. (Bar No. 23064)
> Grimes & Battersby LLP
> 488 Main Avenue, Third Floor
> Norwalk, CT 06851-1008
> Telephone: (203) 849-8300
> Facsimile: (203) 849-9300
>
> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06901
> Telephone: (203) 425-4200
> Facsimile: (203) 325-8608

                                                                                                ___s/Robert W. Allen_____
                                                                                                      Robert W. Allen