UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC.,<br><br>　　　　　　　　Plaintiffs<br><br>v.<br><br>FISHER-PRICE, INC.<br><br>　　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:　Civil No. 303CV222(JBA)<br>:<br>:　December 29, 2005<br>:<br>:<br>:<br>: |

**FISHER-PRICE INC.'S MOTION TO STRIKE
DESIGN INNOVATION, INC.'S JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 39(a)(2), the defendant Fisher-Price, Inc. ("Fisher-Price") respectfully moves to strike the demand for a jury trial made by plaintiff Design Innovation, Inc. ("DI") in light of the fact that the claims that once arguably entitled DI to a jury trial have been dismissed by this Court, and the relief that DI now seeks in this action on its remaining claims is equitable in nature.

In support of this motion, Fisher-Price relies on the accompanying Memorandum in Support of its Motion to Strike Design Innovation, Inc.'s Jury Demand, dated December 29, 2005, and Declaration of Robert J. Lane, Jr. in Support of its Motion to Strike Design Innovation, Inc.'s Jury Demand, as cited in the accompanying memorandum.

## ORAL ARGUMENT REQUESTED

Fisher-Price respectfully requests that oral argument be granted on its motion, as the opportunity to present argument would permit Fisher-Price to highlight for the Court the impact of the Court's previous ruling on DI's jury demand which is now no longer valid.

Dated: December 29, 2005

| | |
|---|---|
| **HODGSON RUSS LLP** | **TYLER COOPER & ALCORN, LLP** |
| | Jacqueline D. Bucar, Esq. |
| By    s/Robert J. Lane, Jr. | e-mail: jbucar@tylercooper.com |
|           Robert J. Lane, Jr. | Federal Bar No.: ct01187 |
| e-mail: rlane@hodgsonruss.com | 205 Church Street |
| Federal Bar No.: ct24598 | P.O. Box 1936 |
| Jodyann Galvin | New Haven, CT 06509-0906 |
| e-mail: jgalvin@hodgsonruss.com | Telephone: (203) 784-8269 |
| Federal Bar No.: ct24599 | |
| One M&T Plaza, Suite 2000 | |
| Buffalo, NY 14203-2391 | |
| Telephone: (716) 856-4000 | |
| | |
| **MILBANK, TWEED, HADLEY & MCCLOY LLP** | **ROBINSON & COLE LLP** |
| William E. Wallace, III | Bradford S. Babbitt |
| email: wwallace@milbank.com | e-mail: bbabbitt@rc.com |
| Federal Bar No. PHV0480 | Federal Bar No.: ct13938 |
| International Square Building | Michael J. Kolosky |
| 1825 Eye Street, N.W., Suite 1100 | email: mkolosky@rc.com |
| Washington, D.C. 20006 | Federal Bar No.: ct22686 |
| Telephone: (202) 835-7500 | 280 Trumbull Street |
| | Hartford, CT 06103-3597 |
| | Telephone: (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

- 2 -