UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> - against – <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br><br> December 29, 2005 |

**PLAINTIFFS' MOTION FOR RECONSIDERATION
OF THE COURT'S RULING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI") (collectively, "Plaintiffs"), respectfully move under Federal Rules of Civil Procedure 59(a) and 60(b) and Local Rule 7(c)(1) for reconsideration of the Court's Ruling on Defendant's Motion for Summary Judgment, entered on December 15, 2005, as follows:

Plaintiffs seek to have the Court reconsider the dismissal of Plaintiff Reiling's claims for misappropriation and unfair competition on the ground that the 1994 Policy and Agreement ("1994 P&A") form acts as a complete bar to Reiling's claims. The Court's dismissal of Reiling's misappropriation and unfair competition claims appears to be inconsistent with the Court's finding that the Option Agreement entered into in 1999 was a binding and express agreement between the parties. Because the 1994 P&A by its very terms does not purport to bar claims arising out of, or after, a subsequent contractual arrangement between Defendant and Reiling, because the Option Agreement modified the rights of the parties, and because the

**ORAL ARGUMENT REQUESTED**

misappropriation springs directly from the non-exercise and expiration of the Option Agreement, the Court should reconsider its Ruling, deny that part of Defendant's motion for Summary Judgment and permit Reiling to proceed to trial on claims for misappropriation and unfair competition.

Plaintiffs also ask the Court to reconsider the dismissal of Plaintiffs' claim for violations of the Connecticut Unfair Trade Practices Act, Conn. Gen. Stat. §§ 42-110a *et seq.* ("CUTPA"), on the ground that Plaintiffs had failed to allege the existence of a connection between Defendant's alleged wrongful conduct (*e.g.*, misappropriation, "blackballing," *etc.*) and Connecticut sufficient to satisfy either the "most significant relationship" choice of law balancing test or the "trade or commerce intimately associated with Connecticut" test. Plaintiffs respectfully submit that the summary judgment record contains sufficient facts to establish the requisite connection between the underlying wrongful conduct and Connecticut for purposes of both CUTPA tests.

Plaintiffs rely on the accompanying Memorandum of Law and on the motion papers and evidence previously filed by the parties with respect to Defendant's motion for summary judgment.

Dated: Norwalk, Connecticut
December 29, 2005

              Respectfully submitted,

              GRIMES & BATTERSBY, LLP

              By: _____
              Gregory J. Battersby (Bar No.7386)
              Edmund J. Ferdinand, III (Bar No. 21287)
              Russell D. Dize (Bar No. 23064)
              488 Main Avenue, Third Floor
              Norwalk, Connecticut 06851-1008
              (p) (203) 849-8300
              (f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP

Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiffs Victor G. Reiling
Associates and Design Innovation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2005, a copy of the foregoing Motion for Reconsideration and all supporting papers were served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:.

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York  14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

Edmund J. Ferdinand, III