UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC.,<br><br>                    Plaintiffs,<br><br>    - against -<br><br>FISHER-PRICE, INC.,<br><br>                    Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br><br><br><br>January 6, 2006 |

**PLAINTIFF'S MOTION IN LIMINE # 1**

**Fisher-Price Should Not Reference Reiling's Claims**

Plaintiff, Design Innovation, Inc. ("DI"), objects to any reference being made by Fisher-Price ("F-P") to the nature or status of Reiling's claims against F-P absent a prior ruling by the Court. From F-P's submissions to the Joint Pretrial Memorandum it appears that F-P will seek to introduce evidence that Reiling is a "dismissed" plaintiff in this action. *See F-P proposed Jury Instructions 1.0.* DI objects under Fed. R. Evid. 403 because any probative value of referencing the nature of Reiling's prior involvement in the litigation will be substantially outweighed by the unfair prejudice that will result from the details of why Reiling is no longer a plaintiff. For purposes of this case the jury need only know that Mr. Reiling was at one time a plaintiff in this case, but he is no longer a plaintiff in this case for reasons that are not for the jury's consideration. If the Court deems it necessary the jury could also be advised that Reiling has similar claims to those of DI.

Further, F-P characterization that Reiling's claims have been dismissed would not be accurate as there still is no final judgment as to Reiling; accordingly interjecting such issues before the jury would raise irrelevant issues that would be unfairly prejudicial to DI.

Dated: Norwalk, Connecticut
January 6, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: /s/ Russell D. Dize
Gregory J. Battersby (Bar No. 7986)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
Michael Ryan Patrick (Bar No. 26556)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, a copy of the foregoing Plaintiff's Motion in Limine # 1 was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize