UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

Plaintiffs,

- against -

FISHER-PRICE, INC.,

Defendant.

Index No.:  3:03 CV 222 (JBA)

January 6, 2006

**PLAINTIFF'S MOTION IN LIMINE # 4**

**Public Harm Issue Not Admissible**

Plaintiff, Design Innovation, Inc. ("DI"), objects to any argument or questions being submitted before the jury by Fisher-Price ("F-P") addressing the issue of whether F-P's conduct was directed against or has caused harm to the public, absent a prior ruling by the Court. From F-P's submissions to the Joint Pretrial Memorandum it appears that F-P will seek to introduce evidence or make arguments that F-P's conduct was not directed toward the public and/or did not cause public harm. *See F-P proposed Jury Instructions* 3.5.3.  This issue is not part of any claim in the case and thus is both irrelevant and unfairly prejudicial.  Thus reference to this topic by argument questions or evidence, should be excluded under Fed. R. Evid. 402-403.

New York courts, including the case F-P cites as authority for its request to charge, make clear that the "harm to the public" element of proof to establish punitive damages is only applicable for punitive damages claims arising from breach of contract, not tort. *See New York University v. Continental Insurance Co.*, 87 N.Y.2d 308, 662 N.E.2d 763, 639 N.Y.S.2d 283,

287-88 (1995); *see also Carvel Corp. v. Noonan*, 350 F.3d 6, 25 (2d Cir. 2003)("New York courts have applied the 'public harm' standard only to cases in which the defendant's allegedly tortuous conduct was directly related to the contract between the plaintiff and the defendant."). Therefore argument or evidence designed to show that F-P did not direct its conduct to the public and did not cause public harm goes to no issues in the case and is irrelevant. Because such arguments could cause confusion to the jury as to what issues of proof plaintiff is held to on its claims or may improperly be viewed to mitigate other relevant conduct of F-P, such argument or evidence should be excluded absent a prior order of this Court.

Dated: Norwalk, Connecticut
      January 6, 2006

                                    Respectfully Submitted,

                                    GRIMES & BATTERSBY, LLP

                                    By: _____
                                    Gregory J. Battersby (Bar No. 7386)
                                    Edmund J. Ferdinand, III (Bar No. 21287)
                                    Russell D. Dize (Bar No. 23064)
                                    Susan Schlesinger (Bar No. 26625)
                                    Michael Ryan Patrick (Bar No. 26556)
                                    488 Main Avenue, Third Floor
                                    Norwalk, Connecticut 06851-1008
                                    (p) (203) 849-8300
                                    (f) (203) 849-9300

                                    SANDAK HENNESSEY & GRECO, LLP
                                    Jay H. Sandak, Esq.
                                    Peter M. Nolin, Esq.
                                    707 Summer Street
                                    Stamford, Connecticut 06901-1026
                                    (p) (203) 425-4200
                                    (f) (203) 325-8608

                                    Attorneys for Plaintiff
                                    Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2006, a copy of the foregoing Plaintiff's Motion in Limine # 4 was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize