## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and      :
DESIGN INNOVATION, INC.,      :
     :
         Plaintiffs      :
     :      Civil No. 303CV222 (JBA)
    v.      :
     :      January 6, 2006
FISHER-PRICE, INC.      :
     :
         Defendant.      :
     :

## FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING PRECLUSION OF EVIDENCE SUPPORTING DISGORGEMENT THEORY OF DAMAGES AND SEEKING LIMITATION OF PLAINTIFF'S DAMAGES (MOTION #8)

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling precluding Design Innovation, Inc. ("DI") from offering evidence in support of a disgorgement theory of damages, and limiting any recovery by DI to half of the total damages.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

**TYLER COOPER & ALCORN, LLP**

By _____
　　　Jacqueline D. Bucar
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269


**HODGSON RUSS LLP**
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500


**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200


*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s

Motion in Limine Seeking Preclusion of Evidence Supporting a Disgorgement Theory of

Damages and Seeking Limitation of Plaintiff's Damages (Motion #8), dated January 6, 2006,

was sent on the 6th day of January 2006 via first class mail to:

> Gregory J. Battersby, Esq. (Bar No. 07386)
> Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
> Russell D. Dize, Esq. (Bar No. 23064)
> Grimes & Battersby LLP
> 488 Main Avenue, Third Floor
> Norwalk, CT 06851-1008
> Telephone:  (203) 849-8300
> Facsimile:  (203) 849-9300
>
> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06901
> Telephone:  (203) 425-4200
> Facsimile:  (203) 325-8608

Jacqueline D. Bucar

003279/00136 BFLODOCS 1434875v1

- 3 -