UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC., | : | |
| | : | |
| Plaintiffs | : | |
| | : | Civil No. 303CV222 (JBA) |
| v. | : | |
| | : | January 6, 2006 |
| FISHER-PRICE, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | |

**FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING
PRECLUSION OF CERTAIN TESTIMONY BY JAMES KIPLING (MOTION #5)**

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling precluding James Kipling from testifying: (1) about whether the accused Fisher-Price products "use" the "Reel Heroes" concept; (2) as to any definition of the "Reel Heroes" concept other than the definition disclosed in his expert report; (3) about the effect or interpretation of the Option Agreement; and (4) that he believes that Fisher-Price's license with Carterbench is fabricated.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

**TYLER COOPER & ALCORN, LLP**

By /s/ Jacqueline D. Bucar
    Jacqueline D. Bucar
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**HODGSON RUSS LLP**
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion in Limine Seeking Preclusion of Certain Expert Testimony by James Kipling (Motion #5) and Memorandum in Support of Defendant's Motion Seeking Preclusion of Testimony By Plaintiff's Expert James Kipling: (1) About The "Use" of The Concept; (2) As To a Different Definition of the Concept; (3) To Interpret The Option Agreement; and (4) That the Carterbench License Is Fabricated, dated January 6, 2006, were sent on the 6th day of January 2006 via first class mail to:

>   Gregory J. Battersby, Esq. (Bar No. 07386)
>   Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>   Russell D. Dize, Esq. (Bar No. 23064)
>   Grimes & Battersby LLP
>   488 Main Avenue, Third Floor
>   Norwalk, CT 06851-1008
>   Telephone:  (203) 849-8300
>   Facsimile:  (203) 849-9300
>
>   Peter M. Nolin, Esq. (Bar No. 06223)
>   Jay H. Sandak (Bar No. 06703)
>   Sandak Hennessey & Greco LLP
>   707 Summer Street
>   Stamford, CT 06901
>   Telephone:  (203) 425-4200
>   Facsimile:  (203) 325-8608

_____
Jacqueline D. Bucar

003279/00136 BFLODOCS 1434788v1