UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC.,<br><br>Plaintiffs<br><br>v.<br><br>FISHER-PRICE, INC.<br><br>Defendant. | :<br>:<br>:<br>:<br>:   Civil No. 303CV222 (JBA)<br>:<br>:   January 6, 2006<br>:<br>:<br>:<br>:<br>: |

## FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING PRECLUSION OF EVIDENCE REGARDING THE VOICE TECH JET AND FIRE TRUCK (MOTION #4)

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling precluding Design Innovation, Inc. ("DI") from introducing evidence related to the Voice Tech Rescue Fire Truck and the Voice Tech Rescue Jet, because the Court has already dismissed all claims asserted against these two products.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

| | |
|---|---|
| **TYLER COOPER & ALCORN, LLP**<br><br>By _/s/ Jacqueline D. Bucar_<br>    Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269 | **MILBANK, TWEED, HADLEY & McCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PHV0480<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500 |
| **HODGSON RUSS LLP**<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000 | **ROBINSON & COLE LLP**<br>Bradford S. Babbitt<br>e-mail: bbabbitt@rc.com<br>Federal Bar No.: ct13938<br>Michael J. Kolosky<br>email: mkolosky@rc.com<br>Federal Bar No.: ct22686<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Telephone: (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion in Limine Seeking Preclusion of Evidence Regarding The Voice Tech Jet and Fire Truck (Motion #4) and Memorandum in Support of Defendant's Motion Seeking Preclusion of Evidence Related to The Voice Tech Rescue Fire Truck and Voice Tech Rescue Jet, dated January 6, 2006, were sent on the 6th day of January 2006 via first class mail to:

> Gregory J. Battersby, Esq. (Bar No. 07386)
> Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
> Russell D. Dize, Esq. (Bar No. 23064)
> Grimes & Battersby LLP
> 488 Main Avenue, Third Floor
> Norwalk, CT 06851-1008
> Telephone: (203) 849-8300
> Facsimile: (203) 849-9300
>
> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06901
> Telephone: (203) 425-4200
> Facsimile: (203) 325-8608

_____
Jacqueline D. Bucar

003273:00136 BFLODOCS 1434776v1