UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : <br> : <br> : |
| Plaintiffs | : <br> :    Civil No. 303CV222 (JBA) |
| v. | : <br> :    January 6, 2006 |
| FISHER-PRICE, INC. | : <br> : |
| Defendant. | : <br> : |

**FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING
PRECLUSION OF TESTIMONY BY VICTOR REILING REGARDING
HIS EXPECTATIONS AND SUBJECTIVE INTENT (MOTION #2)**

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling precluding Victor G. Reiling from: (1) denying that he submitted the concept to Fisher-Price on a non-confidential basis and from testifying that he "expected" the submission to be confidential; and (2) testifying as to his subjective interpretation of the meaning of the "Reel Heroes" concept as presented to Fisher-Price on the concept submission form.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

| | |
|---|---|
| **TYLER COOPER & ALCORN, LLP**<br><br>By _/s/ Jacqueline D. Bucar_<br>　　　Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269 | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PHV0480<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500 |
| **HODGSON RUSS LLP**<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000 | **ROBINSON & COLE LLP**<br>Bradford S. Babbitt<br>e-mail: bbabbitt@rc.com<br>Federal Bar No.: ct13938<br>Michael J. Kolosky<br>email: mkolosky@rc.com<br>Federal Bar No.: ct22686<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Telephone: (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion in Limine Seeking Preclusion of Testimony By Victor Reiling Regarding His Expectations and Subjective Intent (Motion #2) and Memorandum in Support of Defendant's Motion to Preclude Victor Reiling from Testifying About His Expectations and Subjective, Unexpressed Intentions At the Time He Submitted the Reel Heroes Concept to Fisher-Price, dated January 6, 2006, were sent on the 6th day of January 2006 via first class mail to:

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
Grimes & Battersby LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851-1008
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Peter M. Nolin, Esq. (Bar No. 06223)
Jay H. Sandak (Bar No. 06703)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
Telephone: (203) 425-4200
Facsimile: (203) 325-8608

Jacqueline D. Bucar

003279/00136 BFLODOCS 1434717v1