UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs <br><br> v. <br><br> FISHER-PRICE, INC. <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil No. 303CV222 (JBA) <br> : <br> : January 6, 2006 <br> : <br> : <br> : <br> : |

**FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING PRECLUSION OF TESTIMONY REGARDING CUSTOM AND PRACTICE (MOTION #1)**

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling precluding Design Innovation, Inc. ("DI") from offering testimony regarding custom and practice in the toy industry by Victor G. Reiling, DI's principals, and James Kipling.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

**TYLER COOPER & ALCORN, LLP**

By: /s/ Jacqueline D. Bucar
Jacqueline D. Bucar
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

**MILBANK, TWEED, HADLEY & MCCLOY LLP**

William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**HODGSON RUSS LLP**

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**ROBINSON & COLE LLP**

Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion in Limine Seeking Preclusion of Testimony Regarding Custom and Practice (Motion #1) and Memorandum in Support of Defendant's Motion Seeking Preclusion of Testimony Regarding Custom and Practice in the Toy Industry, dated January 6, 2006, were sent on the 6th day of January 2006 via first class mail to:

        Gregory J. Battersby, Esq. (Bar No. 07386)
        Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
        Russell D. Dize, Esq. (Bar No. 23064)
        Grimes & Battersby LLP
        488 Main Avenue, Third Floor
        Norwalk, CT 06851-1008
        Telephone: (203) 849-8300
        Facsimile: (203) 849-9300

        Peter M. Nolin, Esq. (Bar No. 06223)
        Jay H. Sandak (Bar No. 06703)
        Sandak Hennessey & Greco LLP
        707 Summer Street
        Stamford, CT 06901
        Telephone: (203) 425-4200
        Facsimile: (203) 325-8608

*[signature]*
Jacqueline D. Bucar

003279/00136 BFLODOCS 1434705v1