UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC.,<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>FISHER-PRICE, INC.<br><br>　　　　　　Defendant. | :<br>:<br>:<br>:<br>:  Civil No. 303CV222 (JBA)<br>:<br>:  January 6, 2006<br>:<br>:<br>:<br>:<br>: |

### FISHER-PRICE INC.'S MOTION IN LIMINE SEEKING PRECLUSION OF THE TERM "BLACKBALL" AND REFERENCES TO ATTORNEYS' RESIDENCES (MOTION #10)

The defendant Fisher-Price, Inc. respectfully moves for an in limine ruling: (1) precluding Design Innovation, Inc. ("DI") from using pejorative terminology, such as the term "blackball;" and (2) precluding DI from referring to the attorneys' places of residence.

The applicable Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or caselaw that serve as the bases for each of the requested in limine rulings are set forth in the supporting memoranda being filed with this motion.

Fisher-Price relies on the memorandum filed in support of this motion, dated January 6, 2006; on the Declaration of Robert J. Lane, Jr., with exhibits, dated December 31, 2005; and on previous submissions to the Court and rulings by the Court as referenced in the accompanying memoranda by applicable docket number.

**ORAL ARGUMENT REQUESTED**

Fisher-Price respectfully requests that oral argument be granted on its motion for in limine ruling so that Fisher-Price may respond to any questions that the Court may have regarding the bases for and necessity of the requested rulings.

Dated: January 6, 2006

| | |
|---|---|
| **TYLER COOPER & ALCORN, LLP**<br><br>By /s/ Jacqueline D. Bucar<br>Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269 | **MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PHV0480<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500 |
| **HODGSON RUSS LLP**<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000 | **ROBINSON & COLE LLP**<br>Bradford S. Babbitt<br>e-mail: bbabbitt@rc.com<br>Federal Bar No.: ct13938<br>Michael J. Kolosky<br>email: mkolosky@rc.com<br>Federal Bar No.: ct22686<br>280 Trumbull Street<br>Hartford, CT 06103-3597<br>Telephone: (860) 275-8200 |

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion in Limine Seeking Preclusion of the Term "Blackball" and References to Attorneys' Residences (Motion #10), dated January 6, 2006, was sent on the 6th day of January 2006 via first class mail to:

>   Gregory J. Battersby, Esq. (Bar No. 07386)
>   Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>   Russell D. Dize, Esq. (Bar No. 23064)
>   Grimes & Battersby LLP
>   488 Main Avenue, Third Floor
>   Norwalk, CT 06851-1008
>   Telephone: (203) 849-8300
>   Facsimile: (203) 849-9300
>
>   Peter M. Nolin, Esq. (Bar No. 06223)
>   Jay H. Sandak (Bar No. 06703)
>   Sandak Hennessey & Greco LLP
>   707 Summer Street
>   Stamford, CT 06901
>   Telephone: (203) 425-4200
>   Facsimile: (203) 325-8608

*/s/ Jacqueline D. Bucar*
Jacqueline D. Bucar

003279/00136 BFLODOCS 1434917v1

- 3 -