UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

- against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

January 3, 2006

### DESIGN INNOVATION, INC.'S EXHIBIT LIST

Plaintiff, Design Innovation, Inc. ("DI"), respectfully submits the following list of exhibits expected to be offered at trial:

| Trial Exh. # | Depo Exh. # | Bates # | Description |
|---|---|---|---|
| 300 | 56 | | Fisher-Price Wish List dated 02/28/94 |
| 301 | 58 | | Letter from Paul Snyder to Victor Reiling dated 03/01/94 |
| 302 | 59 | | Letter from Paul Snyder to Victor Reiling dated 03/04/94 |
| 303 | 55 | | Letter from Paul Snyder to Victor Reiling dated 11/04/94 |
| 304 | | VGR0071-VGR0072 | Fisher-Price Wish List dated May 2001 |
| 305 | | VGR0073-VGR0075 | Fisher-Price Wish List dated February 2002 |
| 306 | 57 | | Fisher-Price 2003 Wish List (3 pages) |
| 307 | 50 | | Prototype car from Victor Reiling's "Slam Jammers" submission to Fisher-Price |
| 308 | 51 | | Fisher-Price's "Crash Zone" car |
| 309 | 52 | | Fisher-Price's "Crash Zone Car Crusher" |
| 310 | 53 | | Fisher-Price's "Crash Zone Launcher" |
| 311 | 61 | | Letters from D. Lawrence Davis to Victor Reiling dated 08/19/87, 10/9/87, 10/28/87 |
| 312 | | | Victor Reiling's "First Bike" prototype |
| 313 | 62 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |

| | | | |
|---|---|---|---|
| 314 | 63 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 315 | 64 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 316 | 65 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 317 | 66 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 318 | 67 | | Letter from Peter Pook to Victor Reiling dated 03/21/86; Letter from Victor Reiling to Paul Snyder dated 06/06/94 (3 pages); Letter from Victor Reiling to Paul Snyder dated 06/28/94; Letter from Paul Snyder to Victor Reiling dated 07/01/94; Letter Agreement from Paul Snyder to Victor Reiling dated 07/14/94 (2 pages); Letter from Dan Ferrara to Paul Snyder dated 07/15/94; Letter from Mary Casey to Victor Reiling dated 07/27/94; Letter from Victor Reiling to Paul Snyder dated 08/09/94 |
| 319 | | VGR0088-VGR0089 | Option Agreement between Victor G. Reiling Associates and Fisher-Price regarding "Slam Jammers" |
| 320 | | VGR0102 | Letter from Robert Kolich to Victor Reiling dated 03/02/89 |
| 321 | | VGR0103 | Letter from Thomas Mason to Victor Reiling dated 11/13/87 |
| 322 | | VGR0104-VGR0105 | Brochure entitled "An Evening with the Inventors, Fisher-Price Toy Fair 1989" |
| 323 | | VGR0140-VGR0155 | Correspondence and Agreement between Fisher-Price, Victor Reiling and Bryan Dean regarding "Slam Jammers" |
| 324 | | VGR0193-VGR0194 | Fisher-Price Policy and Agreement form regarding "First Bike" concept submission |
| 325 | | VGR0235 | Letter from Thomas Mason to Victor Reiling dated 04/07/87 |
| 326 | | VGR0247 | Letter from Thomas Mason to Victor Reiling dated 02/26/90 |
| 327 | | VGR0290 | Letter from Thomas Mason to Victor Reiling dated 11/13/87 |
| 328 | | VGR0291 | Letter from Robert Kolich to Victor Reiling dated 03/02/89 |
| 329 | | VGR0310 | Letter from Paul Snyder to Victor Reiling dated 09/02/83 |
| 330 | | VGR0315 | Letter from Paul Snyder to Victor Reiling dated 05/23/83 |
| 331 | | VGR0326 | Letter from Paul Snyder to Victor Reiling dated 01/27/84 |
| 332 | | VGR0534 | Letter from Paul Snyder to Victor Reiling dated 03/03/99 |
| 333 | 201 | DI001-DI002 | Drawings of Plaintiff's Concept |
| 334 | | DI415-DI416 | Fisher-Price Wish List dated 06/30/97 |
| 335 | | DI523-DI524 | Fisher-Price Wish List dated June 1998 |

