# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : : : |
| Plaintiffs, | : : |
| v. | Case No. 3:03CV222(JBA) : : : |
| FISHER-PRICE, INC., | : : : |
| Defendant. | : : |

## FISHER-PRICE, INC.'S TRIAL EXHIBITS

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 600 | | | | Equip-Men Backhoe Man drawing (FP15348) |
| 601 | | | | Equip-Men Diver drawing (FP15363) |
| 602 | | | | Equip-Men Fireman drawing (FP15358) |
| 603 | | | | Equip-Men model |
| 604 | | | | ARCC breadboard from Carterbench |
| 605 | | | | 07/04/00 letter from Suzanne Robinson to Dave Ciganko (FP0951) |
| 606 | | | | Carterbench 07/28/00 Virtual Video Men submission (FP14899, 3602, 3604, 3606, 3608) |
| 607 | | | | 09/19/00 e-mail from Rob Kay to Tina Zinter (FP14900) |
| 608 | | | | 10/19/00 e-mail from Suzanne Robinson to Dave Ciganko (FP14868, 14871-14873) |
| 609 | | | | TV viewers from Bang Zoom |

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 610 | | | | Optic Force Rock Miner figure |
| 611 | | | | Box for Optic Force Rock Miner figure |
| 612 | | | | Optic Force Maureen Biologist figure |
| 613 | | | | Box for Optic Force Maureen Biologist figure |
| 614 | | | | Optic Force Jake Justice figure |
| 615 | | | | Box for Optic Force Jake Justice figure |
| 616 | | | | Optic Force Matt Medic figure |
| 617 | | | | Box for Optic Force Matt Medic figure |
| 618 | | | | Fisher-Price Picture Story Camera |
| 619 | | | | Fisher-Price Changeable Picture Disc Camera |
| 620 | | | | Fisher-Price Music Box Movie Camera |
| 621 | | | | Fisher-Price Cartoon Viewer |
| 622 | | | | Fisher-Price Movie Viewer |
| 623 | | | | View-Master with Batman reels |
| 624 | | | | GAF View-Master Movie Viewer |
| 625 | | | | Package for Wolverine Projectors figure |
| 626 | | | | Inserts from Wolverine Projectors package |
| 627 | | | | 12 cells from one of Wolverine's projector disks |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 628 | | | | The Thing Projectors figure with three projector disks |
| 629 | | | | Package for The Thing Projectors figure |
| 630 | | | | 12 cells from one of The Thing's projector disks |
| 631 | | | | Torso of The Thing Projectors figure |
| 632 | | | | Cyclops Projectors |
| 633 | | | | Spider-Man Projectors figure |
| 634 | | | | Beast Projectors figure |
| 635 | | | | Sabretooth Projectors figure |
| 636 | | | | Cable Projectors figure |
| 637 | | | | Fisher-Price Adventure People TV Action Team |
| 638 | | | | Stargazer figure |
| 639 | | | | Six Million Dollar Man figure |
| 640 | | | | Cat Woman figure |
| 641 | | | | Buck Rogers Laserscope Fighter |
| 642 | | | | Transformers Autobot Perceptor Microscope figure |
| 643 | | | | Star Wars Luke Skywalker figure |
| 644 | | | | Star Wars Power of the Force Orrimaarko (Prune Face) figure with Freeze Frame slide |
| 645 | | | | Star Wars Power of the Force Admiral Ackbar figure with Freeze Frame slide |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 646 | | | | Star Wars CommTech Luke Skywalker figure |
| 647 | | | | Star Wars CommTech Greedo figure |
| 648 | | | | Star Wars CommTech chip reader |
| 649 | | | | Secret Wars trade ad (FP15055) |
| 650 | | | | Mattel 1984 catalog pages showing Secret Wars (FP15324-15326) |
| 651 | | | | Marvel "Secret Wars (Complete Series) 1999" book and CD |
| 652 | | | | Package for Secret Wars Captain America |
| 653 | | | | Secret Wars Dr. Doom figure |
| 654 | | | | Package for Secret Wars Dr. Doom figure |
| 655 | | | | Package for Secret Wars Magneto figure (Depo. Ex. 269) |
| 656 | | | | Visionaries Arzon figure (Spectral Knights) (Depo. Ex. 236) |
| 657 | | | | Visionaries Cryotek figure (Spectral Knights) |
| 658 | | | | Visionaries Witterquick figure (Spectral Knights) |
| 659 | | | | Visionaries Cravex figure (Darkling Lords) |
| 660 | | | | Teenage Mutant Ninja Turtles Metalhead figure |
| 661 | | | | Package for Teenage Mutant Ninja Turtles Metalhead Figure |
