UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : : : : |
| Plaintiffs, | : : |
| v. | Case No. 3:03CV222(JBA) |
| FISHER-PRICE, INC., | : : : : |
| Defendant. | : : |

## JOINT TRIAL EXHIBITS

| Joint No. | Admitted | Description |
|---|---|---|
| 1 | | Reiling 12/15/94 Policy & Agreement (FP0018-19) |
| 2 | | 10/29/98 Concept Submission Form (FP0073) |
| 3 | | Narrative from first submission (DI009) |
| 4 | | Drawings from first submission (FP0058) |
| 5 | | Cameraman drawing ("Filmore Schotz") from first submission (FP0055) |
| 6 | | Camera drawing from first submission (FP0061) |
| 7 | | Prototype |
| 8 | | Grabianowski 12/08/98 memo (DI010) |
| 9 | | Reiling 02/02/99 correspondence to Pat Grabianowski and Doug Melville (DI011) |
| 10 | | 02/18/99 Option Agreement (VGR010-17) |

BFLODOCS #1427981
1/3/2006 1:04 PM

| Joint No. | Admitted | Description |
|---|---|---|
| 11 | | Exhibit A to Option Agreement (VGR016) |
| 12 | | Schmidt 03/23/99 letter returning submission (DI020) |
| 13 | | Narrative from 05/22/99 second submission (DI021) |
| 14 | | Drawings from second submission (DI022) |
| 15 | | Narrative from third submission (DI0023) |
| 16 | | Drawing from third submission (DI024) |
| 17 | | Drawing from third submission (DI025) |
| 18 | | Drawing from third submission (DI026) |
| 19 | | 12/07/00 memo to Peter Pook (DI023-26) |
| 20 | | Fisher-Price 01/05/01 letter from Pat Grabianowski to V. G. Reiling Assocs. (DI027) |
| 21 | | Popek 03/20/02 letter to Toy Biz (DI051, 052, 054) |
| 22 | | Photo of Design Innovation model submitted to Toy Biz (DI064) |
| 23 | | [Removed] |
| 24 | | Design Innovation 8/98 drawings of Rescue Heroes figures (DI293, 301, 302, 320, 303, 264, 321, 294, 295, 297, 310, 298, 317, 306, 311, 316, 304, 307, 308, 309, 291, 305, 292, 296, 299, 261, 300, 315, 318, 312, 313, 314) |
| 25 | | Design Innovation 08/31/98 Invoice No. 4386 re Rescue Heroes figures (DI257) |
| 26 | | Design Innovation file re "Real Action Hero Sculpt" (DI111-122) |
| 27 | | Design Innovation file re "Firetruck Revisions" (DI247-251) |

| Joint No. | Admitted | Description |
|---|---|---|
| 28 | | Photo of Design Innovation model of fire truck (from DI064) (Depo. Ex. 245) |
| 29 | | Photo of Design Innovation model of fire truck (from DI064) (Depo. Ex. 246) |
| 30 | | **[Removed]** |
| 31 | | Photo of models by Design Innovation (Depo. Ex. 248) and CD containing same (DI 064) |
| 32 | | 1998 Toy Fair catalog pages (cover and pages 60-63) |
| 33 | | 1997 Basic Billy Blazes figure |
| 34 | | Package for 1997 Basic Billy Blazes figure |
| 35 | | 1998 Basic Billy Blazes figure |
| 36 | | Package for Basic 1998 Billy Blazes figure |
| 37 | | Rescue Heroes cartoon/video, "Flashback to Danger" |
| 38 | | Rescue Heroes cartoon/video, "Lava Alarm" (1998) |
| 39 | | 1999 Toy Fair catalog pages (cover and pages 66-73) |
| 40 | | 2000 Toy Fair catalog pages (cover and pages 72-81) |
| 41 | | Photos of various basic Rescue Heroes teams |
| 42 | | Catalog page showing first Rescue Heroes Command Center |
| 43 | | Drawing of infrared system (FP0997) |
| 44 | | Drawing of infrared system (FP1008) |
| 45 | | Drawing of infrared Kid Command and Control (FP1007) |

