UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

Plaintiffs,

- against -

FISHER-PRICE, INC.,

Defendant.

Index No.: 3:03 CV 222 (JBA)

December 22, 2005

## PLAINTIFF'S EXHIBIT LIST

Plaintiff, Design Innovation, Inc. ("DI"), respectfully submits the following list of exhibits expected to be offered at trial:

| Deposition Exhibit # | Bates # | Description |
|---|---|---|
| 5 | FP0267 - FP0295 | Document entitled "Fisher-Price Boys 3-5 Line Review January 29, 2001" |
| 20 | FP0990 | Email from Peter Pook to Pat Grabianowski dated 10/18/00 |
| 21 | FP0933 | Email from David Ciganko to Pat Grabianowski dated 04/06/01 |
| 22 | FP0927 | Email from David Ciganko to Pat Grabianowski dated 04/11/01 |
| 23 | FP0751 | Email from Rob Kay to Tina Zinter dated 09/22/00 |
| 50 | | Prototype car from Victor Reiling's "Slam Jammers" submission to Fisher-Price |
| 51 | | Fisher-Price's "Crash Zone" car |
| 52 | | Fisher-Price's "Crash Zone Car Crusher" |
| 53 | | Fisher-Price's "Crash Zone Launcher" |
| 55 | | Letter from Paul Snyder to Victor Reiling dated 11/04/94 |
| 56 | | Fisher-Price Wish List dated 02/28/94 |

| | | |
|---|---|---|
| 57 | | Fisher-Price 2003 Wish List (3 pages) |
| 58 | | Letter from Paul Snyder to Victor Reiling dated 03/01/94 |
| 59 | | Letter from Paul Snyder to Victor Reiling dated 03/04/94 |
| 60 | | Voice Tech Video Mission Rescue Hero action figure |
| 61 | | Letters from D. Lawrence Davis to Victor Reiling dated 08/19/87, 10/9/87, 10/28/87 |
| 62 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 63 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 64 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 65 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 66 | | Photo of Victor Reiling's "First Bike" prototype and Fisher-Price's "Mountain Bike" |
| 67 | | Letter from Peter Pook to Victor Reiling dated 03/21/86; Letter from Victor Reiling to Paul Snyder dated 06/06/94 (3 pages); Letter from Victor Reiling to Paul Snyder dated 06/28/94; Letter from Paul Snyder to Victor Reiling dated 07/01/94; Letter Agreement from Paul Snyder to Victor Reiling dated 07/14/94 (2 pages); Letter from Dan Ferrara to Paul Snyder dated 07/15/94; Letter from Mary Casey to Victor Reiling dated 07/27/94; Letter from Victor Reiling to Paul Snyder dated 08/09/94 |
| 80 | | Fisher-Price's Mission Select CD-ROM game |
| 81 | | Voice Tech Rescue Hero action figure |
| 82 | FP14901 | Email from Suzanne Robinson to Jim Bauman dated 01/02/01 |
| 83 | FP14903-FP14904 | Letter from Suzanne Robinson to Jim Bauman dated 01/15/01 |
| 84 | FP14902 | Fisher-Price Product Disclosure Form |
| 85 | FP0935 | Email from Suzanne Robinson to Jim Bauman |
| 86 | FP0913 | Fisher-Price External Design Report with handwritten note |
| 87 | FP0001-FP0002 | Fisher-Price External Design Report |
| 88 | FP0003 | Fisher-Price External Design Report |
| 89 | VGR0185 | Letter from Pat Grabianowski to Victor Reiling and Design Innovation dated 02/23/99 |

