Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

COPY

-------------------------------)
VICTOR G. REILING ASSOCIATES   )
and DESIGN INNOVATION, INC.    )
          Plaintiff(s),        )
VS                             ) Index No.
                               ) 3:03 CV 222 (JBA)
FISHER-PRICE, INC.             )
          Defendant(s).        )
-------------------------------)


DEPOSITION Of:  BRUCE BENEDETTO
DATE:           January 27, 2005
HELD AT:        Robinson & Cole
                280 Trumbull Street
                Hartford, Connecticut


Reporter: JENNY C. EBNER, RPR, LSR 00030.
BRANDON SMITH REPORTING SERVICES, LLC
44 Capitol Avenue
Hartford, CT. 06106
(860) 549-1850

```
 1      A   There isn't a backpack on it.
 2      Q   Okay.  Can you identify any of the
 3   features of the Reel Heros Concept in the Voice Tech
 4   Police Cruiser, Exhibit 224?
 5      A   Other than it's -- I would consider it a
 6   line extension of the figures, no.
 7      Q   Okay.  Do you know whether this was in
 8   existence earlier than any of the Rescue Heros
 9   figures that you are making a claim against?
10      A   I do not.
11      Q   When you say you would consider it a line
12   extension, what does that phrase mean, "line
13   extension"?
14      A   A product or product line that is -- comes
15   from another product.
16      Q   When inventors make submissions to toy
17   companies, do they, in your experience, negotiate
18   over whether or not they will receive royalties on
19   line extensions?
20      A   Sometimes I believe they do.
21      Q   Is it fair to say that whether an inventor
22   receives a royalty on line extensions is negotiated
23   between the inventor and toy company on a
24   case-by-case basis?
25      A   Yes, I would say that is fair.
```

Page 78

```
 1      Q   Sometimes the toy companies will agree to
 2  pay on line extensions and sometimes they refuse.
 3  Correct?
 4      A   Yes.
 5      Q   And the inventor gets whatever rights he
 6  can negotiate.  Is that also your experience?
 7      A   Yes.
 8      Q   Do you know whether the option agreement
 9  relating to the Reel Heros Concept contained any
10  mention of line extensions?
11      A   I do not know that.
12      Q   Now, with respect to the other Voice Tech
13  vehicles, are you familiar -- strike that.
14          Let me start again.  Are you familiar with
15  the other two Voice Tech vehicles, a fire truck and
16  jet?
17      A   Yes.
18      Q   When I talk about the Voice Tech vehicles,
19  do you understand I am referring to the ones that do
20  not have the Mission Select dial on them?
21      A   I believe so.
22      Q   Like this one (indicating.)
23      A   Yes. Is there pictures of the other one on
24  here?
25      Q   I will get you one to make that more
```