# Fisher-Price, Inc.

## POLICY AND AGREEMENT
## CONCERNING IDEAS SUBMITTED BY PERSONS OUTSIDE OF FISHER-PRICE, INC.

### POLICY

New product ideas are important to Fisher-Price, Inc. While we employ a staff of designers and engineers to develop new products for us we are also receptive to offers of rights to new ideas from certain sources outside the company. We receive many unsolicited outside ideas and have found that most of these are not new and often are either concepts which are already in the public domain or are the same or similar to ideas developed by our own staff. For these reasons, and in order to avoid any disagreements, Fisher-Price, Inc. can review outside ideas only according to the conditions of the agreement below.

Our policy is founded in our desire to preserve our rights (A) in the previous and current ideas and developments of our own staff, (B) to use anything in the public domain, (C) to defend against patents which we believe to be invalid. We also wish to avoid uncertainty or disagreement as to what is disclosed to us.

### AGREEMENT

Our policy requires that we accept outside submissions only when a copy of this Agreement is signed, and further that we accept only such matter as is reduced to writing, dated, and signed by you and acknowledged by us as detailed on our Concept Submission Form. Please understand that it is necessary for us and for your protection to retain a record of your disclosure for our files.

1. The disclosure must be understood to be purely voluntary and no confidential relationship is to be established by such disclosure or implied from our consideration of the submitted material, and the material is not to be considered submitted "in confidence." Confidential relationships have been held to create obligations which are beyond those that the company is willing to assume.

2. No obligation of any kind is assumed by, nor may be implied against Fisher-Price, Inc., unless and until a formal written contract has been entered into, and then the obligation shall be only such as is expressed in the formal written contract executed by an officer of Fisher-Price, Inc. Fisher-Price, Inc. has no obligation to compensate you for any damage which may occur in shipment. Any claims for loss or damage occurring during shipment should be filed directly with the transportation company.

3. We assure you that we intend to deal fairly with you in connection with your disclosure. You must understand and agree that in return for receiving and examining your disclosure, we are released from any liability in connection with the receipt and examination of your disclosure, except as to such liability that may accrue under any valid patents or copyrights that you now or hereafter own or control. Fisher-Price, Inc. alone shall determine whether compensation shall be paid, and if paid, the amount of such compensation.

4. Product concepts will be submitted to Fisher-Price, Inc. by the Designer in written supplements to this Agreement in the form of Concept Submission Forms, signed and dated by both parties. Our review of your idea and/or an offer to negotiate with you is not an admission of novelty, priority, or originality and does not prejudice our rights to contest any existing or future patents or copyrights on the idea. All features which you believe to be unique or points of differentiation must be outlined on the Concept Submission Form, and all areas of this sheet must be completed in full for your submission to be eligible for review and evaluation by Fisher-Price, Inc. Any form received without this information will be returned for completion.

Page 1 of 2

FP 3552 (1.94) KS

Reorder from Fisher-Price Print Services, East Aurora

Fisher-Price, Inc., 636 Girard Ave., East Aurora, NY 14052 (716) 687-3000

FP 0018

5. No employee or representative of Fisher-Price, Inc. is authorized to solicit any disclosure or to do any other act or make any representations from which any relationship may be implied other than that expressed in this document.

6. A) This Agreement shall have an indefinite term commencing on  12/15/94  and expiring upon thirty (30) days written notice.

   or

   B) This Agreement shall have a term commencing on _____ and expiring _____, unless earlier terminated by Fisher-Price, Inc. on thirty (30) days written notice.

7. This Agreement is the entire understanding between the parties and no change in Agreement or modification shall be effective unless executed in writing.

SIGNATURE: [signed]
PRINT NAME: VICTOR G. REICHARD
DATE:
TITLE: PRINCIPAL
SOCIAL SECURITY OR FEDERAL ID #: 294 34 9375 (SS)
COMPANY NAME: Victor G. Reichard Assoc.
ADDRESS: 209 Sharon Rd
CITY/COUNTRY, STATE, ZIP: Lakeville, CT
PHONE #: 203 435 8932 (FAX SAME)
FAX #:

For Fisher-Price, Inc.:
SIGNATURE: [signed]
PRINT NAME: PAUL D. SNYDER   12/15/94
TITLE: V.P. R&D SERVICES

Please send your signed, dated, and completed Concept Submission Form, together with any materials you wish to have us consider to:

FISHER-PRICE, INC.
Outside Submissions
Research & Development
636 Girard Avenue
East Aurora, New York 14052

NOTE: Please pack all materials carefully and enclose a detailed packaging list.