



February 22, 1999

Mr. Victor G. Reiling
Victor G. Reiling Associates
119 North Main Street
P.O. Box 677
Kent, CT 06757-0677

Re:   Option Agreement for Reel/Real Heroes

Dear Mr. Reiling:

Enclosed is your original fully executed Option Agreement. The option payment will be forwarded under separate cover.

We look forward to the potential introduction of a successful extension to our Real Heroes product line.

Sincerely,

ELIZABETH M. TOMMANEY
Senior Counsel

/ver
Enclosures

cc:   Doug Melville

CONFIDENTIAL

VGR 0010

Fisher-Price, Inc., 636 Girard Ave., East Aurora, New York 14052 (716) 687-3000



February 16, 1999

Mr. Victor G. Reiling          Mr. Doug Melville
Victor G. Reiling Associates   Design Innovation
119 North Mail Street          20 Tower Lane
P.O. Box 677                   Avon, CT 06001
Kent, CT 06757-0677            TEL: (860) 409-7494
TEL: (860) 927-1927            FAX: (860) 709-7497

RE: Option Agreement for "Reel/Real Heroes" Concept

Dear Mr. Reiling and Mr. Melville:

This Option Agreement will confirm the understanding between Victor G. Reiling Associates, hereinafter referred to as ("REILING") and Design Innovation, hereinafter referred to as ("DESIGN"), hereinafter jointly referred to as ("INVENTORS"), and FISHER-PRICE, INC. relative to the Reel/Real Heroes concept as is more completely described in the attached Exhibit A (hereinafter the "CONCEPT").

1. INVENTORS represent that they own all rights in and to the CONCEPT and have the sole right to grant the option and exclusive license as set forth herein.

2. INVENTORS hereby grant to FISHER-PRICE, INC. the exclusive option (hereinafter the "OPTION") to obtain from INVENTORS the exclusive, worldwide rights to make, have made, use, advertise and/or sell products incorporating the CONCEPT (hereinafter the "LICENSED PRODUCTS") or at FISHER-PRICE, INC.'s sole choice, an assignment of all rights including all intellectual property rights in the CONCEPT. This OPTION shall begin on February 1, 1999 and shall expire on May 1, 1999 (hereinafter the "OPTION TERM").

3. In consideration of the option granted, FISHER-PRICE, INC. agrees to pay to INVENTORS two thousand five hundred U.S. dollars (U.S.$2,500), said payment shall be allocated one thousand two hundred fifty U.S. dollars (U.S. $1,250) to REILING and one thousand two hundred fifty U.S. dollars (U.S. $1,250) to DESIGN

ONFIDENTIAL

VGR 0011

(hereinafter "OPTION PAYMENTS"), per thirty (30) day period (hereinafter "OPTION PERIOD") during the OPTION TERM as non-refundable advances against any future royalties generated by the sale of the LICENSED PRODUCTS. The OPTION PAYMENTS are due at the beginning of each OPTION PERIOD. If FISHER-PRICE, INC. cancels this Option Agreement prior to the end of any OPTION PERIOD during the OPTION TERM, full payment for that OPTION PERIOD will be made, if not paid already, and future OPTION PAYMENTS will be cancelled and all rights in the CONCEPT shall belong solely to INVENTORS.

4. If FISHER-PRICE, INC. should choose not to exercise the OPTION on or before the end of the OPTION TERM, neither party shall have any additional obligations to each other, except the above mentioned OPTION PAYMENTS which may be due at the time of termination of this Option Agreement, and the return to INVENTORS of all prototypes developed by INVENTORS.

5. During the OPTION TERM, INVENTORS agree not to show or discuss the CONCEPT or any similar idea, product or concept with any other prospective licensee or agent thereof or any other party unless approved in writing by FISHER-PRICE, INC. beforehand.

6. If FISHER-PRICE, INC. should choose to exercise this OPTION, such decision shall be communicated to INVENTORS either orally or in writing by FISHER-PRICE, INC. signing and forwarding to INVENTORS the form attached hereto as Exhibit B. Upon such exercise, all three parties agree to negotiate, in good faith, an agreement which shall include the following material items:

   a. <u>Term</u> - Perpetual as long as FISHER-PRICE, INC. actively pursues development and sale of any LICENSED PRODUCTS, including a twelve (12) month sell-off period after the product is dropped or should FISHER-PRICE, INC. choose to terminate the LICENSE AGREEMENT.

   b. <u>Rights</u> - Exclusive and worldwide to FISHER-PRICE, INC. to make, have made, use, sell, package, distribute, and advertise the LICENSED PRODUCTS and to exercise full

CONFIDENTIAL

-2-

      privileges under all intellectual property rights pertaining to or arising therefrom.

