**Liberti, Jacqueline**

| | |
|---|---|
| From: | Jed Ferdinand [ferdinand@gandb.com] |
| Sent: | Thursday, December 22, 2005 9:02 AM |
| To: | Lane, Robert |
| Cc: | pnolin@shglaw.com; Galvin, Jodyann; Jay H. Sandak; Greg Battersby; Russell D. Dize; Susan M. Schlesinger |
| Subject: | Re: voice tech vehicles |

Dear Bob:

Plaintiff disagrees. First, your use of the term "voice tech vehicles" is overbroad. In the Court's 2004 opinion on the motion to amend, the judge referred only to the "Voice Tech Jet" and "Voice Tech Fire Truck." (Op. at 6-8). Second, Plaintiff believes that even with respect to those two products it can still recover damages in whole or in part on its remaining claims, for reasons that were not put before the Court on the motion to amend.

Plaintiff concurs that a motion to clarify this issue before trial is in order. We will look forward to defendant's motion in limine on this issue, and will respond accordingly.

Jed Ferdinand

Lane, Robert wrote:
> jed--
>
> we are trying to confirm the products that are still in the case--or
> at least clarify any areas where the parties disagree.
>
> our interpretation of the current state of the case is that there are
> no surviving claims relating to the voice tech vehicles. you may
> recall the judge dismissed the tort claims relating to these products
> as time barred at the time of the motion to amend. in her summary
> judgment decision, the implied contract and cutpa claims were
> dismissed. as a result, there appear to be no claims regarding these
products left.
>
> please advise as to whether Design Innovation disagrees that this is
> the current state of the case. if so, we will prepare a motion in
> limine to clarify the issue before trial.
>
> thanks.
>
> --bob lane
>
>
> Robert J. Lane, Jr.
> Hodgson Russ LLP
> One M&T Plaza, Suite 2000
> Buffalo, NY  14203
> (716) 848-1474
> E-Mail:  rlane@hodgsonruss.com
>
> *****In accordance with Internal Revenue Service Circular 230, we
> advise you that unless otherwise expressly stated, any discussion of a
> federal tax issue in this communication or in any attachment is not

1

```
> intended to be used, and it cannot be used, for the purpose of
> avoiding federal tax
> penalties.*****
>
> Confidentiality Notice: This electronic mail transmission is intended
> for the use of the individual or entity to which it is addressed and
> may contain confidential information belonging to the sender which is
> protected by the attorney-client privilege. If you are not the
> intended recipient, you are hereby notified that any disclosure,
> copying, distribution, or the taking of any action in reliance on the
> contents of this information is strictly prohibited. If you have
> received this transmission in error, please notify the sender
> immediately by e-mail and delete the original message. Thank you for your cooperation.
>
```