| | |
|---|---|
| UNITED STATES DISTRICT COURT : <br> DISTRICT OF CONNECTICUT : <br> VICTOR G. REILING ASSOCIATES and : <br> DESIGN INNOVATION, INC., : <br> : <br> Plaintiffs : <br> : <br> v. : <br> : <br> FISHER-PRICE, INC. : <br> : <br> Defendant. : | Civil No. 303CV222(JBA) <br><br> January 6, 2006 |

### NOTICE OF CERTIFICATE OF SERVICE
### OF BOUND DECLARATION OF ROBERT L. LANE
### IN SUPPORT OF FISHER-PRICE'S MOTIONS IN LIMINE

Defendant, Fisher-Price, Inc. hereby notifies the Court that it served a copy of the bound Declaration of Robert L. Lane in support of its Motions in Limine filed on January 6, 2006 as follows:

By Overnight Service on January 3, 2005 to:

> Greogry J. Battersby, Esq. ( Bar No. 07386)
> Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
> Russell D. Dize, Esq. (Bar No. 23064)
> Grimes & Battersby LLP
> 488 Main Avenue, Third Floor
> Norwalk, CT  06851-1008

By Overnight Service on January 4, 2005 to:

> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT  06901

Respectfully Submitted,

By *[signature: Jacqueline D. Bucar]*
Jacqueline D. Bucar
**TYLER COOPER & ALCORN, LLP**
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

**HODGSON RUSS LLP**
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed first class, postage prepaid on this 6th day of January, 2006 as follows:

Greogry J. Battersby, Esq. ( Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
Grimes & Battersby LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851-1008
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Peter M. Nolin, Esq. (Bar No. 06223)
Jay H. Sandak (Bar No. 06703)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
Telephone: (203) 425-4200
Facsimile: (203) 325-8608

_____
Jacqueline D. Bucar (CT 01187)