UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : : : Plaintiffs : : v. : : FISHER-PRICE, INC. : : Defendant. : : | Civil No. 303CV222(JBA)  January 13, 2006 |

### FISHER-PRICE, INC.'S SUPPLEMENTAL OBJECTIONS TO THE INVENTORS' TESTIMONY REGARDING USE / INFRINGEMENT

Fisher-Price supplements its objection to the proposed testimony of Victor Reiling, Bruce Popek, Bruce Benedetto, and Douglas Melville on the issue of "use" of the Reel Heroes concept or alleged incorporation of the concept into any Fisher-Price products as improper and undisclosed expert testimony. This objection was raised in Fisher-Price's Objections to Plaintiff's Witness List, which was incorporated in the parties' Joint Trial Memorandum. The purpose of this supplemental objection is to submit additional supporting authority to the Court.

The proposed testimony by Reiling and the DI principals is plainly expert testimony. It is settled law that ***an inventor cannot testify as to infringement if he has not been disclosed as an expert witness***,[1] and DI has not disclosed Reiling as an expert witness.

---

[1] *See J & M Corp. v. Harley-Davidson, Inc.,* 2000 U.S. Dist. LEXIS 21756, at *60-62 (D. Ariz. Feb 9, 2000), *aff'd*, 269 F.3d 1360 (Fed. Cir. 2001) (refusing to consider opinion of inventor regarding infringement because inventor was never designated as an expert during the litigation); *Freedom Wireless, Inc. v. Boston Comms. Group, Inc.*, 2005 U.S. Dist. LEXIS 8190, at *5-6 (D. Mass. May 2, 2005) (portions of inventor's testimony stricken because they were based on specialized knowledge; holding that opinion as to triviality or obviousness were "abstract opinion, which is several degrees removed from [the witness's] actual experience [and] is the classic type of expert testimony contemplated by Rule 702"). *See also Air Turbine Tech., Inc. v. Atlas Copco AB,* 2005 U.S. App. LEXIS 10417, at *29-30 (Fed. Cir. June 7,

- 2 -

Accordingly, Reiling must be precluded from offering testimony at trial concerning his opinion about Fisher-Price's alleged use/infringement of the Reel Heroes idea.  This same rationale precludes any similar testimony that may be offered by DI's principals at trial because they, like Reiling, are (alleged) inventors and have not been disclosed as expert witnesses.

**Conclusion**

Because Reiling and DI have not been disclosed as expert witnesses, they may not be permitted to testify at trial regarding Fisher-Price's alleged use/infringement of the Reel Heroes concept.

Dated: January 13, 2006

| | |
|---|---|
| **HODGSON RUSS LLP** | **TYLER COOPER & ALCORN, LLP** |
| | Jacqueline D. Bucar |
| By_____ | e-mail:  jbucar@tylercooper.com |
| Robert J. Lane, Jr. | Federal Bar No.: ct01187 |
| e-mail:  rlane@hodgsonruss.com | 205 Church Street |
| Federal Bar No.: ct24598 | P.O. Box 1936 |
| Jodyann Galvin | New Haven, CT 06509-0906 |
| e-mail:  jgalvin@hodgsonruss.com | Telephone:  (203) 784-8269 |
| Federal Bar No.: ct24599 | |
| One M&T Plaza, Suite 2000 | **ROBINSON & COLE LLP** |
| Buffalo, NY 14203-2391 | Bradford S. Babbitt |
| Telephone:  (716) 856-4000 | e-mail:  bbabbitt@rc.com |
| | Federal Bar No.:  ct13938 |
| **MILBANK, TWEED, HADLEY,& MCCLOY LLP** | Michael J. Kolosky |
| | email:  mkolosky@rc.com |
| William E. Wallace, III | Federal Bar No.:  ct22686 |
| email:  wwallace@milbank.com | 280 Trumbull Street |
| Federal Bar No. PVH 0480 | Hartford, CT 06103-3597 |
| International Square Building | Telephone:  (860) 275-8200 |
| 1825 Eye Street, N.W., Suite 1100 | |
| Washington, D.C. 20006 | *Attorneys for Fisher-Price, Inc.* |
| Telephone:  (202) 835-7500 | |

---

2005) (holding that co-inventor's testimony regarding infringement was properly barred by the District Court).

- 3 -

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Defendant Fisher-Price, Inc.'s Supplemental Objections to the Inventors' Testimony Regarding Use/Infringement, dated January 13, 2006, was sent hand delivery to the attorneys of record recited below on this 13th day of January 2006:

>Gregory J. Battersby, Esq. (Bar No. 07386)
>Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>Russell D. Dize, Esq. (Bar No. 23064)
>Grimes & Battersby LLP
>488 Main Avenue, Third Floor
>Norwalk, CT 06851-1008
>Telephone: (203) 849-8300
>Facsimile: (203) 849-9300

>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone: (203) 425-4200
>Facsimile: (203) 325-8608

_____
Jodyann Galvin