UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., :<br><br>Plaintiffs :<br><br>v. :<br><br>FISHER-PRICE, INC. :<br><br>Defendant. : | Civil No. 303CV222(JBA)<br><br>January 13, 2006 |

# AFFIDAVIT OF

# TOM MCCORMACK

HODGSON RUSS LLP
Robert J. Lane, Jr. (ct24598)
Jodyann Galvin (ct24599)
One M&T Plaza, Suite 2000
Buffalo, New York 14203
Telephone: (716) 856-4000

MILBANK, TWEED, HADLEY,
 & MCCLOY LLP
William E. Wallace III (PVH 0480)
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

STATE OF NEW YORK )
                                            ss.:
COUNTY OF NEW YORK )

       Tom McCormack, being duly sworn, deposes and says:

1. I am the Vice President, Product Development, Boys Toys, for the Toy Biz division of Marvel Entertainment, Inc. ("Toy Biz"). As such, I am fully familiar with the document retention procedures and record keeping policies of Toy Biz.

2. Annexed as Exhibit A are true and accurate copies of documents reflecting the amount of sales, in units and in dollar amount, of Toy Biz's "Projector" line of action figures (the "Sales Records").

3. The Sales Records were created and maintained by Toy Biz and maintained in Toy Biz's files in the regular and ordinary course of Toy Biz's business at or about the time of the sales reflected on the Sales Records.

4. The Sales Records were kept in Toy Biz's files as part of the regular and ordinary course of Toy Biz's business and in accordance with Toy Biz's established procedures for the making and preserving of business records, which procedures are relied upon by me and Toy Biz.

5. The Sales Records were made and kept as a regular practice of Toy Biz in the regular and ordinary course of its business.

6. Annexed as Exhibit B is true and accurate copy of a letter, dated March 20, 2002, from Bruce Popek of Design Innovation Inc. to me (the "March 20 Letter").

7. The March 20 Letter was received by me and maintained in Toy Biz's files in the regular and ordinary course of Toy Biz's business on or about March 20, 2002.

8. The March 20 Letter was kept in Toy Biz's files as part of the regular and ordinary course of Toy Biz's business and in accordance with Toy Biz's established procedures for the making and preserving of business records, which procedures are relied upon by me and Toy Biz.

9. The March 20 Letter was made and kept as a regular practice of Toy Biz in the regular and ordinary course of its business.

10. Annexed as Exhibit C is true and accurate copy of a letter, dated March 27, 2002, from me to Bruce Popek of Design Innovation Inc. (the "March 27 Letter").

11. The March 27 Letter was made by me and maintained in Toy Biz's files in the regular and ordinary course of Toy Biz's business on or about March 27, 2002.

12. The March 27 Letter was kept in Toy Biz's files as part of the regular and ordinary course of Toy Biz's business and in accordance with Toy Biz's established procedures for the making and preserving of business records, which procedures are relied upon by me and Toy Biz.

13. The March 27 Letter was made and kept as a regular practice of Toy Biz in the regular and ordinary course of its business.

                                                                                                        _____
                                                                                                        Tom McCormack

Sworn to before me this
12th day of January, 2006

_____
Notary Public

WALTER ELIOT BARD
Notary Public, State of New York
No. 31-4995676
Qualified in New York County
Commission Expires April 27, 2007

