AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____ Civil.

Reiling v. Fisher Price

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3cv222JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Nolan | Wallan |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 1/18/6 | Montern | Torday |

| PLF NO. | DEF NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | ✓ | | | Steven Mitchell       NJ |
| | A | | ✓ | | Work Sheet (12/20/5) N. Friedman |
| | B | | ✓ | | Work Sheet (12/2/5) S. Clutton |
| | C | | ✓ | | Subpoena (1/10/6) S. Clutton |
| | D | | ✓ | | Subpoena (1/10/6) N. Friedman |
| | E | | ✓ | | Subpoena (1/12/6) S. Clutton |
| | F | | ✓ | | Subpoena (1/12/6) N. Friedman |
| | G | | ✓ | | Return of Service (12/19/5) S. Clutton |
| | H | | ✓ | | Aff. of Sv. 12/21/5 (Friedman) By S. Mitchell |
| | | ✓ | | | Kathleen Buonanno  Garrison, NY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.