UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

- against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

January 13, 2006

**PLAINTIFF'S SUPPLEMENTAL OBJECTIONS TO DEFENDANT'S
WITNESSES AND EXHIBITS**

Plaintiff, Design Innovation, Inc. ("DI"), respectfully submits the following supplemental objections to Defendant's proposed witnesses and exhibits:

### I.  Witnesses

Plaintiff objects to the following witnesses on the grounds that the Court has excluded Optic Force Rescue Heroes characters from the case, with the exception of the "Telly Photo" character. (Summary Judgment Ruling at 49-50). Because Bang Zoom Ltd. claims to have submitted to Fisher-Price the optical devices contained in the Optic Force line, and not the Telly Photo character, testimony by Bang Zoom Ltd. is no longer relevant to the issues remaining in the case. Therefore, the following witnesses should not be permitted to testify at trial:

    **Steven Fink**, Bang Zoom Ltd. (*See* Fisher-Price's Witness List, No. 11)

    **Michael Hoeting**, Bang Zoom Ltd. (*See* Fisher-Price's Witness List, No. 13)

## II. Exhibits

Plaintiff previously reserved the right to object to the admission of the following exhibits by Defendant at trial because Plaintiff had not had an opportunity to view these exhibits, and therefore, was not in a position to give a definitive basis for objections. Plaintiff now maintains its objections to the following exhibits on grounds of hearsay, relevance and authenticity. Plaintiff intends to maintain its objections to these exhibits until such time as an appropriate witness is called by Defendant through which these exhibits may be offered into evidence:

**Deft. Exh. 603. Equip-Men Model.**

**Deft. Exh. 604. ARCC Breadboard.**

**Deft. Exh. 609. TV Viewers from Bang Zoom.**

**Deft. Exhs. 618-624. Assorted Fisher-Price Products.**

**Deft. Exhs. 625-636, 913. Assorted Action Figures.**

**Deft. Exhs. 637-648, 914. Assorted Action Figures.**

**Deft. Exhs. 651-655, 915-916. Book and Assorted Action Figures.**

**Deft. Exhs. 657-695, 901. Assorted Action Figures; Photos.**

**Deft. Exh. 696. Hasbro 08/20/98 Inventor Interview Record.**

**Deft. Exh. 898. Summary of Royalties to Carterbench.**

**Deft. Exhs. 793-794. Equip-Men Drawings and Model.**

**Deft. Exhs. 795-796. Lenticular Cards.**

**Deft. Exhs. 797-810. Assorted Action Figures.**

**Deft. Exhs. 818, 924. Adventure People Camera and Cameraman.**

**Deft. Exhs. 819-826. Photos and Catalog Pages.**

**Deft. Exhs. 827-828. Doll and V-Tech Smart Start Basic.**

**Deft. Exhs. 829-830.  Design Innovation Website Pages.**

**Deft. Exh. 848.  2/15/00 Product Disclosure Form.**

**Deft. Exhs. 850-852.  Submission Forms.**

**Deft. Exh. 925.  Rescue Heroes Products, Dates of Introduction.**

**Deft. Exhs. 894-896.  Catalog Pages; Action Figures.**

Deft. Exh. 897.  09/19/03 Letter.

Deft. Exh. 905-906.  Cartoon Viewer Cartridge & Contents.

Def. Exh. 907.  10/29/97 Agreement.

Dated: Norwalk, Connecticut
       January 13, 2006

           Respectfully Submitted,

           GRIMES & BATTERSBY, LLP

           By: _____
               Gregory J. Battersby (Bar No. 7386)
               Edmund J. Ferdinand, III (Bar No. 21287)
               Russell D. Dize (Bar No. 23064)
               Susan Schlesinger (Bar No. 26625)
               488 Main Avenue, Third Floor
               Norwalk, Connecticut 06851-1008
               (p) (203) 849-8300
               (f) (203) 849-9300

           SANDAK HENNESSEY & GRECO, LLP
               Jay H. Sandak, Esq.
               Peter M. Nolin, Esq.
               707 Summer Street
               Stamford, Connecticut 06901-1026
               (p) (203) 425-4200
               (f) (203) 325-8608

               Attorneys for Plaintiff
               Design Innovation, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2006, a copy of the foregoing Supplemental Objections to Defendant's Witnesses and Exhibits was served on all counsel of record below, by hand:

> Jacqueline Bucar Esq.
> Robert Allen, Esq.
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> New Haven, Connecticut 06510
>
> Robert J. Lane, Jr., Esq.
> Jodyann Galvin, Esq.
> Hodgson Russ LLP
> One M&T Plaza, Suite 2000
> Buffalo, New York 14203-2391
>
> William Wallace, Esq.
> Milbank, Tweed, Hadley & McCoy-DC
> 1825 Eye St., N.W.
> Suite 900
> Washington, DC 20006

_____
Russell D. Dize