UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br>                      Plaintiffs, <br><br>  - against - <br><br>FISHER-PRICE, INC., <br><br>                      Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br>January 17, 2006 |

### PLAINTIFF'S SUPPLEMENTAL OBJECTION TO EXHIBIT 206

Plaintiff, Design Innovation, Inc., respectfully submits the following supplemental objection to Exhibit 206. Exhibit 206 purports to be a contract between Fisher-Price and Design Innovation. Plaintiff objects to the use of this document at trial because the document is incomplete and therefore, cannot be used as a contract. By its very terms, it requires additional documents to make it applicable to any particular project. (*See* Exhibit A). Such additional documents are not attached to Exhibit 206 and are not included elsewhere on the parties' exhibit lists. Plaintiff has requested that Defendant identify the entire document, but no such identification has been forth coming. Plaintiff objects to any use of this exhibit by Defendant to attempt to argue that such document waived or released any claim of Design Innovation. Defendant has never before in this case raised this argument, and Plaintiff has notified Defendant as to Plaintiff's objection to this exhibit as irrelevant if offered for this purpose.

Dated: Norwalk, Connecticut
       January 17, 2006

                Respectfully Submitted,

                GRIMES & BATTERSBY, LLP

By: _____
      Gregory J. Battersby (Bar No. 7386)
      Edmund J. Ferdinand, III (Bar No. 21287)
      Russell D. Dize (Bar No. 23064)
      Susan Schlesinger (Bar No. 26625)
      488 Main Avenue, Third Floor
      Norwalk, Connecticut 06851-1008
      (p) (203) 849-8300
      (f) (203) 849-9300


SANDAK HENNESSEY & GRECO, LLP
    Jay H. Sandak, Esq.
    Peter M. Nolin, Esq.
    707 Summer Street
    Stamford, Connecticut 06901-1026
    (p) (203) 425-4200
    (f) (203) 325-8608


    Attorneys for Plaintiff
    Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a copy of the foregoing Supplemental Objection to Exhibit 206 was served on all counsel of record below, by hand:

> Jacqueline Bucar Esq.
> Robert Allen, Esq.
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> New Haven, Connecticut 06510
>
> Robert J. Lane, Jr., Esq.
> Jodyann Galvin, Esq.
> Hodgson Russ LLP
> One M&T Plaza, Suite 2000
> Buffalo, New York 14203-2391
>
> William Wallace, Esq.
> Milbank, Tweed, Hadley & McCoy-DC
> 1825 Eye St., N.W.
> Suite 900
> Washington, DC 20006

_____
Russell D. Dize