UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br> January 19, 2006 |

## PLAINTIFFS' DESIGNATION OF THE DEPOSITION TESTIMONY OF KENNETH P. MORTON

Plaintiff, Design Innovation, Inc., designates the following portions of the deposition testimony of Kenneth P. Morton, dated March 18, 2005 to be offered in trial:

  pg 3, lines 19 - 22
  pg 7, line 11 - pg 9, line16
  pg 9, line 22 - pg 10, line 23
  pg 11, line 22 - pg 13, line 19
  pg 13, line 22 - pg 15, line 12
  pg 15, line 15 - pg 16, line 4
  pg 16, line 23 - pg 18, line 14
  pg 18, line 22 - pg 19, line 2
  pg 19, line 6 - pg 23, line 12
  pg 23, line 18 - pg 24, line 10
  pg 28, line 11 - pg 29, line 14
  pg 29, line 19 - pg 30, line 23
  pg 32, lines 3 - 20
  pg 32, line 23 - pg 33, line 7
  pg 33, line 15 - pg 34, line 9
  pg 34, line 16 - pg 35, line 7
  pg 35, line 12 - pg 37, line 14
  pg 38, line 1 - pg 39, line 15
  pg 40, line 4 - pg 42, line 6
  pg 45, lines 11 - 18
  pg 46, lines 3 - 21

      pg 48, lines 4 - 6
      pg 48, line 10 - pg 49, line 3
      pg 49, line 23 - pg 50, line 22
      pg 51, lines 6 – 13
      pg 51, line 16 – pg 52, line 20
      pg 54, line 5 - pg 55, line 7
      pg 58, lines 9 - 23
      pg 59, lines 7 - 22
      pg 60, lines 1 - 22
      pg 61, line 3 - page 63, line 18
      pg 64, lines 3 - 19
      pg 70, line 3 - page 74, line 23
      pg 75, lines 10 - 21
      pg 77, line 8 - pg 80, line 17
      pg 81, line 23 - pg 83, line 11
      pg 84, lines 6 - 17
      pg 87, lines 12 - 16
      pg 88, lines 4-5
      pg 88, line 12 - pg 89, line 16
      pg 89, line 22 - pg 90, line 13
      pg 90, line 18 - pg 93, line 21
      pg 94, lines 8 - 23
      pg 98, line 23 - pg 99, line 10
      pg 99, line 15 - pg 100, line 16
      pg 100, line 21 - pg 101, line 13

      Plaintiff also intends to offer into evidence all of the exhibits referenced in the above testimony.

Dated: Norwalk, Connecticut
      January 19, 2006

                  Respectfully Submitted,

                  GRIMES & BATTERSBY, LLP

                  By: _____
                     Gregory J. Battersby (Bar No. 7386)
                     Edmund J. Ferdinand, III (Bar No, 21287)
                     Russell D. Dize (Bar No. 23064)
                     Susan Schlesinger (Bar No. 26625)
                     488 Main Avenue, Third Floor
                     Norwalk, Connecticut 06851-1008

(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.