UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

Plaintiffs,

Index No.: 3:03 CV 222 (JBA)

- against -

FISHER-PRICE, INC.,

January 15, 2006

Defendant.

## PLAINTIFF'S DESIGNATION OF THE DEPOSITION TESTIMONY
## OF PAUL SNYDER

Plaintiff, Design Innovation, Inc., designates the following portions of the deposition

testimony of Paul Snyder, dated March 9, 2005, to be offered at trial:

    pg. 5, lines 6-7
    pg. 7, line 15 – pg. 8, line 17
    pg. 9, line 13 – pg. 18, line 2
    pg. 18, line 5 – pg. 22, line 14
    pg. 23, line 12 – pg. 27, line 10
    pg. 28, lines 3-9
    pg. 29, line 13 – pg. 30, line 5
    pg. 31, line 11 – pg. 32, line 4
    pg. 32, line 24 – pg. 34, line 14
    pg. 34, line 20 – pg. 35, line 18
    pg. 35, line 21 – pg. 39, line 21
    pg. 40, line 1 – pg. 46, line 10
    pg. 46, line 17 – pg. 55, line 10
    pg. 55, line 16 – pg. 56, line 16
    pg. 57, lines 4-13
    pg. 58, line 14 – pg. 65, line 22
    pg. 65, line 25 – pg. 71, line 17
    pg. 72, line 2 – pg. 74, line 8
    pg. 75, line 2 – pg. 78, line 10
    pg. 78, line 18 – pg. 79, line 18
    pg. 80, line 8 – pg. 81, line 3
    pg. 81, line 8 – pg. 82, line 24

pg. 83, line 2 – pg. 84, line 10
pg. 84, line 19 – pg. 85, line 18
pg. 85, line 21 – pg. 86, line 15
pg. 87, lines 1-23
pg. 88, line 18 – pg. 89, line 8
pg. 89, line 19 – pg. 90, line 1
pg. 90, line 20 – pg. 91, line 11
pg. 91, lines 19-21
pg. 91, line 24 – pg. 94, line 5
pg. 94, line 12 – pg. 95, line 7
pg. 96, line 2 – pg. 97, line 6
pg. 97, lines 14-18
pg. 98, lines 1-8
pg. 98, line 12 – pg. 99, line 2
pg. 99, lines 20-24
pg. 100, line 2 – pg. 101, line 19
pg. 103, line 21 – pg. 104, line 10
pg. 104, line 22 – pg. 105, line 9
pg. 109, line 5 – pg. 112, line 16
pg. 112, line 25 – pg. 117, line 6
pg. 122, line 18 – pg. 124, line 2
pg. 125, line 25 – pg. 130, line 22
pg. 132, line 24 – pg. 134, line 14
pg. 135, line 7 – pg. 136, line 17
pg. 139, lines 4-8
pg. 143, line 18 – pg. 144, line 3
pg. 144, lines 18-22
pg. 145, line 3
pg. 145, line 20 – pg. 147, line 3
pg. 150, line 10 – pg. 151, line 20
pg. 153, line 21 – pg. 154, line 11
pg. 174, line 10 – pg. 176, line 6
pg. 176, line 22 – pg. 178, line 9

Plaintiff also intends to offer into evidence all of the exhibits referenced in the above

testimony.

Dated: Norwalk, Connecticut
     January 15, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____

Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2006, a copy of the foregoing Designation of Deposition Testimony was served on all counsel of record below via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize