UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                              Plaintiffs,

        - against -

FISHER-PRICE, INC.,

                              Defendant.

Index No.: 3:03 CV 222 (JBA)

January 20, 2006

## PLAINTIFF'S DESIGNATION OF THE DEPOSITION TESTIMONY
## OF CHRIS PARDI

Plaintiff, Design Innovation, Inc., designates the following portions of the deposition

testimony of Chris Pardi, dated March 16, 2005, to be offered at trial:

    pg. 4, lines 19-22
    pg. 7, line 18 – pg. 8, line 2
    pg. 8, line 21 – pg. 9, line 21
    pg. 10, line 15 – pg. 11, line 7
    pg. 12, lines 6-18
    pg. 14, line 1 – pg. 16, line 13
    pg. 16, line 20 – pg. 18, line 2
    pg. 18, line 14 – pg. 19, line 5
    pg. 19, lines 14-17
    pg. 20, lines 7-20
    pg. 21, lines 7-22
    pg. 23, line 15-23
    pg. 25, lines 2-13
    pg. 27, line 12 – pg. 29, line 1
    pg. 29, lines 8-11
    pg. 30, line 19 – pg. 32, line 5
    pg. 35, line 6 – pg. 36, line 5
    pg. 38, line 20 – pg. 39, line 2
    pg. 40, lines 10-21
    pg. 43, line 15 – pg. 44, line 5
    pg. 45, line 8 – pg. 46, line 9
    pg. 48, line 21 – pg. 49, line 1

pg. 49, line 15 – pg. 51, line 22
pg. 54, line 12 – pg. 55, line 5
pg. 57, line 20 – pg. 58, line 5
pg. 60, line 12 – pg. 61, line 2
pg. 61, line 18 – pg. 63, line 18
pg. 67, line 2 – pg. 68, line 10
pg. 92, line 17 – pg. 93, line 19

Plaintiff also intends to offer into evidence all of the exhibits referenced in the above testimony.

Dated: Norwalk, Connecticut
January 20, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2006, a copy of the foregoing Designation of

Deposition Testimony was served on all counsel of record below via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

Russell D. Dize