UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br>  Plaintiffs, <br><br> - against - <br><br> FISHER-PRICE, INC., <br><br>  Defendant. | Index No.: 3:03 CV 222 (JBA) <br><br> January 19, 2006 |

### PLAINTIFF'S DESIGNATION OF THE DEPOSITION TESTIMONY OF PATRICIA GRABIANOWSKI

Plaintiff, Design Innovation, Inc., designates the following portions of the deposition testimony of Patricia Grabianowski, dated March 18, 2005, to be offered at trial:

pg. 3, lines 19 - 22
pg. 6, line 16 - pg. 7, line 15
pg. 7, line 20 - pg. 8, line 1
pg. 8, lines 8 - 17
pg. 9, lines 3 - 7
pg. 9, lines 10 - 19
pg. 10, lines 4 - 15
pg. 10, line 21 - pg. 11, line 7
pg. 11, line 11 - pg. 12, line 7
pg. 12, lines 13 - 15
pg. 13, lines 8 - 11
pg. 15, lines 7 - 14
pg. 16, lines 8 - 21
pg. 17, line 13 – pg. 19 line, 3
pg. 19, lines 9 - pg. 20, line 16
pg. 20, line 20 - pg. 21, line 3
pg. 21, line 11 - pg. 22, line 18
pg. 23, line 20 - pg. 24, line 7

    pg. 25, lines 4 - 7
    pg. 26, line 22 - pg. 27, line 11
    pg. 27, lines 16 - 19
    pg. 29, lines 12 - 21
    pg. 30, lines 3 - 12
    pg. 32, line 18 - pg. 34, line 13.
    pg. 34, line 16 - pg. 35, line 2
    pg. 35, lines 9 - 18
    pg. 37, line 22 - pg. 39, line 2
    pg. 39, line 11 - pg. 40, line 17
    pg. 42, lines 10 - 16
    pg. 43, line 4 - pg. 44, line 10
    pg. 45, line 11 - pg. 46, line 4
    pg. 46, lines 14 - pg. 47, line 20
    pg. 48, lines 5 - 8
    pg. 48, line 18 - pg. 49 line 9
    pg. 50, lines 2 - 12
    pg. 50, line 23 - pg. 51 line 15
    pg. 54, line 8 - pg. 55, line 15
    pg. 56, line 7 - pg. 58, line 15
    pg. 59, lines 1 - 17

Plaintiff also intends to offer into evidence all of the exhibits referenced in the above testimony.

Dated: Norwalk, Connecticut
       January 19, 2006

          Respectfully Submitted,

          GRIMES & BATTERSBY, LLP

          By: [signature]
            Gregory J. Battersby (Bar No. 7386)
            Edmund J. Ferdinand, III (Bar No, 21287)
            Russell D. Dize (Bar No. 23064)
            Susan Schlesinger (Bar No. 26625)
            488 Main Avenue, Third Floor
            Norwalk, Connecticut 06851-1008
            (p) (203) 849-8300
            (f)  (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
  Jay H. Sandak, Esq.
  Peter M. Nolin, Esq.
  707 Summer Street
  Stamford, Connecticut 06901-1026
  (p) (203) 425-4200
  (f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.