UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : | |
| : | |
| Plaintiffs, : | |
| : | Civil No. 303 CV 222 (JBA) |
| v. : | |
| : | |
| FISHER-PRICE, INC. : | |
| : | |
| Defendant. : | JANUARY 25, 2006 |
| : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the United States District Court, Michael J. Kolosky requests leave to withdraw his appearance for defendant Fisher-Price, Inc. in this action. Attorney Bradford S. Babbitt will continue to serve as local counsel for the defendant, Fisher-Price, Inc.

FISHER-PRICE, INC.

By /s/ Bradford S. Babbitt
Bradford S. Babbitt
e-mail: babbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
e-mail: mkolosky@rc.com
Federal Bar No.: ct22686
**ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

and

Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
**HODGSON RUSS LLP**
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391
Telephone: (716) 856-4000

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was mailed via first-class mail, postage prepaid, to the following on this 25th day of January, 2006.

Gregory J. Battersby, Esq.
Edmund J. Ferdinand, III, Esq.
Russell D. Dize, Esq.
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008

Jacqueline Bucar, Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn LLP
205 Church Street
New Haven, CT 06510

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W., Suite 900
Washington, D.C. 20006

Michael J. Kolosky