UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESIGN INNOVATION, INC., : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Civil No. 303CV222(JBA) |
| : | |
| FISHER-PRICE, INC. : | |
| : | |
| Defendant. : | |
| : | JANUARY 31, 2006 |
| : | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1 (d), the undersigned counsel hereby moves for the admission *pro hac vice* of Jay I. Alexander to represent defendant, Fisher-Price Inc., in this action. Mr. Alexander is counsel with the firm Milbank, Tweed, Hadley & McCloy, LLP, 1850 K Street, NW, Washington, D.C., 20006. His phone number is 202-835-7500, and his e-mail is jalexander@milbank.com.

As demonstrated in the affidavit of Jay I. Alexander, dated January 31, 2006, Mr. Alexander is a member in good standing of the bar of the District of Columbia and is admitted to practice United States Court of Appeals for the Federal Circuit and the United States Supreme Court. Mr. Alexander has never been denied admission or disciplined by this Court or any other court.

Mr. Alexander's Affidavit for Admission *Pro Hac Vice* is attached hereto as Exhibit A.

<table>
<tr><td>

**HODGSON RUSS LLP**
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

</td><td>

**TYLER COOPER & ALCORN, LLP**

By: *[signature]*

Jacqueline D. Bucar, Esq.
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

</td></tr>
<tr><td>

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

</td><td>

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

</td></tr>
</table>

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESIGN INNOVATION, INC. : | |
| : | |
| Plaintiff, : | Civil No. 303CV222 |
| V. : | |
| : | |
| FISHER-PRICE, INC. : | |
| : | |
| Defendant. : | January 31, 2006 |

**AFFIDAVIT OF JAY I. ALEXANDER
IN SUPPORT OF MOTION FOR ADMISSION
*PRO HAC VICE***

NEW HAVEN, CONNECTICUT: ss.

JAY I. ALEXANDER, being duly sworn, hereby deposes and says:

1. I make this affidavit in support of a motion for my admission *pro hac vice* to represent the defendant in this action.

2. I am of counsel to the firm of Milbank, Tweed, Hadley & McCloy, LLP, 1825 Eye Street, N.W., Washington, D.C. 20006. My telephone number is (202) 835-7500 and my email address is jalexander@milbank.com.

3. I graduated from the Northwestern University School of Law in 1990. I am admitted to practice in the District of Columbia. My Bar number is 434979.

4. I am a member in good standing in every Bar to which I have been admitted.

5. I have never been denied admission to the bar of any court, nor have I ever been disbarred, censured or subject to any disciplinary proceedings by any court.

6. I have been involved in the analysis and investigation of this case, and I am familiar with the pleadings in this action.

7. I have fully reviewed and am familiar with the Rules of the U.S. District Court for the District of Connecticut.

WHEREFORE, I respectfully request that I be granted permission to appear *pro hac vice* in this case.

_____
Jay L. Alexander

Sworn to before me this

31ST day of January, 2006.

_____
NOTARY PUBLIC

My Commission Expires May 31, 2008

-2-

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Motion for Admission Pro Hac Vice dated January 31, 2006, was sent by U.S. Postal Service, first class mail, to the attorneys of record recited below on this 31st day of January, 2006.

    Greogry J. Battersby, Esq. ( Bar No. 07386)
    Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
    Russell D. Dize, Esq. (Bar No. 23064)
    Grimes & Battersby LLP
    488 Main Avenue, Third Floor
    Norwalk, CT  06851-1008
    Telephone:  (203) 849-8300
    Facsimile:   (203) 849-9300

    Peter M. Nolin, Esq. (Bar No. 06223)
    Jay H. Sandak (Bar No. 06703)
    Sandak Hennessey & Greco LLP
    707 Summer Street
    Stamford, CT  06901
    Telephone:  (203) 425-4200
    Facsimile:   (203) 325-8608

_____
Jacqueline D. Bucar (CT 01187)