UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESIGN INNOVATION, INC., :
:
        Plaintiff :
:
v. : Civil No. 303CV222(JBA)
:
FISHER-PRICE, INC. :
:
        Defendant. :
: FEBRUARY 3, 2006
:

NOTICE OF FILING
LETTER BRIEF

Defendant Fisher-Price, Inc. hereby files a copy of the Letter Brief submitted to the Court on February 2, 2006 regarding the court's jury charge on novelty. This Letter Brief was referenced in open court on February 3, 2006.

Respectfully Submitted,

By _____
Jacqueline D. Bucar
**TYLER COOPER & ALCORN, LLP**
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

1

**HODGSON RUSS LLP**
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

Robert J. Lane, Jr.
Partner
Direct Dial: 716.848.1474
rlane@hodgsonruss.com



February 2, 2006

**By E-Mail**

Honorable Janet Bond Arterton
United States District Court,
District of Connecticut
141 Church Street, Room 118
New Haven, Connecticut 06510

Dear Justice Arterton:

    Re:    <u>Victor G. Reiling Associates v. Fisher-Price, Inc.</u>

    This is to follow-up on the issue raised at the conference earlier today relating to the charge on novelty, specifically with respect to defendant's request to include the statement that "a combination of common and existing elements used by toy manufacturers does not create a novel legally protectible idea," which was included in the Court's original draft charge.

    First, it should be noted that the Court has already accepted this proposition of law in ruling on Fisher-Price's motion for summary judgment. *See* Ruling on Fisher-Price's Motion for Summary Judgment, Docket No. 93 at pages 29-30 (describing the proposition that "the mere combination of known elements is insufficient to establish novelty" as a "clearly established legal principle"). Fisher-Price submits that this constitutes law of the case.

    Second, the overwhelming weight of caselaw supports Fisher-Price's request. *See Khreativity Unlimited v. Mattel*, 101 F. Supp. 2d 177, 185-86 (S.D.N.Y.), *aff'd*, 242 F.3d 366 (2d Cir. 2000) (recognizing that even if "plaintiffs provided a compilation of elements never before offered to the public, plaintiffs' idea nevertheless lacks novelty because a combination of pre-existing elements is not considered novel"); *Brandwynne v. Combe Int'l, Ltd.*, 74 F. Supp. 2d 364, 376 (S.D.N.Y. 1999) ("a combination of pre-existing elements is not considered 'novel'"); *Educational Sales Programs, Inc. v. Dreyfus Corp.*, 65 Misc. 2d 412, 416, 317 N.Y.S.2d 840, 844 (S.Ct. N.Y.Co. 1970) ("[T]he judicious use of existing means, or the mixture of known ingredients in somewhat different proportions . . . partake more of the nature of elaboration and renovation than of innovation"); *Oasis Music, Inc. v. 900 U.S.A., Inc.*, 161 Misc.2d 627, 614



Honorable Janet Bond Arterton
Page 2
February 2, 2006

N.Y.S.2d 878, 882 (S. Ct. N.Y. Co. 1994) ("the mixture of known ingredients in somewhat different proportions" is not novel as a matter of law").

   Finally, the language cited by the Court by *AEB & Associates v. Tonka Corp.*, 853 F. Supp. 724, 734 (S.D.N.Y. 1994), is not to the contrary. That language appears to indicate only that a novel idea may *include* pre-existing elements. It is not contrary to the established caselaw cited above which indicates that a novel idea may not be comprised *solely* of pre-existing elements (*i.e.,* it must include at least one novel element).

Respectfully,

Robert J. Lane, Jr.

RJL/jml

cc: Russell D. Dize, Esq.
  Peter M. Nolin, Esq.
  Jay Sandak, Esq.
  (all by e-mail)

**CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent by U.S. Postal Service, first class mail, to the attorneys of record recited below on this 3rd day of February, 2006.

    Greogry J. Battersby, Esq. ( Bar No. 07386)
    Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
    Russell D. Dize, Esq. (Bar No. 23064)
    Grimes & Battersby LLP
    488 Main Avenue, Third Floor
    Norwalk, CT  06851-1008
    Telephone:  (203) 849-8300
    Facsimile:   (203) 849-9300

    Peter M. Nolin, Esq. (Bar No. 06223)
    Jay H. Sandak (Bar No. 06703)
    Sandak Hennessey & Greco LLP
    707 Summer Street
    Stamford, CT  06901
    Telephone:  (203) 425-4200
    Facsimile:   (203) 325-8608

_____
Jacqueline D. Bucar (CT 01187)