UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DESIGN INNOVATION, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 303CV222(JBA) |
| | : | |
| FISHER-PRICE, INC. | : | |
| | : | |
| Defendant. | : | |
| | : | FEBRUARY 3, 2006 |
| | : | |

NOTICE OF FILING
FISHER-PRICE'S BENCH MEMORANDUM REGARDING SUBMISSION
OF DEMONSTRATIVE EXHIBITS TO THE JURY

Defendant Fisher-Price, Inc. hereby files the attached Bench Memorandum Regarding Submission of Demonstrative Exhibits to the Jury. This document was submitted informally to the court and discussed on the record on February 3, 2006.

Respectfully Submitted,

By _____
Jacqueline D. Bucar
**TYLER COOPER & ALCORN, LLP**
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

1

**HODGSON RUSS LLP**
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing was sent by U.S. Postal Service, first class mail, to the attorneys of record recited below on this 3rd day of February, 2006.

        Greogry J. Battersby, Esq. ( Bar No. 07386)
        Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
        Russell D. Dize, Esq. (Bar No. 23064)
        Grimes & Battersby LLP
        488 Main Avenue, Third Floor
        Norwalk, CT 06851-1008
        Telephone: (203) 849-8300
        Facsimile: (203) 849-9300

        Peter M. Nolin, Esq. (Bar No. 06223)
        Jay H. Sandak (Bar No. 06703)
        Sandak Hennessey & Greco LLP
        707 Summer Street
        Stamford, CT 06901
        Telephone: (203) 425-4200
        Facsimile: (203) 325-8608

_____
Jacqueline D. Bucar (CT 01187)