UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Design Innovation, Inc.,          :
            Plaintiff,            :
                                  :   Case. No. 3:03 CV 222 (JBA)
v.                                :
                                  :
Fisher-Price, Inc.,               :
            Defendant.            :

## VERDICT FORM

I.  **DESIGN INNOVATION'S MISAPPROPRIATION CLAIM**

1.  Did Design Innovation prove that the Reel Heroes concept was concrete when it was submitted to Fisher-Price?

    Yes ___✓___     No _____

2.  Did Design Innovation prove that the Reel Heroes concept was novel when it was submitted to Fisher-Price?

    Yes ___✓___     No _____

3.  Did Design Innovation prove that the Reel Heroes concept was disclosed to Fisher-Price in the context of a confidential relationship between Design Innovation and Fisher-Price?

    Yes ___✓___     No _____

4.  Did Design Innovation prove that Fisher-Price used the Reel Heroes concept?

    Yes ___✓___     No _____

    If you answered yes to all of questions 1-4, please proceed to question number 5. If you answered no to any of questions 1-4, you are finished and the verdict form has been completed once signed.

1

5. As to which of the following products did you find that Design Innovation proved that Fisher-Price used the concept:

   Mission Command Figures: Yes __✓__    No _____

   Video Mission Figures:    Yes __✓__    No _____

   Mission Select Figures:   Yes __✓__    No _____

   Telly Photo:              Yes __✓__    No _____

   Please proceed to question number 6.

II. **DESIGN INNOVATION'S UNFAIR COMPETITION CLAIM**

6. Did Design Innovation prove its unfair competition claim?

   Yes __✓__        No _____

   Please proceed to question number 7.

III. **FISHER-PRICE'S AFFIRMATIVE DEFENSE OF INDEPENDENT CREATION**

7. Did Fisher-Price prove its affirmative defense of independent creation with respect to any of the following products:

   Mission Command Figures: Yes _____    No __✓__

   Video Mission Figures:    Yes _____    No __✓__

   Mission Select Figures:   Yes _____    No __✓__

   Telly Photo:              Yes _____    No __✓__

   If you answered yes for all of the products listed above, you are finished and the verdict form has been completed once signed; if you answered no to any of the products listed above, please proceed to question number 8.

2

## IV. FISHER PRICE'S AFFIRMATIVE DEFENSE OF WAIVER

8.  Did Fisher-Price prove its affirmative defense of waiver?

    Yes _____     No ___✓___

    If you answered yes, you are finished and the verdict form has been completed once signed; if you answered no, please proceed to question number 9.

## V. DAMAGES

9.  What reasonable royalty did Design Innovation prove it is entitled to with respect to each of the following products:

    ~~40%~~ Mission Command Figures: $ 272324.00

    ~~40%~~ Video Mission Figures: $ 316848.00

    ~~40%~~ Mission Select Figures: $ 197584.00

    Telly Photo: $ 0

    Line Extensions:
      Aquatic Rescue Command Center: $ 598,126.00
      Mountain Action Command Center: $ 222870.00
      Mission Select Fire Truck: $ 52,230.00
      Mission Select Police Car: $ 58,550.00

    Please proceed to question number 10.

10. Did Design Innovation prove that it is entitled to punitive damages?

    Yes _____     No ___✓___

    You are now finished and the verdict form is complete once it has been dated and signed.

Dated at New Haven, Connecticut this 6th day of February, 2006, at 13:54 a.m. /(p.m.)

_____
SIGNATURE OF FOREPERSON

3