AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF ―――

**Reiling v. Fisher Price**

EXHIBIT AND WITNESS LIST

CASE NUMBER: 3cv222JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Nolin | Wallace |
| **TRIAL DATE(S)** 1/17/06 | **COURT REPORTER** Montini | **COURTROOM DEPUTY** Torday |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|

United States District Court
District of Connecticut
FILED AT NEW HAVEN
2/3/ 2006
Kevin F. Rowe, Clerk
By /s/ Torday
    Deputy

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# TRIAL EXHIBITS IN EVIDENCE

## Case No. 03CV222(JBA)

| Ex. No. | Description |
|---|---|
| 1 | Reiling 12/15/94 Policy & Agreement (FP0018-19) |
| 2 | 10/29/98 Concept Submission Form (FP0073) |
| 3 | Narrative from first submission (DI009) |
| 4 | Drawings from first submission (FP0058) |
| 5 | Cameraman drawing ("Filmore Schotz") from first submission (FP0055) |
| 6 | Camera drawing from first submission (FP0061) |
| 7 | Prototype |
| 8 | Grabianowski 12/08/98 memo (DI010) |
| 9 | Reiling 02/02/99 correspondence to Pat Grabianowski and Doug Melville (DI011) |
| 10 | 02/18/99 Option Agreement (VGR010-17) |
| 11 | Exhibit A to Option Agreement (VGR016) |
| 12 | Schmidt 03/23/99 letter returning submission (DI020) |
| 13 | Narrative from 05/22/99 second submission (DI021) |
| 14 | Drawings from second submission (DI022) |
| 15 | Narrative from third submission (DI0023) |
| 16 | Drawing from third submission (DI024) |

1456255

| Ex. No. | Description |
|---|---|
| 17 | Drawing from third submission (DI025) |
| 18 | Drawing from third submission (DI026) |
| 20 | Fisher-Price 01/05/01 letter from Pat Grabianowski to V. G. Reiling Assocs. (DI027) |
| 21 | Popek 03/20/02 letter to Toy Biz (DI051, 052, 054) |
| 22 | Photo of Design Innovation model submitted to Toy Biz (DI064) |
| 24 | Design Innovation 8/98 drawings of Rescue Heroes figures (DI293, 301, 302, 320, 303, 264, 321, 294, 295, 297, 310, 298, 317, 306, 311, 316, 304, 307, 308, 309, 291, 305, 292, 296, 299, 261, 300, 315, 318, 312, 313, 314) |
| 25 | Design Innovation 08/31/98 Invoice No. 4386 re Rescue Heroes figures (DI257) |
| 26 | Design Innovation file re "Real Action Hero Sculpt" (DI111-122) |
| 28 | Photo of Design Innovation model of fire truck (from DI064) (Depo. Ex. 245) |
| 29 | Photo of Design Innovation model of fire truck (from DI064) (Depo. Ex. 246) |
| 31 | Photo of models by Design Innovation (Depo. Ex. 248) and CD containing same (DI 064) |
| 32 | 1998 Toy Fair catalog pages (cover and pages 60-63) |
| 32-A | Basic Jack Hammer figure |
| 33 | 1997 Basic Billy Blazes figure |
| 35 | 1998 Basic Billy Blazes figure |
| 37 | Rescue Heroes cartoon/video, "Flashback to Danger" |
| 38 | Rescue Heroes cartoon/video, "Lava Alarm" (1998) |

| Ex. No. | Description |
|---|---|
| 39 | 1999 Toy Fair catalog pages (cover and pages 66-73) |
| 40 | 2000 Toy Fair catalog pages (cover and pages 72-81) |
| 43 | Drawing of infrared system (FP0997) |
| 44 | Drawing of infrared system (FP1008) |
| 46 | Voice Tech Billy Blazes figure |
| 48 | Voice Tech Firetruck |
| 50 | Voice Tech Police Cruiser |
| 54 | 2001 Toy Fair catalog pages (cover and pages 76-85) |
| 55 | Mission Command Billy Blazes figure |
| 56 | Mission card (fire) for Mission Command Billy Blazes figure |
| 57 | Package for Mission Command Billy Blazes figure |
| 58 | Mission Command Jake Justice figure |
| 59 | Mission card (flood) for Mission Command Jake Justice figure |
| 62 | Mission Command Mission Cards |
| 64 | Virtual Video UK Patent issued 03/08/00 (FP0504-0531) |
| 66 | Carterbench Virtual Video submission brochure (FP15448-15463) |
| 67 | Page from Carterbench Virtual Video submission brochure (FP15455) |
| 73 | Aquatic Rescue Command Center (ARCC) Playset |

