# United States District Court

——— DISTRICT OF ———

Reiling v. Fisher Price

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3cv222 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Nolin | Walker |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/17/6 | Montini | Torday |

| PLF NO. | DEF NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | See list. |

United States District Court
District of Connecticut
FILED AT

2/6/04

Kevin F. Rowe, Clerk

By B. Torday
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

REILING V FISHER PRICE
3:03CV222 JBA

WITNESS LIST:

PLAINTIFF:

| | | |
|---|---|---|
| 1/17/06 | VICTOR REILING | KENT, CT |
| 1/18/06 | CONT. | |
| 1/19/06 | CONT. | |
| | | |
| 1/19/06 | PAUL SNYDER, BY DEP. | ALLENTOWN, PA |
| 01/23/6 | CONT. | |
| | | |
| 01/23/6 | BRUCE POPEK | AVON, CT |
| 01/24/6 | CONT. | |
| | | |
| 01/24/6 | PATRICIA GRABIANOWSKI, BY DEP. | E. AURORA, NY |
| | | |
| 01/25/6 | KEN MORTON, BY DEP. | E. AURORA, NY |
| | | |
| 01/25/6 | CHRIS PARDI, BY DEP. | E. AURORA, NY |
| | | |
| 01/25/6 | JAMES KIPLING | CINCINNATI, OH |
| 01/26/6 | CONT. | |

DEFENDANT:

| | | |
|---|---|---|
| 01/27/6 | CHRISTINE ZINTER-CHAHIN | E. AURORA, NY |
| | | |
| 01/27/6 | KEN MORTON | E. AURORA, NY |
| | | |
| 01/30/6 | TYLER BERKHEISER | E. AURORA, NY |
| | | |
| 1/30/6 | SUZANNE ROBINSON | MACCLESFIELD, CHESHIRE, |
| 1/31/6 | CONT. | ENDLAND |
| | | |
| 1/31/6 | BRUCE BENEDETTO | AVON, CT |
| | | |
| 1/31/6 | BRIAN MANZOLLI | AVON, CT |
| | | |
| 1/31/6 | PETER POOK, BY DEP. | DELRAY BEACH, FL |
| | | |
| 2/1/6 | HOWARD BOLLINGER | WILMINGTON, NC |