AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____ Court

Reeling v. Fisher Plan

EXHIBIT AND WITNESS LIST

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Nolin | Wallace |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/17/6 | Montin | Tordsy |

| PLF NO. | DEF NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 1 | | | Note: Leaving for the day |
| | | 2 | | | Note: Exh + Read Back |
| | | 3 | | | Note: Verdict |

United States District Court
District of Connecticut
FILED AT

2/6/06

Kevin F. Rowe, Clerk

By: _____ Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.