UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESIGN INNOVATION, INC.

    v.    Civil No. 3:03cv222 (JBA)

FISHER-PRICE, INC.

**J U D G M E N T**

This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.

On February 6, 2006, after deliberation, the jury returned a verdict for the plaintiff, Design Innovation, Inc., and found compensatory damages as to Mission Command Figures $272,324.00; Video Mission Figures $316,848.00; Mission Select Figures $197,584.00 and line extensions as to Aquatic Rescue Command Center $598,128.00; Mountain Action Command Center $222,870.00; Mission Select Fire Truck $52,230.00 and Mission Select Police Car $58,550.00 for a total award of $1,718,534.00.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Design Innovation, Inc., in the amount of $1,718,534.00 for compensatory damages.

Dated at New Haven, Connecticut: February 7, 2006

KEVIN F. ROWE,  Clerk

_____/s/_____
By: Betty J. Torday
Deputy Clerk

EOD:_____