UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.,<br><br>Plaintiffs,<br><br>- against -<br><br>FISHER-PRICE, INC.,<br><br>Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br><br>January 22, 2006 |

**PLAINTIFF'S MOTION TO QUASH THE KIPLING SUBPOENA
OR IN THE ALTERNATIVE FOR A PROTECTIVE ORDER**

Pursuant to Rules 45(c)(3)(A), (B) and 26(c) of the Federal Rules of Civil Procedure, Plaintiff, Design Innovation, Inc., respectfully moves to quash the subpoena served on Plaintiff's expert, James Kipling, on January 18, 2006, or in the alternative for entry of a protective order, on the ground that Fisher-Price's subpoena is inconsistent with Rule 45 because it amounts to a broad discovery subpoena during trial.

In addition, Plaintiff objects to any request that seeks production of contracts or license agreements from Mr. Kipling's former employer on the ground that any such agreements entered into by Kenner or Hasbro during the term of Mr. Kipling's employment by those companies contain highly confidential business terms which should not be disclosed to Fisher-Price, one of Hasbro's major competitors, absent a showing of necessity by Fisher-Price.

Plaintiff relies on the accompanying memorandum of law, and the exhibits attached thereto, in support of its motion.

Dated: Norwalk, Connecticut
       January 22, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: *[signature]*
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2006 a copy of the foregoing Motion was served on all counsel of record below by electronic means:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W., Suite 900
Washington, DC 20006

_____
Edmund J. Ferdinand, III

3