UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                  Plaintiffs,

    - against -

FISHER-PRICE, INC.,

                  Defendant.

Index No.: 3:03 CV 222 (JBA)

February 10, 2006

## NOTICE OF APPEAL

Notice is hereby given that Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI"), plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the Court's Ruling on Defendant's Motion for Summary Judgment [Doc. # 145] entered in this action on the 16th day of December, 2005, as allowed to stand by the Court's Ruling on Plaintiffs' Motion for Reconsideration [Doc. # 189] entered in this action on the 12th day of January, 2006.

Dated: Norwalk, Connecticut
      February 10, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
    Gregory J. Battersby (Bar No. 7386)
    Edmund J. Ferdinand, III (Bar No. 21287)
    Russell D. Dize (Bar No. 23064)
    Susan Schlesinger (Bar No. 26625)
    488 Main Avenue, Third Floor
    Norwalk, Connecticut 06851-1008
    (p) (203) 849-8300
    (f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
    Jay H. Sandak, Esq.
    Peter M. Nolin, Esq.
    707 Summer Street
    Stamford, Connecticut 06901-1026
    (p) (203) 425-4200
    (f) (203) 325-8608

    Attorneys for Plaintiffs
    Victor G. Reiling Associates and
    Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, a copy of the foregoing Notice of Appeal was served on all counsel of record below via U.S. Mail, first-class, postage prepaid, to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York  14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

Russell D. Dize