UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **Victor G. Reiling Associates and Design Innovation, Inc.,** : <br>         **Plaintiffs,** : <br> : <br> **v.** : <br> : <br> **Fisher-Price, Inc.,** : <br>         **Defendant.** : | Case. No. 3:03 CV 222 (JBA) |

### Scheduling Order

1. A bench trial of the second phase of this case will take place from May 1 – May 5, 2006, from 9:00 a.m. to 2:30 p.m. each day.

2. The parties' Trial Briefs shall be filed, with courtesy copies to Chambers, by April 9, 2005.

3. Reply Memoranda, if any, shall be filed, with courtesy copies to Chambers, by April 16, 2005.

IT IS SO ORDERED.

          /s/
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 15th day of February, 2005.**