UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                      Plaintiffs,                    Civil No.: 3:03 CV 222 (JBA)

    v.                                              February 16, 2006

FISHER-PRICE, INC.,

                      Defendant.

## DEFENDANT FISHER-PRICE, INC.'S
## MOTION TO FILE OVERLENGTH BRIEF

Pursuant to D.Conn. L. Civ. R. 7(a)(2), defendant Fisher-Price, Inc. ("Fisher-Price") hereby requests permission to file an overlength memorandum of law in support of its post-trial motion pursuant to Federal Rules of Civil Procedure 50(b) and 59.

As set forth in the accompanying declaration of Jodyann Galvin dated February 16, 2006, Fisher-Price submits that good cause exists to allow submission of an overlength memorandum of law in light of the complexity of the instant case and the issues presented over the course of nearly a three-week trial. Fisher-Price therefore seeks the Court's permission to file a fifty-five page memorandum of law and twenty-page reply memorandum.

Wherefore, Fisher-Price respectfully requests that this motion be granted.

Dated: February 16, 2006

**HODGSON RUSS LLP**

By   s/Jodyann Galvin
    Robert J. Lane, Jr.
e-mail:  rlane@hodgsonruss.com
Federal Bar No.:  ct24598
Jodyann Galvin
e-mail:  jgalvin@hodgsonruss.com
Federal Bar No.:  ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone:  (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email:  wwallace@milbank.com
Federal Bar No. PVH 0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone:  (202) 835-7500

**TYLER COOPER & ALCORN, LLP**
Jacqueline D. Bucar
e-mail:  jbucar@tylercooper.com
Federal Bar No.: ct01187
Robert W. Allen
e-mail: rwallen@tylercooper.com
Federal Bar No.: ct04188
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone:  (203) 784-8269

*Attorneys for Fisher-Price, Inc.*

## **CERTIFICATION**

This is to certify that a copy of Defendant Fisher-Price, Inc.'s Motion to File Overlength Brief was sent via overnight delivery and by electronic means on this 17th day of February 2006 as follows:

> Russell D. Dize, Esq. (ct23064)
> Grimes & Battersby, LLP
> 488 Main Avenue, Third Floor
> Norwalk, Connecticut  06851-1008

> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06901
> Telephone:  (203) 425-4200
> Facsimile:   (203) 325-8608

>             _____s/Robert W. Allen_____
>                       Robert W. Allen