UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                          Plaintiffs,

v.

FISHER-PRICE, INC.,

                          Defendant.

Civil No.: 3:03 CV 222 (JBA)

February 16, 2006

**DECLARATION IN SUPPORT OF
FISHER-PRICE, INC.'S MOTION
TO FILE OVERLENGTH BRIEF**

       JODYANN GALVIN, under penalty of perjury and pursuant to 28 U.S.C. §1746, declares the following to be true and correct:

       1.     I am an attorney with Hodgson Russ LLP, attorneys for defendant Fisher-Price, Inc. ("Fisher-Price"). I make this declaration in support of the motion by Fisher-Price for permission to file a memorandum exceeding the forty-page limitation of D. Conn. L. Civ. R. 7(a)(2) because of the complexity of the case and the multiple issues presented on Fisher-Price's post-trial motion pursuant to Federal Rules of Civil Procedure 50(b) and 59. Fisher-Price's motion will be served in accordance with the timing requirements set forth in the Federal Rules of Civil Procedure.

       2.     Fisher-Price requests permission to file a memorandum of law of fifty-five pages in length. Fisher-Price also requests the Court's permission to file a twenty-five page reply memorandum.

3. The primary basis for Fisher-Price's request is that Fisher-Price will be simultaneously moving for judgment as a matter of law and for a new trial. For ease of presentation of the issues for the Court's consideration and to avoid duplication between the matter covered under each motion, Fisher-Price will present both bases for relief in one consolidated memorandum of law.

4. As the Court is aware, the trial lasted nearly three weeks, and involved the presentation of voluminous exhibits and witness testimony. Fisher-Price accordingly believes that efficiency in resolving post-trial issues in this action would be best served by a full and complete presentation of the issues on this combined Rule 50 and Rule 59 motion.

5. Fisher-Price therefore respectfully requests that the Court grant permission for its memorandum of law to be fifty-five pages and its reply memorandum to be twenty-five pages exceeding the page limitations set forth in this Court's Local Rules.

Dated: February 16, 2006

                                                           ____s/Jodyann Galvin_____
                                                                 Jodyann Galvin

## CERTIFICATION

This is to certify that a copy of the Declaration of Jodyann Galvin in Support of Fisher-Price, Inc.'s Motion to File Overlength Brief was sent via overnight delivery and by electronic means on this 17th day of February 2006 as follows:

>Russell D. Dize, Esq. (ct23064)
>Grimes & Battersby, LLP
>488 Main Avenue, Third Floor
>Norwalk, Connecticut  06851-1008


>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone:  (203) 425-4200
>Facsimile:   (203) 325-8608


>_____s/Robert W. Allen_____
>            Robert W. Allen