```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

**Victor G. Reiling Associates**       :
**and Design Innovation, Inc.,**       :
        **Plaintiffs,**       :       Case. No. 3:03 CV 222 (JBA)
                                     :
**v.**                                 :
                                     :
**Fisher-Price, Inc.,**                :
        **Defendant.**         :

## REVISED Scheduling Order

1. A bench trial of the second phase of this case will take place from May 1 – May 5, 2006, from 9:00 a.m. to 2:30 p.m. each day.

2. The parties' Trial Briefs shall be filed, with courtesy copies to Chambers, by April 10, 2006.

3. Reply Memoranda, if any, shall be filed, with courtesy copies to Chambers, by April 17, 2006.

                IT IS SO ORDERED.

                /s/_____
                Janet Bond Arterton
                United States District Judge

**Dated at New Haven, Connecticut this 17th day of February, 2005.**