UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC., :<br>:<br>Plaintiffs :<br>:<br>v. :<br>:<br>FISHER-PRICE, INC. :<br>:<br>Defendant. :<br>: | Civil No. 303CV222 (JBA)<br><br>February 22, 2006 |

## FISHER-PRICE INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL

The defendant Fisher-Price, Inc. respectfully renews its motion for judgment as a matter of law under Rule 50(b) of the Federal Rules of Civil Procedure and jointly moves for a new trial under Rule 59.

In support of this motion, Fisher-Price relies on: its Memorandum in Support of Fisher-Price's Motion for Judgment as a Matter of Law or a New Trial, dated February 22, 2006; on previous submissions to the Court and rulings by the Court as referenced in the accompanying memorandum by applicable docket number; and the transcript of the trial proceedings and exhibits admitted at trial.

Fisher-Price respectfully requests that oral argument be granted on this motion so that Fisher-Price may respond to any questions that the Court may have regarding the basis of the requested rulings.

**ORAL ARGUMENT REQUESTED**

Dated: February 22, 2006

TYLER COOPER & ALCORN, LLP

By _____
    Robert W. Allen
e-mail: rwallen@tylercooper.com
Federal Bar No.: ct04188
Jacqueline D. Bucar
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

MILBANK, TWEED, HADLEY & MCCLOY LLP
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
Jay Alexander
e-mail: jalexander@milbank.com
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

HODGSON RUSS LLP
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion for Judgment as a Matter of Law or For a New Trial, dated February 22, 2006, was sent on the 22nd day of February 2006 via first class mail to:

>Gregory J. Battersby, Esq. (Bar No. 07386)
>Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>Russell D. Dize, Esq. (Bar No. 23064)
>Grimes & Battersby LLP
>488 Main Avenue, Third Floor
>Norwalk, CT 06851-1008
>Telephone: (203) 849-8300
>Facsimile: (203) 849-9300
>
>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone: (203) 425-4200
>Facsimile: (203) 325-8608

_____
Robert W. Allen

03279/00136 BFLODOCS 1471509v1