UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESIGN INNOVATION, INC.,           :
                                   :
            Plaintiff,             :
                                   :
    v.                             :        Civil No. 303CV222(JBA)
                                   :
FISHER-PRICE, INC.                 :
                                   :
            Defendant.             :
                                   :        FEBRUARY 23, 2006
                                   :

### NOTICE OF FILING CORRECTED MEMORANDUM IN SUPPORT OF FISHER-PRICE'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR NEW TRIAL

Fisher-Price, Inc. hereby gives notice that it is filing herewith a Corrected Memorandum in Support of Fisher-Price's Motion for Judgment as a Matter of Law or New Trial. Through inadvertence, Fisher-Price, Inc.'s original memorandum, filed on February 22, 2006, did not contain a conclusion.

                            THE DEFENDANT,
                            FISHER-PRICE, INC.

                        By_____
                            Robert W. Allen (CT 04188)
                            **TYLER COOPER & ALCORN, LLP**
                            e-mail: rallen@tylercooper.com
                            Federal Bar No.: ct01187
                            205 Church Street
                            P.O. Box 1936
                            New Haven, CT 06509-0906
                            Telephone: (203) 784-8269

1

**HODGSON RUSS LLP**
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PHV0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**ROBINSON & COLE LLP**
Bradford S. Babbitt
e-mail: bbabbitt@rc.com
Federal Bar No.: ct13938
Michael J. Kolosky
email: mkolosky@rc.com
Federal Bar No.: ct22686
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent by U.S. Postal Service, first class mail, to the attorneys of record recited below on this 23rd day of February, 2006.

Greogry J. Battersby, Esq. ( Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
Grimes & Battersby LLP
488 Main Avenue, Third Floor
Norwalk, CT  06851-1008
Telephone:  (203) 849-8300
Facsimile:   (203) 849-9300

Peter M. Nolin, Esq. (Bar No. 06223)
Jay H. Sandak (Bar No. 06703)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT  06901
Telephone:  (203) 425-4200
Facsimile:   (203) 325-8608

_____
Robert W. Allen (CT 04188)