UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.,<br><br>Plaintiffs,<br><br>- against –<br><br>FISHER-PRICE, INC.,<br><br>Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br><br>February 28, 2006 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION FOR
<u>JUDGMENT AS A MATTER OF LAW OR FOR A NEW TRIAL</u>**

Plaintiff, Design Innovation, Inc., respectfully requests an extension of time to respond to Defendant's Motion for Judgment as a Matter of Law or for a New Trial. Plaintiff's response is currently due on March 15, 2006. Plaintiff seeks an extension of two (2) weeks, to and including March 29, 2006, to file its opposition papers.

This motion is for good cause. Defendant's motion is both long (55 pages in 11 pt. type) and comprehensive, as it addresses each of the four elements of Plaintiff's claim for misappropriation under New York law and challenges the jury's finding on Plaintiff's entitlement to damages for line extensions. The ability of Plaintiff's counsel to prepare a response to Defendant's motion prior to March 15, 2006 is complicated by: (1) other matters that must be addressed in this case prior to March 15, such as the deposition of Plaintiff's damages expert, Alan Ratliff; (2) significant obligations in other pressing litigation matters; and (3) a

long-scheduled vacation by the undersigned counsel from March 11, 2006 through March 18, 2006.

This is Plaintiff's first request for an extension of time with respect to Defendant's motion. The requested extension will not impact any other scheduled matter in this action, including the bench trial on the issue of disgorgement damages currently set to begin on May 1, 2006.

Despite diligent effort, Plaintiff was unable to ascertain Defendant's position with respect to the requested extension pursuant to Local Civil Rule 7(b). Plaintiff's counsel attempted to contact Defendant's counsel by telephone and e-mail, but Defendant's counsel did not respond.

Accordingly, Plaintiff hereby respectfully requests an extension of two (2) weeks, to and including March 29, 2006, to respond to Defendant's Motion for Judgment as a Matter of Law or for a New Trial, and for such other and further relief as the Court deems just and proper.

Dated: Norwalk, Connecticut
      February 28, 2006

                Respectfully submitted,

                GRIMES & BATTERSBY, LLP

                By: _____
                Edmund J. Ferdinand, III (Bar No. 21287)
                Russell D. Dize (Bar No. 23064)
                488 Main Avenue, Third Floor
                Norwalk, Connecticut 06851-1008
                (p) (203) 849-8300

                SANDAK HENNESSEY & GRECO, LLP

                Jay H. Sandak, Esq.
                Peter M. Nolin, Esq.
                707 Summer Street
                Stamford, Connecticut 06901-1026
                (p) (203) 425-4200
                Attorneys for Plaintiff Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2006, a copy of the foregoing Motion for Extension was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via facsimile to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Jay Alexander, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Edmund J. Ferdinand, III