UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                      Plaintiffs,

- against –

FISHER-PRICE, INC.,

                      Defendant.

Index No.:  3:03 CV 222 (JBA)

March 3, 2006

**REPLY MEMORANDUM IN FURTHER SUPPORT OF
PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

      Plaintiff, Design Innovation, Inc. ("DI"), respectfully submits this short reply brief in order to address Fisher-Price's Memorandum in Opposition to Plaintiff's Motion for Extension of Time.

      First, the requested time extension will not interfere with the orderly progression of the case because the Court previously indicated that Defendant's Rule 50 Motion would most likely not be decided until after the second phase of the trial, currently scheduled to begin May 1, 2006, is completed.

      Second, Defendant has mischaracterized the nature of Plaintiffs' appeal.  DI and Victor Reiling's appeal to the Second Circuit was limited only to the Court's ruling on Defendant's motion for summary judgment, as modified on reconsideration.  Even though final judgment has not yet been entered in the case, DI and Mr. Reiling filed the Notice of Appeal in an abundance of caution to ensure that they did not waive any rights to appeal the Court's summary judgment

ruling.[1] Because the appeal has no bearing on Defendants' directed verdict motion or the bench trial scheduled for May 1, 2006, it should not factor into the consideration of DI's request for further time to brief its opposition to Defendant's directed verdict motion.

Third, Defendant's reliance on Rule 6(b) is misplaced because that rule specifically references "except to the extent and under the conditions stated therein," referring to the text of Rules 50 and 59. Because Defendant has moved for a new trial under Rule 59, that rule applies. Rule 59(c) specifically provides that the Court, upon good cause shown, may grant an extension for opposing papers of up to twenty (20) days, for a total of thirty (30) days. Thus, Rule 59(c) by its very terms would allow an extension of time until March 24, 2006, which is thirty (30) days from the date of service and filing of Defendant's motion. DI hereby amends its prior request for an extension of time until March 29, 2006, and instead seeks an extension until March 24, 2006.

Fourth, DI has presented good cause for the requested extension for the reasons stated in the motion dated February 28, 2006 addressing the length and scope of Fisher-Price's brief, along with counsel's scheduling conflicts between now and March 15, 2006.[2] In addition, it is important to note that Fisher-Price's brief addresses several new arguments, including novelty, concreteness and portions of its argument regarding a lack of confidential relationship, that were not addressed during Defendants' oral motion. (*See* Tr. at 1781-1808). As a result, DI requires the additional time to review the record and brief these new issues.

Finally, the press release attached to Fisher-Price's papers, which accurately reported the jury's verdict, should have no bearing on DI's request for additional time.

---

[1] A Second Circuit staff attorney has indicated that Plaintiffs' appeal may be premature in light of the fact that final judgment has not been entered.
[2] DI's time to respond was further reduced by the fact that Fisher-Price failed to provide DI's counsel with a courtesy copy of its moving papers at the time of filing. Fisher-Price filed its papers on February 22, 2006, but the papers were served by regular mail and no courtesy copy was ever provided. DI's counsel did not receive Fisher-Price's papers until Friday, February 24, 2006.

## CONCLUSION

DI respectfully requests that the Court grant an extension of time of until March 24, 2006 for DI to respond to Defendant's Motion for Judgment as a Matter of Law or for a New Trial, and for such other and further relief as the Court deems just and proper.

Dated: Norwalk, Connecticut
      March 3, 2006

Respectfully submitted,

GRIMES & BATTERSBY, LLP

By: _____
Edmund J. Ferdinand, III (Bar No. 22287)
Russell D. Dize (Bar No. 23064)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300

SANDAK HENNESSEY & GRECO, LLP

Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
Attorneys for Plaintiff Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2006, a copy of the foregoing Motion for Extension was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via e-mail to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT  06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York  14203-2391

William Wallace, Esq.
Jay Alexander, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize