UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.,<br><br>     Plaintiffs,<br><br>- against -<br><br>FISHER-PRICE, INC.,<br><br>     Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br>March 24, 2006 |

### PLAINTIFF'S MOTION FOR PERMISSION
### TO FILE OVERLENGTH BRIEF

  Plaintiff, Design Innovation, Inc. ("DI"), respectfully requests permission to file an overlength opposition brief to Fisher-Price, Inc.'s Motion for Judgment as a Matter of Law or for a New Trial. Specifically, Plaintiff seeks permission to file an opposition brief totaling fifty-five (55) pages which is equal to the length of Defendant's moving brief. The additional pages are required due to the length and complexity of Defendant's brief. In an Order dated February 27, 2006, this Court granted Defendant's Motion for Permission to File Overlength Brief relative to Defendant's Memorandum in Support of Motion for Judgment as a Matter of Law or a New Trial.

  Before filing this motion, counsel for Plaintiff inquired of counsel for Defendant regarding their position relative to this motion and counsel for Defendant did not communicate a response.

  WHEREFORE, Plaintiff respectfully requests that this motion be granted and that it be permitted to file an opposition of fifty-five (55) pages.

Dated: Norwalk, Connecticut
      March 24, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: _____
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiff
Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2006, a copy of the foregoing Plaintiff's Motion for Permission to File Overlength Brief was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize