**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**REILING**                          :

**v.**                               :   NO. 3:03cv222 (JBA)

**DESIGN INNOVATIONS**               :

### ENDORSEMENT ORDER [282]

Motion for Permission to File Overlength Brief is GRANTED.

The Clerk is directed to docket plaintiff's opposition brief.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: March 28, 2006**