UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : <br> : <br> : |
| Plaintiffs | : <br> :    Civil No. 303CV222(JBA) |
| v. | : <br> :    April 3, 2006 |
| FISHER-PRICE, INC. | : <br> : |
| Defendant. | : <br> : |

### FISHER-PRICE, INC.'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO FISHER-PRICE, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW

Defendant Fisher-Price, Inc. ("Fisher-Price") respectfully requests an extension of time to reply to plaintiff's response to Fisher-Price, Inc.'s Motion for Judgment as a Matter of Law. Fisher-Price's reply is currently due on April 7, 2006. Fisher-Price seeks an extension of ten days, up to and including April 17, 2006, to file its reply.

This is Fisher-Price's first request for an extension of time to file its reply brief, and it makes this request in good faith and for good cause. Due to the length and complexity of plaintiff's response brief, as well as the complexity of the issues involved in this case, Fisher-Price would be unable to properly prepare its reply before April 17. In addition, the conflicting schedules of Fisher-Price's attorneys involved in this case, including in-house counsel, necessitates this request for an extension, as does Fisher-Price's ongoing preparation for the proceedings this Court has scheduled regarding disgorgement damages, including briefing which is currently due on April 10 and April 17, 2006.

2

Plaintiff's counsel has advised us that they consent to Fisher-Price's motion for an extension to April 17, 2006.

Accordingly, Fisher-Price respectfully requests an extension of time to file its reply to plaintiff's response to Fisher-Price, Inc.'s Motion for Judgment as a Matter of Law until April 17, 2006.

April 3, 2006

**TYLER COOPER & ALCORN, LLP**

By _/s/ Jacqueline D. Bucar_
    Jacqueline D. Bucar
e-mail: jbucar@tylercooper.com
Federal Bar No.: ct01187
205 Church Street
P.O. Box 1936
New Haven, CT 06509-0906
Telephone: (203) 784-8269

**MILBANK, TWEED, HADLEY & MCCLOY LLP**
William E. Wallace, III
email: wwallace@milbank.com
Federal Bar No. PVH 0480
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**HODGSON RUSS LLP**
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

*Attorneys for Fisher-Price, Inc.*

3

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price, Inc.'s Motion for Extension of Time to Reply to Plaintiff's Response to Fisher-Price, Inc.'s Motion for Judgment as a Matter of Law of for a New Trial, dated April 3, 2006, was sent on the 3rd day of April 2006 via first class mail to:

> Gregory J. Battersby, Esq. (Bar No. 07386)
> Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
> Russell D. Dize, Esq. (Bar No. 23064)
> Grimes & Battersby LLP
> 488 Main Avenue, Third Floor
> Norwalk, CT 06851-1008
> Telephone: (203) 849-8300
> Facsimile: (203) 849-9300
>
> Peter M. Nolin, Esq. (Bar No. 06223)
> Jay H. Sandak (Bar No. 06703)
> Sandak Hennessey & Greco LLP
> 707 Summer Street
> Stamford, CT 06901
> Telephone: (203) 425-4200
> Facsimile: (203) 325-8608

*Jacqueline D. Bucar*
Jacqueline D. Bucar