UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., : <br><br> Plaintiffs : <br> : <br> v. : <br> : <br> FISHER-PRICE, INC. : <br> : <br> Defendant. : <br> : | Civil No. 303CV222 (JBA) <br><br> April 10, 2006 |

### FISHER-PRICE INC.'S MOTION TO CANCEL DISGORGEMENT HEARING

The defendant Fisher-Price, Inc. respectfully submits this motion to cancel the evidentiary hearing scheduled to begin on May 1 for the purpose of determining if plaintiff Design Innovation, Inc. is entitled to an award of Fisher-Price's profits on the Rescue Heroes products that were the subject of the February 6, 2006 jury verdict.

In support of this motion, Fisher-Price relies on: its Memorandum in Support of Fisher-Price's Motion to Cancel Disgorgement Hearing, dated April 10, 2006; and the transcript of the trial proceedings and exhibits admitted at trial.

Fisher-Price respectfully requests that oral argument be granted on this motion so that Fisher-Price may respond to any questions that the Court may have regarding the basis of the requested ruling.

**ORAL ARGUMENT REQUESTED**

Dated: April 10, 2006

| | |
|---|---|
| **TYLER COOPER & ALCORN, LLP**<br><br>By _____<br>Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269<br><br>**HODGSON RUSS LLP**<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000 | **MILBANK, TWEED, HADLEY, & MCCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PVH 0480<br>Jay I. Alexander<br>e-mail: jalexander@milbank.com<br>Federal Bar No. PVH 0858<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500<br><br>**KENYON & KENYON LLP**<br>Charles A. Weiss<br>e-mail: cweiss@kenyon.com<br>Richard L. DeLucia<br>e-mail: rdelucia@kenyon.com<br>Jeffrey M. Butler<br>e-mail: jbutler@kenyon.com<br>One Broadway<br>New York, NY 10004-1007<br>Telephone: (212) 908-6287 |

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price Inc.'s Motion to Cancel Disgorgement Hearing, dated April 10, 2006, was sent on the 6th day of April 2006 via first class mail to:

>Gregory J. Battersby, Esq. (Bar No. 07386)
>Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>Russell D. Dize, Esq. (Bar No. 23064)
>Grimes & Battersby LLP
>488 Main Avenue, Third Floor
>Norwalk, CT 06851-1008
>Telephone: (203) 849-8300
>Facsimile: (203) 849-9300
>
>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone: (203) 425-4200
>Facsimile: (203) 325-8608

*/s/ Jacqueline D. Bucar*
Jacqueline D. Bucar