UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.<br><br>                      Plaintiff,<br><br>    v.<br><br>FISHER-PRICE, INC.<br><br>                      Defendant. | No.: 3:03CV0222 (JBA)<br><br>APRIL 10, 2006 |

## NOTICE OF MANUAL FILING

Please take notice that defendant, Fisher-Price, Inc., has manually filed their Declaration Relating to Disgorgement Hearing April 10, 2006.

This document has not been filed electronically for the following reason(s):

[ ]    the document or thing cannot be converted to an electronic format
[X]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document been manually served on all parties.

Respectfully submitted,

THE DEFENDANT,
FISHER-PRICE, INC

*/s/ Jacqueline D. Bucar/*
Jacqueline D. Bucar (CT 01187)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, CT 06510
Tel: 203-784-8200
Fax: 203-777-1181
jbucar@tylercooper.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent via U.S. Postal Service, first class mail, to the attorneys of record recited below on this 10th day of April, 2006.

Gregory J. Battersby, Esq.
Edmund J. Ferdinand, III, Esq.
Russell D. Dize, Esq.
Grimes & Battersby LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851-1008

Peter M. Nolin, Esq.
Jay H. Sandak
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901

_____
Jacqueline D. Bucar (CT 01187)