**MANDATE**

District of Connecticut
03-cv-222

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

Arterton

| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | |
|---|---|
| Appellants, | Docket No.: 06-0705-cv |
| v. | |
| FISHER-PRICE, INC., | March 15, 2006 |
| Appellee. | |



FILED
APR -5 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

## STIPULATION OF DISMISSAL

WHEREAS, Victor G. Reiling Associates and Design Innovation, Inc. ("Appellants") filed a Notice of Appeal against Fisher-Price, Inc. ("Appellee") on February 10, 2006 (the "Appeal"); and

WHEREAS, a Telephonic Pre-Argument Conference was held on March 15, 2006; and

WHEREAS, Appellants and Appellee agree that the Appeal is currently premature because final judgment has not entered in the underlying action pending in the District of Connecticut, Docket No. 03-cv-222 (JBA) (the "District Court Action");

NOW, THEREFORE, the parties hereby stipulate and agree:

1. That the Appeal is hereby dismissed as premature.

2. Nothing herein shall preclude Appellants from re-filing a notice of appeal within thirty (30) days after final judgment is entered by the District Court that resolves all claims of all parties in the District Court Action.

CERTIFIED: 4/5/06

Dated: March 15, 2006

_____
SANDAK HENNESSEY & GRECO, LLP
Peter M. Nolin
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200

Attorneys for Appellants
Victor G. Reiling Associates and
Design Innovation, Inc.

_____
MILBANK, TWEED, HADLEY & MCCOY, LLP
William E. Wallace, III
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
(p) (202) 835-7500

Attorneys for Appellee
Fisher-Price, Inc.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel

3/22/06

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, a copy of the foregoing Stipulation of Dismissal was sent by U.S. Mail, First Class, postage prepaid to the following counsel of record:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006

Charles A. Weiss, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004

Peter M. Nolin

District of Connecticut
03-cv-222
Arterton

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

          Appellants,

v.

FISHER-PRICE, INC.,

          Appellee.

Docket No.: 06-0705-cv

March 15, 2006



## STIPULATION OF DISMISSAL

WHEREAS, Victor G. Reiling Associates and Design Innovation, Inc. ("Appellants") filed a Notice of Appeal against Fisher-Price, Inc. ("Appellee") on February 10, 2006 (the "Appeal"); and

WHEREAS, a Telephonic Pre-Argument Conference was held on March 15, 2006; and

WHEREAS, Appellants and Appellee agree that the Appeal is currently premature because final judgment has not entered in the underlying action pending in the District of Connecticut, Docket No. 03-cv-222 (JBA) (the "District Court Action");

NOW, THEREFORE, the parties hereby stipulate and agree:

1. That the Appeal is hereby dismissed as premature.

2. Nothing herein shall preclude Appellants from re-filing a notice of appeal within thirty (30) days after final judgment is entered by the District Court that resolves all claims of all parties in the District Court Action.

Dated: March 15, 2006

_____
SANDAK HENNESSEY & GRECO, LLP
Peter M. Nolin
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200


Attorneys for Appellants
Victor G. Reiling Associates and
Design Innovation, Inc.

_____
MILBANK, TWEED, HADLEY & MCCOY, LLP
William E. Wallace, III
International Square Building
1825 Eye Street, N.W., Suite 1100
Washington, D.C. 20006
(p) (202) 835-7500

Attorneys for Appellee
Fisher-Price, Inc.


FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Frank J. Scardilli, Staff Counsel

3/22/06

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2006, a copy of the foregoing Stipulation of Dismissal was sent by U.S. Mail, First Class, postage prepaid to the following counsel of record:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1850 K Street, N.W., Suite 1100
Washington, DC 20006

Charles A. Weiss, Esq.
Kenyon & Kenyon
One Broadway
New York, NY 10004

Peter M. Nolin