UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

                Plaintiffs,

- against -

FISHER-PRICE, INC.,

                Defendant.

Index No.: 3:03 CV 222 (JBA)

April 17, 2006

**JOINT MOTION FOR PERMISSION
TO FILE OVERLENGTH REPLY BRIEFS**

    Plaintiff, Design Innovation, Inc., and Defendant, Fisher-Price, Inc., jointly request permission to file overlength Trial Reply Briefs on the issue of disgorgement damages. Specifically, the parties seek permission to file Reply Briefs totaling twenty-five (25) pages. The additional pages are required due to the complexity of the issues involved.

    WHEREFORE, the parties respectfully request that this motion be granted and that they be permitted to file Trial Reply Briefs of twenty-five (25) pages.

Dated: April 17, 2006

| | |
|---|---|
| **HODGSON RUSS LLP**<br><br>By _[signature] Robert J. Lane / RJL_<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000<br><br>**MILBANK, TWEED, HADLEY & MCCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PHV0480<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500 | **TYLER COOPER & ALCORN, LLP**<br>Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269 |

*Attorneys for Fisher-Price, Inc.*

| | |
|---|---|
| **GRIMES & BATTERSBY, LLP**<br><br>By _[signature] Russell Dize_<br>Gregory J. Battersby<br>e-mail: gjbattersby@gandb.com<br>Federal Bar No.: ct7386<br>Edmund J. Ferdinand, III<br>e-mail: ferdinand@gandb.com<br>Federal Bar No.: ct21287<br>Russell D. Dize<br>e-mail: dize@gandb.com<br>Federal Bar No.: ct23064<br>Susan Schlesinger<br>Federal Bar No.: ct26625<br>488 Main Avenue, Third Floor<br>Norwalk, CT 06851-1008<br>Telephone: (203) 849-8300 | **SANDAK HENNESSEY & GRECO, LLP**<br>Jay H. Sandak<br>e-mail: jsandak@shglaw.com<br>Federal Bar No.: ct06703<br>e-mail: pnolin@shglaw.com<br>Federal Bar No. ct06223<br>707 Summer Street<br>Stamford, CT 06901-1026<br>Telephone: (203) 425-4200 |

*Attorneys for Design Innovation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2006, a copy of the foregoing Joint Motion for Permission to File Overlength Reply Briefs was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
Michael J. Kolosky, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W.
Suite 900
Washington, DC 20006

_____
Russell D. Dize