UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., | : |
| Plaintiffs | : |
| | : Civil No. 303CV222(JBA) |
| v. | : |
| | : April 17, 2006 |
| FISHER-PRICE, INC. | : |
| Defendant. | : |

## DEFENDANT FISHER-PRICE, INC.'S
## CONSENT MOTION TO FILE OVERLENGTH BRIEF

Pursuant to D. Conn. L. Civ. R. 7(d), defendant Fisher-Price, Inc. ("Fisher-Price") hereby requests permission to file an overlength reply memorandum of law in further support of its Motion for Judgment as a Matter of Law or New Trial. Plaintiff's counsel has consented to the relief requested in this motion.

Fisher-Price submits that good cause exists to allow submission of an overlength reply memorandum of law in light of the complexity of the instant case, the fact that the parties' initial briefs on this motion were each fifty-five pages long, the issues presented over the course of nearly a three-week trial, and the issues raised by plaintiff in its initial briefing on this motion. Fisher-Price therefore seeks the Court's permission to file a twenty-five page reply memorandum of law.

Wherefore, Fisher-Price respectfully requests that this motion be granted.

Dated: April 17, 2006

| | |
|---|---|
| **TYLER COOPER & ALCORN, LLP**<br><br>By _/s/ Jacqueline D. Bucar_<br>    Jacqueline D. Bucar<br>e-mail: jbucar@tylercooper.com<br>Federal Bar No.: ct01187<br>205 Church Street<br>P.O. Box 1936<br>New Haven, CT 06509-0906<br>Telephone: (203) 784-8269<br><br>**HODGSON RUSS LLP**<br>Robert J. Lane, Jr.<br>e-mail: rlane@hodgsonruss.com<br>Federal Bar No.: ct24598<br>Jodyann Galvin<br>e-mail: jgalvin@hodgsonruss.com<br>Federal Bar No.: ct24599<br>One M&T Plaza, Suite 2000<br>Buffalo, NY 14203-2391<br>Telephone: (716) 856-4000 | **MILBANK, TWEED, HADLEY, &<br>   MCCLOY LLP**<br>William E. Wallace, III<br>email: wwallace@milbank.com<br>Federal Bar No. PVH 0480<br>Jay I. Alexander<br>e-mail: jalexander@milbank.com<br>Federal Bar No. PVH 0858<br>International Square Building<br>1825 Eye Street, N.W., Suite 1100<br>Washington, D.C. 20006<br>Telephone: (202) 835-7500 |

*Attorneys for Fisher-Price, Inc.*

## CERTIFICATION

The undersigned hereby certifies that copies of the foregoing Fisher-Price, Inc.'s Motion to File Overlength Brief, dated April 17, 2006, was sent on the 17th day of April 2006 via first class mail to:

>Gregory J. Battersby, Esq. (Bar No. 07386)
>Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>Russell D. Dize, Esq. (Bar No. 23064)
>Grimes & Battersby LLP
>488 Main Avenue, Third Floor
>Norwalk, CT 06851-1008
>Telephone: (203) 849-8300
>Facsimile: (203) 849-9300
>
>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone: (203) 425-4200
>Facsimile: (203) 325-8608

/s/ Jacqueline D. Bucar
Jacqueline D. Bucar