UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DESIGN INNOVATION, INC.,<br><br>                       Plaintiff,<br><br>  - against -<br><br>FISHER-PRICE, INC.,<br><br>                       Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br>May 9, 2006 |

## PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S RULING ON DEFENDANT'S MOTION TO CANCEL DISGORGEMENT HEARING

Plaintiff, Design Innovation, Inc. ("DI"), respectfully moves under Federal Rules of Civil Procedure 59(a) and 60(b) and Local Rule 7(c)(1) for reconsideration of the Court's Ruling on Defendant's Motion to Cancel Disgorgement Hearing, entered on April 25, 2006.

Plaintiff seeks to have the Court reconsider its Ruling canceling the disgorgement hearing scheduled for May 1, 2006, on grounds that, *inter alia*: (1) The Court ruled in favor of Fisher-Price before receiving DI's opposition to the motion; (2) The Court's ruling has effectively deprived DI of its right to a jury trial on the issue of disgorgement damages; and (3) disgorgement of profits is the preferred measure of damages in misappropriation and unfair competition cases under New York law.

Plaintiff relies upon the accompanying Memorandum of Law and on the motion papers and evidence previously submitted in this case.

**ORAL ARGUMENT REQUESTED**

Dated: May 9, 2006

        Respectfully Submitted,

        GRIMES & BATTERSBY, LLP

        By: *Russell D. Dize*
        Gregory J. Battersby (Bar No. 7386)
        Edmund J. Ferdinand, III (Bar No. 21287)
        Russell D. Dize (Bar No. 23064)
        Susan M. Schlesinger (Bar No. 26625)
        488 Main Avenue, Third Floor
        Norwalk, Connecticut 06851-1008
        (p) (203) 849-8300
        (f) (203) 849-9300

        SANDAK HENNESSEY & GRECO, LLP
        Jay H. Sandak, Esq.
        Peter M. Nolin, Esq.
        707 Summer Street
        Stamford, Connecticut 06901-1026
        (p) (203) 425-4200
        (f) (203) 325-8608

        Attorneys for Plaintiff
        Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2006, a copy of the foregoing Plaintiff's Motion for Reconsideration of the Court's Ruling on Defendant's Motion to Cancel Disgorgement Hearing was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W., Suite 900
Washington, DC 20006

_____
Russell D. Dize