UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and  :
DESIGN INNOVATION, INC.,           :
                                   :
            Plaintiffs,            :
                                   :          CIVIL NO. 303CV222 (JBA)
      v.                           :
                                   :
FISHER-PRICE, INC.                 :
                                   :
            Defendant.             :
                                   :          JUNE 6, 2006

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 7(e) of the United States District Court for District of Connecticut, the undersigned counsel, Robert W. Allen, hereby moves to withdraw his appearance on behalf of Fisher-Price, Inc.

In support of this motion, the undersigned counsel represents that as of June 1, 2006, lead counsel, Jacqueline D. Bucar, joined the law firm of Murtha Cullina LLP. Fisher-Price has elected to retain lead counsel and the law firm of Murtha Cullina, LLP to represent Fisher-Price, Inc.

Based on the foregoing, the undersigned counsel submits that good cause exists for allowing counsel to withdraw his Appearance in this case and that no prejudice to the parties will result from this change.

**WHEREFORE,** the undersigned counsel respectfully request that his motion be granted.
.

THE DEFENDANT
FISHER-PRICE, INC.

_____
Robert W. Allen ( CT04188)
Tyler Cooper & Alcorn, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06510-0906
Tel.:  (203) 784-8200
Fax:  (203) 777-1181

- iii -

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, via U.S. Mail, postage prepaid,

to the following counsel and pro se parties of record on this 6th day of June, 2006.

Gregory J. Battersby, Esq.
Edmund J. Ferdinand, III, Esq.
Russell D. Dize, Esq.
Susan Schlesinger, Esq.
Jessica Lee Elliott, Esq.
Richard E. MacLean, Esq.
GRIMES & BATTERSBY, LLP
488 Main Street, Third Floor
Norwalk, CT 06851-1008

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS, LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391

Jay I. Alexander, Esq.
William E. Wallace, Esq.
Milbank, Tweed, Hadley
 & McCloy, LLP-DC
1850 K Street, N.W.
Washington, D.C. 20006

Peter M. Nolan, Esq.
Jay H. Sandak, Esq.
Sandak Hennessey & Greco
707 Summer Street
Stamford, CT 06901-1026

_____
Robert W. Allen (CT 04188)