UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

VICTOR G. REILING ASSOCIATES and
DESIGN INNOVATION, INC.,

              Plaintiffs,

- against -

FISHER-PRICE, INC.,

              Defendant.

Index No.: 3:03 CV 222 (JBA)

April 17, 2006

**DECLARATION OF RUSSELL D. DIZE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S TRIAL MEMORANDUM REGARDING DISGORGEMENT DAMAGES**

I, RUSSELL D. DIZE, pursuant to the requirements of 28 U.S.C. §1746, declare that the following is true and correct under the penalties of perjury:

1. I am an attorney associated with Grimes & Battersby, LLP in Norwalk, Connecticut, counsel to Plaintiff, Design Innovation, Inc. I am fully familiar with the facts set forth herein. I submit this declaration in support of Plaintiff's Response to Defendant's Trial Memorandum Regarding Disgorgement Damages.

2. True and correct copies of the March 30, 2005 letter and supplemental exhibits of Alan Ratliff, which were served on Fisher-Price, are attached hereto as Exhibit A.

3. True and correct copies of relevant transcript pages from the April 11, 2006 supplemental deposition of Alan Ratliff are attached hereto as Exhibit B.

I declare that the foregoing is true and correct under the penalty of perjury.

Dated: Norwalk, Connecticut
       April 17, 2006

                                                       _/s/ Russell D. Dize_
                                                       Russell D. Dize