**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**REILING**                          :

**v.**                               :   **NO. 3:03cv222 (JBA)**

**DESIGN INNOVATIONS**               :

### ENDORSEMENT ORDER [304]

Motion to Withdraw [304] is GRANTED.

IT IS SO ORDERED.

/s/
Joan Glazer Margolis, U.S.M.J.
On Behalf Of:
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut: June 9, 2006**