UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>FISHER-PRICE, INC.,<br><br>　　　　　　　　　　Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br><br>June 16, 2006 |

## CONSENTED MOTION FOR EXTENSION OF TIME
## TO FILE REPLY BRIEF

　　　　Plaintiff, Design Innovation, Inc., respectfully requests an extension of time to file a Reply Brief with respect to its Motion for Reconsideration of the Court's Ruling on Defendant's Motion to Cancel Disgorgement Hearing. Specifically, Plaintiff seeks an extension of time until June 22, 2006 to file its Reply Brief. Plaintiff's Reply Brief was originally due on June 16, 2006. The additional time is required due to the complexity of the issues involved. Counsel for Defendant consented to this request for an extension on June 15, 2006. Plaintiff previously consented to Defendant's request for an extension with respect to its Opposition Brief.

　　　　WHEREFORE, Plaintiff respectfully requests that this motion be granted and that it be permitted to file its Reply Brief on June 22, 2006.

Dated: June 16, 2006

        Respectfully Submitted,

        GRIMES & BATTERSBY, LLP

        By: /s/ Russell D. Dize
        Gregory J. Battersby (Bar No. 7386)
        Edmund J. Ferdinand, III (Bar No. 21287)
        Russell D. Dize (Bar No. 23064)
        Susan M. Schlesinger (Bar No. 26625)
        488 Main Avenue, Third Floor
        Norwalk, Connecticut 06851-1008
        (p) (203) 849-8300
        (f) (203) 849-9300

        SANDAK HENNESSEY & GRECO, LLP
        Jay H. Sandak, Esq.
        Peter M. Nolin, Esq.
        707 Summer Street
        Stamford, Connecticut 06901-1026
        (p) (203) 425-4200
        (f) (203) 325-8608

        Attorneys for Plaintiff
        Design Innovation, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2006, a copy of the foregoing Consented Motion for Extension of Time to File Reply Brief was served on all counsel of record below by U.S. Mail, First Class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Robert Allen, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06510

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W., Suite 900
Washington, DC 20006

_____
Russell D. Dize