**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **Victor G. Reiling Associates** | : | |
| **and Design Innovation, Inc.,** | : | |
| **Plaintiffs,** | : | **Case. No. 3:03cv222 (JBA)** |
| | : | |
| **v.** | : | |
| | : | |
| **Fisher-Price, Inc.,** | : | |
| **Defendant.** | : | |

**Endorsement Order [Doc. # 251]**

Plaintiff Design Innovation's Motion to Quash the Kipling
Subpoena or In the Alternative for a Protective Order [Doc. #
251] is DENIED as moot.


IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut this 13th day of September, 2006.**