UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DESIGN INNOVATION, INC.

    v.                             Civil No.  3:03cv222 (JBA)

FISHER-PRICE, INC.

**AMENDED**
**J U D G M E N T**

      The judgment entered in this case on February 7, 2006, is hereby amended as follows.  This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.  On February 7, 2006, judgment entered after the jury returned a verdict for the plaintiff, Design Innovation, Inc., in the amount of $1,718,534.00 for compensatory damages.   A motion for judgment as a matter of law or for a new trial was filed by the defendant and on September 14, 2006, a ruling entered granting in part, as to line extensions, denying on all other grounds and ordering the Clerk to file a amended judgment.

      Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, Design Innovation, Inc., as to Mission Command Figures in the amount of $272,324.00; Video Mission Figures in the amount of $316,848.00 and Mission Select Figures in the amount of $197,584.00 for a total award of $786,756.00 in compensatory damages.

      Dated at New Haven, Connecticut: September 14, 2006

                                                    KEVIN F. ROWE,  Clerk

EOD_____                          _____/s/_____
                                             By: Betty J. Torday
                                                Deputy Clerk