UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and<br>DESIGN INNOVATION, INC.,<br><br>       Plaintiffs,<br><br>- against -<br><br>FISHER-PRICE, INC.,<br><br>       Defendant. | Index No.: 3:03 CV 222 (JBA)<br><br>October 16, 2006 |

## NOTICE OF APPEAL

Notice is hereby given that Victor G. Reiling Associates ("Reiling") and Design Innovation, Inc. ("DI"), plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the following rulings by the District Court:

1) Ruling on Defendant's Motion for Summary Judgment [Doc. # 145] entered in this action on the 16th day of December, 2005, as allowed to stand by the Court's Ruling on Plaintiffs' Motion for Reconsideration [Doc. # 189] entered in this action on the 12th day of January, 2006;

2) Rulings on the parties' Motions in Limine [Doc. # 190, 194, 195] entered in this action on the 12th, 13th and 13th days of January, 2006, respectively;

3) Ruling on Defendant's Motion to Cancel Disgorgement Hearing [Doc. # 295] entered in this action on the 25th day of April, 2006; and

4) Ruling on Defendant's Motion for Judgment as a Matter of Law [Doc. # 313] entered in this action on the 14th day of September, 2006.

Dated: Norwalk, Connecticut
October 16, 2006

Respectfully Submitted,

GRIMES & BATTERSBY, LLP

By: /s/ Russell D. Dize
Gregory J. Battersby (Bar No. 7386)
Edmund J. Ferdinand, III (Bar No. 21287)
Russell D. Dize (Bar No. 23064)
Susan Schlesinger (Bar No. 26625)
488 Main Avenue, Third Floor
Norwalk, Connecticut 06851-1008
(p) (203) 849-8300
(f) (203) 849-9300

SANDAK HENNESSEY & GRECO, LLP
Jay H. Sandak, Esq.
Peter M. Nolin, Esq.
707 Summer Street
Stamford, Connecticut 06901-1026
(p) (203) 425-4200
(f) (203) 325-8608

Attorneys for Plaintiffs
Victor G. Reiling Associates and
Design Innovation, Inc.

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2006, a copy of the foregoing Notice of Appeal was served on all counsel of record below via U.S. Mail, first-class, postage prepaid, with a courtesy copy sent via electronic means to:

Jacqueline Bucar Esq.
Murtha Cullina-NH
Whitney Grove Square
2 Whitney Avenue, P.O. Box 704-A
New Haven, Connecticut 06503-0704

Bradford S. Babbitt, Esq.
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597

Robert J. Lane, Jr., Esq.
Jodyann Galvin, Esq.
HODGSON RUSS LLP
One M&T Plaza, Suite 2000
Buffalo, New York 14203-2391

William Wallace, Esq.
Milbank, Tweed, Hadley & McCoy-DC
1825 Eye St., N.W., Suite 900
Washington, DC 20006

_____
Russell D. Dize