# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

VICTOR G. REILING & ASSOCIATES, and
DESIGN INNOVATION, INC.,

       Plaintiffs,

v.

FISHER-PRICE, INC.,

       Defendant.

**APPEARANCE**

CASE NUMBER:  3:03-cv-222 (JBA)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:   Fisher-Price, Inc.

---

October 27, 2006
Date

ct02508
Connecticut Federal Bar Number

860-240-6000
Telephone Number

860-240-6150
Fax Number

enewton@murthalaw.com
E-mail address

*Signature*

Everett E. Newton
Print Clearly or Type Name

Murtha Cullina LLP
CityPlace I - 185 Asylum Street
Address

Hartford, Connecticut   06103-3469

## CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

See attached.

*Signature*

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

Gregory J. Battersby, Esq. (Bar No. 07386)
Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
Russell D. Dize, Esq. (Bar No. 23064)
Grimes & Battersby LLP
488 Main Avenue, Third Floor
Norwalk, CT 06851-1008
Telephone: (203) 849-8300
Facsimile: (203) 849-9300

Peter M. Nolin, Esq. (Bar No. 06223)
Jay H. Sandak (Bar No. 06703)
Sandak Hennessey & Greco LLP
707 Summer Street
Stamford, CT 06901
Telephone: (203) 425-4200
Facsimile: (203) 325-8608