# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING & ASSOCIATES, and DESIGN INNOVATION, INC., | : : : |
| Plaintiffs, | : : CASE NO. 3:03 CV 222 (JBA) |
| v. | : : |
| FISHER-PRICE, INC., | : : |
| Defendant. | : OCTOBER 27, 2006 |

## NOTICE OF CROSS-APPEAL

Notice is hereby given that defendant Fisher-Price, Inc., hereby cross-appeals to the United States Court of Appeals for the Second Circuit from the Amended Judgment [Docket No. 314], entered on September 14, 2006.  Fisher-Price also appeals from all subsidiary findings and conclusions of the Court that led to such Amended Judgment, including the denial of defendant's motion for judgment as a matter of law [Docket No. 313], the denial of defendant's motion for summary judgment [Docket No. 145], and the ruling on defendant's motion for reconsideration of the Court's ruling on defendant's motion for summary judgment [Docket No. 189].

**MURTHA CULLINA LLP**

By /s/ Everett E. Newton
   Everett E. Newton
e-mail: enewton@murthalaw.com
Federal Bar No.: ct02508
CityPlace I - 185 Asylum Street
Hartford, CT 06103-3469
Telephone: (860) 240-6000

**MURTHA CULLINA LLP**
Jacqueline D. Bucar
e-mail: jbucar@murthalaw.com
Federal Bar No.: ct01187
Whitney Grove Square
Two Whitney Avenue
New Haven, CT 06510
Telephone: (203) 772-7773

**MILBANK, TWEED, HADLEY, & MCCLOY LLP**
William E. Wallace III
email: wwallace@milbank.com
Federal Bar No. PVH 0480
Jay I. Alexander
e-mail: jalexander@milbank.com
Federal Bar No. PVH 0858
International Square Building
1850 K Street, N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 835-7500

**HODGSON RUSS LLP**
Robert J. Lane, Jr.
e-mail: rlane@hodgsonruss.com
Federal Bar No.: ct24598
Jodyann Galvin
e-mail: jgalvin@hodgsonruss.com
Federal Bar No.: ct24599
One M&T Plaza, Suite 2000
Buffalo, NY 14203-2391
Telephone: (716) 856-4000

**KENYON & KENYON LLP**
Charles A. Weiss
email: cweiss@kenyon.com
Federal Bar No. CW-2628
One Broadway
New York, NY 10004-1007
Telephone: (212) 425-7200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Cross-Appeal was mailed first-class, postage prepaid, on this 27th day of October, 2006, to:

>Gregory J. Battersby, Esq. (Bar No. 07386)
>Edmund J. Ferdinand, III, Esq. (Bar No. 21287)
>Russell D. Dize, Esq. (Bar No. 23064)
>Grimes & Battersby LLP
>488 Main Avenue, Third Floor
>Norwalk, CT 06851-1008
>Telephone:  (203) 849-8300
>Facsimile:   (203) 849-9300
>
>Peter M. Nolin, Esq. (Bar No. 06223)
>Jay H. Sandak (Bar No. 06703)
>Sandak Hennessey & Greco LLP
>707 Summer Street
>Stamford, CT 06901
>Telephone:  (203) 425-4200
>Facsimile:   (203) 325-8608

>/s/ Everett E. Newton
>Everett E. Newton