# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VICTOR G. REILING ASSOCIATES and DESIGN INNOVATION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FISHER-PRICE, INC., <br><br> Defendant. | Case No. 3:03cv222 (JBA) <br><br> **SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment was entered in the above action on September 14, 2006, in favor of plaintiff Design Innovation, Inc., and against defendant Fisher-Price, Inc., in the amount of $786,756, and said judgment having been fully satisfied in accordance with agreement of the parties, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

SANDAK HENNESSEY
& GRECO LLP

Attorneys for Plaintiffs
Victor G. Reiling Associates
and Design Innovation, Inc.

By: _____
        PETER M. NOLIN

DATED: March 20, 2007

GRIMES & BATTERSBY LLP

Attorneys for Plaintiffs
Victor G. Reiling Associates
and Design Innovation, Inc.

By: _____
        EDMUND J. FERDINAND III