Case 3:03-cv-00222-JBA   Document 320   Filed 04/02/2007   Page 1 of 1

# MANDATE

*connecticut / New Haven*
*03-CV-222*
*Arterton*

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

Victor G. Reiling Associates, et al.,      :

     Plaintiffs/appellants,      :

     :

v.      :

     :

Fisher-Price, Inc.,      :

     :

     Defendant/appellee/cross-appellant. :

Docket Nos. 06-4825-cv
06-5001-cv

**Stipulation and Joint Motion
to Dismiss the Appeal and
Cross-Appeal**

*UNITED STATES COURT OF APPEALS*
*FILED*
*APR - 2 2007*
*Thomas Asreen, Acting Clerk*
*SECOND CIRCUIT*

     Pursuant to Fed. R. App. P. 42(b), all parties to this appeal hereby stipulate to, and

respectfully move for, voluntary dismissal of the appeal and the cross-appeal, each party to bear

its own costs and attorneys' fees.

         Respectfully submitted,

GRIMES & BATTERSBY LLP
Attorneys for Plaintiffs/appellants
Victor G. Reiling Associates and
Design Innovation, Inc.

KENYON & KENYON LLP
Attorneys for Defendant/appellee/cross-appellant
Fisher-Price, Inc.

By: _____
     EDMUND J. FERDINAND III

By: _____
     CHARLES A. WEISS

DATED: March **20**, 2007      DATED: March **26**, 2007

*So ordered:*

FOR THE COURT
Thomas Asreen, Acting Clerk
By
_____
Vidya Kurella, Associate Staff Counsel

**A TRUE COPY**
Thomas W. Asreen, Acting Clerk
by _____
DEPUTY CLERK

CERTIFIED: **4/2/07.**