# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT
### OFFICE OF THE CLERK
### UNITED STATES COURTHOUSE
### 141 CHURCH STREET
### NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

FILED

2007 JUN -6 A 10:57

ELSIE MATA
CHIEF DEPUTY CLERK
LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN
U.S. COURT

June 5, 2007

Jacqueline D. Bucar
Murtha Cullina - NH
Whitney Grove Square
2 Whitney Ave, PO Box 704-A
New Haven, CT 06503-0704

Re: Case Name: Reiling, et al v Fisher Price Inc..
    Number: 3:03cv222JBA

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiffs & defendants exhibits are too bulky to send through the mail. In a letter dated May 9, 2007, parties have agreed that Attorney Jacqueline Bucar shall pick up all exhibits for both sides.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _Betty J. Jorday_
Deputy Clerk

ACKNOWLEDGMENT: _Anita Jaworska_   DATE: _6-6-07_
Office Manager
Murtha Cullina