| 336 | 105 |  | Photograph of Fisher-Price's "Egg-A-Saurs" toy |
|---|---|---|---|
| 337 | 123 | DI063 | Email from Stan Clutton to Design Innovation dated 11/07/03 |
| 338 |  | DI055 | Email from Beth Hageman to Design Innovation dated 01/05/04 |
| 339 |  | DI414 | Chart summarizing Design Innovation's combined sales to Fisher-Price, Fisher-Price Brands and Mattel from 1999-2003 |
| 340 |  | DI417-DI419 DI541-DI543 | Documents relating to Design Innovation's "Silly Sounds" and Fisher-Price's "Egg-A-Saurs" |
| 341 |  | DI420-DI440 | License Agreement between Fisher-Price and Kiscom regarding "Silly Sounds" |
| 342 |  | DI441-DI447 | Documents relating to Design Innovation's "Bubble Sprinkler" and Fisher-Price's "Silly Willy Bubblin' Sprinkler" |
| 343 |  | DI500-DI508 | License Agreement between Design Innovation and Mattel |
| 344 | 101 |  | Internet Printout from FlashlightMuseum.com |
| 345 | 217 | DI032-DI035 | Letter from Greg Battersby to Neil Friedman dated 07/25/02 |
| 346 | 263 |  | Second Amended Complaint |
| 347 |  |  | Defendant's Answer to Second Amended Complaint |
| 348 |  |  | Plaintiffs' Responses to Defendant's Second Set of Interrogatories |
| 349 | 330 |  | Plaintiffs' Amended Responses to Defendant's Third Set of Interrogatories |
| 350 | 334 |  | Plaintiffs' Responses to Defendant's Fourth Set of Interrogatories |
| 351 | 235 |  | Initial Expert Report of James Kipling |
| 352 | 273 |  | Supplemental and Second Supplemental Expert Reports of James Kipling |
| 353 | 98 |  | Kenner Catalog Page – Alvin the Aardvark |
| 354 | 99 |  | Kenner Catalog Pages – Nerf |
| 355 | 100 |  | Kenner Catalog Pages – Starting Lineup |
| 356 |  | VGR0450-VGR0497 | Kenner Catalog Pages – Nerf |
| 357 |  | VGR0498-VGR0532 | Kenner Catalog Pages – Starting Lineup |
| 358 |  | VGR0360-VGR0562 | Kenner Catalog Pages |
| 359 | 335 |  | Expert Report of Alan Ratliff |
| 360 | 336 |  | Supplemental Letter and Exhibits from Alan Ratliff dated 03/30/05 |

3

| # | | | Description |
|---|---|---|---|
| 361 | | | Mattel's 2000 10-K Annual Report |
| 362 | | | Mattel's 2001 10-K Annual Report |
| 363 | | | Mattel's 2002 10-K Annual Report |
| 364 | | | Mattel's 2003 10-K Annual Report |
| 365 | | | Mattel's 2004 10-K Annual Report |
| 366 | | | Mattel's 2005 10-K Annual Report |
| 367 | 219 | | Voice Tech Firetruck |
| 368 | 220 | | Voice Tech Jet |
| 369 | 222 | | Packaging for Voice Tech Firetruck |
| 370 | 223 | | Packaging for Voice Tech Jet |
| 371 | 80 | | Fisher-Price's Mission Select CD-ROM game |
| 372 (1)-(75) | | | Assorted Historical Fisher-Price Rescue Heroes Action Figures |
| 373 | 120 | | Photograph of Fisher-Price's Optic Force Rescue Heroes "Telly Photo" character |
| 374 | | | Fisher-Price 1998 Pre-Toy Fair Catalog (pages 28-29) |
| 375 | 86 | FP0913 | Fisher-Price External Design Report with handwritten note |
| 376 | 87 | FP0001-FP0002 | Fisher-Price External Design Report |
| 377 | 88 | FP0003 | Fisher-Price External Design Report |
| 378 | 90 | FP0004-FP0005 | Fisher-Price External Design Report |
| 379 | 121 | FP0768-FP0771 | Fisher-Price External Design Report |
| 380 | 122 | FP0894 | Fisher-Price External Design Report |
| 381 | | VGR0536-VGR0551 | Email correspondence between Peter Pook and Russell Dize |
| 382 | | FP0895 | Fisher-Price External Design Report |
| 383 | | FP0907 | Fisher-Price External Design Report |
| 384 | | | Updated Expert Report of Alan Ratliff |
| 385 | | | Defendant's Responses to Plaintiffs' First Set of Interrogatories |
| 386 | | | Defendant's Responses to Plaintiffs' Second Set of Interrogatories |
| 387 | 339 | | Defendant's Responses to Plaintiffs' Third Set of Interrogatories |
| 388 | 95 | | Expert Report of Howard Bollinger on behalf of Fisher-Price |
| 389 | 96 | | Supplemental Expert Report of Howard Bollinger on behalf of Fisher-Price |
| 390 | | | Report of Zachary Oat on behalf of Fisher-Price |
| 391 | | | Expert Report of Abram Hoffman on behalf of Fisher-Price |

4

| 392 | | | Updated Expert Report of Abram Hoffman on behalf of Fisher-Price |
| --- | --- | --- | --- |
| 393 | 329 | | Packaging for Secret Wars figure |
| 394 | | FP15778 | Master Schedule Report for 2004 OPTIC/FIG AN/TBD AST |

Dated: Norwalk, Connecticut
January 3, 2006

          Respectfully Submitted,

          GRIMES & BATTERSBY, LLP

By: _____
      Gregory J. Battersby (Bar No. 7386)
      Edmund J. Ferdinand, III (Bar No. 21287)
      Russell D. Dize (Bar No. 23064)
      Susan Schlesinger (Bar No. 26625)
      488 Main Avenue, Third Floor
      Norwalk, Connecticut 06851-1008
      (p) (203) 849-8300
      (f) (203) 849-9300


SANDAK HENNESSEY & GRECO, LLP
    Jay H. Sandak, Esq.
    Peter M. Nolin, Esq.
    707 Summer Street
    Stamford, Connecticut 06901-1026
    (p) (203) 425-4200
    (f) (203) 325-8608


    Attorneys for Plaintiff
    Design Innovation, Inc.

5