| 662 | | | | Package for Teenage Mutant Ninja Turtles Mike's Pizza Chopper Backpack (Depo. Ex. 277) |
| 663 | | | | Toy Biz Electronic Talking Hulk figure |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 664 | | | | Toy Biz Electronic Talking Spider-Man figure |
| 665 | | | | Fortress of Solitude playset |
| 666 | | | | Box for Fortress of Solitude Playset |
| 667 | | | | Hall of Justice playset |
| 668 | | | | Box for Hall of Justice playset |
| 669 | | | | Wayne Foundation Playset |
| 670 | | | | Box for Wayne Foundation Playset |
| 671 | | | | Star Trek U.S.S. Enterprise Playset |
| 672 | | | | Box for Star Trek Enterprise Playset |
| 673 | | | | G.I. Joe ATV |
| 674 | | | | Mobile Bat Lab |
| 675 | | | | Box for Mobile Bat Lab |
| 676 | | | | MASK Rhino vehicle |
| 677 | | | | Box for MASK Rhino vehicle |
| 678 | | | | MASK Outlaw vehicle |
| 679 | | | | MASK Slingshot vehicle |
| 680 | | | | Box for MASK Slingshot vehicle |
| 681 | | | | Fisher-Price Wild Adventures playset |

    BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 682 | | | | Hot Wheels The Incredible Hulk viewer |
| 683 | | | | Hot Wheels Captain America viewer |
| 684 | | | | Hot Wheels The Amazing Spider-Man Viewer |
| 685 | | | | Lenticular butterfly card |
| 686 | | | | Lenticular card showing boy dribbling basketball |
| 687 | | | | Lenticular card showing pirate opening treasure chest |
| 688 | | | | Lenticular card showing Robin and Riddler |
| 689 | | | | Lenticular card showing Batman |
| 690 | | | | Lenticular pin showing outer space scene |
| 691 | | | | Photo of Fisher-Price Dr. Doodle |
| 692 | | | | Photo of Fisher-Price Snoopy Sniffer |
| 693 | | | | Photo of Fisher-Price Snap-Lock Beads, Popcorn Popper, and Xylophone |
| 694 | | | | Photo of Fisher-Price Safety School Bus and Little People |
| 695 | | | | Photo of Fisher-Price Rock-a-Stack |
| 696 | | | | Hasbro 08/20/98 inventor interview record |
| 697 | | | | Kenner inventor submission agreement form (11/15/93) (FP15373-15377) |
| 698 | | | | Hasbro inventor submission agreement form (03/30/95) (FP15378-15382) |
| 699 | | | | Bauman 03/16/05 Deposition Transcript |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 700 | | | | Benedetto 11/18/03 Deposition Transcript |
| 701 | | | | Benedetto 01/27/05 Deposition Transcript |
| 702 | | | | Berkheiser 11/13/03 Deposition Transcript |
| 703 | | | | Berkheiser 03/17/05 Deposition Transcript |
| 704 | | | | Bollinger 03/24/05 Deposition Transcript |
| 705 | | | | Ciganko 11/13/03 Deposition Transcript |
| 706 | | | | Ciganko 03/17/05 Deposition Transcript |
| 707 | | | | Clutton 04/25/05 Deposition Transcript |
| 708 | | | | Grabianowski 03/18/05 Deposition Transcript |
| 709 | | | | Kipling 01/30/04 Deposition Transcript |
| 710 | | | | Kipling 02/10/05 Deposition Transcript |
| 711 | | | | Manzolli 01/27/05 Deposition Transcript |
| 712 | | | | McDonald 01/22/04 Deposition Transcript |
| 713 | | | | Melville 01/22/04 Deposition Transcript |
| 714 | | | | Melville 01/28/05 Deposition Transcript |
| 715 | | | | Morton 03/18/05 Deposition Transcript |
| 716 | | | | Pardi 11/12/03 Deposition Transcript |
| 717 | | | | Pardi 03/16/05 Deposition Transcript |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 718 | | | | Pook 03/26/05 Deposition Transcript |
| 719 | | | | Popek 11/19/03 Deposition Transcript |
| 720 | | | | Popek 01/28/05 Deposition Transcript |
| 721 | | | | Ratliff 04/05/05 Deposition Transcript |
| 722 | | | | Reiling 12/10/03 Deposition Transcript |
| 723 | | | | Reiling 02/15/05 Deposition Transcript |
| 724 | | | | Schmidt 11/12/03 Deposition Transcript |
| 725 | | | | Snyder 03/09/05 Deposition Transcript |
| 726 | | | | *M.H. Segan Limited Partnership v. Hasbro, Inc.,* 924 F. Supp. 512 (S.D.N.Y. 1996) (Depo. Ex. 280) |
| 727 | | | | *Webb v. CPG Products Corporation,* 1981 U.S. Dist. Lexis 16600 (S.D.N.Y. 1981) (Depo. Ex. 279) |