| Joint No. | Admitted | Description |
|---|---|---|
| 46 | | Voice Tech Billy Blazes figure |
| 47 | | Package for Voice Tech Billy Blazes figure |
| 48 | | Voice Tech Firetruck |
| 49 | | Box for Voice Tech Firetruck |
| 50 | | Voice Tech Police Cruiser |
| 51 | | Box for Voice Tech Police Cruiser |
| 52 | | Voice Tech Rescue Jet |
| 53 | | Box for Voice Tech Rescue Jet |
| 54 | | 2001 Toy Fair catalog pages (cover and pages 76-85) |
| 55 | | Mission Command Billy Blazes figure |
| 56 | | Mission card (fire) for Mission Command Billy Blazes figure |
| 57 | | Package for Mission Command Billy Blazes figure |
| 58 | | Mission Command Jake Justice figure |
| 59 | | Mission card (flood) for Mission Command Jake Justice figure |
| 60 | | Package for Mission Command Jake Justice figure |
| 61 | | Mission Command Backpacks |
| 62 | | Mission Command Mission Cards |
| 63 | | Rescue Heroes Aqua Command Center drawing 04/27/00 (FP1032.01) |

BFLODOCS #1427981
1/3/2006 1:04 PM

| Joint No. | Admitted | Description |
|---|---|---|
| 64 | | Virtual Video UK Patent issued 03/08/00 (FP0504-0531) |
| 65 | | **[Removed]** |
| 66 | | Carterbench Virtual Video submission brochure (FP15448-15463) |
| 67 | | Page from Carterbench Virtual Video submission brochure (FP15455) |
| 68 | | Page from Carterbench Virtual Video submission brochure (FP15457) |
| 69 | | Photo of Aquatic Rescue Command Center (ARCC) foam model (FP14016) |
| 70 | | Photo of ARCC model (FP15630) |
| 71 | | Photo of ARCC model (FP6181) |
| 72 | | Photo of ARCC model (FP6183) |
| 73 | | Aquatic Rescue Command Center (ARCC) Playset |
| 74 | | 05/21/00 License Agreement between Fisher-Price and Virtual Video (UK) Limited (Carterbench) (FP0337-0412) |
| 75 | | **[Removed]** |
| 76 | | Carterbench 10/19/00 Rescue Heroes Medic Center backpack submission (FP0897) |
| 77 | | Color drawings of Virtual Video backpacks (FP0296) |
| 78 | | **[Removed]** |
| 79 | | 10/14/02 "Contract Summary (Revised)" (FP0297-0300) |
| 80 | | 2002 Toy Fair catalog pages (cover and pages 78-89) |
| 81 | | Voice Tech Video Mission Billy Blazes figure |

| Joint No. | Admitted | Description |
|---|---|---|
| 82 | | Voice Tech Video Mission Gil Gripper figure |
| 83 | | Backpack for Voice Tech Video Mission Gil Gripper |
| 84 | | 2004 Toy Fair catalog pages (cover and page 47) |
| 85 | | Mission Select Billy Blazes figure |
| 86 | | Package for Mission Select Billy Blazes figure |
| 87 | | Mission Select Al Pine figure |
| 88 | | Package for Mission Select Al Pine figure |
| 89 | | Drawings of backpacks (FP13524) |
| 90 | | Mountain Action Command Center (MACC) Playset |
| 91 | | Box for MACC |
| 92 | | Mission Select Firetruck |
| 93 | | Box for Mission Select Firetruck |
| 94 | | Mission Select Police Cruiser |
| 95 | | Box for Mission Select Police Cruiser |
| 96 | | Bang Zoom 10/25/01 Product Disclosure Form (FP15307) |
| 97 | | Bang Zoom drawing (FP15317) |
| 98 | | Bang Zoom 12/27/01 Product Disclosure Form (FP15304) |
| 99 | | Bang Zoom "Rescue Heroes Team Optics" description (FP15315) |