| 90 | FP0004-FP0005 | Fisher-Price External Design Report |
|---|---|---|
| 95 | | Expert Report of Howard Bollinger on behalf of Fisher-Price |
| 96 | | Supplemental Expert Report of Howard Bollinger on behalf of Fisher-Price |
| 98 | | Kenner Catalog Page – Alvin the Aardvark |
| 99 | | Kenner Catalog Pages – Nerf |
| 100 | | Kenner Catalog Pages – Starting Lineup |
| 101 | | Internet Printout from FlashlightMuseum.com |
| 102 | FP0018-FP0019 | Policy and Agreement between Fisher-Price and Victor Reiling |
| 103 | | Agreement for Design Services between Fisher-Price and Design Innovation (4 pages) |
| 105 | | Photograph of Fisher-Price's "Egg-A-Saurs" toy |
| 120 | | Photograph of Fisher-Price's Optic Force Rescue Heroes "Telly Photo" character |
| 121 | FP0768-FP0771 | Fisher-Price External Design Report |
| 122 | FP0894 | Fisher-Price External Design Report |
| 123 | DI063 | Email from Stan Clutton to Design Innovation dated 11/07/03 |
| 200 | VGR0004 | Written Description of Plaintiff's Concept |
| 201 | DI001-DI002 | Drawings of Plaintiff's Concept |
| 202 | | Plaintiff's prototype |
| 203 | FP0055 | Drawing of TV Reporter/Photographer |
| 204 | FP0061 | Drawing of TV Camera |
| 205 | FP0073 | Fisher-Price Concept Submission Form |
| 206 | DI010 | Facsimile from Pat Grabianowski to Victor Reiling dated 12/08/98 |
| 207 | DI011 | Facsimile from Victor Reiling to Pat Grabianowski dated 02/02/99 |
| 209 | | Voice Tech Video Mission Rescue Heroes action figure |
| 210 | VGR0010-VGR0017 | Option Agreement between Fisher-Price, Victor Reiling and Design Innovation |
| 211 | DI020 | Letter from Henry Schmidt to Victor Reiling and Design Innovation dated 03/23/99 |
| 212 | DI021-DI022 | Written description dated 05/22/99; drawing |
| 213 | | Voice Tech Billy Blazes action figure |
| 214 | | Voice Tech Jake Justice action figure |
| 215 | | Packaging for Jack Hammer action figure |
| 216 | | Mission Command Jack Hammer action figure |
| 217 | DI032-DI035 | Letter from Greg Battersby to Neil Friedman dated 07/25/02 |
| 218 | | Mission Select Gil Gripper action figure |

| | | |
|---|---|---|
| 219 | | Voice Tech Firetruck |
| 220 | | Voice Tech Jet |
| 222 | | Packaging for Voice Tech Firetruck |
| 223 | | Packaging for Voice Tech Jet |
| 224 | | Voice Tech Police Cruiser |
| 225 | | Packaging for Voice Tech Police Cruiser |
| 228 | DI023-DI026 | Written description dated 12/07/00; drawings |
| 229 | DI027 | Letter from Pat Grabianowski to Victor Reiling dated 01/05/01 |
| 234 | | Packaging for Rescue Heroes action figure |
| 235 | | Expert Report of James Kipling |
| 236 | | Video Mission Gil Gripper action figure |
| 237 | | Mission Select action figure |
| 238 | | Optic Force Telly Photo action figure |
| 249 | | Optic Force Telly Photo action figure |
| 254 | | X-Men Wolverine action figure |
| 256 | | Mission Command Billy Blazes action figure |
| 257 | | Mission Select Police Cruiser |
| 258 | | Photo of Mission Select Firetruck |
| 260 | | Portion of Aquatic Rescue Command Center |
| 261 | | Portion of Mountain Action Command Center |
| 262 | | Mountain Action Command Center |
| 263 | | Second Amended Complaint |
| 269 | | Secret Wars action figure |
| 270 | DI051, DI052, DI054 | Letter from Bruce Popek to Tom McCormick dated 03/20/02 |
| 271 | DI053 | Letter from Tom McCormick to Bruce Popek dated 03/27/02 |
| 273 | | Supplemental Expert Reports of James Kipling |
| 274 | DI064 | Color version of DI054 |
| 275 | | Spiderman action figure |
| 276 | | Captain America action figure |
| 277 | | Teenage Mutant Ninja Turtle action figure |
| 328 | | Adventure People camera |
| 329 | | Packaging for Secret Wars figure |
| 330 | | Plaintiffs' Amended Responses to Defendant's Third Set of Interrogatories |
| 334 | | Plaintiffs' Responses to Defendant's Fourth Set of Interrogatories |
| 335 | | Expert Report of Alan Ratliff |
| 336 | | Supplemental Letter and Exhibits from Alan Ratliff dated 03/30/05 |
| 339 | | Fisher-Price's Responses and Objections to Plaintiffs' Third Set of Interrogatories |