  c.  <u>Royalty</u> - Three percent (3%) for the product in the Real Heroes line and five percent (5%) if used without incorporating any existing FISHER-PRICE product or product line, of FISHER-PRICE, INC.'s gross wholesale selling price (hereinafter "SELLING PRICE") in a given country where the sale occurs. The SELLING PRICE is defined as the gross invoice amount for the sale of all LICENSED PRODUCTS by FISHER-PRICE, INC. to non-related entities, less the deduction of all discounts and allowances of whatever nature allowed customers including but not limited to: cash or trade discounts and allowances, credits for returned, lost or damaged goods, royalties paid to a third party for character or related endorsement, retail advertising allowances, markdown allowances, and any other costs to FISHER-PRICE, INC. or deductions allowed to its customers, which shall not exceed a certain percentage, which shall be negotiated in good faith by both parties.

  d.  <u>Advance</u> - Advance will be sales forecast units first year times projected selling price times three percent divided by four and less any Option money paid.

  e.  <u>Warranty of Title and Noninfringement</u> - This warranty is fully provided to FISHER-PRICE, INC. by INVENTORS.

  f.  <u>Exploitation and Commercial Market</u> - There is no duty by FISHER-PRICE, INC. to exploit and no representation by FISHER-PRICE, INC. as to the dollar value of market.

7.  If, upon exercise of the option, FISHER-PRICE, INC. elects to obtain title by assignment of the CONCEPT, FISHER-PRICE, INC. shall be deemed the owner thereof upon payment to INVENTORS of the additional sum, to be negotiated, together with the further periodic payment, to be negotiated, of FISHER-PRICE, INC.'s SELLING PRICE as said term is defined in paragraph 6.c. herein. In the event FISHER-PRICE, INC. so elects, INVENTORS shall

Case 3:03-cv-00222-JBA   Document 185-13   Filed 01/06/2006   Page 5 of 8

execute any and all documents and provide any information requested by FISHER-PRICE, INC. for the purpose of obtaining patent, copyright, trademark or other intellectual property protection for FISHER-PRICE, INC. thereon.

8. INVENTORS understand that FISHER-PRICE, INC.'s ability to successfully market the LICENSED PRODUCTS requires that any information regarding FISHER-PRICE, INC.'s products or plans for marketing products must be regarded as a secret of FISHER-PRICE, INC. Accordingly, INVENTORS agree to treat in strictest confidence, in a manner adequate to protect trade secret rights, any information relating to the LICENSED PRODUCTS and the existence of this Option Agreement itself, unless the information is made public by FISHER-PRICE, INC.

9. Each party represents that the individual signing this Option Agreement on that party's behalf has been duly authorized to undertake the obligations and to bind the corporation or partnership to carry out the terms hereof.

10. This Option Agreement shall be constructed in accordance with the laws of the State of New York, except for its Conflict of Laws doctrine, and both parties agree that personal jurisdiction will be proper only in New York State and venue will be proper only in the courts located in Erie County, New York.

    Please sign all three copies of this Option Agreement and return one signed copy to my attention. Upon receipt of your executed copy of this Option Agreement, the first OPTION PAYMENT will be forwarded to you. If you have any questions, please contact me at 716-687-3295.

Sincerely,

FISHER-PRICE, INC.

By: _____
    Elizabeth M. Tommaney

Title: _____Senior Attorney_____

AGREED:

| VICTOR G. REILING ASSOCIATES | DESIGN INNOVATION |
|---|---|
| BY: _____ | BY: _____ |
| PRINT NAME: Victor G. Reiling | PRINT NAME: DOUGLAS F. MELVILLE Jr |
| DATE: 2/17/99 | DATE: 2-18-99 |
| ~~FEDERAL I.D.~~ # 294 84 9375 | FEDERAL I.D. # 06-1226521 ~~06-1478255~~ |
| or | or |
| ✓ SOCIAL SECURITY NUMBER (if not incorporated) | SOCIAL SECURITY NUMBER (if not incorporated) |

EXHIBIT A

CONCEPT:    Reel/Real Heroes

INVENTORS:   Victor G. Reiling Associates and Design Innovation

DESCRIPTION:    Submitted concept extends 3-D cartoons to action figures play pattern. The concept is a battery operated 3-D film reel that is activated when the child pushes a button on the backpack of the action figure. The child may then look through the viewer on the backpack to see the 3-D film. The concept may include a hand held "camera" with shutter that is operated by the child. The concept may be incorporated into the assorted Fisher-Price Rescue Heroes action figures. The unique aspect of the concept is the combination of existing action figures with 3-D film for play pattern.



VGR 0016    CONFIDENTIAL

EXHIBIT B

TO: Victor G. Reiling Associates and Design Innovation

FROM: Fisher-Price, Inc.

SUBJECT: OPTION AGREEMENT, dated February ___, 1999, REGARDING Reel/Real Heroes CONCEPT

This document is written notice of Fisher-Price, Inc.'s decision to exercise the Option Agreement identified above.

FISHER-PRICE, INC.

_____
(Authorized signature)

_____
(Title)

_____
(Date)

CONFIDENTIAL

VGR 0017