# EXHIBIT A

TOY BIZ
SALES - PROJECTORS
1994 - 1996

| ITEM # | DESCRIPTION | 1994 QTY | 1994 AMOUNT | 1995 QTY | 1995 AMOUNT | 1996 QTY | 1996 AMOUNT | GRAND TOTAL QTY | GRAND TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 47220 | SPIDER-MAN PROJECTOR | 0 | $0 | 208,464 | $1,258,640 | 41,964 | $104,910 | 250,428 | $1,363,550 |
| 48130 | MARVEL PROJECTORS | 0 | $0 | 130,603 | $857,996 | 67,765 | $166,646 | 198,368 | $1,024,642 |
| 48210 | MARVEL PROJECTORS | 0 | $0 | 100,962 | $696,998 | 49,789 | $123,496 | 150,751 | $820,493 |
| 49110 | X-MEN PROJECTORS | 820,440 | $5,338,372 | 66,740 | $294,592 | 69,252 | $166,205 | 956,432 | $5,799,169 |
| TOTAL | | 820,440 | $5,338,372 | 506,769 | $3,108,225 | 228,770 | $561,256 | 1,555,979 | $9,007,853 |

```
TOY BIZ INC.                                                                              Page:    3
Time: 13:07 PM           *** CUSTOMER ORDER STATUS REPORT (PREVIOUS YEAR) ***             Date: 01/05/95
                                  Program: CUSOSTAP

                         ------ OPEN FIGURES ------   ----- YTD SOLD FIGURES -----   ----- TOTAL FIGURES -----
ITEM NO.  ITEM DESCRIPTION         QUANTITY   VALUE      QUANTITY          VALUE        QUANTITY         VALUE

4810E     MARVEL ASST E (PACK 24)         0    0.00         502,690    1,909,665.52       502,690    1,909,665.52
4810F     MARVEL ASST F (24PK)            0    0.00         511,728    1,909,279.73       511,728    1,909,279.73
4810S     MARVEL 11 FIG ASST (4PK)        0    0.00           1,272        5,088.00         1,272        5,088.00
4872      THE HULK RAGE CAGE (PK. 6)      0    0.00           2,700        8,550.00         2,700        8,550.00
4874      SPIDER-MAN ATTACK TOWER (PK 6)  0    0.00             360        1,350.00           360        1,350.00
4900B     NEW X-MEN FIGURE ASST (PK. 24)  0    0.00             317        1,033.76           317        1,033.76
4900C     X-MEN FIG ASST 1993 (PK24)      0    0.00         280,296    1,016,048.33       280,296    1,016,048.33
4900E     X-MEN FIG ASST E   (PK24)       0    0.00         735,480    2,769,535.36       735,480    2,769,535.36
4900F     X-MEN FIG ASST F   (PK24)       0    0.00       1,567,848    5,884,882.47     1,567,848    5,884,882.47
4900G     X-MEN FIGURE ASST. G            0    0.00         439,824    1,577,473.96       439,824    1,577,473.96
4900H     X-MEN ANIMATION ASST H (PK24)   0    0.00         489,480    1,705,314.51       489,480    1,705,314.51
4900I     X-MEN FIGURE ASST. (24PK)       0    0.00       1,414,656    5,229,627.14     1,414,656    5,229,627.14
4900J     X-MEN J. ASST. FIGURE (24 PK)   0    0.00       1,224,648    4,617,758.53     1,224,648    4,617,758.53
4900K     X-MEN K. ASST FIGURES (24PK)    0    0.00       1,071,928    3,887,843.28     1,071,928    3,887,843.28
4900L     X-MEN FIGURE ASST L (24PK)      0    0.00          24,000       95,760.00        24,000       95,760.00
49100     CLUB 4PK X-MEN ASST (PK. 4 )    0    0.00              48          288.00            48          288.00
49110     X-MEN PROJECTORS (12PK)         0    0.00         820,440    5,338,372.04       820,440    5,338,372.04
49200     POCKET COMICS TV A (12PK)       0    0.00       1,274,471    6,202,476.46     1,274,471    6,202,476.46
49210     STEEL MUTANTS     (PK24)        0    0.00       1,742,364    4,835,847.39     1,742,364    4,835,847.39
49220     X-MEN STL MTNTS D.C.II (24 PK)  0    0.00         576,408    1,273,406.83       576,408    1,273,406.83
49300     POCKET COMICS ASST B (12PK)     0    0.00         321,204    2,058,751.70       321,204    2,058,751.70
49300JFK  POCKET COMICS ASST B (12PK)     0    0.00           1,200       11,520.00         1,200       11,520.00
49320     SENTINEL PLAYSET (6PK)          0    0.00         123,444    1,625,015.98       123,444    1,625,015.98
49389     SENYAKA (TRU)                   0    0.00         122,016       41,305.60       122,016       41,305.60
49400     X-MEN BLACK BIRD JET (6PK)      0    0.00         326,934    6,173,152.69       326,934    6,173,152.69