1456255

| Ex. No. | Description |
|---|---|
| 76 | Carterbench 10/19/00 Rescue Heroes Medic Center backpack submission (FP0897) |
| 77 | Color drawings of Virtual Video backpacks (FP0296) |
| 79 | 10/14/02 "Contract Summary (Revised)" (FP0297-0300) |
| 80 | 2002 Toy Fair catalog pages (cover and pages 78-89) |
| 81 | Voice Tech Video Mission Billy Blazes figure |
| 85 | Mission Select Billy Blazes figure |
| 86 | Package for Mission Select Billy Blazes figure |
| 87 | Mission Select Al Pine figure |
| 90/91 | Mountain Action Command Center (MACC) Playset (in box) |
| 92 | Mission Select Firetruck |
| 93 | Box for Mission Select Firetruck |
| 95 | Box for Mission Select Police Cruiser |
| 95-A | Mission Select Police Cruiser |
| 97 | Bang Zoom drawing (FP15317) |
| 100 | Photos of group of Bang Zoom models/breadboards of Team Optics figures (FP15680-15682) |
| 101 | Photos of Bang Zoom Billy Blazes model/breadboard with slide show (35mm) camera/rescue viewer (FP15683-15685) |
| 109 | Scott May Telly Photo display (FP14251) |
| 111 | Optic Force Telly Photo figure |

1456255

| Ex. No. | Description |
|---|---|
| 113 | Photo of Optic Force team |
| 116 | Toy Biz Projectors patent (FP2253-2260) |
| 117(01) | 1997 basic Billy Blazes figure |
| 117(08) | Sargeant Siren (basic) figure |
| 117(09) | Optic Force Telly Photo (loose) |
| 117(24) | Voice Tech Jake Justice (loose) |
| 117(28) | Video Mission Gil Gripper (loose) |
| 117(29) | Mission Select Billy Blazes (loose) |
| 117(30) | Basic Billy Blazes figure (loose) |
| 117(64) | Scuba Diver (loose) |
| 117(67) | Basic Wendy Waters figure (loose) |
| 117(68) | Optic Force Telly Photo (in package) |
| 117(69) | 1997 basic Billy Blazes (in package) |
| 117(70) | Video Mission Billy Blazes (in package) (Depo. Ex. 81) |
| 117(72) | Mission Select Billy Blazes (in package) |
| 117(73) | Scuba Diver (in package) |
| 120 | Defendant's Responses to Plaintiffs' First Set of Interrogatories |
| 121 | Defendant's Responses to Plaintiffs' Second Set of Interrogatories |

1456255

| Ex. No. | Description |
|---|---|
| 122 | Defendant's Responses to Plaintiffs' Third Set of Interrogatories (Reserved) |
| 126 | Reiling 12/31/91 Policy and Agreement (FP15107-15108) |
| 127 | Reiling 01/26/93 Policy and Agreement (FP15110-15111) |
| 128 | Reiling 01/28/94 Policy and Agreement (FP15112-15113) |
| 144 | Reports of royalties paid to Carterbench (FP0775-0888) (Reserved) |
| 145 | Pro forma royalty reports (FP13381-13523) (Reserved) |
| 146 | Reports of royalties paid to Bang Zoom (FP15692-15770) (Reserved) |
| 147 | Summary of royalties paid to Bang Zoom (FP15691) (Reserved) |
| 161 | Design Innovation invoices (DI323, 253, 113, 248, 240, 228, 212, 185, 172, 167, 124, 130, 157, 148, 066, 093, 079, 385, 374, 091, 346, 106, 337, 332) |
| 162 | Secret Wars Daredevil figure (Depo. Ex. 329) |
| 165 | Lost Profits and Reasonable Royalties (Hoffman Update to Report, Ex. 4A) (Reserved) |
| 166 | Operating Profits (Hoffman Update to Report, Ex. 5A Corrected) (Reserved) |
| 167 | Closeout Units and Sales Revenue, 2001-2005 (Hoffman Update to Report, Ex. 6) (Reserved) |
| 168 | Direct Sales, 2001-2004 (Hoffman Update to Report, Ex. 7) (Reserved) |
| 169 | Worldwide Sales, 2000 through 2004 (FP14922) (Reserved) |
| 170 | Worldwide Sales, 2000 through 9/30/05 (FP15786) |
| 171 | Worldwide P and L, 2000-2004 Actuals (FP15308-15312) |
| 172 | Worldwide P and L, 2001 Actuals and Adjusted (FP15787) (Reserved) |