| 728 | | | | *Kublan v. Hasbro,* 50 U.S.P.Q. 2d (BNA) 1539 (S.D.N.Y. 1999) |
| 729 | | | | Reiling 04/30/91 Concept Submission Summary to Fisher-Price (FP15203) |
| 730 | | | | Reiling 04/08/92 Concept Submission Form to Fisher-Price (FP15205) |
| 731 | | | | Reiling 04/08/92 Concept Submission Summary to Fisher-Price (FP15206) |
| 732 | | | | Reiling 06/04/92 Concept Submission Form to Fisher-Price (FP 15208) |
| 733 | | | | Reiling 06/18/92 Concept Submission Form to Fisher-Price (FP15209) |
| 734 | | | | Reiling 01/13/92 Concept Submission Form to Fisher-Price (FP15204) |
| 735 | | | | Reiling 11/23/92 Concept Submission Form to Fisher-Price (FP15210) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 736 | | | | Reiling 03/15/95 Concept Submission Form to Fisher-Price (FP15217) |
| 737 | | | | Reiling 10/28/96 Concept Submission Form to Fisher-Price (FP15221) |
| 738 | | | | Reiling 02/15/96 Concept Submission Form to Fisher-Price (FP15219) |
| 739 | | | | Reiling 05/15/97 Concept Submission Form to Fisher-Price (FP15222) |
| 740 | | | | Reiling 12/04/86 Policy and Agreement (FP15156-15157) |
| 741 | | | | Reiling 08/18/86 Policy and Agreement (FP15158-15159) |
| 742 | | | | Reiling 03/24/87 Policy and Agreement (FP15162-15164) |
| 743 | | | | Reiling 02/12/87 Policy and Agreement (FP15160-15161) |
| 744 | | | | Reiling 08/21/87 Policy and Agreement (FP15165-15166) |
| 745 | | | | Reiling 10/16/86 Policy and Agreement (FP15181-15182) |
| 746 | | | | Reiling 12/06/89 Policy and Agreement (FP15183-15184) |
| 747 | | | | Reiling 02/24/89 Policy and Agreement (FP15175-15176) |
| 748 | | | | Reiling 12/06/89 Policy and Agreement (FP15189-5190) |
| 749 | | | | Reiling 12/06/89 Policy and Agreement (FP15187-5188) |
| 750 | | | | Reiling 12/06/89 Policy and Agreement (FP15185-15186) |
| 751 | | | | Reiling 02/24/89 Policy and Agreement (FP15173-15174) |
| 752 | | | | Reiling 02/24/89 Policy and Agreement (FP15170-15172) |
| 753 | | | | Reiling 02/24/89 Policy and Agreement (FP15168-15169) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 754 | | | | Reiling 06/13/89 Policy and Agreement (FP15177-15180) |
| 755 | | | | Reiling 12/06/89 Policy and Agreement (FP15193-15194) |
| 756 | | | | Reiling 12/06/89 Policy and Agreement (FP15191-15192) |
| 757 | | | | Reiling 12/06/89 Policy and Agreement (FP15195-15196) |
| 758 | | | | Reiling 12/06/89 Policy and Agreement (FP15197-15198) |
| 759 | | | | 01/31/90 letter from Leslie DiFranco to Victor Reiling (FP15100) |
| 760 | | | | 12/28/90 letter from Sherry Kipp and Merry Radtke to Victor Reiling (FP15103) (Depo. Ex. 320) |
| 761 | | | | 01/03/92 letter from Sherry Kipp and Merry Radtke to Victor Reiling (FP15106) (Depo. Ex. 321) |
| 762 | | | | 10/26/92 letter from Sherry Kipp and Michele Jones to Victor Reiling (Depo Ex. 322) |
| 763 | | | | 01/20/93 letter from Pat Grabianowski to Victor G. Reiling Associates (Depo. Ex. 323) |
| 764 | | | | 02/15/93 letter from Sherry Kipp to Victor Reiling (FP15109) (Depo. Ex. 324) |
| 765 | | | | 02/26/87 Option Agreement between Reiling and Fisher-Price for "Air Drums" (FP15136-15140) |
| 766 | | | | 09/14/92 Option Agreement between Reiling and Fisher-Price for "What's Under My Bed Game" (FP15147-15153) |
| 767 | | | | 01/30/04 engagement letter from Alan Ratliff (Huron Consulting Group) to G. Battersby, Esq. (VGR0352-0355) |
| 768 | | | | 01/12/05 engagement letter from Alan Ratliff (Huron Consulting Group) to J. Ferdinand, Esq. (VGR0356-0359) |
| 769 | | | | Excerpts from 2003 "Intellectual Property Damages Guidelines and Analysis" (pages 322-323, 334-348) (Depo. Ex. 341) |
| 770 | | | | "The Toy & Game Inventor's Guide, Second Edition" (Grimes & Battersby) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 771 | | | | "Licensing Royalty Rates, 2003" (Grimes & Battersby) |
| 772 | | | | "Licensing Update, 2003" (Grimes & Battersby) |