| Joint No. | Admitted | Description |
|---|---|---|
| 100 | | Photos of group of Bang Zoom models/breadboards of Team Optics figures (FP15680-15682) |
| 101 | | Photos of Bang Zoom Billy Blazes model/breadboard with slide show (35mm) camera/rescue viewer (FP15683-685) |
| 102 | | Photos of Bang Zoom Will Findya model/breadboard with seeker periscope (FP15686-687) |
| 103 | | Photo of Bang Zoom Jake Justice model/breadboard with night telescope/night vision viewer (FP15688) |
| 104 | | Photo of Bang Zoom Rocky Canyon model/breadboard with telescope/zoom viewer (FP15690) |
| 105 | | Photo of Bang Zoom Matt Medic model/breadboard with microscope (FP15689) |
| 106 | | Bang Zoom submission video (FP15314) |
| 107 | | Drawings of Optic Force Telly Photo (FP11644) |
| 108 | | Drawings of Optic Force Telly Photo accessories and photos of Telly Photo model (FP12647-12651) |
| 109 | | Scott May Telly Photo display (FP14251) |
| 110 | | 2004 Toy Fair catalog pages showing Optic Force figures (cover and page 40) |
| 111 | | Optic Force Telly Photo figure |
| 112 | | Box for Optic Force Telly Photo figure |
| 113 | | Photo of Optic Force team |
| 114 | | Fisher-Price Movie Viewer Theater (FP14672) |
| 115 | | [Removed] |
| 116 | | Toy Biz Projectors patent (FP2253-2260) |
| 117 | | [Removed] |

BFLODOCS #1427981
1/3/20061:04 PM

| Joint No. | Admitted | Description |
|---|---|---|
| 118 | | [Removed] |
| 119 | | [Removed] |
| 120 | | [Removed] |
| 121 | | [Removed] |
| 122 | | [Removed] |
| 123 | | [Removed] |
| 124 | | [Removed] |
| 125 | | [Removed] |
| 126 | | Reiling 12/31/91 Policy and Agreement (FP15107-15108) |
| 127 | | Reiling 01/26/93 Policy and Agreement (FP15110-15111) |
| 128 | | Reiling 01/28/94 Policy and Agreement (FP15112-15113) |
| 129 | | PIE Report for 2000 Voice Tech figures (FP7922-7923) |
| 130 | | Master Schedule Report for 2001 Mission Command figures (FP7938) |
| 131 | | Master Schedule Report for 2002 Video Mission figures (FP2662) |
| 132 | | Master Schedule Report for 2003 Mission Select figures (FP15777) |
| 133 | | Master Schedule Report for 2004 Optic Force figures (FP15775, 15776, 15779) |
| 134 | | Master Schedule Report for 2000 Voice Tech Firetruck (FP15772) |
| 135 | | Master Schedule Report for 2000 Voice Tech Rescue Jet (FP15771) |

| Joint No. | Admitted | Description |
|---|---|---|
| 136 | | Master Schedule Report for 2002 Voice Tech Police Cruiser (FP4673) |
| 137 | | Master Schedule for 2003 Mission Select Firetruck (FP12995-12996) |
| 138 | | Master Schedule for 2003 Mission Select Police Cruiser (FP12672) |
| 139 | | Master Schedule Report for 2001 Aquatic Rescue Command Center (ARCC) (FP6468) |
| 140 | | Master Schedule Report for 2003 Mountain Action Command Center (MACC) (FP15773-15774) |
| 141 | | [Removed] |
| 142 | | Video Mission Backpacks |
| 143 | | [Removed] |
| 144 | | Reports of royalties paid to Carterbench (FP0775-0888) |
| 145 | | Pro forma royalty reports (FP13381-13523) |
| 146 | | Reports of royalties paid to Bang Zoom (FP15692-15770) |
| 147 | | Summary of royalties paid to Bang Zoom (FP15691) |
| 148 | | Rescue Heroes television spots (FP15785) (DVD) |
| 149 | | Fisher-Price Movie Viewer Spider-Man cartridge (Depo. Ex. 282) |
| 150 | | Fisher-Price blank Concept Submission Form |
| 151 | | Voice Tech Jake Justice figure (Depo. Ex. 214) |
| 152 | | Package for Voice Tech Jake Justice figure (Depo. Ex. 214) |
| 153 | | 2001 Toy Fair catalog excerpts showing Wild Adventures products (FP15658-15660) |