| | | |
|---|---|---|
| | | Fisher-Price 2003 Reference Guide (pages 28-43) |
| | | Fisher-Price 2002 Toy Fair Catalog (pages 78-89) |
| | | Fisher-Price 2001 Toy Fair Catalog (pages 76-85) |
| | | Fisher-Price 2000 Toy Fair Catalog (pages 72-81) |
| | | Fisher-Price 1999 Toy Fair Catalog (pages 66-73) |
| | | Fisher-Price 1998 Toy Fair Catalog (pages 60-63) |
| | | Fisher-Price 1998 Pre-Toy Fair Catalog (pages 28-29) |
| | | Aquatic Rescue Command Center |
| | | Mission Select Mountain Action Command Center |
| | | Mission Select Police Cruiser |
| | | Mission Select Firetruck |
| | FP0775 – FP0888 | Documents evidencing sales of Rescue Heroes line of products and line extensions |
| | FP13381 – FP13523 | Documents evidencing sales of Rescue Heroes line of products and line extensions |
| | FP15308 – FP15313 | Documents evidencing sales of Rescue Heroes line of products and line extensions |
| | FP15786 – FP15788 | Documents evidencing sales of Rescue Heroes line of products and line extensions |
| | VGR0071-VGR0072 | Fisher-Price Wish List dated May 2001 |
| | VGR0073-VGR0075 | Fisher-Price Wish List dated February 2002 |
| | VGR0088-VGR0089 | Option Agreement between Victor G. Reiling Associates and Fisher-Price regarding "Slam Jammers" |
| | VGR0097 | Letter from Paul Snyder to Victor Reiling dated 11/04/94 |
| | VGR0102 | Letter from Robert Kolich to Victor Reiling dated 03/02/89 |
| | VGR0103 | Letter from Thomas Mason to Victor Reiling dated 11/13/87 |
| | VGR0104-VGR0105 | Brochure entitled "An Evening with the Inventors, Fisher-Price Toy Fair 1989" |
| | VGR0140-VGR0155 | Correspondence and Agreement between Fisher-Price, Victor Reiling and Bryan Dean regarding "Slam Jammers" |
| | VGR0193-VGR0194 | Fisher-Price Policy and Agreement form regarding "First Bike" concept submission |

5

| | VGR0235 | Letter from Thomas Mason to Victor Reiling dated 04/07/87 |
|---|---|---|
| | VGR0247 | Letter from Thomas Mason to Victor Reiling dated 02/26/90 |
| | VGR0290 | Letter from Thomas Mason to Victor Reiling dated 11/13/87 |
| | VGR0291 | Letter from Robert Kolich to Victor Reiling dated 03/02/89 |
| | VGR0310 | Letter from Paul Snyder to Victor Reiling dated 09/02/83 |
| | VGR0315 | Letter from Paul Snyder to Victor Reiling dated 05/23/83 |
| | VGR0326 | Letter from Paul Snyder to Victor Reiling dated 01/27/84 |
| | VGR0534 | Letter from Paul Snyder to Victor Reiling dated 03/03/99 |
| | VGR0450-VGR0497 | Kenner Catalog Pages – Nerf |
| | VGR0498-VGR0532 | Kenner Catalog Pages – Starting Lineup |
| | DI055 | Email from Beth Hageman to Design Innovation dated 01/05/04 |
| | DI414 | Chart summarizing Design Innovation's combined sales to Fisher-Price, Fisher-Price Brands and Mattel from 1999-2003 |
| | DI415-DI416 | Fisher-Price Wish List dated 06/30/97 |
| | DI417-DI419 DI541-DI543 | Documents relating to Design Innovation's "Silly Sounds" and Fisher-Price's "Egg-A-Saurs" |
| | DI420-DI440 | License Agreement between Fisher-Price and Kiscom regarding "Silly Sounds" |
| | DI441-DI447 | Documents relating to Design Innovation's "Bubble Sprinkler" and Fisher-Price's "Silly Willy Bubblin' Sprinkler" |
| | DI500-DI508 | License Agreement between Design Innovation and Mattel |
| | DI523-DI524 | Fisher-Price Wish List dated June 1998 |
| | FP0336-FP0408 | License Agreement between Fisher-Price and Virtual Video (UK) Limited |
| | FP0922-FP0923 | Letter of Intent from Fisher-Price to Carterbench Product Development dated 12/19/00 & Advance Payment |
| | FP0409-FP0412 | Fisher-Price/Virtual Video Contract Summary dated 06/15/01 |
| | FP0533-FP0536 | Fisher-Price/Virtual Video Contract Summary dated 10/03/01 |
| | FP0305-FP0308 | Fisher-Price/Virtual Video Contract Summary dated 06/13/02 |

6

| | FP0297-FP0300 | Fisher-Price/Virtual Video Contract Summary dated 10/14/02 |
|---|---|---|
| | | Mattel's 2000 10-K Annual Report |
| | | Mattel's 2001 10-K Annual Report |
| | | Mattel's 2002 10-K Annual Report |
| | | Mattel's 2003 10-K Annual Report |
| | | Mattel's 2004 10-K Annual Report |
| | | Mattel's 2005 10-K Annual Report |

Dated: Norwalk, Connecticut
       December 22, 2005

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
    Gregory J. Battersby (Bar No. 7386)
    Edmund J. Ferdinand, III (Bar No. 21287)
    Russell D. Dize (Bar No. 23064)
    Susan Schlesinger (Bar No. 26625)
    488 Main Avenue, Third Floor
    Norwalk, Connecticut 06851-1008
    (p) (203) 849-8300
    (f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
    Jay H. Sandak, Esq.
    Peter M. Nolin, Esq.
    707 Summer Street
    Stamford, Connecticut 06901-1026
    (p) (203) 425-4200
    (f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

7