49500     10" X-FORCE DELUXE ASST I(6PK)  0    0.00         199,152    1,518,967.66       199,152    1,518,967.66
```

```
TOY BIZ                                                                                    Page    4
Time: 17   PM              Program: CUSOSTAP                                               Date: 01/05/96
                  *** CUSTOMER ORDER STATUS REP *** (PREVIOUS YEAR) ***
                             ----- OPEN FIGURES -----    ----- YTD SOLD FIGURES -----    ----- TOTAL FIGURES -----
ITEM NO.   ITEM DESCRIPTION       QUANTITY     VALUE         QUANTITY       VALUE            QUANTITY       VALUE

46100S     IRONMAN FIGURE ASSORTMENT I       0     0.00         3,192      41,496.00           3,192      41,496.00
46110      IRONMAN FIGURE ASST II            0     0.00       768,448   3,032,646.52         768,448   3,032,646.52
46120      IRONMAN FIG ASST. III             0     0.00       483,336   2,196,502.35         483,336   2,196,502.35
46130      IRONMAN DRAGON DLX FIG. ASST.     0     0.00       176,736   1,219,220.51         176,736   1,219,220.51
46600      "10 IRONMAN FIGURE ASST I         0     0.00       242,230   1,408,124.26         242,230   1,408,124.26
47045KB    DELUXE SPIDY 5" SPEC FIG.ASST     0     0.00        50,016     249,579.84          50,016     249,579.84
47050JC    SPIDY 5" ASST (4PK)               0     0.00         4,548      64,809.00           4,548      64,809.00
47055SP    SPIDERMAN SPECIAL 4PK             0     0.00         1,008      14,918.40           1,008      14,918.40
47100      SPDRMN 5" ACTION FIG.ASST II      0     0.00       108,170     334,065.10         108,170     334,065.10
47100J     SPIDERMAN ACTION FIG.ASST(12)     0     0.00         4,008      57,114.00           4,008      57,114.00
47100S     SPIDERMAN ACTION FIG.ASST(12)     0     0.00         3,192      41,496.00           3,192      41,496.00
47100SP    SPDRMAN SPCL ASST PK (4)          0     0.00         3,504      45,889.20           3,504      45,889.20
47110      SPDRMN 5" ACTN FIG.ASST II        0     0.00       435,132   1,058,620.33         435,132   1,058,620.33
47110S     SPIDERMAN ACTN FIG.ASST II (6)    0     0.00         1,584      19,008.00           1,584      19,008.00
47120      SPDRMN 5" ACTION FIG.ASST III     0     0.00     1,206,869   4,064,815.90       1,206,869   4,064,815.90
47130      SPDRMN 5" ACTN FIG. ASST IV       0     0.00     1,205,669   5,385,254.96       1,205,669   5,385,254.96
47140      SPIDERMAN 5" FIGURE ASST VI       0     0.00     1,262,064   5,552,907.16       1,262,064   5,552,907.16
47150      SPIDERMAN 5" FIG. ASST.VII        0     0.00       750,354   3,384,949.28         750,354   3,384,949.28
47200      SPIDERMAN POCKET COMICS (12PK)    0     0.00        65,604     112,815.79          65,604     112,815.79
47210      SPIDERMAN STEEL MUTANT (24PK)     0     0.00       208,948     230,243.33         208,948     230,243.33
47220      SPIDER PROJECTORS (12PK)          0     0.00       208,464   1,258,639.74         208,464   1,258,639.74
47305      4FT INFLATABLE SPIDERMAN          0     0.00         1,200           0.00           1,200           0.00
47310      SMYTHE BATTLE CHAIR ATTACK VEH    0     0.50        10,512     110,105.50          10,512     110,105.50
47320      20 " SPIDERMAN PLUSH (6PK)        0     0.00         9,636      59,183.04           9,636      59,183.04
47322      10" PLUSH SPIDERMAN (12PK)        0     0.00        65,792     249,613.89          65,792     249,613.89
47830      TRI SPIDER SMASHER (6PK)          0     0.00        47,305     879,296.87          47,305     879,296.87
```

```
TOY BIZ, INC.                                                                                    Page     5
Time: 1   PM          *** CUSTOMER ORDER STATUS REPORT ***        Program: CUSOSTAP           Date: 01/05/96
                                                    (PREVIOUS YEAR) ***
                              ------ OPEN FIGURES ------  ----- YTD SOLD FIGURES -----  ----- TOTAL FIGURES -----
ITEM NO.  ITEM DESCRIPTION      QUANTITY       VALUE         QUANTITY       VALUE          QUANTITY       VALUE
```