1456255

| Ex. No. | Description |
|---|---|
| 173 | Optic Force SKUs (FP15313) |
| 174 | Closeout Sales Units, 2001-2004 (FP15788)  (Reserved) |
| 180 | Sample of lenticular plastic sheet |
| 184 | Photos of Design Innovation telescope backpack model (from DI064) |
| 185 | Photos of Design Innovation microscope backpack model (from DI064) |
| 186 | Photos of Design Innovation camera backpack model from (from DI064) |
| 187 | Photos of Design Innovation infra-red scope backpack model (from DI064) |
| 188 | Photos of Design Innovation periscope backpack model (from DI064) |
| 193 | Catalog pages showing Kenner Centurions figures (FP2140-2152) |
| 195 | Catalog page showing the Real Ghostbusters figures (FP2189) |
| 201 | Design Innovation 08/25/99 Product Disclosure Form re "Nosey Nozzles" (FP15092-15093) |
| 202 | Design Innovation 02/04/92 Policy and Agreement re "Craft Items" (FP15089-15091) |
| 203 | Design Innovation 03/30/93 Development Agreement re "Preschool Vehicles" (FP15074-15081) |
| 206 | Design Innovation 12/06/94 Design Services Agreement (FP15070-15073) |
| 209 | Plaintiffs' 02/03/03 Complaint |
| 216 | Email from Suzanne Robinson to James Bauman dated 01/15/01 (FP14903-14904) |
| 217 | Fisher-Price Product Disclosure Form from Carterbench 01/18/01 (FP14902) |

| Ex. No. | Description |
|---|---|
| 219 | Letter of Intent from Fisher-Price to Carterbench dated 12/19/00 (FP0922-0923) |
| 220 | Letter from Pat Grabianowski to Victor Reiling and Design Innovation 02/23/99 (VGR0185) |
| 221 | 2003 Fisher-Price Reference Guide (pages 28-43) |
| 230 | Digital camera story board |
| 231 | Filmore Schotz story board |
| 232 | Photograph of Mission Select Firetruck (Depo. Ex. 258) |
| 233 | 2001 Toy Fair catalog pages (cover and pages 78-79) |
| 234 | MACC photographs (Depo. Ex. 262) |
| 235 | Mission Select catalog page (Depo. Ex. 278) |
| 300 | Fisher-Price Wish List dated 02/28/94 (Depo. Ex. 56) |
| 301 | Letter from Paul Snyder to Victor Reiling dated 03/01/94 (Depo. Ex. 58) |
| 303 | Letter from Paul Snyder to Victor Reiling dated 11/04/94 (Depo. Ex. 55) |
| 307 | Prototype car from Victor Reiling's "Slam Jammers" submission to Fisher-Price (Depo. Ex. 50) |
| 308 | Fisher-Price's "Crash Zone" car (Depo. Ex. 51) |
| 346 | Second Amended Complaint (Depo. Ex. 263) |
| 376 | Fisher-Price External Design Report (FP0001-0002) (Depo. Ex. 87) |
| 377 | Fisher-Price External Design Report (FP0003) (Depo. Ex. 88) |
| 378 | Fisher-Price External Design Report (FP0004-0005) (Depo. Ex. 90) |
| 397 | Carterbench backpack drawings |

| Ex. No. | Description |
|---|---|
| 603 | Equip-Men model |
| 604 | ARCC breadboard from Carterbench |
| 606 | Carterbench 07/28/00 Virtual Video Men submission (FP14899, 3602, 3604, 3606, 3608) |
| 607 | 09/19/00 e-mail from Rob Kay to Tina Zinter (FP14900) |
| 608 | 10/19/00 e-mail from Suzanne Robinson to Dave Ciganko (FP14868, 14871-14873) |
| 619 | Fisher-Price Changeable Picture Disc Camera |
| 620 | Fisher-Price Music Box Movie Camera |
| 621 | Fisher-Price Cartoon Viewer |
| 623 | View-Master with Batman reels |
| 625 | Package for Wolverine Projectors figure |
| 629 | Package for The Thing Projectors figure |
| 630 | 12 cells from one of The Thing's projector disks |
| 631 | Torso of The Thing Projectors figure |
| 632 | Cyclops Projectors |
| 633-A | Spider-Man Projectors figure |
| 639 | Six Million Dollar Man figure |
| 652 | Package for Secret Wars Captain America |
| 655 | Package for Secret Wars Magneto figure (Depo. Ex. 269) |
| 665 | Fortress of Solitude playset |
| 666 | Box for Fortress of Solitude Playset |
| 667 | Hall of Justice Playset |
| 668 | Box for Hall of Justice playset |
| 671 | Star Trek U.S.S. Enterprise Playset |