| 773 | | | | "Legal Outline for Toy and Game Inventors," prepared by James Kipling for Toy and Game Inventors' Forum, Sept. 6 - 8, 2001 |
| 774 | | | | "Legal Outline for Inventors, Process, Protections, Agreement," prepared by James M. Kipling for American International Toy Fair 2004 (Depo. Ex. 281) |
| 775 | | | | "Copyright vs. Patent: An Economical Alternative," by James Kipling (The Licensing Book, Apr. 2003) |
| 776 | | | | "Toy Licenses are Different" (Parts I and II), by James Kipling, The Licensing Book, Feb. and Mar. 2003) (Depo. Ex. 240) |
| 777 | | | | ""Work-for-Hire' Pitfalls," by James Kipling (The Licensing Book, May 2003) |
| 778 | | | | "Coordination Essential in Sports," by James Kipling (The Licensing Book, June 2003) |
| 779 | | | | "How Much is Enough?," by James Kipling (The Licensing Book, Sept. 2003) |
| 780 | | | | "Quoth the Client 'Nevermore,' The Infernal Letter of Intent," by James Kipling (The Licensing Book, Nov. 2003) |
| 781 | | | | "Rose by Any Other Name: Trademark Protection Under Current Law" (Parts I and II), by James Kipling (The Licensing Book, Dec. 2003 &  Jan. 2004) |
| 782 | | | | "Entertainment Licenses: Better to Ask Questions Before Signing," by James Kipling (The Licensing Book, Oct. 2002) |
| 783 | | | | "Ninth Circuit Give Thumbs Up to Thumbnails: *Kelly vs. Arriba Soft. Corp* .," by James Kipling (The Licensing Book, Nov. 2002) |
| 784 | | | | ""Tis the Season for Reflection," by James Kipling (The Licensing Book, Dec. 2002) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 785 | | | | "Licensing Opportunities and Risk Assessment, 'An Outline for Preparing to Negotiate a License Agreement,' and Selected Pertinent Articles," prepared by James Kipling for Toy Industry Association, Toy Fair 2004 (Feb. 2004) |
| 786 | | | | "Entertainment Property Licenses are Nothing to Toy With, and Legal Outline for Toy and Game Inventors," prepared by James Kipling for American International Toy Fair (Feb. 20-22, 2005) |
| 787 | | | | "Ask the Legal Professional: Trademark Licensing," by James Kipling (Jan. 2005) |
| 788 | | | | "Loopholes and More Loopholes," by James Kipling (The Licensing Book, Apr. 2002) |
| 789 | | | | "Eye of the Storm," by James Kipling (The Licensing Book, June 2002) |
| 790 | | | | "Benighted Stars: An IP Blackhole," by James Kipling (The Licensing Book, Sept. 2002) |
| 791 | | | | "Sweepstakes, Contests and Lotteries," by James Kipling (The Licensing Book, July 2002) |
| 792 | | | | "Shh…Can You Keep a Secret?" by James Kipling (The Licensing Book, May 2002) |
| 793 | | | | Equip-Men drawings (8 pages) |
| 794 | | | | Equip-Men model (Jack Hammer) |
| 795 | | | | Batman and Robin/Batmobile lenticular card |
| 796 | | | | Robin/Dick Grayson lenticular card |
| 797 | | | | Supernaturals Skull figure |
| 798 | | | | Mork figure |
| 799 | | | | Extreme Ghostbusters Egon with Proton Pack figure |
| 800 | | | | Real Ghostbusters Ray Stantz with Grabbin' Grappler and Snatcher Ghost figure |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|-----------|--------------|--------|----------|-------------|
| 801 | | | | Secret Wars Doctor Octopus figure |
| 802 | | | | Secret Wars Wolverine figure |
| 803 | | | | Secret Wars Kang figure |
| 804 | | | | Secret Wars Spider-Man figure |
| 805 | | | | Secret Wars Iron-Man figure |
| 806 | | | | Batman Wayne Manor Playset |
| 807 | | | | 14 cells from View-Master Batman reel |
| 808 | | | | 8 cells from Fisher-Price Changeable Disc Camera Goldilocks disk |
| 809 | | | | G.I. Joe Adventure Team backpack |
| 810 | | | | Six Million Dollar Man backpack radio |
| 811 | | | | 10/01/02 email from Brian Manzolli to Bruce Benedetto (DI403) |
| 812 | | | | Telescope Backpack drawing (DI407) |
| 813 | | | | Microscope Backpack drawing (DI408) |
| 814 | | | | Camera Backpack drawing (DI406) |
| 815 | | | | Infra-Red Scope drawing (DI401) |
| 816 | | | | Periscope Backpack drawing (DI405) |