| Joint No. | Admitted | Description |
|---|---|---|
| 154 | | "World's Greatest Super Heroes! 1972-1982" book (FP14988-15017) |
| 155 | | Toy Biz 1992 catalog excerpts showing Talking Marvel Super Heroes figures (FP2059-2060) |
| 156 | | Toy Biz 1994 catalog excerpts showing Projectors figures (FP2061-2064) |
| 157 | | Toy Biz 1995 catalog excerpts showing Projectors figures (FP2065-2068) |
| 158 | | Mission Command documents (FP5559-5560, 7181, 13534, 13536-13537) |
| 159 | | Mission Select documents (FP8508, 8510, 8512, 8515, 8521-8522) |
| 160 | | MACC documents (FP14216-14222, 10815, 11593-11597) |
| 161 | | Design Innovation invoices (DI 323, 253, 113, 248, 240, 228, 212, 185, 172, 167, 124, 130, 157, 148, 066, 093, 079, 385, 374, 091, 346, 106, 337, 332) |
| 162 | | Secret Wars Daredevil figure (Depo. Ex. 329) |
| 163 | | Catalog pages showing Hardy Boys Frank Hardy figure with backpack radio (FP2129, 2133) |
| 164 | | Resumé of Abram E. Hoffman, DBA |
| 165 | | Lost Profits and Reasonable Royalties (Hoffman Update to Report, Ex. 4A) |
| 166 | | Operating Profits (Hoffman Update to Report, Ex. 5A Corrected) |
| 167 | | Closeout Units and Sales Revenue, 2001-2005 (Hoffman Update to Report, Ex. 6) |
| 168 | | Direct Sales, 2001-2004 (Hoffman Update to Report, Ex. 7) |
| 169 | | Worldwide Sales, 2000 through 2004 (FP14922) |
| 170 | | Worldwide Sales, 2000 through 9/30/05 (FP15786) |

| Joint No. | Admitted | Description |
|---|---|---|
| 171 | | Worldwide P and L, 2000-2004 Actuals (FP15308-15312) |
| 172 | | Worldwide P and L, 2001 Actuals and Adjusted (FP15787) |
| 173 | | Optic Force SKUs (FP15313) |
| 174 | | Closeout Sales Units, 2001-2004 (FP15788) |
| 175 | | Backpack for Mission Select Billy Blazes figure |
| 176 | | Backpack drawing (FP8507) |
| 177 | | Backpack drawing (FP8508) |
| 178 | | Backpack drawing (FP8510) |
| 179 | | Backpack drawing (FP8513) |
| 180 | | Sample of lenticular plastic sheet |
| 181 | | Drawings of Virtual Video backpacks (FP14907-14908) |
| 182 | | **[Removed]** |
| 183 | | Photos of models created by Design Innovation for Fisher-Price (DI064) (CD) |
| 184 | | Photos of Design Innovation telescope backpack model (from DI064) |
| 185 | | Photos of Design Innovation microscope backpack model (from DI064) |
| 186 | | Photos of Design Innovation camera backpack model from (from DI064) |
| 187 | | Photos of Design Innovation infra-red scope backpack model (from DI064) |
| 188 | | Photos of Design Innovation periscope backpack model (from DI064) |