| ITEM NO. | ITEM DESCRIPTION | OPEN QUANTITY | OPEN VALUE | YTD SOLD QUANTITY | YTD SOLD VALUE | TOTAL QUANTITY | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| 47350 | SPIDERMAN DELUXE DRESSUP SET | 0 | 0.00 | 44,124 | 323,856.95 | 44,124 | 323,856.95 |
| 47351 | SPIDY DELUXE DRESSUP SET | 0 | 0.00 | 1,482 | 26,048.96 | 1,482 | 26,048.96 |
| 47352 | VENNOM DELUXE DRESSUP SET | 0 | 0.00 | 342 | 6,118.58 | 342 | 6,118.58 |
| 47360 | SPIDERMAN TALKING AST (6PK) | 0 | 0.00 | 42,518 | 340,220.75 | 42,518 | 340,220.75 |
| 47400 | SPIDERMAN PLAYSET (4PK) | 0 | 0.00 | 112,128 | 2,663,525.00 | 112,128 | 2,663,525.00 |
| 47410 | HOBGOBLIN WING BOMBER (6PK) | 0 | 0.00 | 13,878 | 144,476.05 | 13,878 | 144,476.05 |
| 47420 | SPIDERMAN BELT CAMERA | 0 | 0.00 | 900 | 8,113.55 | 900 | 8,113.55 |
| 47455 | SPDRMAN MOTORIZED VEHICLE ASST | 0 | 0.00 | 166,924 | 1,222,498.02 | 166,924 | 1,222,498.02 |
| 47460 | SPIDERMAN RADIO CONTROL | 0 | 0.00 | 72,916 | 1,069,972.72 | 72,916 | 1,069,972.72 |
| 47470 | SPIDERMAN WEB SHOOTER GLOVE | 0 | 0.00 | 8,400 | 69,828.00 | 8,400 | 69,828.00 |
| 47700 | SPIDERMAN 10" FIG. ASST I (6PK) | 0 | 0.00 | 8,418 | 64,985.79 | 8,418 | 64,985.79 |
| 47710 | SPIDERMAN 10" FIGURE ASST II | 0 | 0.00 | 118,764 | 481,863.69 | 118,764 | 481,863.69 |
| 47720 | SPIDERMAN 10" FIGURE ASST III | 0 | 0.00 | 277,482 | 1,134,891.40 | 277,482 | 1,134,891.40 |
| 47730 | SPIDERMAN 10' ASST IV | 0 | 0.00 | 280,312 | 1,583,932.48 | 280,312 | 1,583,932.48 |
| 4810C | MARVEL FIG ASST, 1993 - (PK 24 | 0 | 0.00 | 59,568 | 119,136.00 | 59,568 | 119,136.00 |
| 4810E | MARVEL ASST E (PACK 24) | 0 | 0.00 | 99,386 | 199,360.43 | 99,386 | 199,360.43 |
| 4810F | MARVEL ASST F (24PK) | 0 | 0.00 | 534,194 | 945,648.95 | 534,194 | 945,648.95 |
| 48120 | MARVEL 10" FIG. ASST I | 0 | 0.00 | 301,230 | 1,656,097.45 | 301,230 | 1,656,097.45 |
| 48130 | MARVEL PROJECTOR ASST.I-T.V. | 0 | 0.00 | 130,603 | 857,996.33 | 130,603 | 857,996.33 |
| 48140 | MARVEL DIE CAST FIG. ASST I | 0 | 0.00 | 197,280 | 412,374.50 | 197,280 | 412,374.50 |
| 48150 | MARVEL DIE CAST ASST II | 0 | 0.00 | 120,000 | 148,609.32 | 120,000 | 148,609.32 |
| 48210 | MARVEL PROJECTOR ASST.II-T.V. | 0 | 0.00 | 100,962 | 696,997.51 | 100,962 | 696,997.51 |
| 48227 | MARVEL ELECTRONIC COMIC BOOK | 0 | 0.00 | 123,426 | 1,024,523.28 | 123,426 | 1,024,523.28 |
| 48228 | MARVEL ELECTRONIC COMIC BOOK | 0 | 0.00 | 27,612 | 226,467.04 | 27,612 | 226,467.04 |
| 48230 | X-MEN ELECTRONIC COMIX BOOK | 0 | 0.00 | 3,996 | 25,974.00 | 3,996 | 25,974.00 |
| 48250 | FANTASTIC 4 ELECTRONIC COMI/BK | 0 | 0.00 | 990 | 6,435.00 | 990 | 6,435.00 |