| Ex. No. | Description |
|---|---|
| 672 | Box for Star Trek Enterprise Playset |
| 674 | Mobile Bat Lab |
| 675 | Box for Mobile Bat Lab |
| 676 | MASK Rhino vehicle |
| 686 | Lenticular card showing boy dribbling basketball |
| 694-A | Photo of Fisher-Price Dr. Doodle |
| 694-B | Photo of Fisher-Price Snoopy Sniffer |
| 694-C | Photo of Fisher-Price Snap-Lock Beads, Popcorn Popper, and Xylophone |
| 694-D | Photo of Fisher-Price Safety School Bus and Little People |
| 694-E | Photo of Fisher-Price Rock-a-Stack |
| 694-F | Graphic of Fisher-Price Picture Story Camera |
| 694-G | Graphic of Fisher-Price Changeable Picture Disc Camera |
| 694-H | Graphic of Fisher-Price Music Box Movie Camera |
| 694-I | Graphic of Fisher-Price Cartoon Viewer |
| 694-J | Graphic Fisher-Price Cartoon Viewer cartridge, "The Incredible Shrinking Spider-Man" |
| 740 | Reiling 12/04/86 Policy and Agreement (FP15156-15157) |
| 741 | Reiling 08/18/86 Policy and Agreement (FP15158-15159) |
| 742 | Reiling 03/24/87 Policy and Agreement (FP15162-15164) |
| 743 | Reiling 02/12/87 Policy and Agreement (FP15160-15161) |
| 744 | Reiling 08/21/87 Policy and Agreement (FP15165-15166) |
| 745 | Reiling 10/16/86 Policy and Agreement (FP15181-15182) |
| 746 | Reiling 12/06/89 Policy and Agreement (FP15183-15184) |

1456255

| Ex. No. | Description |
|---|---|
| 747 | Reiling 02/24/89 Policy and Agreement (FP15175-15176) |
| 748 | Reiling 12/06/89 Policy and Agreement (FP15189-15190) |
| 749 | Reiling 12/06/89 Policy and Agreement (FP15187-15188) |
| 750 | Reiling 12/06/89 Policy and Agreement (FP15185-15186) |
| 751 | Reiling 02/24/89 Policy and Agreement (FP15173-15174) |
| 752 | Reiling 02/24/89 Policy and Agreement (FP15170-15172) |
| 753 | Reiling 02/24/89 Policy and Agreement (FP15168-15169) |
| 754 | Reiling 06/13/89 Policy and Agreement (FP15177-15180) |
| 755 | Reiling 12/06/89 Policy and Agreement (FP15193-15194) |
| 756 | Reiling 12/06/89 Policy and Agreement (FP15191-15192) |
| 757 | Reiling 12/06/89 Policy and Agreement (FP15195-15196) |
| 758 | Reiling 12/06/89 Policy and Agreement (FP15197-15198) |
| 793 | Equip-Men drawings (8 pages) |
| 794 | Equip-Men model (Jack Hammer) |
| 808 | 8 cells from Fisher-Price Changeable Disc Camera Goldilocks disk |
| 817 | Design Innovation 10/08/02 Invoice No. 6281 re "Rescue Hero Backpack" (DI400) |
| 818 | Box for Adventure People TV Action Team |
| 823 | Catalog page showing Kenner Stretch Armstrong |
| 824 | Catalog pages showing Kenner Family Treehouse |
| 825 | Catalog page showing Kenner Star Wars figures |
| 826 | Photo of Wallpocketts |
| 827 | Tickle-Me-Elmo doll |
| 837 | Design Innovation 07/28/00 Submission (FP15094-15097) |
| 848 | Reiling 02/15/00 Product Disclosure Form (1 page) |