| 817 | | | | Design Innovation 10/08/02 Invoice No. 6281 re "Rescue Hero Backpack" (DI400) |
| 818 | | | | Box for Adventure People TV Action Team |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 819 | | | | Photos of Fisher-Price Great Adventures Pirate Playset |
| 820 | | | | Photo of Virtual Video screen on ARCC |
| 821 | | | | Photo of Mission Command screen on ARCC |
| 822 | | | | Photo of Mission Select dial on MACC |
| 823 | | | | Catalog page showing Kenner Stretch Armstrong |
| 824 | | | | Catalog pages showing Kenner Family Treehouse |
| 825 | | | | Catalog page showing Kenner Star Wars figures |
| 826 | | | | Photo of Wallpocketts |
| 827 | | | | Tickle-Me-Elmo doll |
| 828 | | | | V-Tech Smart Start Basic |
| 829 | | | | Screen shots of Design Innovation website (www.designinnovation.com) |
| 830 | | | | Brochure from Design Innovation website (www.designinnovation.com) |
| 831 | | | | 06/12/96 License Agreement between Mattel, Inc., and Taylor and Design Innovation (DI500-508) |
| 832 | | | | 05/15/91 License Agreement between Mattel, Inc., and Liu Campanell Design (DI548-556) |
| 833 | | | | 11/24/87 License Agreement between Fisher-Price, Inc., and Reiling for "Slam Jammers" (VGR0140-155) |
| 834 | | | | 11/02/92 License Agreement between Fisher-Price, Inc., and Kiscom, Inc. for "Silly Sounds" (DI420-440) |
| 835 | | | | Design Innovation 07/14/04 Confidentiality and Non-Disclosure Agreement (DI448-449) |
| 836 | | | | Design Innovation 04/19/04 Services Agreement (DI450-461) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 837 | | | | Design Innovation 07/28/00 Submission (FP15094-15097) |
| 838 | | | | Reiling 02/22/90 Concept Submission Summary to Fisher-Price (FP15199) |
| 839 | | | | Reiling 02/13/91 Concept Submission Sumary to Fisher-Price (FP15201-15202) |
| 840 | | | | Reiling 04/08/92 Concept Submission Form and Summary to Fisher-Price (FP15205-15207) |
| 841 | | | | Reiling 06/23/93 Concept Submission Form to Fisher-Price (VGR0272) |
| 842 | | | | Reiling 06/10/94 Concept Submission Form to Fisher-Price (FP15212-15215) |
| 843 | | | | Reiling 12/15/94 Concept Submission Form to Fisher-Price (FP15216) |
| 844 | | | | Reiling 05/23/95 Concept Submission Form to Fisher-Price (FP15218) |
| 845 | | | | Reiling 07/15/96 Concept Submission Form to Fisher-Price (VGR0330) |
| 846 | | | | Reiling 10/15/97 Concept Submission Form to Fisher-Price (VGR0280) |
| 847 | | | | Reiling 02/16/99 Concept Submission Form to Fisher-Price (VGR0331) |
| 848 | | | | Reiling 02/15/00 Product Disclosure Form (1 page) |
| 849 | | | | Reiling 05/09/01 Product Disclosure Form (FP15224-15225) |
| 850 | | | | Blank (redacted by plaintiffs) Mattel Product Disclosure Form (1 page) |
| 851 | | | | Marvel Enterprises Idea Submission Form (2 pages) |
| 852 | | | | Kids II website Terms & Conditions (www.kidsii.com) (3 pages) |
| 853 | | | | "Character License Exclusivity: Like Moths To the Flame?" (The Licensing Book, Feb. 2002) |
| 854 | | | | "FDNY Memorial: Moral Question…Legal Answer?" (The Licensing Book, March 2002) |

     BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 855 | | | | "Patent Protection Strategies: New Choices" (The Licensing Book, Aug. 2002) |
| 856 | | | | "…And Avoid Those Nagging Worries Later" (The Licensing Book, Nov. 2002) |
| 857 | | | | "Software Licenses: Will Your Contract Crash Before Your System Does?" (The Licensing Book, Jan. 2003) |
| 858 | | | | "Protecting What's Yours" (The Licensing Book, Feb. 2004) |
| 859 | | | | "Evaluating That Character License: Why Not Do Your Second-Guessing Before Signing?" (Toy Fair Times, Toy Fair 2002) |
| 860 | | | | "Toy and Game Licensing" (The Licensing Journal, May 2003) |
| 861 | | | | "Prototypes: Potential Patent Pitfalls" (The Licensing Journal, Feb. 2004) |
| 862 | | | | "Copyright Law Summary" (American International Toy Fair 2003) |
| 863 | | | | Plaintiffs' 05/01/03 First Amended Complaint |