| Joint No. | Admitted | Description |
|---|---|---|
| 189 | | Prototype film reel story sequence |
| 190 | | Page from Carterbench Virtual Video brochure (FP15451) |
| 191 | | Resumé of Howard N. Bollinger |
| 192 | | Catalog page showing Kenner Six Million Dollar Man (FP1900) |
| 193 | | Catalog pages showing Kenner Centurions figures (FP2140-2152) |
| 194 | | Catalog pages showing Kenner MASK line of figures and accessories (FP15631-15657) |
| 195 | | Catalog page showing the Real Ghostbusters figures (FP2189) |
| 196 | | U.S. Patent No. 5,973,591 (Electronics Signaling System) (FP14266-14281) |
| 197 | | U. S. Patent No. 5,959,281 (Interactive Card Reading System) (FP14345-14361) |
| 198 | | U. S. patent No. 5,813,861 (Talking Phonics Interactive Learning Device) (FP14282-14293) |
| 199 | | U.S. Patent No. 5,695,345 (Synchronized Combined Sound and Sight Entertainment and Educational System) (FP14294-14311) |
| 200 | | Design Innovation file re "Fisher-Price Police Dog" (DI322-330) |
| 201 | | Design Innovation 08/25/99 Product Disclosure Form re "Nosey Nozzles" (FP15092-15093) |
| 202 | | Design Innovation 02/04/92 Policy and Agreement re "Craft Items" (FP15089-15091) |
| 203 | | Design Innovation 03/30/93 Development Agreement re "Preschool Vehicles" (FP15074-15081) |
| 204 | | Design Innovation 04/08/93 Agreement for Design Services (DI474-481) |
| 205 | | Design Innovation 09/06/02 Product Disclosure Form re "Laugh and Spray" sound-activated sprinkler (FP15098-15099) |

BFLODOCS #1427981
1/3/2006 1:04 PM

| Joint No. | Admitted | Description |
|---|---|---|
| 206 | | Design Innovation 12/06/94 Design Services Agreement (DI483-486) |
| 207 | | 06/13/02 "Contract Summary (Revised)" (FP0305-0308) |
| 208 | | 10/03/01 "Contract Summary (Revised)" (FP0533-0536) |
| 209 | | Plaintiffs' 02/03/03 Complaint |
| 210 | | [Removed] |
| 211 | | Letter from Paul Snyder to Victor Reiling dated 11/04/94 (VGR0097) |
| 212 | | Email from Peter Pook to Pat Grabianowski dated 10/18/00 (FP0990) |
| 213 | | Email from David Ciganko to Pat Grabianowski dated 04/06/01 (FP0933) |
| 214 | | Email from David Ciganko to Pat Grabianowski dated 04/11/01 (FP0927) |
| 215 | | Email from Rob Kay to Tina Zinter dated 09/22/00 (FP0751) |
| 216 | | Email from Suzanne Robinson to James Bauman dated 01/15/01 (FP14903-14904) |
| 217 | | Fisher-Price Product Disclosure Form from Carterbench 01/18/01 (FP14902) |
| 218 | | Email from Suzanne Robinson to James Bauman dated 01/15/01 (FP0935) |
| 219 | | Letter of Intent from Fisher-Price to Carterbench dated 12/19/00 (FP0922-0923) |
| 220 | | Letter from Pat Grabianowski to Victor Reiling and Design Innovation 02/23/99 (VGR0185) |
| 221 | | 2003 Fisher-Price Reference Guide (pages 28-43) |
| 222 | | Document entitled "Fisher-Price Boys Line 3-5 Review January 29, 2001" (FP0267-0295) |

| Joint No. | Admitted | Description |
|---|---|---|
| 223 |  | Voice Tech Video Mission Rescue Heroes action figure |
| 224 |  | Packaging for Jack Hammer action figure |
| 225 |  | Mission Command Jack Hammer action figure |
| 226 |  | Mission Select Gil Gripper action figure |
| 227 |  | Packaging for Rescue Heroes action figure |
| 228 |  | Voice Tech Video Mission Rescue Hero action figure (Depo. Ex. 81) |
| 229 |  | Voice Tech Video Mission Rescue Hero action figure (Depo. Ex. 60) |