TOY BIZ INC.
Time: 17:52 PM
*** CUSTOMER ORDER STATUS REPORT (PREVIOUS YEAR) ***

Page: 0
Date: 01/05/96

Program: CO0051AP

| ITEM NO. | ITEM DESCRIPTION | OPEN FIGURES QUANTITY | VALUE | YTD SOLD FIGURES QUANTITY | VALUE | TOTAL FIGURES QUANTITY | VALUE |
|---|---|---|---|---|---|---|---|
| 48405 | MARVEL 10" ASST II | 2,148 | 6,444.00 | 301,350 | 1,453,616.17 | 303,498 | 1,460,060.17 |
| 48425 | MARVEL 12" FIGURE ASST. | 0 | 0.00 | 48,890 | 922,118.00 | 48,890 | 922,118.00 |
| 4872 | THE HULK RAGE CAGE (PK. 6) | 0 | 0.00 | 486 | 972.00 | 486 | 972.00 |
| 4890 | TALKING X-MEN FIG 6 ASST | 0 | 0.00 | 14,808 | 38,616.00 | 14,808 | 38,616.00 |
| 49009 | X-MEN 5" FIG.ASST L (24PK) | 0 | 0.00 | 277,296 | 1,241,743.60 | 277,296 | 1,241,743.60 |
| 49009S | X-MEN FIGURE ASST L (12PK) | 0 | 0.00 | 3,192 | 41,496.00 | 3,192 | 41,496.00 |
| 49009SP | X-MEN FIGURE ASST L (12PK) | 0 | 0.00 | 2,004 | 29,659.20 | 2,004 | 29,659.20 |
| 4900B | NEW X-MEN FIGURE ASST (PK. 24) | 0 | 0.00 | 552 | 1,104.00 | 552 | 1,104.00 |
| 4900C | X-MEN FIG ASST 1993 (PK24) | 0 | 0.00 | 58,512 | 117,635.89 | 58,512 | 117,635.89 |
| 4900E | X-MEN FIG ASST E (PK24) | 0 | 0.00 | 15,192 | 30,384.00 | 15,192 | 30,384.00 |
| 4900F | X-MEN FIG ASST F (PK24) | 0 | 0.00 | 355,249 | 713,345.40 | 355,249 | 713,345.40 |
| 4900G | X-MEN 5" FIG.ASST. G | 0 | 0.00 | 432,000 | 771,059.19 | 432,000 | 771,059.19 |
| 4900H | X-MEN ANIMATION ASST H (PK24) | 0 | 0.00 | 405,288 | 778,378.44 | 405,288 | 778,378.44 |
| 4900I | X-MEN FIGURE ASST. (24PK) | 0 | 0.00 | 91,704 | 109,103.79 | 91,704 | 109,103.79 |
| 4900J | X-MEN J. ASST. FIGURE (24 PK) | 0 | 0.00 | 174,264 | 390,233.44 | 174,264 | 390,233.44 |
| 4900K | X-MEN 5" FIG.ASST K (24PK) | 0 | 0.00 | 156,624 | 302,568.68 | 156,624 | 302,568.68 |
| 4900L | X-MEN 5"FIG. ASST L (24PK) | 0 | 0.00 | 860,285 | 3,132,970.13 | 860,285 | 3,132,970.13 |
| 49010 | X-MEN 5" FIGURE ASST M | 0 | 0.00 | 803,249 | 3,563,058.67 | 803,249 | 3,563,058.67 |
| 49011 | X-MEN 5" FIGURE ASST N | 0 | 0.00 | 1,210,464 | 5,346,956.56 | 1,210,464 | 5,346,956.56 |
| 49012 | X-MEN P ASST FIGURE | 0 | 0.00 | 301,352 | 1,235,224.26 | 301,352 | 1,235,224.26 |
| 49040 | KAYBEE 10" FIG. ASST- SPECIAL | 0 | 0.00 | 59,976 | 239,904.00 | 59,976 | 239,904.00 |
| 49050 | FAO 10"FIG. ASST- SPECIAL | 0 | 0.00 | 8,000 | 124,400.00 | 8,000 | 124,400.00 |
| 49110 | X-MEN PROJECTORS (12PK) | 0 | 0.00 | 66,740 | 294,591.88 | 66,740 | 294,591.88 |
| 49200 | POCKET COMICS TV A (12PK) | 0 | 0.00 | 4 | 13.98 | 4 | 13.98 |
| 49210 | STEEL MUTANTS (PK24) | 0 | 0.00 | 154,200 | 170,732.36 | 154,200 | 170,732.36 |
| 49220 | X-MEN STL MTNTS D.C.II (24 PK) | 0 | 0.00 | 92,736 | 105,282.84 | 92,736 | 105,282.84 |

```
TOY BIZ                                                                                              Page: 6
Time: 12    PM                *** CUSTOMER ORDER STATUS REPORT ***                                   Date: 01/10/97
                              Program: CUSDSTAP
                              ----- OPEN FIGURES -----   ----- YTD SOLD FIGURES (PREVIOUS YEAR) *** -----   ----- TOTAL FIGURES -----
ITEM NO.   ITEM DESCRIPTION        QUANTITY    VALUE         QUANTITY           VALUE                      QUANTITY        VALUE

47180      SPIDERMAN 5" FIG.ASST IX        0   0.00           769,397         3,329,676.06                 769,397     3,329,676.06