| Ex. No. | Description |
|---|---|
| 849 | Reiling 05/09/01 Product Disclosure Form (FP15224-15225) |
| 863 | Plaintiffs' 05/01/03 First Amended Complaint |
| 864 | Plaintiffs' 11/19/04 Second Amended Complaint |
| 894 | Catalog pages showing Littlest Pet Shop |
| 905 | Fisher-Price Cartoon Viewer cartridge, "The Incredible Shrinking Spider-Man" |
| 913 | X-Men Wolverine Projectors action figure |
| 915 | Secret Wars Captain America action figure |
| 916 | Secret Wars Magneto action figure |
| 919 | Reiling 02/15/86 Policy and agreement (FP15154-15155) |
| 920 | Reiling 01/30/90 Policy and Agreement (FP15101-15102) |
| 921 | Reiling 12/28/90 Policy and Agreement (FP15104-15105) |
| 924 | Fisher-Price Adventure People camera and cameraman |
| 925 | Rescue Heroes Products Dates of Introduction |
| 997 | Demonstrative exhibit entitled, "Mission Command Figures are not Substantially Similar to the Reel Heroes Concept" |
| 999 | Demonstrative exhibit entitled, "Video Mission Figures are not Substantially Similar to the Reel Heroes Concept" |
| 1000 | Demonstrative exhibit entitled, "Mission Select Figures are not Substantially Similar to the Reel Heroes Concept" |
| 1016 | Fisher-Price Product Development Team Structure chart |
| 1017 | Fisher-Price Development Teams chart |
| 1018 | Fisher-Price Boys Team chart |
| 1022 | Lenticular artwork |
| 1023 | George Foreman lenticular prototype |
| 1057 | Design Innovation drawings (3 pages) |

1456255

| Ex. No. | Description |
|---------|-------------|
| 1058 | Reel Heroes Toy Biz submission back view of DI064 (Joint Ex. 22) |
| 1059 | Reel Heroes drawing |
| 1067 | Fisher-Price Play Lab photo |
| 1068 | Fisher-Price Play Lab photo |

# Exhibits by Category
## (Fisher-Price Products)

## Case No. 03cv222(JBA)

| Ex. No. | Description |
|---|---|
| **Accused Rescue Heroes Figures** ||
| Voice Tech Mission Command: ||
| 55 | Mission Command Billy Blazes figure |
| 56 | Mission card (fire) for Mission Command Billy Blazes figure |
| 57 | Package for Mission Command Billy Blazes figure |
| 58 | Mission Command Jake Justice figure |
| 59 | Mission card (flood) for Mission Command Jake Justice figure |
| Voice Tech Video Mission: ||
| 81 | Voice Tech Video Mission Billy Blazes figure |
| 117(28) | Voice Tech Video Mission Gil Gripper |
| 117(70) | Voice Tech Video Mission Billy Blaze (in package) (Depo. Ex. 81) |
| Mission Select: ||
| 85 | Mission Select Billy Blazes figure |
| 86 | Package for Mission Select Billy Blazes figure |
| 87 | Mission Select Al Pine figure |
| 117(72) | Mission Select Billy Blazes figure (in package) |
| Telly Photo: ||
| 111 | Telly Photo figure |

| Ex. No. | Description |
|---|---|
| 117(09) | Telly Photo figure |
| 117(68) | Telly Photo figure (in package) |
| **Non-Accused Rescue Heroes Products** ||
| Basic: ||
| 32-A | Basic Jack Hammer figure |
| 33 | 1997 Basic Billy Blazes figure |
| 117(01) | 1997 Basic Billy Blazes figure |
| 117(69) | 1997 Basic Billy Blazes figure (in package) |
| 35 | 1998 Basic Billy Blazes figure |
| 117(08) | Sargeant Siren figure |
| 117(30) | Basic Billy Blazes figure |
| 117(64) | Scuba Diver figure |
| 117(67) | Basic Wendy Waters figure |
| 117(73) | Scuba Diver figure |
| Voice Tech: ||
| 46 | Voice Tech Billy Blazes figure |
| 117(24) | Voice Tech Jake Justice figure |
| 48 | Voice Tech Firetruck |
| 50 | Voice Tech Police Cruiser |
| **Line Extensions** ||
| 73 | Aquatic Rescue Command Center (ARCC) Playset |
| 92 | Mission Select Firetruck |
| 93 | Box for Mission Select Firetruck |

| Ex. No. | Description |
|---------|-------------|
| 232 | Photograph of Mission Select Firetruck (Depo. Ex. 258) |
| 95 | Box for Mission Select Police Cruiser |
| 95-A | Mission Select Police Cruiser |
| 90/91 | Mountain Action Command Center (MACC) Playset (in box) |
| 234 | MACC photographs (Depo. Ex. 262) |