| 864 | | | | Plaintiffs' 11/19/04 Second Amended Complaint |
| 865 | | | | Reiling's 09/30/03 Responses & Objections to Defendant's First Set of Interrogatories |
| 866 | | | | Design Innovation's 10/28/03 Responses & Objections to Defendant's First Set of Interrogatories |
| 867 | | | | Plaintiffs' 02/20/04 Supplemental Responses to Defendant's First Set of Interrogatories |
| 868 | | | | Plaintiffs' 03/03/04 Responses to Defendant's Second Set of Interrogatories |
| 869 | | | | Plaintiffs' 01/20/05 Responses and Objections to Defendant's Third Set of Interrogatories |
| 870 | | | | Plaintiffs' 02/11/05 Amended Responses to Defendant's Third Set of Interrogatories |
| 871 | | | | Plaintiffs' 03/30/05 Responses to Defendant's Fourth Set of Interrogatories |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|-----------|--------------|--------|----------|-------------|
| 872 | | | | Plaintiffs' 03/03/04 Responses to Defendant's Second Requests for Admissions |
| 873 | | | | Reiling's 06/04/03 Declaration in Support of Plaintiffs' Opposition to Defendant's Motion to Transfer Venue |
| 874 | | | | Reiling's 02/04/04 Declaration in Support of Plaintiffs' Motion for Leave to File Amended Complaint |
| 875 | | | | Reiling's 03/04/04 Reply Declaration in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint |
| 876 | | | | Reiling's 05/13/04 Declaration in Support of Plaintiffs' Objection to Court Ruling on Plaintiffs' Motion to Compel |
| 877 | | | | Reiling's 05/20/05 Declaration in Opposition to Defendant's Motion for Summary Judgment |
| 878 | | | | Benedetto's 05/20/05 Declaration in Opposition to Defendant's Motion for Summary Judgment |
| 879 | | | | Popek's 03/04/04 Reply Declaration in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint and in Opposition to Defendant's Motion to Strike |
| 880 | | | | Popek's 03/24/04 Declaration in Opposition to Defendant's Motion to Compel Discovery |
| 881 | | | | Popek's 05/20/05 Declaration in Opposition to Defendant's Motion for Summary Judgment |
| 882 | | | | Kipling's 03/02/04 Declaration in Support of Plaintiffs' Motion to Compel Discovery |
| 883 | | | | Kipling's 03/04/04 Declaration in Support of Plaintiffs' Motion for Leave to File Second Amended Complaint |
| 884 | | | | Kipling's 05/23/05 Declaration in Support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment |
| 885 | | | | Kipling's 06/27/05 Declaration in Opposition to Defendant's Motion to Strike |
| 886 | | | | Judge Arterton's 12/14/05 Ruling on Defendant's Motion for Summary Judgment |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 887 | | | | Judge Arterton's 12/14/05 Ruling on Defendant's Motion to Strike |
| 888 | | | | Kipling's 01/05/04 Expert Report |
| 889 | | | | Kipling's 01/28/04 Supplement to Expert Report |
| 890 | | | | Kipling's 01/31/05 Second Supplement to Expert Report |
| 891 | | | | Ratliff's 01/31/05 Expert Report |
| 892 | | | | Ratliff's 03/30/05 Additional Exhibits to Expert Report |
| 893 | | | | 07/25/02 letter from G. Battersby, Esq. to Neil Freidman (DI032-035) |
| 894 | | | | Catalog pages showing Littlest Pet Shop |
| 895 | | | | Spider-Man & Friends Super Heroes Super Strength Thing |
| 896 | | | | Spider-Man & Friends Super Heroes Water Blast Iceman |
| 897 | | | | 09/19/03 letter from Stan Clutton and Steve Toth to Victor G. Reiling Associates and Design Innovation |
| 898 | | | | Summary of royalties paid to Carterbench |
| 899 | | | | Mattel Secret Wars sales record |
| 900 | | | | Toy Biz Projectors sales record |
| 901 | | | | Teenage Mutant Ninja Turtles figure, with Mike's Pizza Chopper Backpack (Depo. Ex. 277) |
| 902 | | | | Kipling definition of plaintiff's concept |
| 903 | | | | Voice Tech Video Mission Matt Medic figure |
| 904 | | | | Voice Tech Video Mission Warren Waters figure |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 905 | | | | Fisher-Price Cartoon Viewer cartridge, "The Incredible Shrinking Spider-Man" |