47190      SPIDERMAN 5" FIG. ASST X        0   0.00           521,604         2,390,138.55                 521,604     2,390,138.55
47200      SPIDERMAN POCKET COMICS (12PK)  0   0.00           147,276           238,279.08                 147,276       238,279.08
47220      SPIDER PROJECTORS (12PK)        0   0.00            41,964           104,910.00                  41,964       104,910.00
47240      VENOM 6" FIG ASST I PLANET OF   0   0.00           444,543         2,446,315.42                 444,543     2,446,315.42
47250      SPIDERMANAMAZING FIG ASST       0   0.00           559,008         2,401,332.33                 559,008     2,401,332.33
47260      SPIDERMAN 5" FIG ASST RE-MIX    0   0.00           296,880         1,239,553.75                 296,880     1,239,553.75
47270      SPIDERMAN FIG ASST 13-TECHNO    0   0.00           677,462         2,921,975.81                 677,462     2,921,975.81
47290      SPDRMAN 5" ASST ELECTRO SPARK   0   0.00           112,000           431,678.16                 112,000       431,678.16
47310      SMYTHE BATTLE CHAIR ATTACK VEH  0   0.00            19,459           192,443.60                  19,459       192,443.60
47310/12   SMYTHE BATTLE CHAIR ATTACK VEH  0   0.00             2,004             9,018.00                   2,004         9,018.00
47322      10" PLUSH SPIDERMAN  (12PK)     0   0.00               960             2,256.00                     960         2,256.00
47330      TRI SPIDER SMASHER (6PK)        0   0.00            16,850           164,481.00                  16,850       164,481.00
47335      SPIDERMAN SCORPION SPIDER       0   0.00           126,556           782,711.08                 126,556       782,711.08
47340      SPIDERMAN MINIATURE PLAYSETS    0   0.00            76,888           353,501.07                  76,888       353,501.07
47350      SPIDERMAN DELUXE DRESSUP SET    0   0.00             5,358            24,111.00                   5,358        24,111.00
47351      SPIDY DELUXE DRESSUP SET        0   0.00             1,800             8,100.00                   1,800         8,100.00
47352      VERNOM DELUXE DRESSUP SET       0   0.00             3,114            20,241.00                   3,114        20,241.00
47400      SPIDERMAN PLAYSET (4PK)         0   0.00            45,580           645,453.56                  45,580       645,453.56
47410      HOBGOBLIN WING BOMBER (6PK)     0   0.00             9,510            31,606.50                   9,510        31,606.50
47420      SPIDERMAN CLINK'N VIEW          0   0.00            43,348           151,429.98                  43,348       151,429.98
47455      SPDRMAN MOTORIZED VEHICLE ASST  0   0.00            54,214           222,701.01                  54,214       222,701.01
47460      SPIDERMAN RADIO CONTROL         0   0.00               210             1,575.00                     210         1,575.00
47470      SPIDERMAN WEB SHOOTER GLOVE     0   0.00           170,795         1,245,806.97                 170,795     1,245,806.97
47480      SPIDERMAN SKYSCRAPER STUNT      0   0.00           239,270           841,573.00                 239,270       841,573.00
47490      SPIDERMAN WEB WARS PLAYSET      0   0.00            30,248           660,514.85                  30,248       660,514.85
```