| 906 | | | | Contents of Fisher-Price Cartoon Viewer cartridge, "The Incredible Shrinking Spider-Man" (DVD) |
| 907 | | | | Agreement dated 10/29/97 between Fisher-Price, Inc. and Alliance Multimedia, Inc. (FP15664-15670) |
| 908 | | | | Letter from Tom McCormack to Bruce Popek dated 03/27/02 (DI053) |
| 909 | | | | Design Innovation file regarding "Rescue Heroes" (DI399-413) |
| 910 | | | | Carterbench Virtual Video 04/19/00 submission (FP15443-15444) |
| 911 | | | | 06/01/00 e-mail from S. Robinson to David Ciganko (FP14862) |
| 912 | | | | 01/02/01 e-mail from S. Robinson to Jim Bauman and Tyler Berkheiser (FP14901) |
| 913 | | | | X-Men Wolverine Projectors action figure |
| 914 | | | | Spider-Man & Friends Super Heroes Air Launch Spider-Man action figure (Depo. Ex. 275) |
| 915 | | | | Secret Wars Captain America action figure |
| 916 | | | | Secret Wars Magneto action figure |
| 917 | | | | Reiling 08/31/90 Concept Submission Summary to Fisher-Price (FP15200) |
| 918 | | | | Reiling 05/09/01 Product Disclosure Form (FP15224-15225) |
| 919 | | | | Reiling 02/15/86 Policy and agreement (FP15154-15155) |
| 920 | | | | Reiling 01/30/90 Policy and Agreement (FP15101-15102) |
| 921 | | | | Reiling 12/28/90 Policy and Agreement (FP15104-15105) |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 922 | | | | Reiling 12/02/97 Inventor Review record and submission documents for Bright Eyes/Teletubbies concept submission to Hasbro (VGR0076, DI056-059, VGR0081, VGR0077, DI060, DI061, VGR0078, VGR0082-0084) |
| 923 | | | | "Why We Became Rescue Heroes" (Scholastic Inc. 2002) |
| 924 | | | | Fisher-Price Adventure People camera and cameraman |
| 925 | | | | Rescue Heroes Products Dates of Introduction |
| | | | | |

### DEMONSTRATIVE EXHIBITS:

| | | | | |
|---|---|---|---|---|
| 926 | | | | The Policy and Agreement Form |
| 927 | | | | Reiling Policy and Agreements |
| 928 | | | | Design Innovation Policy and Agreement Form |
| 929 | | | | Reiling Concept Submission Forms |
| 930 | | | | Plaintiffs' Changing Definitions of The Reel Heroes Concept - A |
| 931 | | | | Plaintiffs' Changing Definitions of The Reel Heroes Concept - B |
| 932 | | | | Submissions and the Prototype |
| 933 | | | | Rescue Heroes Teams |
| 934 | | | | Accused Products (Figures) |
| 935 | | | | Accused Products (Playsets and Vehicles) |
| 936 | | | | Fisher-Price Pre-1990 Products / Reel Heroes Submission |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 937 | | | | Fisher-Price 1973 Adventure People TV Action Team - A |
| 938 | | | | Fisher-Price 1973 Adventure People TV Action Team - B |
| 939 | | | | Fisher-Price 1973 Adventure People TV Action Team - C |
| 940 | | | | Secret Wars / Video Mission |
| 941 | | | | Vehicles - A |
| 942 | | | | Vehicles - B |
| 943 | | | | Playsets - A |
| 944 | | | | Playsets - B |
| 945 | | | | Wolverine Projectors Figure - A |
| 946 | | | | Wolverine Projectors Figure - B |
| 947 | | | | Toy Biz Projectors -A |
| 948 | | | | Toy Biz Projectors - B |
| 949 | | | | Kipling Testimony |
| 950 | | | | Policy and Agreement language - A |
| 951 | | | | Policy and Agreement language - B |
| 952 | | | | Policy and Agreement language - C |
| 953 | | | | Policy and Agreement language - D |
| 954 | | | | Policy and Agreement language - E |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 955 | | | | Policy and Agreement language - F |
| 956 | | | | Policy and Agreement language - G |
| 957 | | | | Policy and Agreement language - H |
| 958 | | | | Policy and Agreement language - I |
| 959 | | | | Concept Submission Form language - A |
| 960 | | | | Concept Submission Form language - B |
| 961 | | | | Concept Submission Form language - C |
| 962 | | | | Concept Submission Form language - D |
| 963 | | | | Concept Submission Form language - E |
| 964 | | | | Option Agreement language - A |