TOY BIZ, INC.  
Time: 1  PM  

*** CUSTOMER ORDER STATUS RE  Progr CUSOSTAP (PREVIOUS YEAR) ***

Page 7
Date 01/10/97

| ITEM NO. | ITEM DESCRIPTION | OPEN FIGURES QUANTITY | VALUE | YTD SOLD FIGURES QUANTITY | VALUE | TOTAL FIGURES QUANTITY | VALUE |
|---|---|---|---|---|---|---|---|
| 47495 | SPIDERMAN RIP'N REV MOTOR | 0 | 0.00 | 41,160 | 637,160.56 | 41,160 | 637,160.56 |
| 47700 | SPIDERMAN 10" FIG. ASST I (6PK) | 0 | 0.00 | 624 | 1,716.00 | 624 | 1,716.00 |
| 47710 | SPIDERMAN 10" FIGURE ASST II | 0 | 0.00 | 300 | 851.79 | 300 | 851.79 |
| 47720 | SPIDERMAN 10" FIGURE ASST III | 0 | 0.00 | 11,922 | 40,000.44 | 11,922 | 40,000.44 |
| 48010 | MARVEL 4 PK ASST SAM'S SPCL | 0 | 0.00 | 59,400 | 633,746.87 | 59,400 | 633,746.87 |
| 48015 | MARVEL ASSORTMENT | 0 | 0.00 | 9,504 | 109,296.00 | 9,504 | 109,296.00 |
| 48120 | MARVEL 10" FIG. ASST I | 0 | 0.00 | 0 | 0.00 | 0 | 0.00 |
| 48130 | MARVEL PROJECTOR ASST.I-T.V. | 0 | 0.00 | 67,765 | 166,645.50 | 67,765 | 166,645.50 |
| 48140 | MARVEL DIE CAST FIG. ASST I | 0 | 0.00 | 49,008 | 50,196.67 | 49,008 | 50,196.67 |
| 48150 | MARVEL DIE CAST ASST II | 0 | 0.00 | 125,832 | 124,677.79 | 125,832 | 124,677.79 |
| 48155 | MARVEL OVERPWR SPECIAL | 0 | 0.00 | 60,016 | 277,414.97 | 60,016 | 277,414.97 |
| 48160 | MARVEL 10" FIG ASST IV | 0 | 0.00 | 181,014 | 497,788.50 | 181,014 | 497,788.50 |
| 48165 | MARVEL 10" FIG ASST V | 0 | 0.00 | 181,014 | 497,788.50 | 181,014 | 497,788.50 |
| 48170 | MARVEL 10" FIG ASST | 0 | 0.00 | 242,941 | 863,491.01 | 242,941 | 863,491.01 |
| 48175 | MARVEL ACTION HOUR 5" FIG. I | 0 | 0.00 | 9,560 | 42,519.52 | 9,560 | 42,519.52 |
| 48180 | MARVEL ACTION HOUR 10 FIG. II | 0 | 0.00 | 227,406 | 749,751.40 | 227,406 | 749,751.40 |
| 48190 | MARVEL 10" FIG ASST VI | 0 | 0.00 | 187,008 | 514,272.00 | 187,008 | 514,272.00 |
| 48196 | MARVEL 15" TALKING FIGURE | 0 | 0.00 | 12,000 | 78,000.00 | 12,000 | 78,000.00 |
| 48210 | MARVEL PROJECTOR ASST.II -T.V. | 0 | 0.00 | 49,789 | 123,495.50 | 49,789 | 123,495.50 |
| 48227 | MARVEL ELECTRONIC COMIC BOOK | 0 | 0.00 | 17,170 | 114,956.40 | 17,170 | 114,956.40 |
| 48228 | MARVEL ELECTRONIC COMIC BOOK | 0 | 0.00 | 21,636 | 151,854.33 | 21,636 | 151,854.33 |
| 48230 | X-MEN CD ROM | 0 | 0.00 | 5,013 | 48,864.22 | 5,013 | 48,864.22 |
| 48240 | SPIDERMAN CD ROM | 0 | 0.00 | 17,073 | 149,419.06 | 17,073 | 149,419.06 |
| 48250 | FANTASTIC 4 ELECTRONIC COMI/BK | 0 | 0.00 | 401 | 3,518.13 | 401 | 3,518.13 |
| 48260 | IRONMAN CD ROM | 0 | 0.00 | 10,515 | 103,363.71 | 10,515 | 103,363.71 |
| 48270 | CD ROM W/FIGURE | 0 | 0.00 | 10,070 | 96,172.93 | 10,070 | 96,172.93 |

```
TOY.BIZ.INC.                                                                                    Page   9
Time: 1:  PM       *** CUSTOMER ORDER STATUS REPORT ***                                         Date: 01/10/97
                                 CUSDSTAP
                              (PREVIOUS YEAR) ***
                  ----- OPEN FIGURES -----   ----- YTD SOLD FIGURES -----   ----- TOTAL FIGURES -----
ITEM NO.  ITEM DESCRIPTION        QUANTITY     VALUE      QUANTITY       VALUE       QUANTITY        VALUE
```