| 965 | | | | Option Agreement language - B |
| 966 | | | | Option Agreement language - C |
| 967 | | | | Option Agreement language - D |
| 968 | | | | Option Agreement language - E |
| 969 | | | | Option Agreement language - F |
| 970 | | | | Option Agreement language - G |
| 971 | | | | Option Agreement language - H |
| 972 | | | | October 1998 Submission |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 973 | | | | February 1999 Option Agreement |
| 974 | | | | May 1999 Submission |
| 975 | | | | December 2000 Submission |
| 976 | | | | October 1998 Submission Drawings |
| 977 | | | | 1998 Prototype |
| 978 | | | | May 1999 Submission Drawings |
| 979 | | | | December 2000 Submission Drawings |
| 980 | | | | Rescue Heroes - Voice Tech |
| 981 | | | | Toy Design |
| 982 | | | | Inventor Relations |
| 983 | | | | Reel Heroes Concept - A |
| 984 | | | | Reel Heroes Concept - B |
| 985 | | | | Reel Heroes Concept - C |
| 986 | | | | Reel Heroes Concept - D |
| 987 | | | | Reel Heroes Concept - E |
| 988 | | | | Reel Heroes Concept - F |
| 989 | | | | Reel Heroes Concept - G |
| 990 | | | | Reel Heroes Concept - H |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 991 | | | | Reel Heroes Concept - I |
| 992 | | | | Reel Heroes Concept - J |
| 993 | | | | Reel Heroes Concept - K |
| 994 | | | | Reel Heroes Concept - L |
| 995 | | | | Reel Heroes Concept - M |
| 996 | | | | Reel Heroes Concept - N |
| 997 | | | | Mission Command Figures |
| 998 | | | | The ARCC |
| 999 | | | | Video Mission Figures |
| 1000 | | | | Mission Select Figures |
| 1001 | | | | The MACC |
| 1002 | | | | Mission Select Vehicles |
| 1003 | | | | Optic Force Figures |
| 1004 | | | | The Image Projective Toy Patent |
| 1005 | | | | The Secret Wars Figures |
| 1006 | | | | Chronology - A |
| 1007 | | | | Chronology - B |
| 1008 | | | | Bang Zoom Submission - A |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1009 | | | | Bang Zoom Submission - B |
| 1010 | | | | Bang Zoom Submission - C |
| 1011 | | | | Design Innovation Work for Fisher-Price |
| 1012 | | | | Work-for-Hire Process |
| 1013 | | | | October 1998 Submission - Documents |
| 1014 | | | | May 1999 Submission - Documents |
| 1015 | | | | December 2000 Submission - Documents |
| 1016 | | | | Organizational Chart - A |
| 1017 | | | | Organizational Chart - B |
| 1018 | | | | Organizational Chart - C |
| 1019 | | | | Organizational Chart - D |
| 1020 | | | | Fisher-Price Products - A |
| 1021 | | | | Fisher-Price Products - B |
| 1022 | | | | Carterbench Development - A |
| 1023 | | | | Carterbench Development - B |
| 1024 | | | | Lenticular Technology |
| 1025 | | | | Mission Command Backpacks |
| 1026 | | | | Mission Command Cards |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1027 | | | | Video Mission Backpacks |
| 1028 | | | | Mission Select Backpacks |
| 1029 | | | | Complaint - A |
| 1030 | | | | Complaint - B |
| 1031 | | | | Kipling - Concept |
| 1032 | | | | Damages - A |
| 1033 | | | | Damages - B |
| 1034 | | | | Damages - C |
| 1035 | | | | Damages - D |
| 1036 | | | | Damages - E |
| 1037 | | | | Disgorgement - A |
| 1038 | | | | Disgorgement - B |
| 1039 | | | | Disgorgement - C |
| 1040 | | | | Disgorgement - D |
| 1041 | | | | Disgorgement - E |
| 1042 | | | | Reasonable Royalty - A |
| 1043 | | | | Reasonable Royalty - B |
| 1044 | | | | Reasonable Royalty - C |

BFLODOCS #1392008

| Deft. No. | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 1045 | | | | Reasonable Royalty - D |
| 1046 | | | | Reasonable Royalty - E |
| 1047 | | | | Lost Profits Damages - A |
| 1048 | | | | Lost Profits Damages - B |
| 1049 | | | | Lost Profits Damages - C |
| 1050 | | | | Lost Profits Damages - D |
| 1051 | | | | Lost Profits Damages - E |
| 1052 | | | | VGR/DI - A |
| 1053 | | | | VGR/DI - B |
| 1054 | | | | VGR/DI - C |
| 1055 | | | | VGR/DI - D |
| 1056 | | | | VGR/DI - E |

BFLODOCS #1392008