| ITEM NO. | ITEM DESCRIPTION | OPEN QUANTITY | OPEN VALUE | YTD QUANTITY | YTD VALUE | TOTAL QUANTITY | TOTAL VALUE |
|---|---|---|---|---|---|---|---|
| 48685 | MARVEL MAGIC ASST | 0 | 0.00 | 142 | 572.59 | 142 | 572.59 |
| 48690 | MARVEL 10" ASST I | 0 | 0.00 | 175,002 | 481,255.50 | 175,002 | 481,255.50 |
| 48695 | MARVEL 10" ASST II | 0 | 0.00 | 175,002 | 481,255.50 | 175,002 | 481,255.50 |
| 48700 | MARVEL UNI1 | 0 | 0.00 | 224,000 | 336,000.00 | 224,000 | 336,000.00 |
| 48710 | MARVEL UNI2 | 0 | 0.00 | 224,000 | 336,000.00 | 224,000 | 336,000.00 |
| 48720 | MARVEL UNI3 | 0 | 0.00 | 229,792 | 344,688.00 | 229,792 | 344,688.00 |
| 48730 | MARVEL HALL A FAME ASST1 | 0 | 0.00 | 90,000 | 135,000.00 | 90,000 | 135,000.00 |
| 48740 | MARVEL HALL A FAME ASST2 | 0 | 0.00 | 60,000 | 90,000.00 | 60,000 | 90,000.00 |
| 48750 | MARVEL HALL A FAME ASST3 | 0 | 0.00 | 60,000 | 90,000.00 | 60,000 | 90,000.00 |
| 49009 | X-MEN 5" FIG.ASST L (24PK) | 0 | 0.00 | 336 | 525.48 | 336 | 525.48 |
| 4900C | X-MEN ANIMATION ASST (PK 24) | 0 | 0.00 | 1,008 | 1,663.20 | 1,008 | 1,663.20 |
| 4900H | X-MEN ANIMATION ASST (PK 24) | 0 | 0.00 | 1,776 | 3,108.00 | 1,776 | 3,108.00 |
| 4900I | X-MEN 5" FIG.ASST K (24PK) | 0 | 0.00 | 1,800 | 2,880.00 | 1,800 | 2,880.00 |
| 4900J | X-MEN J. ASST. FIGURE (24 PK) | 0 | 0.00 | 3,072 | 5,406.96 | 3,072 | 5,406.96 |
| 4900L | X-MEN 5"FIG. ASST L (24PK) | 0 | 0.00 | 504 | 1,699.38 | 504 | 1,699.38 |
| 49010 | X-MEN 5" FIGURE ASST M | 0 | 0.00 | 406,672 | 700,431.64 | 406,672 | 700,431.64 |
| 49011 | X-MEN 5" FIGURE ASST N | 0 | 0.00 | 12,384 | 53,812.52 | 12,384 | 53,812.52 |
| 49012 | X-MEN 5"FIG ASST P AGE OF APO | 0 | 0.00 | 439,264 | 1,898,950.98 | 439,264 | 1,898,950.98 |
| 49015 | XMEN SPECIAL | 0 | 0.00 | 1,512 | 22,377.60 | 1,512 | 22,377.60 |
| 49020 | HEART OF DARKNESS FIG. (3PK) | 0 | 0.00 | 15,600 | 182,340.00 | 15,600 | 182,340.00 |
| 49030 | 14" STORM SPECIAL | 0 | 0.00 | 2,496 | 120,432.00 | 2,496 | 120,432.00 |
| 49070 | WOLVERINE ALTERNATE-X | 0 | 0.00 | 23,712 | 192,683.71 | 23,712 | 192,683.71 |
| 49110 | X-MEN PROJECTORS (12PK) | 0 | 0.00 | 69,252 | 166,204.80 | 69,252 | 166,204.80 |
| 49210 | STEEL MUTANTS (PK24) | 0 | 0.00 | 1,320 | 1,188.00 | 1,320 | 1,188.00 |
| 49220 | X-MEN STL MNTS D.C.II (24 PK) | 0 | 0.00 | 259,128 | 275,959.20 | 259,128 | 275,959.20 |
| 49320 | SENTINEL PLAYSET (6PK) | 0 | 0.00 | 78,794 | 484,531.86 | 78,794 | 484,531.86 |

# EXHIBIT B



March 20, 2002

Tom McCormick
Toy Biz

Dear Tom,

Enclosed is our "Reel Heroes" concept applied to your Spiderman Friends line. The night/projection part of this concept is not completely refined without more work on lenses, but does show the 2 modes of play. Electronic sound or speech could be added if you felt it was needed.

Enjoy the cartoon! Call with any questions.

Sincerely,

Bruce Popek



March 20, 2002

Concept: Reel Heroes

**Inventors:** Design Innovation Inc.
Victor G. Reiling

**Description:** Reel Heroes brings the movies to action figure play. Kids can play along with the animated story they see in this battery operated viewer during the day. At night or in darkened rooms, they can project the images on a wall to share with others. The concept can be incorporated into assorted action figures or vehicles.

Enclosed:     ☒ Prototype     ☒ B & W Sketch


Toy Biz _____
Tom McCormick

Dated _____

Design Innovation Inc.

March 20, 2002

_____
Bruce Popek
(S-223)

DESIGNINNOVATIONINC.COM







# EXHIBIT C

**TOY BIZ DIVISION**
**MARVEL ENTERPRISES, INC.**
10 East 40th Street, New York, NY 10016

TOM MCCORMACK
VP Product Development Boys Toys
Tel: 212 576-8587
Fax: 212 576-4018
E-mail: tmccormack@toybiz.com

March 27, 2002

Bruce Popek.
Design Innovation Inc.

Dear Bruce,

Thank you very much for submission re: Spider-man and Friends Action Figures. "Reel Hero's. As discussed with you on the phone earlier, this is an idea that Toy Biz has worked with in the past. Several years ago we introduced a line of action figures called Projectors. They projected still cells onto a wall or similar surfaces. Although these images were stills for this particular item, we did in fact work on prototypes that would use reels of Marvel animation footage.
We do not intend to do any animation for Spider-man and Friends characters at this time. Otherwise we would have incorporated our old projector prototypes to the project.

We are very grateful to receive new ideas on any line of product we are developing. Many of our items that are on the market do in fact have an inventor feature. But if you do intend to submit something again, it would be a good idea to run a general idea by us first. This way we can tell you if it is something we are or were working on. And in doing so we will save you a lot of time and effort.

Please find included prototype and I have also included Spider-man buck in the event you wish to talk on further ideas.

Once again, thank you.

Sincerely,

*[signature]*

Tom McCormack.

{00002701 KLS}